1  Daniele Gozzi
2  225 Crossroads Blvd., #199
   Carmel, CA  93923
3  831 625-1243
   Plaintiff in Pro Per
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10
11 Daniele Gozzi,
              Plaintiffs,                    CASE NO. CV 14.03297
12
13 v.                                         Civil Rights Complaint Pursuant to
                                              42 U.S.C. § 1983 (non-prisoners)
14 COUNTY OF MONTEREY, STATE OF
   CALIFORNIA, C/O County Administrator, 168
15 West Alisal Street, 3rd Floor, Salinas, CA 93901,   **Jury Trial Demanded: Yes**
16
17 Marla O. Anderson, Presiding Judge
   Superior Court of California
18 240 Church Street
   Salinas, CA 93901
19
20 Teresa Risi
   Court Executive Officer
21 240 Church Street
   Salinas, CA 93901
22
23 Assessor/Recorder/County Clerk
   Stephen I. Vagnini
24 Monterey County Recorder-County Clerk
   P. O. Box 29
25 Salinas CA 93902-0570
26
27
28

| | |
|---|---|
| 1 | Auditor/Controller |
| 2 | Michael J. Miller |
| | 168 West Alisal Street, 3rd floor |
| 3 | Salinas, CA 93901 |
| 4 | District Attorney |
| | Dean Flippo |
| 5 | 230 Church Street, Bldg. 2 & 3 |
| | Salinas, CA 93901 |
| 6 | |
| 7 | Sheriff/Coroner |
| | Scott Miller |
| 8 | 1414 Natividad Road |
| | Salinas, CA 93906 |
| 9 | |
| 10 | Treasurer/Tax Collector |
| | Mary A. Zeeb |
| 11 | 168 W. Alisal Street, 1st Floor |
| | Salinas, CA 93901 |
| 12 | |
| 13 | Risk Management |
| | Steve Mauck |
| 14 | 168 W Alisal Street 3rd Floor, |
| | Salinas, CA 93901 |
| 15 | |
| 16 | Irv Grant |
| | County Counsel |
| 17 | 168 West Alisal Street, 3rd Floor |
| | Salinas, CA 93901 |
| 18 | |
| 19 | Fernando Armenta |
| | 168 West Alisal, 2nd Floor |
| 20 | Salinas, CA 93901 |
| 21 | |
| | Louis Calcagno |
| 22 | Castro Plaza |
| | 11140 Speegle St. |
| 23 | Castroville, CA 95012 |
| 24 | |
| | Simon Salinas |
| 25 | 168 W. Alisal, 3rd Floor |
| | Salinas, CA 93901 |
| 26 | |
| 27 | Jane Parker |
| | 2616 1st Ave. |
| 28 | Marina, CA 93933 |

# I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

# II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because all acts and omissions related to this matter took place in The County of Monterey the State of California.

# III. PARTIES

3. Plaintiff Daniele Gozzi resides at 31549 Highway 1, Carmel, CA 93923

4. Defendant COUNTY OF MONTEREY, STATE OF CALIFORNIA, is a private for-profit corporation doing business as a provider of government services. This Defendant is sued in its individual and official capacities. This Defendant was acting under color of law because: COUNTY OF MONTEREY claims to be a legitimate government entity as constructed by the people bound by the law of the Constitution of California yet operates as a private for-profit corporation subjecting the people of Monterey County, California, to its corporate operations without disclosing its true nature. COUNTY OF MONTEREY admits in its own public statements available on it's own web site that it is a partner with defendant herein JP MORGAN CHASE BANK NA through its ownership of hundreds of millions of dollars in various mortgage-backed securities issuances. Conflict of interest arising to bribery evident.

