Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 625-1243

Plaintiff, In Propria Persona

**FILED**

JUL 29 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Daniele Gozzi | No. 14-cv-03297 **PSG** |
|---|---|
| Plaintiff, | |
| v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| COUNTY OF MONTEREY, et al | |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/29/14

Daniele Gozzi, In Propria Persona