# PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My address is: 909 Andrews Drive, Martinez, CA 94553

CASE # 14-CV-03297 LHK

On August 1, 2014, I served the following documents described as:

**Declination to Proceed before a Magistrate, Motion for Permission for Electronic Case filing, Notice of Removal of State Action, Affidavit of Plaintiff Daniele Gozzi, Annex 1**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

[ ] (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transaction.

[X] (BY MAIL, 1013a, 2015.5 C.C.P.)

[X] I deposited such envelope in the mail at Martinez, California. The envelope was mailed with postage thereon fully prepaid.

[ ] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at            , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY PERSONAL SERVICE) I caused the foregoing envelope to be delivered by hand to the addressee on the attached Service List.

[ ] (BY FEDERAL EXPRESS) I caused the foregoing envelope to be delivered by xxxx FEDEX

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the *above is true and correct.*

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2014 at Martinez, California.

Cindy Brokman

<mark>/</mark>

# SERVICE LIST

COUNTY OF MONTEREY, STATE OF CALIFORNIA, C/O County Administrator,
168 West Alisal Street, 3rd Floor,
Salinas, CA 93901,

Marla O. Anderson, Presiding Judge
Superior Court of California
240 Church Street
Salinas, CA 93901

Teresa Risi
Court Executive Officer
240 Church Street
Salinas, CA 93901

Assessor/Recorder/County Clerk
Stephen I. Vagnini
Monterey County Recorder-County Clerk
P. O. Box 29
Salinas CA 93902-0570

Auditor/Controller
Michael J. Miller
168 West Alisal Street, 3rd floor
Salinas, CA 93901

District Attorney
Dean Flippo
230 Church Street, Bldg. 2 & 3
Salinas, CA 93901

Sheriff/Coroner
Scott Miller
1414 Natividad Road
Salinas, CA 93906

Treasurer/Tax Collector
Mary A. Zeeb
168 W. Alisal Street, 1st Floor
Salinas, CA 93901

Risk Management
Steve Mauck
168 W Alisal Street 3rd Floor,
Salinas, CA 93901

Irv Grant
County Counsel
168 West Alisal Street, 3rd Floor
Salinas, CA 93901

Fernando Armenta
168 West Alisal, 2nd Floor, Salinas, CA 93901

| | |
|---|---|
| 1 | Louis Calcagno |
|  | Castro Plaza |
| 2 | 11140 Speegle St. |
|  | Castroville, CA  95012 |
| 3 | |
|  | Simon Salinas |
| 4 | 168 W. Alisal, 3rd Floor |
|  | Salinas, CA  93901 |
| 5 | |
| 6 | Jane Parker |
|  | 2616 1st Ave. |
| 7 | Marina, CA  93933 |
| 8 | Dave Potter |
|  | Monterey Courthouse |
| 9 | 1200 Aguajito Rd., Ste. 1 |
|  | Monterey, CA  93940 |
| 10 | |
|  | County Administrator |
| 11 | Lew C. Bauman |
|  | 168 West Alisal Street, 3rd Floor |
| 12 | Salinas, CA 93901 |
| 13 | |
|  | Clerk of the Board |
|  | Gail T. Borkowski |
| 14 | 168 West Alisal St,. 1st Floor |
|  | Salinas CA 93901 |
| 15 | |
| 16 | The Honorable Thomas W. Willis |
|  | Monterey Courthouse |
| 17 | 1200 Aguajito Rd., Department 14 |
|  | Monterey, CA  93940 |
| 18 | |
|  | BRYAN CAVE LLP |
| 19 | 560 MISSION ST., 25TH FLOOR |
|  | SAN FRANCISCO, CA, 94105 |
| 20 | |
|  | SHARON Z. WEISS |
| 21 | 560 MISSION ST., 25TH FLOOR, SAN FRANCISCO, CA, 94105 |
| 22 | DANIEL T. ROCKY |
|  | 560 MISSION ST., 25TH FLOOR, SAN FRANCISCO, CA, 94105 |
| 23 | |
|  | GOLI MONDAVI |
| 24 | 560 MISSION ST., 25TH FLOOR SAN FRANCISCO, CA, 94105 |
| 25 | |
|  | ETHAN SCHATZ |
| 26 | 560 MISSION ST., 25TH FLOOR, SAN FRANCISCO, CA, 94105 |
| 27 | JP MORGAN CHASE BANK, N.A. |
|  | 270 PARK AVENUE |
| 28 | NEW YORK, NEW YORK 10017 |

PROOF OF SERVICE

3