1  CHARLES J. McKEE (SBN 152458)
   County Counsel
2  WILLIAM M. LITT (SBN 166614)
   Deputy County Counsel
3  OFFICE OF THE MONTEREY COUNTY COUNSEL
   168 W. Alisal Street, Third Floor
4  Salinas, CA  93901-2439
   Telephone:  (831) 755-5045
5  Facsimile:  (831) 755-5283
   Email: littwm@co.monterey.ca.us

6

7  Attorneys for Defendants County of Monterey;
   Stephen I. Vagnini, Assessor/Recorder/County Clerk;
8  Michael J. Miller, Auditor/Controller; Dean Flippo, District
   Attorney; Scott Miller, Sheriff/Coroner; Mary A. Zeeb,
9  Treasurer/Tax Collector; Steve Mauck, Risk Management;
   Irv Grant, Deputy County Counsel; Supervisor Fernando
10 Armenta; Supervisor Louis Calcagno; Supervisor Simon Salinas;
   Supervisor Jane Parker; Supervisor Dave Potter;
11 Lew C. Bauman, County Administrator; and Gail T. Borkowski,
   Clerk of the Board
12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16 DANIELE GOZZI,                        Case No:  5:14-CV-03297-LHK

17              Plaintiff,

18 v.                                    **CERTIFICATE OF SERVICE BY MAIL**

19 COUNTY OF MONTEREY, STATE
   OF CALIFORNIA, et al.
20

21              Defendants.

22

23

24       I am employed in the County of Monterey, State of California.  I am over the age of 18

25 years and not a party to the within action.  My business address is 168 W. Alisal Street, Third

26 Floor, Salinas, California.

27       On August 13, 2014, I served a true copy of the following document(s):

28                                          1

   *Gozzi v. County of Monterey, et al.*                    CASE NO. 5:14-CV-03297-LHK
   Certificate of Service by Mail

1. **NOTICE OF MOTION AND MOTION TO DISMISS COUNTY OF MONTEREY-AFFILIATED DEFENDANTS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES [FRCP Rules 12(b)(6), 56]**

2. **[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS COUNTY OF MONTEREY-AFFILIATED DEFENDANTS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT [FRCP Rules 12(b)(6), 56]**

3. **CERTIFICATE OF SERVICE (dated August 12, 2014)**

on the interested parties to said action by the following means:

[ ✕ ]   **(BY MAIL)**  By placing a true copy thereof, enclosed in a sealed envelope, for collection and mailing on that date following ordinary business practices, in the United States Mail at the Office of the County Counsel, 168 West Alisal Street, 3rd Floor, Salinas, California, addressed as shown below.  I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence would be deposited with the United States Postal Service the same day it was placed for collection and processing.

[ ]   **(BY E-FILING WITH THE U.S. DISTRICT COURT)**  By submitting these documents for filing on that date pursuant to Local Rule 5-4 and General Order, at the Office of the County Counsel, 168 W. Alisal Street, Third Floor, Salinas, California addressed as shown on the below service list.

[ ]   **(BY FACSIMILE TRANSMISSION)**  By transmitting a true copy thereof by facsimile machine, whose facsimile number is (831) 784-5978, to the interested parties to said action at the facsimile number(s) shown below.  The facsimile transmission was reported as complete and without error.  A copy of the transmission report was properly issued by the transmitting facsimile machine and is attached hereto.

[ ]   **BY ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August 13, 2014 at Salinas, California.


*/s/ Susan Moore*
Susan Moore


**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.**
**/ / / / /**

2

*Gozzi v. County of Monterey, et al.*                                                    CASE NO. 5:14-CV-03297-LHK
Certificate of Service by Mail

1   **<u>NAME(S) AND ADDRESS(ES) OR FAX NUMBER(S) OF EACH PARTY SERVED</u>:**

2   Daniele Gozzi
3   225 Crossroads Boulevard, #199
    Carmel, CA  93923
4   Phone:  1-831-625-1243
    E-mail:  daniele@fantoniusa.com
5   *Plaintiff, Appearing In Pro Per*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3

*Gozzi v. County of Monterey, et al.*                    CASE NO. 5:14-CV-03297-LHK
Certificate of Service by Mail