**BRYAN CAVE LLP**
Sharon Z. Weiss, California Bar No. 169446
Daniel T. Rockey, California Bar No. 178604
Goli Mahdavi, California Bar No. 245705
Ethan Schatz, California Bar No. 257919
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: sharon.weiss@bryancave.com
daniel.rockey@bryancave.com
goli.mahdavi@bryancave.com
schatze@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., BRYAN CAVE, LLP, SHARON Z. WEISS, DANIEL T. ROCKY, GOLI MAHDAVI, ETHAN SCHATZ

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Daniele Gozzi,

Plaintiffs,

v.

COUNTY OF MONTEREY, STATE OF CALIFORNIA, C/O County Administrator, 168 West Alisal Street, 3rd Floor, Salinas, CA 93901,

Marla O. Anderson, Presiding Judge
Superior Court of California
240 Church Street
Salinas, CA 93901

Teresa Risi
Court Executive Officer
240 Church Street
Salinas, CA 93901

Assessor/Recorder/County Clerk
Stephen I. Vagnini
Monterey County Recorder-County Clerk
P.O. Box 29
Salinas CA 93902-0570

Auditor/Controller
Michael J. Miller
168 West Alisal Street, 3rd floor

Case No. 5:14-cv-03297 LHK

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**[Fed. R. Civ. P. 12(b)(6)]**

[Concurrently filed with Notice of Motion and Motion to Dismiss; and [Proposed] Order]

Date: October 30, 2014
Time: 1:30 p.m.
Dept.: Courtroom 8, 4th Floor
280 South 1st St, San Jose, CA

Date Action Filed: June 29, 2014
Trial Date:

Salinas, CA 93901

District Attorney
Dean Flippo
230 Church Street, Bldg. 2 & 3
Salinas, CA 93901

Sheriff/Coroner
Scott Miller
1414 Natividad Road
Salinas, CA 93906

Treasurer/Tax Collector
Mary A. Zeeb
168 W. Alisal Street, 1st Floor
Salinas, CA 93901

Risk Management
Steve Mauck
168 W Alisal Street, 3rd Floor
Salinas, CA 93901

Irv Grant
County Counsel
168 West Alisal Street, 3rd Floor
Salinas, CA 93901

Fernando Armenta
168 West Alisal Street, 2nd Floor
Salinas, CA 93901

Louis Calcagno
Castro Plaza
11140 Speegle St.
Castroville, CA 95012

Simon Salinas
168 W. Alisal, 3rd Floor
Salinas, CA 93901

Jane Parker
2616 1st Ave.
Marina, CA 93933

Dave Potter
Monterey Courthouse
1200 Aguajito Rd., Ste. 1
Monterey, CA 93940

County Administrator
Lew C. Bauman
168 West Alisal Street, 3rd Floor
Salinas, CA 93901

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

Clerk of the Board
Gail T. Borkowski
168 West Alisal Street, 1st Floor
Salinas, CA 93901

The Honorable Thomas W. Willis
Monterey Courthouse
1200 Aguajito Rd., Department 14
Monterey, CA 93940

BRYAN CAVE LLP
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

SHARON Z. WEISS
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

DANIEL T. ROCKY
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

GOLI MONDAVI
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

ETHAN SCHATZ
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

JP MORGAN CHASE BANK, N.A.
270 PARK AVENUE
NEW YORK, NEW YORK 10017

Defendants.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

**TO PLAINTIFF, ALL PARTIES, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that on October 30, 2014 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 8, 4th Floor of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, Defendants JPMorgan Chase Bank, N.A., Bryan Cave, LLP, Sharon Weiss, Daniel T. Rockey, Goli Mahdavi, and Ethan Schatz ("Defendants") will and hereby do respectfully request that this Court take judicial notice of the documents attached to this Request for Judicial Notice ("RJN") as Exhibits A through Z.

Exhibit A: Deed of Trust, recorded on August 28, 2007 in the official records of Monterey County as Document No. 2007067285, encumbering the property located at 31549 Highway 1, Carmel, California 93923 ("Subject Property").