5. Defendant Steve Mauck works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is Risk Manager. This Defendant is sued in his/her individual and official capacities. DEFENDANT Steve Mauck claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation,

COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

6. Defendant Mary A. Zeeb works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is Treasurer/Tax Collector. This Defendant is sued in his/her individual and official capacities. DEFENDANT Mary A. Zeeb claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

7. Defendant Scott Miller works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is Sheriff Coroner. This Defendant is sued in his/her individual and official capacities. DEFENDANT Scott Miller claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

8. Defendant Dean Flippo works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is District Attorney. This Defendant is sued in his/her individual and official capacities. DEFENDANT Dean Flippo claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested

mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident

9. Defendant Michael J. Miller works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is Auditor/Controller. This Defendant is sued in his/her individual and official capacities. DEFENDANT Michael J. Miller claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

10. Defendant Stephen I Vagnini works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is Assessor/Recorder/County Clerk. This Defendant is sued in his/her individual and official capacities. DEFENDANT Stephen I Vagnini claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

11. Defendant Teresa Risi works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is Court Executive Officer. This Defendant is sued in his/her individual and official capacities. DEFENDANT Teresa Risi claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested

mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

12. Defendant Irv Grant works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is County Counsel This Defendant is sued in his/her individual and official capacities. DEFENDANT Irv Grant claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

13. Defendant the Honorable Marla O. Anderson works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is Presiding Judge. This Defendant is sued in his/her individual and official capacities. DEFENDANT the Honorable Marla O. Anderson claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

14. Defendant Fernando Armenta works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is Board of Supervisors. This Defendant is sued in his/her individual and official capacities. DEFENDANT Fernando Armenta claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and

1  benefits vested mortgage-backed securities through said private corporation and CAL PERS
2  California State employees retirement system. Conflict of interest arising to bribery evident.
3
4  15. Defendant Louis Calcagno works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA.
5  Defendant's title or position is Board of Supervisors. This Defendant is sued in his/her individual
6  and official capacities. DEFENDANT Louis Calcagno claims to be a legitimate government servant
7  under oath freely given to perform under the laws of California, duly sworn to uphold California
8  Constitution and the United States Constitution. Yet defendant works for a private corporation,
9  COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested
10 mortgage-backed securities through said private corporation and CAL PERS California State
11 employees retirement system. Conflict of interest arising to bribery evident.
12
13 16. Defendant Simon Salinas works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA.
14 Defendant's title or position is Board of Supervisors. This Defendant is sued in his/her individual
15 and official capacities. DEFENDANT Simon Salinas claims to be a legitimate government servant
16 under oath freely given to perform under the laws of California, duly sworn to uphold California
17 Constitution and the United States Constitution. Yet defendant works for a private corporation,
18 COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested
19 mortgage-backed securities through said private corporation and CAL PERS California State
20 employees retirement system. Conflict of interest arising to bribery evident.
21
22 17. Defendant Jane Parker works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA.
23 Defendant's title or position is Board of Supervisors. This Defendant is sued in his/her individual
24 and official capacities. DEFENDANT Jane Parker claims to be a legitimate government servant
25 under oath freely given to perform under the laws of California, duly sworn to uphold California
26 Constitution and the United States Constitution. Yet defendant works for a private corporation,
27 COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested
28

mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

18. Defendant Dave Potter works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is Board of Supervisors. This Defendant is sued in his/her individual and official capacities. DEFENDANT Dave Potter claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

19. Defendant Lew C. Bauman works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is County Administrator. This Defendant is sued in his/her individual and official capacities. DEFENDANT Lew C. Bauman claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

20. Defendant Gail T. Borkowski works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is Clerk of the Board of Supervisors. This Defendant is sued in his/her individual and official capacities. DEFENDANT Gail T. Borkowski claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has


retirement and benefits vested mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

21. Defendant the Honorable Thomas W. Willis works at the COUNTY OF MONTEREY, STATE OF CALIFORNIA. Defendant's title or position is Supervising Judge, Civil and Family Law Division. This Defendant is sued in his/her individual and official capacities. DEFENDANT the Honorable Thomas W. Willis claims to be a legitimate government servant under oath freely given to perform under the laws of California, duly sworn to uphold California Constitution and the United States Constitution. Yet defendant works for a private corporation, COUNTY OF MONTEREY, is paid by a private corporation, and has retirement and benefits vested mortgage-backed securities through said private corporation and CAL PERS California State employees retirement system. Conflict of interest arising to bribery evident.