Exhibit B: Purchase and Assumption Agreement between Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank, and JPMorgan Chase Bank, N.A., dated September 25, 2008.

Exhibit C: Notice of Default and Election to Sell Under Deed of Trust, recorded on July 26, 2010 in the official records of Monterey County as Document No. 2010040537, as regards the Subject Property.

Exhibit D: Notice of Trustee's Sale, recorded on November 3, 2010 in the official records of Monterey County as Document No. 2010064947, as regards the Subject Property.

Exhibit E: Trustee's Deed Upon Sale, recorded on January 10, 2011 in the official records of Monterey County as Document No. 2011001839, as regards the Subject Property.

Exhibit F: Summons and Complaint for Unlawful Detainer, filed on February 8, 2011 in the Superior Court for the County of Monterey, as regards the Subject Property, Case No. M110621.

Exhibit G: Notice of Entry of Judgment and Judgment for Possession, filed on June 24, 2011 in the Superior Court for the County of Monterey, as regards the Subject Property, Case No. M110621.

Exhibit H: Register of Actions, Filed on February 8, 2011 in the Superior Court of the

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

County of Monterey, Case No. M110621.

Exhibit I: Petition for Chapter 13 Bankruptcy filed in the United States Bankruptcy Court for the Northern District of California, San Jose Division on November 3, 2011, Case No. 11-60244.

Exhibit J: Petition for Chapter 13 Bankruptcy filed in the United States Bankruptcy Court for the Northern District of California, San Jose Division on January 13, 2012, Case No. 12-50268.

Exhibit K: Petition for Chapter 13 Bankruptcy filed in the United States Bankruptcy Court for the Northern District of California, San Jose Division on April 10, 2012, Case No. 12-52686.

Exhibit L: Petition for Chapter 13 Bankruptcy filed in the United States Bankruptcy Court for the Northern District of California, San Jose Division on January 7, 2013, Case No. 13-50058

Exhibit M: Petition for Chapter 13 Bankruptcy filed in the United States Bankruptcy Court for the Northern District of California, San Jose Division on March 4, 2013, Case No. 13-51236.

Exhibit N: Order Granting Motion for Relief , recorded on August 26, 2013 in the official records of Monterey County, as Document No. 2013053929.

Exhibit O: Return on Writ of Possession, executed on January 15, 2014 with the Monterrey County Sheriff's Office, Case No. M110621.

Exhibit P: Petition for Chapter 13 Bankruptcy filed in the United States Bankruptcy Court for the Northern District of California, San Jose Division on January 23, 2014, Case No. 2:14-bk-11320-WB.

Exhibit Q: Letter to the Court, filed on March 26, 2014, Case No. M122326.

Exhibit R: Order Setting Order to Show Cause re Sanctions and Dismissal, filed on July 31, 2014 in the Superior Court of California County of Monterey, Case No. M122326.

Exhibit S: Return on Writ of Possession, executed on July 23, 2014 with the Monterrey County Sheriff's Office, Case No. M110621.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

Exhibit T: Involuntary Petition, filed on July 21, 2014 in the United States Bankruptcy Court for the Central District of California, Case No. 2:14-bk-23862-ER

Exhibit U: Notice of Entry of Order Rem Relief from the Automatic Stay, filed on July 21, 2014, in the United States Bankruptcy Court for the Central District of California, Case No. 2:14-bk-23862-ER

Exhibit V: Notice of Removal of State Action, filed on July 30, 2014, in the Superior Court of California County of Monterey.

Exhibit W: Application for Registration, filed on October 18, 1995 with the State of California.

This Request for Judicial Notice is made in support of Defendants' Motion to Dismiss Plaintiff's Complaint filed concurrently herewith, and is based on the attached Memorandum of Points and Authorities, all pleadings and records on file in this action, and such other and further matters as the Court may consider.