22. Defendant Bryan Cave LLP works at the 560 Mission St., 25th Floor, San Francisco, CA, 94105. Defendant's title or position is alleged legal representative for J.P. MORGAN CHASE BANK NA. This Defendant is sued in its official capacity. This Defendant was acting under color of law because at some point prior to this Defendant's interactions with this Plaintiff, Bryan Cave LLP may have been duly licensed by the Secretary of State and State Bar of California and registered to represent parties in the Courts of the State of California. At this point and for quite some time said license has been held by other parties. Evidence attached hereto proves no current registration with the Secretary of State of California and no current license with the State Bar of California. See Annex 1 Filed herewith.

23. Defendant Sharon Z. Weiss works at the 560 Mission St., 25th Floor, San Francisco, CA, 94105. Defendant's title or position is CALIFORNIA STATE BAR recognized Attorney, license number 169446. This Defendant is sued in his/her individual and official capacities. This Defendant was acting under color of law because Defendant Sharon Z. Weiss is a BAR attorney operating under LLP not licensed to do business in California courts Defendant is of higher knowledge and duty

under the law duly sworn under BAR Oath to uphold both state of California and the national Constitution. BAR license means that defendant knew and should have known there is no waiver of the statutory requirement mandating proper licensing for the LLP she speaks for.

24. Defendant Daniel T. Rocky works at the 560 Mission St., 25th Floor, San Francisco, CA, 94105. Defendant's title or position is CALIFORNIA STATE BAR recognized Attorney, license number 178604. This Defendant is sued in his/her individual and official capacities. This Defendant was acting under color of law because Defendant Daniel T. Rocky is a BAR attorney operating under LLP not licensed to do business in California courts Defendant is of higher knowledge and duty under the law duly sworn under BAR Oath to uphold both state of California and the national Constitution. BAR license means that defendant knew and should have known there is no waiver of the statutory requirement mandating proper licensing for the LLP he speaks for.

25. Defendant Goli Mondavi works at the 560 Mission St., 25th Floor, San Francisco, CA, 94105. Defendant's title or position is CALIFORNIA STATE BAR recognized Attorney, license number 245705. This Defendant is sued in his/her individual and official capacities. This Defendant was acting under color of law because Defendant Goli Mondavi is a BAR attorney operating under LLP not licensed to do business in California courts Defendant is of higher knowledge and duty under the law duly sworn under BAR Oath to uphold both state of California and the national Constitution. BAR license means that defendant knew and should have known there is no waiver of the statutory requirement mandating proper licensing for the LLP she speaks for.

26. Defendant Ethan Schatz works at the 560 Mission St., 25th Floor, San Francisco, CA, 94105. Defendant's title or position is CALIFORNIA STATE BAR recognized Attorney, license number 257919. This Defendant is sued in his/her individual and official capacities. This Defendant was acting under color of law because Defendant Ethan Schatz is a BAR attorney operating under LLP not licensed to do business in California courts Defendant is of higher knowledge and duty under the law duly sworn under BAR Oath to uphold both state of California and the national Constitution.

BAR license means that defendant knew and should have known there is no waiver of the statutory requirement mandating proper licensing for the LLP he speaks for.

27. Defendant JP MORGAN CHASE BANK, N.A. works at 250 Park Avenue, New york, New York, 10017. Defendant's title or position is alleged lender, with no commitment contract issued by J.P. Morgan Chase Bank, N.A. No Statement duly sworn or verified as consideration by any party, principle or agent, in this chain of events. This Defendant is sued in its official capacity. This Defendant was acting under color of law because defendant is a corporation required to comply with all laws, regulations, procedures, national settlements, in particular being represented by a properly licensed legal representative in California state courts.

## IV. STATEMENT OF FACTS

28. I, Daniele Gozzi, am a Citizen of California and a Citizen of the United States of America.

29. I hold the right to demand and receive protection of the law of California and the United States of America. This complaint is a contract to execute the contract, the agreements between the People and their government agents in order to access protection of law under due process duly administered by United States agents under their own oaths and bonds requiring fidelity to the law of the constitutions first, foremost, and always.

30. This contract is entered by me, Daniele Gozzi, with the understanding that obligations due by our government employees are in fact callable for specific performance by any Citizen at any time particularly under a contract with this court

31. As a Citizen I am the source and authority of All Laws via the state of California Constitution for all governments in, on, of America. The United States of America is the beneficiary of the powers placed in California by it's People through the 1849 Constitution on equal footing with Original States 1776/1783/1787/1789/1791.