Dated: August 13, 2014

Respectfully submitted,

**BRYAN CAVE LLP**
Sharon Z. Weiss
Daniel T. Rockey
Goli Mahdavi
Ethan Schatz

By: /s/ Ethan Schatz
Ethan Schatz
Attorneys for Defendants
JP MORGAN CHASE BANK, N.A., BRYAN CAVE, LLP, SHARON Z. WEISS, DANIEL T. ROCKY, GOLI MAHDAVI, ETHAN SCHATZ

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants JPMorgan Chase Bank, N.A., Bryan Cave, LLP, Sharon Weiss, Daniel T. Rockey, Goli Mahdavi, and Ethan Schatz ("Defendants") requests that the Court take judicial notice of the attached documents, Exhibits A through W on the basis that the documents contain facts that are not subject to reasonable dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201.

Under Federal Rule of Evidence 201, a fact is judicially noticeable when it is not subject to reasonable dispute and is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. The Court's consideration of the attached documents related to the foreclosure process does not convert Defendant's Rule 12(b)(6) Motion into a motion for summary judgment. *Id.*

This Court may take judicial notice of Exhibits A, and C through E, and N because they are documents published in the official public records of Contra Costa County, and Exhibit W which is filed with the California Secretary of State, and are capable of accurate and ready determination from sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201. Indeed, California district courts have taken judicial notice of recorded foreclosure notices when ruling on a motion to dismiss. *See e.g. Gardner v. American Home Mortg. Servicing, Inc.*, 691 F.Supp.2d 1192, 1196 (E.D. Cal. 2010) (taking judicial notice of a Notice of Default and Notice of Trustee's Sale); *Champlaie v. BAC Home Loans Servicing, LP*, 706 F.Supp.2d 1029, 1039 (E.D. Cal. 2009) (finding judicial notice of recorded Notice of Default, Notice of Trustee's Sale, and Trustee's Deed Upon Sale proper); *Pantoja v. Countrywide Home Loans, Inc.*, 640 F.Supp.2d 1177, 1192 n. 12 (N.D. Cal. 2009) (taking judicial notice of the Deed of Trust).

The Court may also take judicial notice of Exhibits F through M, and O through V because they are court records of the Superior Court of the State of California for the County of Contra Costa. Judicial notice may be taken of any court of this state or the United States. *See* Cal. Evid. Code § 452(c), (d); *Aaronoff v. Martinez-Senftner*, 136 Cal. App. 4th 910, 918 (2006) ("Judicial notice may be taken of any court record."); *Dugall v. G.E. Commc'ns Servs., Inc.*, 81 Cal.App.4th 81, 86 (2000) (permitting judicial notice of the records of California court).

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

In addition, the Court may also take judicial notice of Exhibit B as it is a document published by the federal government, a matter of public record, and its accuracy "cannot reasonably be questioned." *Bracamontes v. Chase Home Finance, LLC,* 2011 WL 332527 (N.D. Cal. Jan. 31, 2011) (taking judicial notice of the subject agreement); *see also Allen v. United Fin. Mortg. Corp*., 660 F.Supp.2d 1089, 1093–94 (N.D. Cal. 2009) (granting defendant's request for judicial notice of the "Purchase & Assumption Agreement" between Chase and the FDIC because the entire document was available online, from the FDIC's web site).

The conditions for taking judicial notice of Exhibits A through W in connection with Defendant's Motion to Dismiss are met here: (1) they are central to Plaintiff's claims against Defendant; (2) they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned; and (3) there is no material question concerning their authenticity.

For the foregoing reasons, Defendant respectfully requests the Court take judicial notice of the attached Exhibits A through W.

Dated: August 13, 2014

Respectfully submitted,

**BRYAN CAVE LLP**
Sharon Z. Weiss
Daniel T. Rockey
Goli Mahdavi
Ethan Schatz

By: /s/ Ethan Schatz
Ethan Schatz
Attorneys for Defendants
JP MORGAN CHASE BANK, N.A., BRYAN CAVE, LLP, SHARON Z. WEISS, DANIEL T. ROCKY, GOLI MAHDAVI, ETHAN SCHATZ