32. This complaint is verified by my first-hand knowledge of facts and events spoken in these statements duly presented under the pains and penalties of perjury under the laws of the United States of America. 28 USC section 1746 1, Federal Rule of Evidence 501, 301.

33. This complaint is a purchase contract executed through United States District Court, for the Northern District of California, for protection of the law as a civil right guaranteed by the United States and all of its agents. The offered promised performance is accepted, returned through this complaint and the procedures, with fees paid, fully executed contract, now for performance by this court.

34. This contract is to establish jurisdiction over each of the defendants for the providing of due process required by both California and the United States of America constitutions prior to taking property.

35. The statutes involved in this action are as follows.
A. 42 USC section 1981. Equal rights under the law, make and enforce contracts, protection against impairment. THE CONTRACT FOR ENFORCEMENT OF THE STATE AND FEDERAL CONSTITUTIONS THE DUE PROCESS PRIOR TO TAKINGS CLAUSE IS THE GRAVAMAN OF THIS CIVIL ACTION.
B. 42 USC section 1986. THE RIGHT TO HOLD ACCOUNTABLE THOSE NEGLECTING TO PREVENT HARM AND INJURY TO PLAINTIFF UNDER THE CONSTITUTIONAL DUE PROCESS CLAUSE PRIOR TO TAKINGS.
C. 42 USC section 1985. THE OBSTRUCTION OF JUSTICE, THE FAILURE TO PREVENT INJURY AND HARM BY INFLUENCING A VERDICT OR PRESENTMENT OR TESTIMONY TO WRONGDOING AND GAINING PROTECTION OF THE LAW WITH FULL EQUAL ACCESS WITH PROTECTION OF THE LAW OF THE DUE PROCESS. INCLUDING DEPRIVING A PERSON OF ACCESS TO TRUE JUDICIAL POWER COURTS THAT OPERATE UNDER CORPORATE STRUCTURE AND OFF THE RISE SHAM PLEADINGS BY

UNLICENSED INDIVIDUALS SUCH AS BRYAN CAVE LLP WHERE EQUAL PRIVILEGES AND IMMUNITIES UNDER THE LAW CAN NOT BE PERFECTED AND DEMANDED. THE DAMAGE TO PROPERTY AND PROPERTY RIGHTS EXECUTED THROUGH FORCE, INTIMIDATION AND THREATS THROUGH THE DENIAL OF DUE PROCESS EXECUTED BY LAW-ENFORCEMENT AT THE POINT OF A GUN, BRIBED BY BANKS AS PROVED BY COUNTY AND STATE AUDITED FINANCIAL STATEMENTS.

D. 42 USC section 1983.THIS PROCEDURE TO ENFORCE CIVIL RIGHTS UNDER THE CONTRACT WITH THE UNITED STATES OF AMERICA TO ADDRESS PLAINTIFF'S COMPLAINTS UNDER OBLIGATIONS OWED BY ALL GOVERNMENT ACTORS WHATSOEVER.

36. Annex 2, the affidavit of Plaintiff's first hand witness of events in the Superior Court Monterey County on July 16, 2014, where tampering of records, affecting property rights and property, were perfected by the clerk's office and the judges retention of records. Said tampering in violation of volume 18 Title LXX chapter 4 section 5407, 5408.

37. On or about January.     2014, and then on or about July 9, 2014, then on or about July 17, 2014 and July 18, 2014, Plaintiff caused to be served process upon defendants herein alleging the following facts, as shown in Annex 3, 4, 5 and 6 with proofs of service verify these facts.

38. The charges here and were noticed to over 25 County officers, bar attorneys, and judges.

A. Misprision of Felony

B. False Securities

C. False Public Filings

D. Trespass on Credit

E. Conflict of Interest,(i.e. bribery),

F. Terrorism/Slavery

G. Private corporation providing goods and services of a government holding no judicial power,

H. Violation of due process

I. Failure to identify consideration to found a contract

J. Failure to require proof of a contract committing a corporation to an act.

K. AUTHORIZING AND SUPPORTING A NONLICENSED LLP, BRYAN CAVE LLP, TO ACT FOR A CORPORATION, J.P. MORGAN CHASE BANK NA IN ALLEGED CASE IN CALIFORNIA COURTS.

L. FAILURE TO COMPLY AND GIVE CREDENCE TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTIONS 3509 THROUGH 3948.

M. Refusal through procedural misconstruction of removal from an inferior Court to a superior general jurisdiction courts; of limited actions of unlawful detainer doing service as due process covering up takings of property.

N. Fraudulent titles issued under Trustees Deed where in the Notice of Sale document what was sold was ONLY A LIEN IN THE FORM OF SECURITY AGREEMENT WHICH IS ENFORCEABLE DUE TO FAILURE OF PROOF OF CONSIDERATION AND FAILURE OF PROOF OF COMMITMENT TO LOAN ANYTHING BY LENDER CORPORATION.

39. Each of the above statements is proved by annexed documents here in.

### V. CLAIMS

40. Plaintiff realleges and incorporates by reference all of the paragraphs above.

41. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right: Due process meaning the notice of all the relevant material facts and law attendant to any governmental action as required under the Fifth Amendment governing the United States and all of its actions via Constitution. In particular title 42 section 1986, 1985. Complete Due process is not evident anywhere in any public record whatsoever related to this matter. Charges above are evident as held in the public record in care and custody of defendants, jointly and severally.

42. The above civil right was violated by the following Defendants: ALL of the defendants and as stated above in a conspiracy of silence to cover up wrongdoing as exposed through the annexes which qualify as public record under full faith and credit and mandatory judicial notice.

43. As a result of the Defendants' violation of the above civil right, Plaintiff was harmed in the following ways:

A. Plaintiff and his family have been living under illegal eviction orders for months.

B. Plaintiff, his family, the community, the political body is set by the people to establish County of Monterey have each been denied access to untampered with non bribed judicial process.

C. The Law of Constitution both of California and the United States of America has been circumvented, usurped. and denied the light of day through the conspiracy of actions of the defendants.

44. Plaintiff realleges and incorporates by reference all of the paragraphs above.

45. This single cause of action is the foundation for the results. Cause and then a fact are now apparent to this court through this complaint.

46. Plaintiff alleges the above claim against the following Defendant(s): Therefore this Plaintiff states that this request for relief is mandatory as a matter of the operation of the law, the substance of the law over any procedure whatsoever.

47. The public record before the world of the wrongdoing by banks, their attorneys, judges, county officials, cannot be questioned. The banks have paid major fines under their own admission a confession of judgment of massive wrongdoing in every facet of alleged mortgage transactions. This Fact cannot be ignored any longer.

48. As a result of the Defendants' violation of the rights giving rise to this claim, Plaintiff was harmed in the following ways:

A. Plaintiff and his family have been living under illegal eviction orders for months.

B. Plaintiff, his family, the community, the political body is set by the people to establish County of Monterey have each been denied access to untampered with non bribed judicial process.

C. The Law of Constitution both of California and the United States of America has been circumvented, usurped. and denied the light of day through the conspiracy of actions of the defendants.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

49.A. The invocation of the authority of the United States of America exercising and carrying out the powers of the Law vested in this United States District Court to protect the plaintiffs home, property and property rights from trespass breach of the peace until the full record of these matters is reviewed for compliance with due process under basic standards are presented and shown on the record from the record in the care and custody of the joint defendants by the defendants jointly and severally.

B. Execution upon the original contracts between the One People in their construction of governments under Constitution where in the first, last and the highest duty of any government agent is to do no harm to the People as the highest obligation of any and all claimed government agent which must be shown and as exposed due process of one public record in the public forum.

C. Plaintiff reserves rights under the annexes above to ledger claims for monetary damages in the sum of $120 million pursuant to WAIVER ON TORT which is of public record qualifying as full notice an opportunity to respond, under full faith and credit, as now mandatory judicial notice.

1  Dated: 7/21/14

3  Signed: _D. Gozzi_
   Daniele Gozzi

### DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 7/21/14

Signed: _D. Gozzi_
Daniele Gozzi