# EXHIBIT Q



RECEIVED

MAR 2 6 2014

NOT AN OFFICIAL
COURT RECORD
DO NOT DUPLICATE

Monique Jewett-Brewster
Direct: 415/675-3474
Fax: 415/675-3434
monique.jewettbrewster@bryancave.com

Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Tel (415) 268-2000
Fax (415) 268-1999
www.bryancave.com

March 26, 2014

**BY COURIER**

FILED BY FACSIMILE

Hon. Thomas W. Wills
Judge of the Superior Court
Superior Court of California,
County of Monterey
1200 Aguacito Road
Monterey, CA 93940

Bryan Cave Offices

Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave
International Consulting
A TRADE AND CUSTOMS CONSULTANCY

www.bryancaveconsulting.com

Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Re:   *Gozzi v. Washington Mutual Bank, F.A.,* et al., Case No. M122326
      Defendant JPMorgan Chase Bank, N.A.'s Request for Status Conference with
      Plaintiff's Personal Appearance

To the Honorable Judge Wills:

Our firm has been retained to represent the interests of defendants JPMorgan Chase
Bank, N.A. ("Chase") and California Reconveyance Co. in the above-referenced
litigation.  Plaintiff Daniele Gozzi ("Plaintiff") filed the instant wrongful foreclosure
case over one year ago; procedurally, however, the case is at a standstill due to the
calculated failure of Plaintiff's counsel of record to serve all defendants in this action.
Given recent developments as set forth in more detail below, Chase now respectfully
requests that the Court set a Case Management Conference at which Plaintiff is
ordered to personally appear, so that Chase may obtain Plaintiff's compliance with
the multiple orders which the Court has issued as regards the property subject of this
case.

The subject property is a multi-million dollar residence located at 31549 Highway 1,
Carmel, California ("Property").  Chase was the successful purchaser of the Property
at a foreclosure sale held on December 3, 2010.  See Trustee's Deed Upon Sale, Ex. E
to defendants' Request for Judicial Notice ("RJN") filed concurrently with
defendants' Demurrer on May 28, 2013.  At the time of the sale, the unpaid balance
owed on the secured loan was no less than $6,038,792.12.  Id., Notice of Trustee's
Sale, Ex. D.

After the foreclosure sale, Chase diligently pursued its state court remedies to gain
possession of the Property.  However, Plaintiff has frustrated – and continues to
frustrate – Chase's lawful attempts to evict Plaintiff from the Property.  To be clear,
Plaintiff and his family members have resided on the Property, rent- and mortgage-
free, since December, 2010.

190951.2

Hon. Thomas W. Wills
March 26, 2014
Page 2

Chase filed its Unlawful Detainer ("UD") action in this Court on February 8, 2011 (styled *JPMorgan Chase Bank, N.A. v. Gozzi, Daniele*, and assigned Case No. M110621; see UD docket enclosed herewith). On June 17, 2011, the Court entered its Judgment for possession of the Property in favor of Chase and against Plaintiff in the UD case. Id. This Court issued its first Writ of Possession in the UD action on June 24, 2011. Id.

Thereafter, on November 3, 2011, only days before the first scheduled lockout, Plaintiff filed the first of <u>six</u> bankruptcy cases in the Northern and Central Districts of California for the sole purpose of hindering Chase's attempts to gain possession of the Property. See bankruptcy dockets enclosed herewith. On account of these multiple bad faith filings, on April 2, 2013, the U.S. Bankruptcy Court for the Northern District of California issued an order granting Chase *in rem* relief from the automatic stay as it pertains to the Property for a period of two (2) years from the date of the order, pursuant to 11 U.S.C. §§ 105(a) and 362(d)(4). See Bankruptcy Court Order, RJN, Ex. I. In doing so, the Bankruptcy Court specifically concluded that Plaintiff had abused the bankruptcy code with his bad faith bankruptcy filings affecting the Property. Id. In the meantime, Chase has been forced to seek and obtain no fewer than <u>five</u> Writs of Possession issued by this Court in the UD action, all in an attempt to have the Sheriff lock Plaintiff out of the Property. See enclosed UD docket.

Chase's most recent lockout was scheduled for the morning of January 24, 2014. Only days beforehand, and in accord with his pattern and practice of bad faith delay tactics, Plaintiff instructed his counsel to file a groundless *ex parte* application for temporary restraining order in the instant litigation. Chase successfully defended against the application, and <u>on January 22, 2014, this Court declined to enter Plaintiff's requested temporary restraining order</u>. However, early on January 24, Plaintiff and his representatives faxed a largely indecipherable document entitled "Notice of Misprision of Felony, Cease and Decist [sic], Demand for Bond! Indemnity Claim-on Tort" ("Notice") to: (i) my firm's Santa Monica office; (ii) the Federal Bureau of Investigation; (iii) the California Attorney General; (iv) the U.S. Attorney's Office; (v) the chambers of the Hon. Marla O. Anderson, Presiding Judge, Superior Court of California, County of Monterey; and (vi) the office of Connie Mazzei, Clerk of Court, among others. See Notice, enclosed herewith. In the Notice, notwithstanding this Court's issuance of multiple Writs of Possession and its recent order denying Plaintiff's application for a temporary restraining order, Plaintiff contends that Chase's lawful attempts to take possession of the Property amount to "terrorism, … trespass, … and slavery" and threatens new legal action should Chase proceed with the lockout. Id.

Relevantly, in the voluminous papers faxed to the parties referenced above, Plaintiff advised — for the very first time — of a special needs child residing on the Property. With this knowledge, Chase now respectfully requests that the Court intervene and set a Case Management Conference requiring Plaintiff's personal appearance, so that Chase can work with Plaintiff to arrange a mutually consensual surrender of the Property which accommodates the needs of this child, of whom Chase was previously unaware. While Chase acknowledges its legal right to forcefully evict Plaintiff from the Property, Chase requests the setting of a Case Management Conference so that its counsel may confer with Plaintiff face-to-face and, with the aid of the Court, negotiate a reasonable arrangement for Plaintiff's exit from the Property.

Hon. Thomas W. Wills                                    **Bryan Cave LLP**
March 26, 2014
Page 3

Given Plaintiff's long record of gamesmanship and bad faith filings, Chase requests that the Court set this Case Management Conference at its earliest convenience, notwithstanding the fact that the case is not yet at issue – as Plaintiff's counsel of record (attorney Linda Voss, who as of March 23, 2014, is no longer eligible to practice law in this State) deliberately failed to serve all defendants in this action in yet another brazen – and successful – attempt to delay Plaintiff's eviction from the Property.

I thank the Court for its consideration of my client's request.

Very truly yours,

Monique Jewett-Brewster

MJB
Enclosures

cc:     Linda Z. Voss, counsel of record for Plaintiff (via overnight mail)
        Daniele Gozzi, Plaintiff (via overnight mail)

190951.2

# Exhibit 1

**Salinas, DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## Northern District of California (San Jose)
## Bankruptcy Petition #: 11-60244

|  |  |
|---|---|
| *Assigned to:* Judge Charles Novack | *Date filed:* 11/03/2011 |
| Chapter 13 | *Date terminated:* 02/29/2012 |
| Voluntary | *Debtor dismissed:* 01/04/2012 |
| Asset | *341 meeting:* 12/21/2011 |

*Debtor disposition:* Dismissed for Failure to File
Information

| | |
|---|---|
| ***Debtor*** | represented by **Daniele Francesco Gozzi** |
| **Daniele Francesco Gozzi** | PRO SE |
| 225 Crossroads Blvd. # 199 | |
| Carmel, CA 93923 | |
| MONTEREY-CA | |
| SSN / ITIN: xxx-xx-8899 | |

***Trustee***
**Devin Derham-Burk**
P.O. Box 50013
San Jose, CA 95150-0013
(408) 354-4413

***U.S. Trustee***
**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004
( )

| Filing Date | # | Docket Text |
|---|---|---|
| 11/03/2011 | <u>1</u><br>(9 pgs) | Chapter 13 Voluntary Petition, Fee Amount $281. Filed by Daniele Francesco Gozzi . Section 521 Filings due by 12/19/2011. Order Meeting of Creditors due by 12/5/2011. Chapter 13 Plan due by 11/17/2011. (cvt) (Entered: 11/03/2011) |

| | | |
|---|---|---|
| 11/03/2011 | <u>2</u> | Statement of Social Security Number. Filed by Debtor Daniele Francesco Gozzi (cvt) ERROR: BOX NOT CHECKED FOR DEBTOR'S SSN. Modified on 11/4/2011 (tp). (Entered: 11/03/2011) |
| 11/03/2011 | | Receipt of Filing Fee for Chapter 13 Voluntary Petition. Amount 281.00 from Daniele Franceso Gozzi. Receipt Number 50082170. (admin) (Entered: 11/03/2011) |
| 11/04/2011 | <u>3</u><br>(2 pgs; 2 docs) | Notice of Failure to Provide Debtor's Social Security Number and/or List of Creditors. Social Security Form/Matrix due by 11/14/2011. (tp) (Entered: 11/04/2011) |
| 11/04/2011 | <u>4</u><br>(2 pgs; 2 docs) | Order To File Required Documents and Notice Regarding Dismissal . (tp) (Entered: 11/04/2011) |
| 11/04/2011 | <u>5</u><br>(2 pgs; 2 docs) | Order Providing for Dismissal for Failure to File Chapter 13 Plan . (tp) (Entered: 11/04/2011) |
| 11/06/2011 | <u>6</u><br>(2 pgs) | BNC Certificate of Mailing - Notice of Failure to Provide Debtor's Social Security Number (RE: related document(s)<u>3</u> Notice of Failure to Provide SSN). Service Date 11/06/2011. (Admin.) (Entered: 11/06/2011) |
| 11/06/2011 | <u>7</u><br>(2 pgs) | BNC Certificate of Mailing (RE: related document(s)<u>4</u> Order to File Missing Documents). Service Date 11/06/2011. (Admin.) (Entered: 11/06/2011) |
| 11/06/2011 | <u>8</u><br>(2 pgs) | BNC Certificate of Mailing (RE: related document(s)<u>5</u> Order Providing for Dismissal). Service Date 11/06/2011. (Admin.) (Entered: 11/06/2011) |
| 11/15/2011 | <u>9</u><br>(2 pgs) | Motion to Extend Time Filed by Debtor Daniele Francesco Gozzi. ERROR: PDF REFLECTS AN INVALID DATE AND TIME. (myt) (Entered: 11/15/2011) |
| 11/15/2011 | <u>10</u><br>(2 pgs) | Creditor Matrix Filed by Debtor Daniele Francesco Gozzi (dmk) (Entered: 11/16/2011) |
| | <u>11</u><br>(18 pgs; 6 docs) | Motion for Relief from Stay *re: 31549 Highway 1, Carmel, CA 93923* RS #RDN-1, Fee Amount $176, Filed by Creditor JPMorgan Chase Bank, National Association (Attachments: <u>1</u> Declaration <u>2</u> Exhibit A<u>3</u> RS Cover Sheet <u>4</u> |

| 11/18/2011 | | Order for Telephonic Conference (RS) 5 Certificate of Service) (Naiman, Randall) (Entered: 11/18/2011) |
|---|---|---|
| 11/18/2011 | | Receipt of filing fee for Motion for Relief From Stay(11-60244) [motion,mrlfsty] ( 176.00). Receipt number 14702597, amount $ 176.00 (U.S. Treasury) (Entered: 11/18/2011) |
| 11/18/2011 | 12<br>(2 pgs) | Notice of Hearing (RE: related document(s)11 Motion for Relief from Stay *re: 31549 Highway 1, Carmel, CA 93923 RS #RDN-1, Fee Amount $176, Filed by Creditor JPMorgan Chase Bank, National Association).* **Hearing scheduled for 12/7/2011 at 03:00 PM at San Jose Courtroom 3070 - Novack.** Filed by Creditor JPMorgan Chase Bank, National Association (Naiman, Randall) (Entered: 11/18/2011) |
| 11/23/2011 | 13<br>(6 pgs; 4 docs) | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 12/21/2011 at 12:45 PM Salinas Suite 214 Objection to Dischargeability due by 2/21/2012 Proofs of Claims due by 3/20/2012 Last day to object to confirmation is 12/21/2011 **Confirmation Hearing scheduled for 1/4/2012 at 02:00 PM at San Jose Courtroom 3070 - Novack.** (Derham-Burk, Devin) (Entered: 11/23/2011) |
| 11/25/2011 | 14<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 13 Meeting of Creditors Chapter 13). Notice Date 11/25/2011. (Admin.) (Entered: 11/29/2011) |
| 11/25/2011 | 15<br>(2 pgs) | BNC Certificate of Mailing - Chapter 13 Plan. (RE: related document(s) 13 Meeting of Creditors Chapter 13). Notice Date 11/25/2011. (Admin.) (Entered: 11/29/2011) |
| 11/30/2011 | 16<br>(3 pgs; 2 docs) | Order Granting Motion to Extend Time (Related Doc # 9) Section 521 Filings due 12/30/2011, Chapter 13 Plan due by 12/30/2011 for 1, (myt) (Entered: 12/01/2011) |
| 12/03/2011 | 17<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) 16 Order on Motion to Extend Time). Notice Date 12/03/2011. (Admin.) (Entered: 12/03/2011) |
| | 18<br>(4 pgs) | Brief/Memorandum in Opposition to (RE: related document(s)11 Motion for Relief From Stay). Filed by |

CANB Live Database

| | | |
|---|---|---|
| 12/05/2011 | | Debtor Daniele Francesco Gozzi (yw) (Entered: 12/05/2011) |
| 12/05/2011 | 19 (2 pgs) | Declaration of Daniele Francesco Gozzi in Opposition of (RE: related document(s)11 Motion for Relief From Stay). Filed by Debtor Daniele Francesco Gozzi (yw) (Entered: 12/05/2011) |
| 12/05/2011 | 20 (25 pgs) | Exhibit to Declaration of Debtor (RE: related document(s)19 Declaration). Filed by Debtor Daniele Francesco Gozzi (yw) (Entered: 12/05/2011) |
| 12/05/2011 | 21 (2 pgs) | Request For Judicial Notice (RE: related document(s)18 Opposition Brief/Memorandum). Filed by Debtor Daniele Francesco Gozzi (yw) (Entered: 12/05/2011) |
| 12/06/2011 | 22 (7 pgs; 2 docs) | Reply to *Debtor's Opposition to Motion for Relief from Stay* (RE: related document(s)18 Opposition Brief/Memorandum). Filed by Creditor JPMorgan Chase Bank, National Association (Attachments: # 1 Proof of Service) (Naiman, Randall) (Entered: 12/06/2011) |
| 12/06/2011 | 23 (7 pgs; 2 docs) | First Amended Reply to (RE: related document(s)22 Reply). Filed by Creditor JPMorgan Chase Bank, National Association (Attachments: # 1 Proof of Service) (Naiman, Randall) (Entered: 12/06/2011) |
| 12/07/2011 | | Hearing Continued (related document(s): 11 Motion for Relief From Stay) **Hearing scheduled for 01/04/2012 at 03:00 PM at San Jose Courtroom 3070 - Novack.** The stay will remain in effect. The bank is to file a declaration and attach a copy of the trustee sale deed by 12/30/11. (mem) (Entered: 12/08/2011) |
| 12/13/2011 | 24 (3 pgs) | Certificate of Service *of [Proposed] Order Granting Motion for Relief from Stay* (RE: related document(s)11 Motion for Relief From Stay). Filed by Creditor JPMorgan Chase Bank, National Association (Naiman, Randall) (Entered: 12/13/2011) |
| 12/20/2011 | 25 (3 pgs) | Objection to Confirmation of Chapter 13 Plan *with Certificate of Service*. (Derham-Burk, Devin (harbor)) (Entered: 12/20/2011) |

3/25/2014                                                                    CANB Live Database

| 12/22/2011 | | Meeting of Creditors Held. *12/21/11; Debtor not present; Continued to 3/7/12 @ 12:45; Conf Hrg - 1/4/2012.* (Derham-Burk, Devin (em)) (Entered: 12/22/2011) |
|---|---|---|
| 12/22/2011 | <u>26</u><br>(2 pgs) | Notice of Continuance of Meeting of Creditors *with Certificate of Service.* (Derham-Burk, Devin (harbor)) (Entered: 12/22/2011) |
| 12/22/2011 | <u>27</u><br>(3 pgs; 2 docs) | Order **NOT SIGNED** Regarding Motion for Relief From Stay (Related Doc # <u>11</u>) (myt) (Entered: 12/23/2011) |
| 12/25/2011 | <u>28</u><br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) <u>27</u> Order on Motion for Relief From Stay). Notice Date 12/25/2011. (Admin.) (Entered: 12/25/2011) |
| 12/27/2011 | <u>29</u><br>(4 pgs; 4 docs) | Trustee's Statement of Non-Readiness for Confirmation: The trustee has determined this case is to be placed on the trustee's pending list and it will not be confirmed at the original confirmation hearing . (Derham-Burk, Devin (harbor)) (Entered: 12/27/2011) |
| 12/29/2011 | <u>30</u><br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) <u>29</u> Trustee's Statement of Non-Readiness for Confirmation). Notice Date 12/29/2011. (Admin.) (Entered: 12/29/2011) |
| 12/29/2011 | <u>31</u><br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) <u>29</u> Trustee's Statement of Non-Readiness for Confirmation). Notice Date 12/29/2011. (Admin.) (Entered: 12/29/2011) |
| 01/03/2012 | <u>32</u><br>(4 pgs; 2 docs) | Order Granting Motion for Relief From Stay (Related Doc # <u>11</u>) (yw) (Entered: 01/03/2012) |
| 01/04/2012 | <u>33</u><br>(2 pgs; 2 docs) | Order and Notice of Dismissal for Failure to Comply (RE: related document(s)<u>16</u> Order on Motion to Extend Time). (yw) (Entered: 01/04/2012) |
| 01/04/2012 | <u>34</u><br>(1 pg) | Amended Schedule A, . Filed by Debtor Daniele Francesco Gozzi (yw) (Entered: 01/04/2012) |
| 01/04/2012 | <u>35</u><br>(1 pg) | Amended Schedule F . Fee Amount $30 . Filed by Debtor Daniele Francesco Gozzi (yw) (Entered: 01/04/2012) |
| | <u>36</u> | Certificate of Credit Counseling Filed by Debtor Daniele |

3/25/2014                                    CANB Live Database

| 01/04/2012 | (1 pg) | Francesco Gozzi (yw) (Entered: 01/04/2012) |
|---|---|---|
| 01/04/2012 | 37<br>(1 pg) | Financial Management Course Certificate. Filed by Debtor Daniele Francesco Gozzi (yw) (Entered: 01/04/2012) |
| 01/04/2012 | 38<br>(1 pg) | Chapter 13 Plan Filed by Debtor Daniele Francesco Gozzi . (yw) (Entered: 01/04/2012) |
| 01/04/2012 | 39<br>(26 pgs) | Summary of Schedules , Statistical Summary of Certain Liabilities., Schedule B, Schedule C, Schedule D, Schedule E, Schedule G, Schedule H, Schedule I, Schedule J, Statement of Financial Affairs Filed by Debtor Daniele Francesco Gozzi (yw) (Entered: 01/04/2012) |
| 01/04/2012 | 40<br>(8 pgs) | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by Debtor Daniele Francesco Gozzi (yw) (Entered: 01/04/2012) |
| 01/04/2012 | | Hearing Held (related document(s): 11 Motion for Relief From Stay) The case was dismissed on 1/4/12. The motion is denied as moot. (bg) (Entered: 01/04/2012) |
| 01/04/2012 | | Hearing Held. Case has been placed on the trustee's pending list. (bg) (Entered: 01/04/2012) |
| 01/04/2012 | | Receipt of Amendment Filing Fee. Amount 30.00 from Daniele F Gozzi. Receipt Number 50082931. (admin) (Entered: 01/04/2012) |
| 01/05/2012 | 41<br>(5 pgs) | BNC Certificate of Mailing (RE: related document(s) 32 Order on Motion for Relief From Stay). Notice Date 01/05/2012. (Admin.) (Entered: 01/05/2012) |
| 01/06/2012 | 42<br>(3 pgs) | BNC Certificate of Mailing - Order and Notice of Dismissal for Failure to Comply. (RE: related document(s) 33 Order and Notice of Dismissal for Failure to Comply). Notice Date 01/06/2012. (Admin.) (Entered: 01/06/2012) |
| 02/15/2012 | 43<br>(3 pgs) | Chapter 13 Trustee Final Report and Account . (Derham-Burk, Devin (harbor)) (Entered: 02/15/2012) |
| 02/29/2012 | 44<br>(2 pgs; 2 docs) | Signed Final Decree. (myt) (Entered: 02/29/2012) |

| 02/29/2012 | | Bankruptcy Case Closed. (myt) (Entered: 02/29/2012) |
|---|---|---|
| 03/02/2012 | 45<br>(3 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 44 Final Decree). Notice Date 03/02/2012. (Admin.) (Entered: 03/02/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/25/2014 11:57:06 | | | |
| **PACER Login:** | bc6440 | **Client Code:** | 0347245 6kr 020620 |
| **Description:** | Docket Report | **Search Criteria:** | 11-60244 Fil or Ent: filed From: 1/24/2001 To: 3/25/2014 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

3/25/2014                                          CANB Live Database

                                                            Salinas, DISMISSED, CLOSED


# U.S. Bankruptcy Court
## Northern District of California (San Jose)
### Bankruptcy Petition #: 12-50268

|  |  |
|---|---|
| *Assigned to:* Judge Charles Novack | *Date filed:* 01/13/2012 |
| Chapter 13 | *Date terminated:* 12/19/2012 |
| Voluntary | *Debtor dismissed:* 08/29/2012 |
| Asset | *341 meeting:* 02/29/2012 |


*Debtor disposition:* Dismissed for failure to make plan
payments

**Debtor**
**Daniele Francesco Gozzi**                          represented by **Linda Voss**
225 Crossroads Blvd. # 199                                    The Law Office of Linda Voss
Carmel, CA 93923                                              1900 S Norfolk St. #300
MONTEREY-CA                                                   San Mateo, CA 94403
SSN / ITIN: xxx-xx-8899                                       (650 )576-2545
                                                              Email: lzvoss@pacbell.net

**Trustee**
**Devin Derham-Burk**                                represented by **Alexandra DeLateur**
P.O. Box 50013                                                Office of the Chapter 13 Trustee
San Jose, CA 95150-0013                                       P.O. Box 50013
(408) 354-4413                                                San Jose, CA 95150
                                                              (408) 354-5513
                                                              Email: ctdocs@ch13sj.com

**U.S. Trustee**
**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004
( )

| Filing Date | # | Docket Text |
|---|---|---|
| 01/13/2012 | 1 (34 pgs) | Chapter 13 Voluntary Petition, Fee Amount $281. Filed by Daniele Francesco Gozzi . Order Meeting of Creditors due by 2/13/2012. Chapter 13 Plan due by 1/27/2012. (cvt) (Entered: 01/13/2012) |

| | | |
|---|---|---|
| 01/13/2012 | <u>2</u><br>(1 pg) | Statement of Social Security Number. Filed by Debtor Daniele Francesco Gozzi (cvt) CORRECTIVE ENTRY: COURT CORRECTED PDF ATTACHED TO REFLECT THE CORRECT DEBTOR. Modified on 1/17/2012 (acp). Additional attachment(s) added on 1/17/2012 (cvt). Modified on 1/17/2012 (acp). (Entered: 01/13/2012) |
| 01/13/2012 | <u>3</u><br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Daniele Francesco Gozzi (cvt) (Entered: 01/13/2012) |
| 01/13/2012 | <u>4</u><br>(8 pgs) | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by Debtor Daniele Francesco Gozzi (cvt) (Entered: 01/13/2012) |
| 01/13/2012 | <u>5</u><br>(1 pg) | Chapter 13 Plan Filed by Debtor Daniele Francesco Gozzi (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 13) filed by Debtor Daniele Francesco Gozzi). (cvt) (Entered: 01/13/2012) |
| 01/13/2012 | <u>6</u><br>(1 pg) | Financial Management Course Certificate. Filed by Debtor Daniele Francesco Gozzi (cvt) COURT ENTRY: CERTIFICATE NUMBER REFLECTS CERTIFICATE OF CREDIT COUNSELING COURSE NUMBER. Modified on 1/17/2012 (acp). (Entered: 01/13/2012) |
| 01/13/2012 | | Receipt of Filing Fee for Chapter 13 Voluntary Petition. Amount 281.00 from Daniele F Gozzi. Receipt Number 50083084. (admin) (Entered: 01/13/2012) |
| 01/13/2012 | <u>7</u><br>(1 pg) | Motion for Production of Documents of JP Morgan Chase Bank Filed by Debtor Daniele Francesco Gozzi (acp) (Entered: 01/17/2012) |
| 01/13/2012 | <u>8</u><br>(11 pgs) | Debtor's Request for Production of Documents Regarding Rule 2004 Examination Filed by Debtor Daniele Francesco Gozzi (acp) (Entered: 01/17/2012) |
| 01/13/2012 | <u>9</u><br>(2 pgs) | Order Granting Motion For Production of Documents Order (Related Doc # <u>7</u>) (klr) (Entered: 01/27/2012) |
| | <u>10</u><br>(8 pgs; 4 docs) | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 2/29/2012 at 09:45 AM Salinas Suite 214 Objection to Dischargeability due by 4/30/2012 Proofs |

3/25/2014                                    CANB Live Database

| | | |
|---|---|---|
| 01/30/2012 | | of Claims due by 5/29/2012 Last day to object to confirmation is 2/29/2012 **Confirmation Hearing scheduled for 3/14/2012 at 01:55 PM at San Jose Courtroom 3070 - Novack.** (Derham-Burk, Devin (cs)) (Entered: 01/30/2012) |
| 02/01/2012 | 11 (1 pg) | Request for Notice Filed by Creditor FIA Card Services NA as successor in interest to Bank of America NA (USA) and MBNA America Bank NA (Weisman, Gilbert) (Entered: 02/01/2012) |
| 02/01/2012 | 12 (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 10 Meeting of Creditors Chapter 13). Notice Date 02/01/2012. (Admin.) (Entered: 02/01/2012) |
| 02/01/2012 | 13 (5 pgs) | BNC Certificate of Mailing - Chapter 13 Plan. (RE: related document(s) 10 Meeting of Creditors Chapter 13). Notice Date 02/01/2012. (Admin.) (Entered: 02/01/2012) |
| 02/03/2012 | 14 (1 pg) | Financial Management Course Certificate. Filed by Debtor Daniele Francesco Gozzi (acp) (Entered: 02/07/2012) |
| 02/07/2012 | 15 (19 pgs; 6 docs) | Motion for Relief from Stay RS #RDN-1, Fee Amount $176, Filed by Creditor JPMorgan Chase Bank, National Association (Attachments: # 1 Declaration # 2 Exhibit # 3 RS Cover Sheet # 4 Order for Telephonic Conference (RS) # 5 Certificate of Service) (Naiman, Randall) (Entered: 02/07/2012) |
| 02/07/2012 | 16 (2 pgs) | Notice of Hearing (RE: related document(s)15 Motion for Relief from Stay RS #RDN-1, Fee Amount $176, Filed by Creditor JPMorgan Chase Bank, National Association). **Hearing scheduled for 3/7/2012 at 03:00 PM at San Jose Courtroom 3070 - Novack.** Filed by Creditor JPMorgan Chase Bank, National Association (Naiman, Randall) (Entered: 02/07/2012) |
| 02/07/2012 | | Receipt of filing fee for Motion for Relief From Stay(12-50268) [motion,mrlfsty] ( 176.00). Receipt number 15588384, amount $ 176.00 (U.S. Treasury) (Entered: 02/07/2012) |
| | 17 (2 pgs) | Amended Financial Management Course Certificate. Filed by Debtor Daniele Francesco Gozzi (acp) (Entered: |

| 02/15/2012 | | 02/16/2012) |
|---|---|---|
| 02/23/2012 | <u>18</u><br>(6 pgs; 2 docs) | Objection to Confirmation of Plan Filed by Creditor Internal Revenue Service (Attachments: # <u>1</u> Exhibit A) (Hong, Chong) (Entered: 02/23/2012) |
| 02/23/2012 | <u>19</u><br>(2 pgs) | Certificate of Service (RE: related document(s)<u>18</u> Objection to Confirmation of the Plan). Filed by Creditor Internal Revenue Service (Hong, Chong) (Entered: 02/23/2012) |
| 02/28/2012 | <u>20</u><br>(4 pgs) | Objection to Confirmation of Chapter 13 Plan *with Certificate of Service*. (Derham-Burk, Devin (harbor)) (Entered: 02/28/2012) |
| 03/01/2012 | <u>21</u><br>(2 pgs) | Notice of Continuance of Meeting of Creditors *with Certificate of Service*. (Derham-Burk, Devin (harbor)) (Entered: 03/01/2012) |
| 03/01/2012 | | Meeting of Creditors Held. *on 2-29-2012; Debtor and Attorney of record present; 341 Concluded; Confirmation Hearing 3-14-2012.* (Derham-Burk, Devin (er)) (Entered: 03/01/2012) |
| 03/05/2012 | <u>22</u><br>(4 pgs; 4 docs) | Trustee's Statement of Non-Readiness for Confirmation: The trustee has determined this case is to be placed on the trustee's pending list and it will not be confirmed at the original confirmation hearing . (Derham-Burk, Devin (harbor)) (Entered: 03/05/2012) |
| 03/07/2012 | <u>23</u><br>(3 pgs; 3 docs) | Transfer of Claim. (#5). Transfer Agreement 3001 (e) 2 Transferor: FIA CARD SERVICES, N.A. (Claim No. 5) To Candica, LLC. Filed by Creditor Candica, LLC. (Ralston, Richard) (Entered: 03/07/2012) |
| 03/07/2012 | <u>24</u><br>(4 pgs) | Amended Objection to Confirmation of Chapter 13 Plan *with Certificate of Service.* (Derham-Burk, Devin (harbor)) (Entered: 03/07/2012) |
| 03/07/2012 | | Hearing Held (related document(s): <u>15</u> Motion for Relief From Stay) To the extent that a stay exists. The court grants relief from stay. The 14 day stay is waived. (bg) (Entered: 03/07/2012) |
| | <u>25</u> | BNC Certificate of Mailing (RE: related document(s) <u>22</u> |

| | | |
|---|---|---|
| 03/08/2012 | (3 pgs) | Trustee's Statement of Non-Readiness for Confirmation). Notice Date 03/08/2012. (Admin.) (Entered: 03/08/2012) |
| 03/08/2012 | 26 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 22 Trustee's Statement of Non-Readiness for Confirmation). Notice Date 03/08/2012. (Admin.) (Entered: 03/08/2012) |
| 03/10/2012 | 27 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 23 Transfer of Claim). Notice Date 03/10/2012. (Admin.) (Entered: 03/10/2012) |
| 03/14/2012 | 28 (3 pgs) | Certificate of Service *of [Proposed] Order Granting Motion for Relief from Stay* (RE: related document(s)15 Motion for Relief From Stay). Filed by Creditor JPMorgan Chase Bank, National Association (Naiman, Randall) (Entered: 03/14/2012) |
| 03/14/2012 | | Hearing Held. Case has been placed on the trustee's pending list. (bg) (Entered: 03/14/2012) |
| 03/23/2012 | 29 (4 pgs; 2 docs) | Order Granting Motion for Relief From Stay (Related Doc # 15) (acp) (Entered: 03/23/2012) |
| 03/25/2012 | 30 (5 pgs) | BNC Certificate of Mailing (RE: related document(s) 29 Order on Motion for Relief From Stay). Notice Date 03/25/2012. (Admin.) (Entered: 03/25/2012) |
| 03/27/2012 | 31 (4 pgs; 3 docs) | Transfer of Claim. (#7). Transfer Agreement 3001 (e) 2 Transferor: FIA CARD SERVICES, N.A. (Claim No. 7) To Portfolio Recovery Associates. Filed by Creditor PRA Receivables Management LLC. (Garcia, Dolores) (Entered: 03/27/2012) |
| 03/29/2012 | 32 (4 pgs; 3 docs) | Transfer of Claim. (#4). Transfer Agreement 3001 (e) 2 Transferor: FIA CARD SERVICES, N.A. (Claim No. 4) To Portfolio Recovery Associates. Filed by Creditor PRA Receivables Management LLC. (Garcia, Dolores) (Entered: 03/29/2012) |
| 03/30/2012 | 33 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 31 Transfer of Claim). Notice Date 03/30/2012. (Admin.) (Entered: 03/30/2012) |
| | 34 | BNC Certificate of Mailing (RE: related document(s) 32 |

| | | |
|---|---|---|
| 04/01/2012 | (3 pgs) | Transfer of Claim). Notice Date 04/01/2012. (Admin.) (Entered: 04/01/2012) |
| 04/02/2012 | 35 (22 pgs) | Amended Schedule D . Fee Amount $30 . Filed by Debtor Daniele Francesco Gozzi (acp) (Entered: 04/02/2012) |
| 04/02/2012 | 36 (1 pg) | Amended Chapter 13 Plan Filed by Debtor Daniele Francesco Gozzi (RE: related document(s)5 Chapter 13 Plan filed by Debtor Daniele Francesco Gozzi). (acp) (Entered: 04/02/2012) |
| 04/02/2012 | 37 (1 pg) | Notice of Change of Address Filed by Debtor Daniele Francesco Gozzi (acp) (Entered: 04/02/2012) |
| 04/02/2012 | | Receipt of Amendment Filing Fee. Amount 30.00 from Daniele F Gozzi. Receipt Number 50084045. (admin) (Entered: 04/02/2012) |
| 04/05/2012 | 38 (2 pgs) | Notice of Continuance of Meeting of Creditors *Statement Adjourning 341(a) Meeting of Creditors with Certificate of Service.* (Derham-Burk, Devin (harbor)) (Entered: 04/05/2012) |
| 04/06/2012 | | Meeting of Creditors Held. *4/4/12; Deb not present; Continued to 5/30/12 @ 12:45pm; TPL.* (Derham-Burk, Devin (em)) (Entered: 04/06/2012) |
| 05/08/2012 | 39 (93 pgs; 5 docs) | Adversary case 12-05093. 14 (Recovery of money/property - other), 21 (Validity, priority or extent of lien or other interest in property), 71 (Injunctive relief - reinstatement of stay),72 (Injunctive relief - other), 91 (Declaratory judgment) Complaint by Daniele Francesco Gozzi against California Reconveyance Company, Deborah Brignac, WASHINGTON MUTUAL BANK, FA, Washington Mutual Bank, JP Morgan Chase Bank, NA, John Gilvarry, Federal Deposit Insurance Corporation. Fee Amount $293. (Attachments: # 1 Exhibit 1-3# 2 Exhibit 4# 3 Exhibit 5-8# 4 AP Cover Sheet) (Guenther, Ralph) (Entered: 05/08/2012) |
| 05/15/2012 | 40 (5 pgs; 2 docs) | Notice Regarding *Pending Action* Filed by Debtor Daniele Francesco Gozzi. (Attachments: # 1 Exhibit Property Legal Description) (Voss, Linda) (Entered: 05/15/2012) |

3/25/2014                                      CANB Live Database

| | | |
|---|---|---|
| 05/16/2012 | **41**<br>(4 pgs; 2 docs) | Request for Notice Filed by Creditor U.S. Bank National Association, as Trustee... (Attachments: # 1 Certificate of Service) (Tran, Brian) (Entered: 05/16/2012) |
| 05/23/2012 | **42**<br>(1 pg) | Withdrawal of Documents *Objection To Confirmation Of Plan* (RE: related document(s)18 Objection to Confirmation of the Plan). Filed by Creditor Internal Revenue Service (Hong, Chong) (Entered: 05/23/2012) |
| 05/23/2012 | **43**<br>(2 pgs) | Certificate of Service (RE: related document(s)42 Withdrawal of Document). Filed by Creditor Internal Revenue Service (Hong, Chong) (Entered: 05/23/2012) |
| 05/24/2012 | | Request to Remove Primary and All Secondary E-Mail Addresses from Case . Filed by Creditor Internal Revenue Service (Hong, Chong) (Entered: 05/24/2012) |
| 05/29/2012 | | Request to Remove Primary and All Secondary E-Mail Addresses from Case . Filed by Requestor Ralph Guenther (Guenther, Ralph) (Entered: 05/29/2012) |
| 05/30/2012 | **44**<br>(4 pgs) | Amended Objection to Confirmation of Chapter 13 Plan *with Certificate of Service.* (Derham-Burk, Devin (harbor)) (Entered: 05/30/2012) |
| 05/31/2012 | | Meeting of Creditors Held. *5/30/12; Deb & Atty present; 341 Concl; TPL.* (Derham-Burk, Devin (em)) (Entered: 05/31/2012) |
| 06/01/2012 | **45**<br>(5 pgs) | Amended Objection to Confirmation of Chapter 13 Plan *with Certificate of Service.* (Derham-Burk, Devin (harbor)) (Entered: 06/01/2012) |
| 07/27/2012 | **46**<br>(22 pgs; 3 docs) | Motion to Dismiss Case Filed by Trustee Devin Derham-Burk (Attachments: # 1 Declaration of Devin Derham-Burk# 2 Declaration of E. Alexandra DeLateur with Exhibits A through C) (DeLateur, Alexandra) (Entered: 07/27/2012) |
| 07/27/2012 | **47**<br>(6 pgs; 2 docs) | Notice and Opportunity for Hearing (RE: related document(s)46 Motion to Dismiss Case Filed by Trustee Devin Derham-Burk). Filed by Trustee Devin Derham-Burk (Attachments: # 1 Certificate of Service) (DeLateur, Alexandra) (Entered: 07/27/2012) |

3/25/2014                                        CANB Live Database

| 08/28/2012 | 48<br>(34 pgs; 5 docs) | Request for Entry of Default Re: (RE: related document(s)46 Motion to Dismiss Case. Filed by Trustee Devin Derham-Burk (Attachments: # 1 Declaration of E. Alexandra DeLateur# 2 Exhibit A# 3 Exhibit B# 4 Certificate of Service) (DeLateur, Alexandra) (Entered: 08/28/2012) |
| --- | --- | --- |
| 08/29/2012 | 49<br>(3 pgs) | Order Dismissing Case Prior to Confirmation (Related Doc # 46) (acr) (Entered: 08/29/2012) |
| 08/29/2012 | 50<br>(5 pgs; 3 docs) | Order Dismissing Case Prior to Confirmation (RE: related document(s)46 Motion to Dismiss Case filed by Trustee Devin Derham-Burk). COURT ENTRY: COURT RE-GENERATED THE ORDER TO GENERATE THE NOTICE. (acr) (Entered: 08/29/2012) |
| 08/31/2012 | 51<br>(4 pgs) | BNC Certificate of Mailing - Notice of Dismissal. (RE: related document(s) 50 Order to Dismiss Case). Notice Date 08/31/2012. (Admin.) (Entered: 08/31/2012) |
| 12/12/2012 | 52<br>(3 pgs) | Chapter 13 Trustee Final Report and Account . (Derham-Burk, Devin (harbor)) (Entered: 12/12/2012) |
| 12/19/2012 | 53<br>(2 pgs; 2 docs) | Signed Final Decree (acr) (Entered: 12/19/2012) |
| 12/19/2012 | | Bankruptcy Case Closed. (acr) (Entered: 12/19/2012) |
| 12/21/2012 | 54<br>(3 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 53 Final Decree). Notice Date 12/21/2012. (Admin.) (Entered: 12/21/2012) |
| 12/26/2012 | | Adversary Case Closed 5:12-ap-5093. (rdr) (Entered: 12/26/2012) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 03/25/2014 11:57:38 | | |
| PACER | | Client |

| Login: | bc6440 | Code: | 0347245 6kr 020620 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 12-50268 Fil or Ent: filed From: 1/24/2001 To: 3/25/2014 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 4 | Cost: | 0.40 |

3/25/2014                                     CANB Live Database

FUNDS, PlnDue, DebtEd, Salinas, DISMISSED, CLOSED

# U.S. Bankruptcy Court
## Northern District of California (San Jose)
## Bankruptcy Petition #: 12-52686

| | |
|---|---|
| | *Date filed:* 04/10/2012 |
| *Assigned to:* Judge Charles Novack | *Date terminated:* 05/11/2012 |
| Chapter 13 | *Debtor dismissed:* 04/26/2012 |
| Voluntary | |
| Asset | |

*Debtor disposition:* Dismissed for Failure to File Information

**Debtor**                                      represented by **Helina K Patel**
**Helina K Patel**                                            PRO SE
31549 Highway 1
Carmel, CA 93923
MONTEREY-CA
SSN / ITIN: xxx-xx-4588

**Trustee**
**Devin Derham-Burk**
P.O. Box 50013
San Jose, CA 95150-0013
(408) 354-4413

**U.S. Trustee**
**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004
( )

| Filing Date | # | Docket Text |
|---|---|---|
| | <u>1</u><br>(7 pgs) | Chapter 13 Voluntary Petition, Fee Amount $281. Filed by Helina K Patel . Order Meeting of Creditors due by 5/10/2012. Section 521 filings due by 5/25/2012. Chapter 13 Plan due by 4/24/2012. (hub) COURT ENTRY: TWO ADDRESSES FOR LANDLORD OF THE DEBTOR ON PAGE 3 OF THE PDF - COURT SENT |

CANB Live Database

| | | |
|---|---|---|
| 04/10/2012 | | LANDLORD/TENANT NOTICE TO MAILING ADDRESS OF THE LANDLORD. Modified on 4/10/2012 (tp). ERROR: MISSING DEBTOR'S NAME AT THE TOP OF PAGES 2 AND 3 OF THE PDF. CORRECTIVE ENTRY: COURT TERMINATED INCOMPLETE FILINGS DUE DEADLINE AND REMOVED IT FROM DOCKET TEXT. Modified on 4/11/2012 (tp). (Entered: 04/10/2012) |
| 04/10/2012 | 2 | Statement of Social Security Number. Filed by Debtor Helina K Patel (lub) (Entered: 04/10/2012) |
| 04/10/2012 | 3 (1 pg) | Certificate of Credit Counseling Filed by Debtor Helina K. Patel (lub) (Entered: 04/10/2012) |
| 04/10/2012 | | Receipt of Filing Fee for Chapter 13 Voluntary Petition. Amount 281.00 from Helina K Patel. Receipt Number 50084158. (admin) (Entered: 04/10/2012) |
| 04/11/2012 | 4 | Certification of Intent to Cure Entire Monetary Default for Residential Property and Deposit of 30 Day Post Petition Rent in the amount of $0.00. Intent to Cure Default due by 5/10/2012. (tp) (Entered: 04/11/2012) |
| 04/11/2012 | 5 (5 pgs) | Notice of Certified Copy of Docket Report (RE: related document(s) 4 Certification of Intent to Cure Default). (tp) (Entered: 04/11/2012) |
| 04/11/2012 | 6 (1 pg) | Courts Certificate of Mailing. Number of notices mailed: 1 (RE: related document(s) 5 Certified Copy of Docket Report). (tp) (Entered: 04/11/2012) |
| 04/11/2012 | 7 (2 pgs; 2 docs) | Order To File Required Documents and Notice Regarding Dismissal . (tp) (Entered: 04/11/2012) |
| 04/11/2012 | 8 (2 pgs; 2 docs) | Order Providing for Dismissal for Failure to File Chapter 13 Plan . (tp) (Entered: 04/11/2012) |
| 04/13/2012 | 9 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 7 Order to File Missing Documents). Notice Date 04/13/2012. (Admin.) (Entered: 04/13/2012) |
| | 10 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 8 Order Providing for Dismissal). Notice Date 04/13/2012. |

3/25/2014                                   CANB Live Database

| 04/13/2012 | | (Admin.) (Entered: 04/13/2012) |
|---|---|---|
| 04/24/2012 | <u>11</u><br>(20 pgs; 6 docs) | Motion for Relief from Stay *re: 31549 Highway 1, Carmel, CA 93923* RS #RDN-1, Fee Amount $176, Filed by Creditor JPMorgan Chase Bank, National Association (Attachments: # <u>1</u> Declaration # <u>2</u> Exhibit A# <u>3</u> RS Cover Sheet # <u>4</u> Order for Telephonic Conference (RS) # <u>5</u> Certificate of Service) (Naiman, Randall) (Entered: 04/24/2012) |
| 04/24/2012 | <u>12</u><br>(2 pgs) | Notice of Hearing (RE: related document(s)<u>11</u> Motion for Relief from Stay *re: 31549 Highway 1, Carmel, CA 93923* RS #RDN-1, Fee Amount $176, Filed by Creditor JPMorgan Chase Bank, National Association). **Hearing scheduled for 5/16/2012 at 03:00 PM at San Jose Courtroom 3070 - Novack.** Filed by Creditor JPMorgan Chase Bank, National Association (Naiman, Randall) (Entered: 04/24/2012) |
| 04/24/2012 | | Receipt of filing fee for Motion for Relief From Stay(12-52686) [motion,mrlfsty] ( 176.00). Receipt number 16366550, amount $ 176.00 (U.S. Treasury) (Entered: 04/24/2012) |
| 04/26/2012 | <u>13</u><br>(2 pgs; 2 docs) | Order and Notice of Dismissal for Failure to Comply (RE: related document(s)<u>8</u> Order Providing for Dismissal). (klr) (Entered: 04/26/2012) |
| 04/28/2012 | <u>14</u><br>(3 pgs) | BNC Certificate of Mailing - Order and Notice of Dismissal for Failure to Comply. (RE: related document(s) <u>13</u> Order and Notice of Dismissal for Failure to Comply). Notice Date 04/28/2012. (Admin.) (Entered: 04/28/2012) |
| 05/09/2012 | <u>15</u><br>(3 pgs) | Chapter 13 Trustee Final Report and Account . (Derham-Burk, Devin (harbor)) (Entered: 05/09/2012) |
| 05/11/2012 | <u>16</u><br>(2 pgs; 2 docs) | Signed Final Decree. (kd) (Entered: 05/11/2012) |
| 05/11/2012 | | Bankruptcy Case Closed. (kd) (Entered: 05/11/2012) |
| 05/13/2012 | <u>17</u><br>(3 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) <u>16</u> Final Decree). Notice Date 05/13/2012. (Admin.) (Entered: 05/13/2012) |

| 05/16/2012 | | Hearing Held (related document(s): 11 Motion for Relief From Stay) Deneid as moot. Court will prepare an order. (jes) (Entered: 05/17/2012) |
|---|---|---|
| 05/21/2012 | 18 (3 pgs; 2 docs) | Order **Denying** Motion for Relief From Stay (Related Doc # 11) (kd) (Entered: 05/21/2012) |
| 05/23/2012 | 19 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 18 Order on Motion for Relief From Stay). Notice Date 05/23/2012. (Admin.) (Entered: 05/23/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/25/2014 11:58:23 | | | |
| **PACER Login:** | bc6440 | **Client Code:** | 0347245 6kr 020620 |
| **Description:** | Docket Report | **Search Criteria:** | 12-52686 Fil or Ent: filed From: 1/24/2001 To: 3/25/2014 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

CANB Live Database

FUNDS, PlnDue, DebtEd, Salinas, DISMISSED, CLOSED

# U.S. Bankruptcy Court
## Northern District of California (San Jose)
### Bankruptcy Petition #: 12-52686

*Date filed:* 04/10/2012
*Date terminated:* 05/11/2012
*Debtor dismissed:* 04/26/2012

*Assigned to:* Judge Charles Novack
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Failure to File
Information

**Debtor**
**Helina K Patel**
31549 Highway 1
Carmel, CA 93923
MONTEREY-CA
SSN / ITIN: xxx-xx-4588

represented by **Helina K Patel**
PRO SE

**Trustee**
**Devin Derham-Burk**
P.O. Box 50013
San Jose, CA 95150-0013
(408) 354-4413

**U.S. Trustee**
**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004
()

| Filing Date | # | Docket Text |
|---|---|---|
| | <u>1</u><br>(7 pgs) | Chapter 13 Voluntary Petition, Fee Amount $281. Filed by Helina K Patel . Order Meeting of Creditors due by 5/10/2012. Section 521 filings due by 5/25/2012. Chapter 13 Plan due by 4/24/2012. (lub) COURT ENTRY: TWO ADDRESSES FOR LANDLORD OF THE DEBTOR ON PAGE 3 OF THE PDF - COURT SENT |

3/25/2014                                    CANB Live Database

| | | |
|---|---|---|
| 04/10/2012 | | LANDLORD/TENANT NOTICE TO MAILING ADDRESS OF THE LANDLORD. Modified on 4/10/2012 (tp). ERROR: MISSING DEBTOR'S NAME AT THE TOP OF PAGES 2 AND 3 OF THE PDF. CORRECTIVE ENTRY: COURT TERMINATED INCOMPLETE FILINGS DUE DEADLINE AND REMOVED IT FROM DOCKET TEXT. Modified on 4/11/2012 (tp). (Entered: 04/10/2012) |
| 04/10/2012 | 2 | Statement of Social Security Number. Filed by Debtor Helina K Patel (lub) (Entered: 04/10/2012) |
| 04/10/2012 | 3 (1 pg) | Certificate of Credit Counseling Filed by Debtor Helina K. Patel (lub) (Entered: 04/10/2012) |
| 04/10/2012 | | Receipt of Filing Fee for Chapter 13 Voluntary Petition. Amount 281.00 from Helina K Patel. Receipt Number 50084158. (admin) (Entered: 04/10/2012) |
| 04/11/2012 | 4 | Certification of Intent to Cure Entire Monetary Default for Residential Property and Deposit of 30 Day Post Petition Rent in the amount of $0.00. Intent to Cure Default due by 5/10/2012. (tp) (Entered: 04/11/2012) |
| 04/11/2012 | 5 (5 pgs) | Notice of Certified Copy of Docket Report (RE: related document(s) 4 Certification of Intent to Cure Default). (tp) (Entered: 04/11/2012) |
| 04/11/2012 | 6 (1 pg) | Courts Certificate of Mailing. Number of notices mailed: 1 (RE: related document(s)5 Certified Copy of Docket Report). (tp) (Entered: 04/11/2012) |
| 04/11/2012 | 7 (2 pgs; 2 docs) | Order To File Required Documents and Notice Regarding Dismissal . (tp) (Entered: 04/11/2012) |
| 04/11/2012 | 8 (2 pgs; 2 docs) | Order Providing for Dismissal for Failure to File Chapter 13 Plan . (tp) (Entered: 04/11/2012) |
| 04/13/2012 | 9 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 7 Order to File Missing Documents). Notice Date 04/13/2012. (Admin.) (Entered: 04/13/2012) |
| | 10 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 8 Order Providing for Dismissal). Notice Date 04/13/2012. |

3/25/2014                                                      CANB Live Database

| 04/13/2012 | | (Admin.) (Entered: 04/13/2012) |
|---|---|---|
| 04/24/2012 | <u>11</u><br>(20 pgs; 6 docs) | Motion for Relief from Stay *re: 31549 Highway 1, Carmel, CA 93923* RS #RDN-1, Fee Amount $176, Filed by Creditor JPMorgan Chase Bank, National Association (Attachments: # <u>1</u> Declaration # <u>2</u> Exhibit A# <u>3</u> RS Cover Sheet # <u>4</u> Order for Telephonic Conference (RS) # <u>5</u> Certificate of Service) (Naiman, Randall) (Entered: 04/24/2012) |
| 04/24/2012 | <u>12</u><br>(2 pgs) | Notice of Hearing (RE: related document(s)<u>11</u> Motion for Relief from Stay *re: 31549 Highway 1, Carmel, CA 93923* RS #RDN-1, Fee Amount $176, Filed by Creditor JPMorgan Chase Bank, National Association). **Hearing scheduled for 5/16/2012 at 03:00 PM at San Jose Courtroom 3070 - Novack.** Filed by Creditor JPMorgan Chase Bank, National Association (Naiman, Randall) (Entered: 04/24/2012) |
| 04/24/2012 | | Receipt of filing fee for Motion for Relief From Stay(12-52686) [motion,mrlfsty] ( 176.00). Receipt number 16366550, amount $ 176.00 (U.S. Treasury) (Entered: 04/24/2012) |
| 04/26/2012 | <u>13</u><br>(2 pgs; 2 docs) | Order and Notice of Dismissal for Failure to Comply (RE: related document(s)<u>8</u> Order Providing for Dismissal). (klr) (Entered: 04/26/2012) |
| 04/28/2012 | <u>14</u><br>(3 pgs) | BNC Certificate of Mailing - Order and Notice of Dismissal for Failure to Comply. (RE: related document(s) <u>13</u> Order and Notice of Dismissal for Failure to Comply). Notice Date 04/28/2012. (Admin.) (Entered: 04/28/2012) |
| 05/09/2012 | <u>15</u><br>(3 pgs) | Chapter 13 Trustee Final Report and Account . (Derham-Burk, Devin (harbor)) (Entered: 05/09/2012) |
| 05/11/2012 | <u>16</u><br>(2 pgs; 2 docs) | Signed Final Decree. (kd) (Entered: 05/11/2012) |
| 05/11/2012 | | Bankruptcy Case Closed. (kd) (Entered: 05/11/2012) |
| 05/13/2012 | <u>17</u><br>(3 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) <u>16</u> Final Decree). Notice Date 05/13/2012. (Admin.) (Entered: 05/13/2012) |

| 05/16/2012 | | Hearing Held (related document(s): 11 Motion for Relief From Stay) Deneid as moot. Court will prepare an order. (jes) (Entered: 05/17/2012) |
| 05/21/2012 | 18 (3 pgs; 2 docs) | Order **Denying** Motion for Relief From Stay (Related Doc # 11) (kd) (Entered: 05/21/2012) |
| 05/23/2012 | 19 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 18 Order on Motion for Relief From Stay). Notice Date 05/23/2012. (Admin.) (Entered: 05/23/2012) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/25/2014 12:00:45 | | | |
| **PACER Login:** | bc6440 | **Client Code:** | 0347245 6kr 020620 |
| **Description:** | Docket Report | **Search Criteria:** | 12-52686 Fil or Ent: filed From: 1/24/2001 To: 3/25/2014 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

3/25/2014                                        CANB Live Database

**DebtEd, Salinas, MEANSNO, DISMISSED, CLOSED**

## U.S. Bankruptcy Court
## Northern District of California (San Jose)
## Bankruptcy Petition #: 13-50058

|  |  |
|---|---|
| | *Date filed:* 01/07/2013 |
| *Assigned to:* Judge Charles Novack | *Date terminated:* 04/16/2013 |
| Chapter 7 | *Debtor dismissed:* 03/14/2013 |
| Voluntary | *341 meeting:* 03/19/2013 |
| Asset | *Deadline for objecting to discharge:* 04/01/2013 |
| | *Deadline for financial mgmt. course:* 02/21/2013 |

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor** | represented by **Linda Voss** |
| **Daniele Gozzi** | The Law Office of Linda Voss |
| 31549 Highway 1 | 1900 S Norfolk St. #300 |
| Carmel, CA 93923 | San Mateo, CA 94403 |
| MONTEREY-CA | (650 )576-2545 |
| SSN / ITIN: xxx-xx-8899 | Email: lzvoss@pacbell.net |
| | |
| **Trustee** | |
| **John W. Richardson** | |
| 2941 Park Ave. #H | |
| Soquel, CA 95073 | |
| (831) 475-2404 | |
| | |
| **U.S. Trustee** | represented by **John S. Wesolowski** |
| **Office of the U.S. Trustee / SJ** | Office of the United States Trustee |
| U.S. Federal Bldg. | 280 S 1st St. #268 |
| 280 S 1st St. #268 | San Jose, CA 95113-0002 |
| San Jose, CA 95113-3004 | (408)535-5525 |
| ( ) | Email: john.wesolowski@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| | <u>1</u><br>(3 pgs) | Chapter 7 Voluntary Petition. Fee Amount $306. Financial Management Certificate Due Prior to Discharge. Filed by Daniele Gozzi. Order Meeting of Creditors due by 01/22/2013. (Voss, Linda) **CORRECTIVE ENTRY: COURT CORRECTED DEBTOR'S NAME AND PARTY FILER TO** |

CANB Live Database

| | | |
|---|---|---|
| 01/07/2013 | | REFLECT PDF. ERROR: ADDRESS OF ATTORNEY FOR THE DEBTOR ON THE DOCKET DOES NOT MATCH ATTORNEY'S ADDRESS ON THE PETITION. CORRECTIVE ENTRY: COURT CHANGED CASE TO AN ASSET CASE AND SET PROOF OF CLAIM DEADLINE TO REFLECT PDF. CORRECTIVE ENTRY: COURT SET SECTION 521 DEADLINE FOR MISSING DOCUMENTS. CORRECTIVE ENTRY: COURT ADDED ZEROS TO THE SUMMARY OF SCHEDULES FIELDS. Modified on 1/8/2013 (tp). (Entered: 01/07/2013) |
| 01/07/2013 | | Receipt of filing fee for Voluntary Petition (Chapter 7) (13-50058) [misc,volp7] ( 306.00). Receipt number 18739329, amount $ 306.00 (U.S. Treasury) (Entered: 01/07/2013) |
| 01/07/2013 | 2 (2 pgs) | Exhibit D. Filed by Debtor Daniele Francesco Gozzi (Voss, Linda) (Entered: 01/07/2013) |
| 01/07/2013 | 3 (1 pg) | Certificate of Credit Counseling Filed by Debtor Daniele Francesco Gozzi (Voss, Linda) (Entered: 01/07/2013) |
| 01/07/2013 | 4 (2 pgs) | Creditor Matrix Filed by Debtor Daniele Francesco Gozzi (Voss, Linda) (Entered: 01/07/2013) |
| 01/07/2013 | | First Meeting of Creditors with 341(a) meeting to be held on 01/29/2013 at 09:30 AM at Salinas Suite 214. Objections for Discharge due by 04/01/2013. (admin, ) (Entered: 01/07/2013) |
| 01/08/2013 | | Meeting of Creditors 341(a) meeting to be held on 1/29/2013 at 09:30 AM Salinas Suite 214 Last day to oppose discharge or dischargeability is 4/1/2013 Proofs of Claims due by 4/29/2013 (tp) (Entered: 01/08/2013) |
| 01/08/2013 | 5 (2 pgs; 2 docs) | Notice of Failure to Provide Debtor's Social Security Number and/or List of Creditors. Social Security Form/Matrix due by 1/18/2013. (tp) (Entered: 01/08/2013) |
| 01/08/2013 | 6 (2 pgs; 2 docs) | Order To File Required Documents and Notice Regarding Dismissal (tp) (Entered: 01/08/2013) |

CANB Live Database

| 01/08/2013 | <u>7</u><br>(4 pgs; 2 docs) | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (tp) (Entered: 01/08/2013) |
|---|---|---|
| 01/09/2013 | <u>8</u><br>(1 pg) | Request for Notice Filed by Creditor American Express Centurion Bank (Weisman, Gilbert) (Entered: 01/09/2013) |
| 01/10/2013 | <u>9</u><br>(5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) <u>7</u> Generate 341 Notices). Notice Date 01/10/2013. (Admin.) (Entered: 01/10/2013) |
| 01/10/2013 | <u>10</u><br>(3 pgs) | BNC Certificate of Mailing - Notice of Failure to Provide Debtor's Social Security Number (RE: related document(s) <u>5</u> Notice of Failure to Provide SSN). Notice Date 01/10/2013. (Admin.) (Entered: 01/10/2013) |
| 01/10/2013 | <u>11</u><br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) <u>6</u> Order to File Missing Documents). Notice Date 01/10/2013. (Admin.) (Entered: 01/10/2013) |
| 01/22/2013 | <u>12</u><br>(6 pgs) | Motion to Extend Time Filed by Debtor Daniele Gozzi (Voss, Linda) (Entered: 01/22/2013) |
| 01/24/2013 | <u>13</u><br>(2 pgs) | Motion to Extend Time *341(a) Meeting of Creditors* Filed by Debtor Daniele Gozzi (Voss, Linda). ERROR:ORDER ATTACHED. Modified on 1/25/2013 (klr). (Entered: 01/24/2013) |
| 01/29/2013 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 2/19/2013 at 10:00 AM at Salinas Suite 214 (Richardson, John) (Entered: 01/29/2013) |
| 02/20/2013 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 3/19/2013 at 10:00 AM at Salinas Suite 214 (Richardson, John) (Entered: 02/20/2013) |
| | <u>14</u><br>(3 pgs) | Amended Voluntary Petition. Filed by Debtor Daniele Gozzi (Voss, Linda).ERROR:EXHIBIT B ATTORNEY |

| 02/20/2013 | | SIGNATURE DATE BLANK ON PAGE #2 OF PDF. Modified on 2/21/2013 (klr). (Entered: 02/20/2013) |
|---|---|---|
| 02/20/2013 | 15 (8 pgs) | First Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A . Filed by Debtor Daniele Gozzi (Voss, Linda) (Entered: 02/20/2013) |
| 02/20/2013 | 16 (1 pg) | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 2,500.00 Filed by Debtor Daniele Gozzi (Voss, Linda) (Entered: 02/20/2013) |
| 02/20/2013 | 17 (1 pg) | Schedule A Filed by Debtor Daniele Gozzi (Voss, Linda) (Entered: 02/20/2013) |
| 02/20/2013 | 18 (5 pgs) | Schedule B Filed by Debtor Daniele Gozzi (Voss, Linda) (Entered: 02/20/2013) |
| 02/20/2013 | 19 (2 pgs) | SCHEDULE D. Filed by Debtor Daniele Gozzi (Voss, Linda).ERROR:INCORRECT DOCKET EVENT SELECTED.CORRECTIVE ENTRY:COURT MODIFIED DOCKET TEXT TO REFLECT PDF. Modified on 2/21/2013 (klr). (Entered: 02/20/2013) |
| 02/20/2013 | 20 (2 pgs) | Schedule D Filed by Debtor Daniele Gozzi (Voss, Linda).ERROR:PDF APPEARS TO BE A DUPLICATE OF DOCUMENT #19. Modified on 2/21/2013 (klr). (Entered: 02/20/2013) |
| 02/20/2013 | 21 (2 pgs) | Schedule E Filed by Debtor Daniele Gozzi (Voss, Linda) (Entered: 02/20/2013) |
| 02/20/2013 | 22 (1 pg) | SCHEDULE G. Filed by Debtor Daniele Gozzi (Voss, Linda).ERROR:INCORRECT DOCKET EVENT SELECTED. CORRECTIVE ENTRY:COURT MODIFIED DOCKET TEXT TO REFLECT PDF. Modified on 2/21/2013 (klr). (Entered: 02/20/2013) |
| 02/20/2013 | 23 (1 pg) | Schedule G Filed by Debtor Daniele Gozzi (Voss, Linda). ERROR:PDF APPEARS TO BE A DUPLICATE OF DOCUMENT #22. Modified on 2/21/2013 (klr). (Entered: 02/20/2013) |
| | 24 | Schedule H Filed by Debtor Daniele Gozzi (Voss, Linda) |

| | | |
|---|---|---|
| 02/20/2013 | (2 pgs) | (Entered: 02/20/2013) |
| 02/20/2013 | <u>25</u><br>(2 pgs) | SCHEDULE H. Filed by Debtor Daniele Gozzi (Voss, Linda).ERROR-1:INCORRECT DOCKET EVENT SELECTED. ERROR-2:PDF APPEARS TO BE A DUPLICATE OF DOCUMENT #24. CORRECTIVE ENTRY:COURT MODIFIED DOCKET TEXT TO REFLECT PDF. Modified on 2/21/2013 (klr). (Entered: 02/20/2013) |
| 02/20/2013 | <u>26</u><br>(1 pg) | Schedule J Filed by Debtor Daniele Gozzi (Voss, Linda) (Entered: 02/20/2013) |
| 02/20/2013 | <u>27</u><br>(14 pgs) | Statement of Financial Affairs Filed by Debtor Daniele Gozzi (Voss, Linda).ERROR:MISSING SIGNATURE AND SIGNATURE DATE PAGE OF PDF. Modified on 2/21/2013 (klr). (Entered: 02/20/2013) |
| 02/20/2013 | <u>28</u><br>(5 pgs) | Statement of Intent. Filed by Debtor Daniele Gozzi (Voss, Linda) (Entered: 02/20/2013) |
| 02/20/2013 | <u>29</u><br>(1 pg) | Declaration of debtor *and Signature* Filed by Debtor Daniele Gozzi (Voss, Linda).ERROR:PDF DOES NOT REFLECT DOCKET EVENT SELECTED. ENTRY:PDF APPEARS TO BE THE SIGNATURE AND SIGNATURE DATE PAGE OF THE FINANCIAL AFFAIRS LISTED AS DOCUMENT #27. Modified on 2/21/2013 (klr). (Entered: 02/20/2013) |
| 02/20/2013 | <u>30</u><br>(1 pg) | Declaration *of Schedules* Filed by Debtor Daniele Gozzi (Voss, Linda) (Entered: 02/20/2013) |
| 02/20/2013 | <u>31</u><br>(1 pg) | Summary of Schedules Filed by Debtor Daniele Gozzi (Voss, Linda) (Entered: 02/20/2013) |
| 02/20/2013 | <u>32</u><br>(1 pg) | Statistical Summary of Certain Liabilities. Filed by Debtor Daniele Gozzi (Voss, Linda) (Entered: 02/20/2013) |
| 02/22/2013 | <u>33</u><br>(2 pgs; 2 docs) | Notice of Deficiency of Financial Management Course Certificate Due Before Discharge (admin) (Entered: 02/22/2013) |
| | <u>34</u> | Certificate of Service *or Proof of* |

3/25/2014                                    CANB Live Database

| | | |
|---|---|---|
| 02/26/2013 | (3 pgs) | *Service.*RE:14Amended Voluntary Petition, 17Schedule A, 18Schedule B, 19SCHEDULE D, 20Schedule D, 21Schedule E, 22SCHEDULE G, 23Schedule G, 24Schedule H, 25SCHEDULE H, 26Schedule J. Filed by Debtor Daniele Gozzi (Voss, Linda).CORRECTIVE ENTRY:COURT ADDED LINKAGE TO DOCUMENT #14, DOCUMENT #17, DOCUMENT #18, DOCUMENT #19, DOCUMENT #20, DOCUMENT #21, DOCUMENT #22, DOCUMENT #23, DOCUMENT #24, DOCUMENT #25, AND DOCUMENT #26. Modified on 2/26/2013 (klr). (Entered: 02/26/2013) |
| 02/27/2013 | 35 (3 pgs; 2 docs) | Order to Appear and Show Cause Why the Case Should Not be Dismissed (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Daniele Gozzi). **Show Cause hearing scheduled for 3/8/2013 at 02:00 PM at San Jose Courtroom 3070 – Novack.** (no) (Entered: 02/27/2013) |
| 02/27/2013 | 36 (3 pgs) | Request for Notice *of Courtesy Notification of Electronic Filing (NEF), with Proof of Service* Filed by Creditor JPMorgan Chase Bank, N.A. (Daghbandan, Natalie) (Entered: 02/27/2013) |
| 02/27/2013 | 37 (3 pgs) | Request for Notice *of Courtesy Notification of Electronic Filing (NEF), with Proof of Service* Filed by Creditor JPMorgan Chase Bank, N.A. (Weiss, Sharon) (Entered: 02/27/2013) |
| 02/27/2013 | 38 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 33 Notice of Deficiency Financial Management Course). Notice Date 02/27/2013. (Admin.) (Entered: 02/27/2013) |
| 02/28/2013 | 39 (52 pgs) | Adversary case 13-05028. 01 (Determination of removed claim or cause) Notice of Removal by JP Morgan Chase Bank National Association. Fee Amount $293. (Voss, Linda) (Entered: 02/28/2013) |
| 03/01/2013 | 40 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 35 Order to Show Cause). Notice Date 03/01/2013. (Admin.) (Entered: 03/01/2013) |

| | | |
|---|---|---|
| 03/08/2013 | | Hearing Held (related document(s): 35 Order to Show Cause)The court will issue an order that it intends to dismiss the case. With respect to the request for a 180 day bar, Ms. Weiss may submit supplemental pleadings by 3/27/13, debtor can file any opposition by 4/3/13, the court will rule quickly thereafter. The court is retaining jurisdiction to determine whether the debtor and or counsel should not be sanctioned for bad faith filing. The court will issue an order asking the U S Trustee's office to investigate this case, and file a motion if appropriate, to sanction either the debtor and or counsel if it is determined this to be a bad faith filing. No appearance by debtor or debtor?s counsel. (mem ) (Entered: 03/12/2013) |
| 03/14/2013 | 41 (6 pgs; 4 docs) | Order Dismissing Chapter 7 Case. (klr) (Entered: 03/15/2013) |
| 03/17/2013 | 42 (4 pgs) | BNC Certificate of Mailing - Notice of Dismissal. (RE: related document(s) 41 Order to Dismiss Case). Notice Date 03/17/2013. (Admin.) (Entered: 03/17/2013) |
| 03/17/2013 | 43 (4 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 41 Order to Dismiss Case). Notice Date 03/17/2013. (Admin.) (Entered: 03/17/2013) |
| 03/27/2013 | 44 (7 pgs) | Brief/Memorandum in support of *180-Day Bar Against Further Bankruptcy Filings Pursuant to 11 U.S.C. § 109(g)(1)* (RE: related document(s) Hearing Held (Bk)). Filed by Requestor JPMorgan Chase Bank, N.A. (Weiss, Sharon) (Entered: 03/27/2013) |
| 03/27/2013 | 45 (126 pgs; 21 docs) | Request To Take Judicial Notice *in support of 180-Day Bar Against Further Bankruptcy Filings Pursuant to 11 U.S.C. § 109(g)(1)* (RE: related document(s)44 Support Brief/Memorandum). Filed by Requestor JPMorgan Chase Bank, N.A. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20) (Weiss, Sharon) (Entered: 03/27/2013) |
| | 46 | Declaration of Sharon Z. Weiss in support of *180-Day |

| | | |
|---|---|---|
| 03/27/2013 | (35 pgs; 9 docs) | *Bar Against Further Bankruptcy Filings Pursuant to 11 U.S.C. § 109(g)(1)* (RE: related document(s)44 Support Brief/Memorandum). Filed by Requestor JPMorgan Chase Bank, N.A. (Attachments: # 1 Exhibit 21# 2 Exhibit 22# 3 Exhibit 23# 4 Exhibit 24# 5 Exhibit 25# 6 Exhibit 26# 7 Exhibit 27# 8 Exhibit 28) (Weiss, Sharon) (Entered: 03/27/2013) |
| 03/27/2013 | 47 (2 pgs) | Declaration of Monique Jewett-Brewster in support of *180-Day Bar Against Further Bankruptcy Filings Pursuant to 11 U.S.C. § 109(g)(1)* (RE: related document(s)44 Support Brief/Memorandum). Filed by Requestor JPMorgan Chase Bank, N.A. (Weiss, Sharon) (Entered: 03/27/2013) |
| 03/27/2013 | 48 (2 pgs) | Declaration of Krystina Britt in support of *180-Day Bar Against Further Bankruptcy Filings Pursuant to 11 U.S.C. § 109(g)(1)* (RE: related document(s)44 Support Brief/Memorandum). Filed by Requestor JPMorgan Chase Bank, N.A. (Weiss, Sharon) (Entered: 03/27/2013) |
| 03/27/2013 | 49 (3 pgs) | Certificate of Service (RE: related document(s)44 Support Brief/Memorandum, 45Request To Take Judicial, 46Declaration, 47Declaration, 48Declaration ). Filed by Requestor JPMorgan Chase Bank, N.A. (Weiss, Sharon). CORRECTIVE ENTRY:COURT ADDED LINKAGE TO DOCUMENTS #45, #46, #47, AND #48. Modified on 3/28/2013 (klr). (Entered: 03/27/2013) |
| 04/16/2013 | 50 (3 pgs; 2 docs) | Ex Parte Motion *Application by Acting U. S. Trustee to Extinguish Deadline to File Sanctions Motion and to Close Case* Filed by U.S. Trustee Office of the U.S. Trustee / SJ (Attachments: # 1 Certificate of Service) (Wesolowski, John) (Entered: 04/16/2013) |
| 04/16/2013 | 51 (3 pgs; 2 docs) | Order Granting Motion for Miscellaneous Relief(Related Doc # 50) (klr) (Entered: 04/16/2013) |
| 04/16/2013 | | Bankruptcy Case Closed. (klr) (Entered: 04/16/2013) |
| 04/18/2013 | 52 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 51 Order on Motion for Miscellaneous Relief). Notice Date 04/18/2013. (Admin.) (Entered: 04/18/2013) |

| 08/21/2013 | | Adversary Case Closed 5:13-ap-5028. (kd) (Entered: 08/21/2013) |
|---|---|---|

## PACER Service Center

### Transaction Receipt

| 03/25/2014 11:56:02 | | | |
|---|---|---|---|
| **PACER Login:** | bc6440 | **Client Code:** | 0347245 6kr 020620 |
| **Description:** | Docket Report | **Search Criteria:** | 13-50058 Fil or Ent: filed From: 1/24/2001 To: 3/25/2014 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

CANB Live Database

DISMISSED, , Salinas, PlnDue, DebtEd, FUNDS, TPL, CLOSED

# U.S. Bankruptcy Court
## Northern District of California (San Jose)
### Bankruptcy Petition #: 13-51236

|  |  |
|---|---|
| | *Date filed:* 03/04/2013 |
| *Assigned to:* Judge Charles Novack | *Date terminated:* 05/13/2013 |
| Chapter 13 | *Debtor dismissed:* 05/01/2013 |
| Voluntary | *341 meeting:* 04/24/2013 |
| Asset | |

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Helina K Patel**
31549 Highway 1
Carmel, CA 93923
MONTEREY-CA
SSN / ITIN: xxx-xx-4588

represented by **Linda Voss**
The Law Office of Linda Voss
1900 S Norfolk St. #300
San Mateo, CA 94403
(650 )576-2545
Email: lzvoss@pacbell.net

**Trustee**
**Devin Derham-Burk**
P.O. Box 50013
San Jose, CA 95150-0013
(408) 354-4413

**U.S. Trustee**
**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004
( )

| Filing Date | # | Docket Text |
|---|---|---|
| | <u>1</u><br>(3 pgs) | Chapter 13 Voluntary Petition, Fee Amount $281. Filed by Helina K Patel. Order Meeting of Creditors due by 04/3/2013. Chapter 13 Plan due by 03/18/2013. (Voss, Linda) **ERROR: ADDRESS OF ATTORNEY FOR THE DEBTOR ON THE DOCKET DOES NOT MATCH ATTORNEY'S ADDRESS ON THE PETITION. ERROR: LANDLORD/TENANT** |

| | | |
|---|---|---|
| 03/04/2013 | | BOX ON PAGE 2 OF THE PETITION HAS BOX CHECKED FOR RENT DEPOSIT INCLUDED WITH PETITION - NO RENT DEPOSIT INCLUDED WITH PETITION. CORRECTIVE ENTRY: COURT SET SECTION 521 DEADLINE FOR MISSING DOCUMENTS. ERROR: INCORRECT FILING FEE TYPE SELECTED ON THE PETITION - FULL FILING FEE PAID. CORRECTIVE ENTRY: COURT ADDED ZEROS TO THE SUMMARY OF SCHEDULES FIELDS. Modified on 3/5/2013 (tp). (Entered: 03/04/2013) |
| 03/04/2013 | 2 (1 pg) | Certificate of Credit Counseling Filed by Debtor Helina K Patel (Voss, Linda) (Entered: 03/04/2013) |
| 03/04/2013 | 3 (2 pgs) | Exhibit D. Filed by Debtor Helina K Patel (Voss, Linda) (Entered: 03/04/2013) |
| 03/04/2013 | 4 | Statement of Social Security Number. Filed by Debtor Helina K Patel (Voss, Linda) (Entered: 03/04/2013) |
| 03/04/2013 | | Receipt of filing fee for Voluntary Petition (Chapter 13) (13-51236) [misc,volp13] ( 281.00). Receipt number 19241583, amount $ 281.00 (U.S. Treasury) (Entered: 03/04/2013) |
| 03/05/2013 | 5 (2 pgs; 2 docs) | Order To File Required Documents and Notice Regarding Dismissal (tp) (Entered: 03/05/2013) |
| 03/05/2013 | 6 (2 pgs; 2 docs) | Order Providing for Dismissal for Failure to File Chapter 13 Plan (tp) (Entered: 03/05/2013) |
| 03/05/2013 | 7 (2 pgs; 2 docs) | Notice of Failure to Provide Debtor's Social Security Number and/or List of Creditors. Social Security Form/Matrix due by 3/15/2013. (tp) (Entered: 03/05/2013) |
| 03/05/2013 | 8 | Certification of Intent to Cure Entire Monetary Default for Residential Property and Deposit of 30 Day Post Petition Rent in the amount of $0.00. Intent to Cure Default due by 4/3/2013. (tp) (Entered: 03/05/2013) |
| | 9 (6 pgs) | Notice of Certified Copy of Docket Report (RE: related document(s) 8 Certification of Intent to Cure Default). |

| 03/05/2013 | | (tp) (Entered: 03/05/2013) |
|---|---|---|
| 03/05/2013 | <u>10</u><br>(1 pg) | Courts Certificate of Mailing. Number of notices mailed: 1 (RE: related document(s)<u>9</u> Certified Copy of Docket Report). (tp) (Entered: 03/05/2013) |
| 03/06/2013 | <u>11</u><br>(3 pgs) | Request for Notice *of Courtesy Notification of Electronic Filing (NEF), with Proof of Service* Filed by Creditor JPMorgan Chase Bank, N.A. (Weiss, Sharon) (Entered: 03/06/2013) |
| 03/06/2013 | <u>12</u><br>(3 pgs) | Request for Notice *of Courtesy Notification of Electronic Filing (NEF), with Proof of Service* Filed by Creditor JPMorgan Chase Bank, N.A. (Daghbandan, Natalie) (Entered: 03/06/2013) |
| 03/07/2013 | <u>13</u><br>(3 pgs) | BNC Certificate of Mailing - Notice of Failure to Provide Debtor's Social Security Number (RE: related document(s) <u>7</u> Notice of Failure to Provide SSN). Notice Date 03/07/2013. (Admin.) (Entered: 03/07/2013) |
| 03/07/2013 | <u>14</u><br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) <u>5</u> Order to File Missing Documents). Notice Date 03/07/2013. (Admin.) (Entered: 03/07/2013) |
| 03/07/2013 | <u>15</u><br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) <u>6</u> Order Providing for Dismissal). Notice Date 03/07/2013. (Admin.) (Entered: 03/07/2013) |
| 03/08/2013 | <u>16</u><br>(2 pgs) | Stipulation for Relief from Stay -- *JPMorgan Chase Bank, N.A.'s Motion for Relief from the Automatic Stay to Proceed with Possession of Property Following Unlawful Detainer Judgment.* Filed by Requestor JPMorgan Chase Bank, N.A. (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 13) filed by Debtor Helina K Patel). (Weiss, Sharon) (Entered: 03/08/2013) |
| | <u>17</u><br>(2 pgs) | Motion for Relief from Stay -- *JPMorgan Chase Bank, N.A.'s Motion for Relief from the Automatic Stay to Proceed with Possession of Property Following Unlawful Detainer Judgment* RS #SZW-1, Fee Amount $176, Filed by Requestor JPMorgan Chase |

| | | |
|---|---|---|
| 03/08/2013 | | Bank, N.A. (Weiss, Sharon) (Entered: 03/08/2013) |
| 03/08/2013 | | Receipt of filing fee for Motion for Relief From Stay(13-51236) [motion,mrlfsty] ( 176.00). Receipt number 19286835, amount $ 176.00 (U.S. Treasury) (Entered: 03/08/2013) |
| 03/08/2013 | 18 (2 pgs) | Notice of Hearing *JPMorgan Chase Bank, N.A.'s Motion for Relief from the Automatic Stay to Proceed with Possession of Property Following Unlawful Detainer Judgment* (RE: related document(s)17 Motion for Relief from Stay -- *JPMorgan Chase Bank, N.A.'s Motion for Relief from the Automatic Stay to Proceed with Possession of Property Following Unlawful Detainer Judgment* RS #SZW-1, Fee Amount $176, Filed by Requestor JPMorgan Chase Bank, N.A.). **Hearing scheduled for 3/13/2013 at 02:00 PM at San Jose Courtroom 3070 - Novack.** Filed by Requestor JPMorgan Chase Bank, N.A. (Weiss, Sharon) (Entered: 03/08/2013) |
| 03/08/2013 | 19 (8 pgs) | Memorandum of Points and Authorities in Support of *JPMorgan Chase Bank, N.A.'s Motion for Relief from the Automatic Stay to Proceed with Possession of Property Following Unlawful Detainer Judgment* (RE: related document(s)17 Motion for Relief From Stay). Filed by Requestor JPMorgan Chase Bank, N.A. (Weiss, Sharon) (Entered: 03/08/2013) |
| 03/08/2013 | 20 (118 pgs; 19 docs) | Request To Take Judicial Notice *in Support of JPMorgan Chase Bank, N.A.'s Motion for Relief from the Automatic Stay to Proceed with Possession of Property Following Unlawful Detainer Judgment* (RE: related document(s)17 Motion for Relief From Stay). Filed by Requestor JPMorgan Chase Bank, N.A. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18) (Weiss, Sharon) (Entered: 03/08/2013) |
| 03/08/2013 | 21 (35 pgs; 9 docs) | Declaration of Sharon Z. Weiss in Support of *JPMorgan Chase Bank, N.A.'s Motion for Relief from the Automatic Stay to Proceed with Possession of* |

| | | |
|---|---|---|
| 03/08/2013 | | *Property Following Unlawful Detainer Judgment* (RE: related document(s)17 Motion for Relief From Stay). Filed by Requestor JPMorgan Chase Bank, N.A. (Attachments: # 1 Exhibit 19# 2 Exhibit 20# 3 Exhibit 21# 4 Exhibit 22# 5 Exhibit 23# 6 Exhibit 24# 7 Exhibit 25# 8 Exhibit 26) (Weiss, Sharon) (Entered: 03/08/2013) |
| 03/08/2013 | 22 (2 pgs) | Declaration of Krystina Britt in Support of *JPMorgan Chase Bank, N.A.'s Motion for Relief from the Automatic Stay to Proceed with Possession of Property Following Unlawful Detainer Judgment* (RE: related document(s)17 Motion for Relief From Stay). Filed by Requestor JPMorgan Chase Bank, N.A. (Weiss, Sharon) (Entered: 03/08/2013) |
| 03/08/2013 | 23 (2 pgs) | Relief From Stay Cover Sheet (RE: related document(s)17 Motion for Relief From Stay). Filed by Requestor JPMorgan Chase Bank, N.A. (Weiss, Sharon). ERROR: HEARING DATE AND TIME NOT LISTED ON RS COVER SHEET. Modified on 3/11/2013 (kd). (Entered: 03/08/2013) |
| 03/08/2013 | 24 (3 pgs) | Certificate of Service (RE: related document(s)17 Motion for Relief From Stay, 18 Notice of Hearing, 19 Memo of Points & Authorities, 20 Request To Take Judicial Notice, 21 Declaration, 22 Declaration, 23 Relief From Stay Cover Sheet). Filed by Requestor JPMorgan Chase Bank, N.A. (Weiss, Sharon) (Entered: 03/08/2013) |
| 03/12/2013 | 25 (3 pgs) | Withdrawal of Documents -- *Notice of Withdrawal of Stipulation for Relief from Stay filed by Movant JPMorgan Chase Bank, N.A., with Proof of Service* (RE: related document(s)16 Stipulation for Relief From Stay). Filed by Requestor JPMorgan Chase Bank, N.A. (Weiss, Sharon) (Entered: 03/12/2013) |
| 03/13/2013 | | Hearing Held (related document(s): 17 Motion for Relief From Stay filed by JPMorgan Chase Bank, N.A.)The motion for relief from stay is granted. For the reasons recited on the record, the request for In Rem relief is granted.No opposition by the debtor. The 14 day stay is waived, Ms. Weiss will upload the order. (mem ) (Entered: 03/13/2013) |

| | | |
|---|---|---|
| 03/13/2013 | <u>26</u><br>(5 pgs; 2 docs) | Order to Appear and Show Cause (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 13) filed by Debtor Helina K Patel). **Show Cause hearing scheduled for 4/11/2013 at 11:00 AM at San Jose Courtroom 3070 - Novack.** (kd) (Entered: 03/14/2013) |
| 03/14/2013 | <u>27</u><br>(7 pgs) | Certificate of Service (RE: related document(s)<u>17</u> Motion for Relief From Stay). Filed by Requestor JPMorgan Chase Bank, N.A. (Weiss, Sharon) (Entered: 03/14/2013) |
| 03/16/2013 | <u>28</u><br>(6 pgs) | BNC Certificate of Mailing (RE: related document(s) <u>26</u> Order to Show Cause). Notice Date 03/16/2013. (Admin.) (Entered: 03/16/2013) |
| 03/26/2013 | <u>29</u><br>(8 pgs) | Document: Return to Sender Mail Dated March 26, 2013 To Daniele F. Gozzi Re . (RE: related document(s)<u>9</u> Certified Copy of Docket Report). (kd) (Entered: 03/26/2013) |
| 03/27/2013 | <u>30</u><br>(6 pgs; 4 docs) | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 4/24/2013 at 10:45 AM Salinas Suite 214 Objection to Dischargeability due by 6/24/2013 Proofs of Claims due by 7/23/2013 Last day to object to confirmation is 4/24/2013 **Confirmation Hearing scheduled for 5/8/2013 at 01:55 PM at San Jose Courtroom 3070 - Novack.** (Derham-Burk, Devin (cs)) (Entered: 03/27/2013) |
| 03/29/2013 | <u>31</u><br>(5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) <u>30</u> Meeting of Creditors Chapter 13). Notice Date 03/29/2013. (Admin.) (Entered: 03/29/2013) |
| 03/29/2013 | <u>32</u><br>(3 pgs) | BNC Certificate of Mailing - Chapter 13 Plan. (RE: related document(s) <u>30</u> Meeting of Creditors Chapter 13). Notice Date 03/29/2013. (Admin.) (Entered: 03/29/2013) |
| 04/02/2013 | <u>33</u><br>(5 pgs; 2 docs) | Order Granting Motion for Relief From Stay (Related Doc # <u>17</u>) (kd) (Entered: 04/03/2013) |
| | <u>34</u> | Transcript regarding Hearing Held 03/13/13 RE: creditor |

3/25/2014                                    CANB Live Database

| | | |
|---|---|---|
| 04/03/2013 | (2 pgs; 2 docs) | JPMorgan Chase Bank, N.A.'s motions for relief from the automatic stay and for in rem relief; and the Court's rulings. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber *Palmer Reporting Services, PalmerRptg@aol.com, 800-665-6251.* Notice of Intent to Request Redaction Deadline Due By 4/10/2013. Redaction Request Due By 04/24/2013. Redacted Transcript Submission Due By 05/6/2013. Transcript access will be restricted through 07/2/2013. (Palmer, Susan) (Entered: 04/03/2013) |
| 04/05/2013 | <u>35</u><br>(6 pgs) | BNC Certificate of Mailing (RE: related document(s) <u>33</u> Order on Motion for Relief From Stay). Notice Date 04/05/2013. (Admin.) (Entered: 04/05/2013) |
| 04/10/2013 | <u>36</u><br>(4 pgs) | Declaration of Attorney Voss (RE: related document(s)<u>26</u> Order to Show Cause). Filed by Debtor Helina K Patel (Voss, Linda) (Entered: 04/10/2013) |
| 04/11/2013 | | Hearing Continued (related document(s): <u>26</u> Order to Show Cause) **Hearing scheduled for 04/26/2013 at 02:00 PM at San Jose Courtroom 3070 - Novack.** The court will issue an order continuing the hearing to 4/26/13 at 2:00 p.m., opposition is due by 4/23/13. If no opposition is filed, the matter will go off calendar, the matter will be taken under submission, and the court will issue a written decision. (mem ) (Entered: 04/11/2013) |
| 04/16/2013 | <u>37</u><br>(2 pgs) | Order To Continue Hearing (RE: related document(s)<u>26</u> Order to Show Cause). **Hearing scheduled for 4/26/2013 at 02:00 PM San Jose Courtroom 3070 - Novack for <u>26</u> .** (kd). COURT ERROR: PLEASE DISREGARD. PLEASE REFER TO DOCUMENT <u>38</u> FOR CORRECT NOTICE SENT. Modified on 4/16/2013 (kd). (Entered: 04/16/2013) |
| 04/16/2013 | <u>38</u><br>(3 pgs; 2 docs) | Order To Continue Hearing (RE: related document(s)<u>26</u> Order to Show Cause). **Hearing scheduled for 4/26/2013 at 02:00 PM San Jose Courtroom 3070 - Novack for <u>26</u> .** (kd) (Entered: 04/16/2013) |

| 04/18/2013 | <u>39</u><br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) <u>38</u> Order to Continued Hearing). Notice Date 04/18/2013. (Admin.) (Entered: 04/18/2013) |
| --- | --- | --- |
| 04/22/2013 | <u>40</u><br>(3 pgs) | Objection to Confirmation of Chapter 13 Plan *with Certificate of Service.* (Derham-Burk, Devin (harbor)) (Entered: 04/22/2013) |
| 04/23/2013 | <u>41</u><br>(127 pgs; 6 docs) | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE *of JPMorgan Chase Bank, N.A. to Order to Show Cause Why The Case Should Not be Dismissed for a Bad Faith Filing and Why Debtor and Debtor's Counsel Should Not Be Sanctioned* (RE: related document(s)<u>38</u> Order to Continued Hearing). Filed by Requestor JPMorgan Chase Bank, N.A. (Attachments: # <u>1</u> Request for Judicial Notice # <u>2</u> Exhibit 1- Request for Judicial Notice # <u>3</u> Exhibit 2- Request for Judicial Notice [Part 1 of 2] # <u>4</u> Exhibit 2- Request for Judicial Notice [Part 2 of 2] # <u>5</u> Certificate of Service) (Weiss, Sharon). ERROR: INCORRECT EVENT SELECTED. CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT FROM RESPONSE TO REQUEST FOR JUDICIAL NOTICE. Modified on 4/24/2013 (kd). Modified on 4/25/2013 (kd). (Entered: 04/23/2013) |
| 04/23/2013 | <u>42</u><br>(3 pgs) | Declaration of Attorney (RE: related document(s)<u>38</u> Order to Continued Hearing). Filed by Debtor Helina K Patel (Voss, Linda) (Entered: 04/23/2013) |
| 04/25/2013 | <u>43</u><br>(2 pgs) | Notice of Continuance of Meeting of Creditors *Statement Adjourning 341(a) Meeting of Creditors with Certificate of Service.* (Derham-Burk, Devin (harbor)) (Entered: 04/25/2013) |
| 04/25/2013 | <u>44</u><br>(4 pgs; 2 docs) | Withdrawal of Documents *Notice of Withdrawal of Docket No. 41* (RE: related document(s)<u>41</u> Response). Filed by Requestor JPMorgan Chase Bank, N.A. (Attachments: # <u>1</u> Certificate of Service) (Weiss, Sharon) (Entered: 04/25/2013) |
| | <u>45</u><br>(7 pgs; 2 docs) | Response *of JPMorgan Chase Bank, N.A. to Order to Show Cause Why The Case Should Not Be Dismissed for a Bad Faith Filing and Why Debtor and Debtor's* |

3/25/2014                                                          CANB Live Database

| | | |
|---|---|---|
| 04/25/2013 | | *Counsel Should Not Be Sanctioned* (RE: related document(s)<u>38</u> Order to Continued Hearing). Filed by Requestor JPMorgan Chase Bank, N.A. (Attachments: # <u>1</u> Certificate of Service) (Weiss, Sharon) (Entered: 04/25/2013) |
| 04/25/2013 | <u>46</u><br>(122 pgs; 4 docs) | Request To Take Judicial Notice *In Support of Response to JPMorgan Chase Bank, N.A. to Order to Show Cause Why the Case Should Not Be Dismissed For a Bad Faith Filing and Why Debtor and Debtor's Counsel Should Not Be Sanctioned* (RE: related document(s)<u>45</u> Response). Filed by Requestor JPMorgan Chase Bank, N.A. (Attachments: # <u>1</u> Exhibit 1 # <u>2</u> Exhibit 2 [Part 1 of 2] # <u>3</u> Exhibit 2- [Part 2 of 2]) (Weiss, Sharon) (Entered: 04/25/2013) |
| 04/26/2013 | | Hearing Held (related document(s): <u>26</u> Order to Show Cause) The case is dismissed with a 180 day bar to refilling. No award of sanctions against the debtor or her counsel. The court will prepare the order. (mem ) (Entered: 04/30/2013) |
| 04/29/2013 | | Meeting of Creditors Held. *4/24/13; Deb & Atty not present; 341 Cont'd to 5/1 @ 11:45am for Tracking of Motion to Dismiss; Conf Hrg - 5/8/2013.* (Derham-Burk, Devin (em)) (Entered: 04/29/2013) |
| 04/29/2013 | <u>47</u><br>(4 pgs; 4 docs) | Trustee's Statement of Non-Readiness for Confirmation: The trustee has determined this case is to be placed on the trustee's pending list and it will not be confirmed at the original confirmation hearing . (Derham-Burk, Devin (harbor)) (Entered: 04/29/2013) |
| 05/01/2013 | <u>48</u><br>(5 pgs; 4 docs) | Order of DismissalBarred Debtor Patel, Helina K starting 5/1/2013 to 10/28/2013 , Order Barring Debtor. (RE: related document(s)<u>38</u> Order to Continued Hearing). (kd) (Entered: 05/01/2013) |
| 05/01/2013 | <u>49</u><br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) <u>47</u> Trustee's Statement of Non-Readiness for Confirmation). Notice Date 05/01/2013. (Admin.) (Entered: 05/01/2013) |
| | <u>50</u> | BNC Certificate of Mailing (RE: related document(s) <u>47</u> |

| | | |
|---|---|---|
| 05/01/2013 | (3 pgs) | Trustee's Statement of Non-Readiness for Confirmation). Notice Date 05/01/2013. (Admin.) (Entered: 05/01/2013) |
| 05/03/2013 | 51<br>(3 pgs; 2 docs) | Amended Order (RE: related document(s)48 Order to Dismiss Case, Order Barring Debtor). (kd) (Entered: 05/03/2013) |
| 05/03/2013 | 52<br>(3 pgs) | BNC Certificate of Mailing - Notice of Dismissal. (RE: related document(s) 48 Order to Dismiss Case). Notice Date 05/03/2013. (Admin.) (Entered: 05/03/2013) |
| 05/03/2013 | 53<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) 48 Order to Dismiss Case. Notice Date 05/03/2013. (Admin.) (Entered: 05/03/2013) |
| 05/05/2013 | 54<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) 51 Amended Order). Notice Date 05/05/2013. (Admin.) (Entered: 05/05/2013) |
| 05/08/2013 | 55<br>(3 pgs) | Chapter 13 Trustee Final Report and Account . (Derham-Burk, Devin (harbor)) (Entered: 05/08/2013) |
| 05/13/2013 | 56<br>(2 pgs; 2 docs) | Signed Final Decree (kd) (Entered: 05/13/2013) |
| 05/13/2013 | | Bankruptcy Case Closed. (kd) (Entered: 05/13/2013) |
| 05/15/2013 | 57<br>(3 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 56 Final Decree). Notice Date 05/15/2013. (Admin.) (Entered: 05/15/2013) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/25/2014 11:56:30 | | |
| PACER Login: | bc6440 | Client Code: | 0347245 6kr 020620 |
| Description: | Docket | Search | 13-51236 Fil or Ent: filed From: 1/24/2001 To: 3/25/2014 Doc From: 0 Doc To: 99999999 Term: included Headers: |

|  | Report | Criteria: | included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

3/25/2014             CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)

**CLOSED**

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:14-bk-11320-WB

|  |  |
|---|---|
| *Assigned to:* Julia W. Brand | *Date filed:* 01/23/2014 |
| Chapter 13 | *Date terminated:* 03/17/2014 |
| Voluntary | *Debtor dismissed:* 02/11/2014 |
| Asset | *341 meeting:* 03/04/2014 |

*Debtor disposition:* Dismissed for Failure to File
Information

**Debtor**                                     represented by **Daniele Gozzi**
**Daniele Gozzi**                                         PRO SE
31549 Highway 1
Carmel, CA 93923
LOS ANGELES-CA
SSN / ITIN: xxx-xx-1288

**Trustee**
**Nancy K Curry (TR)**
700 S Flower Street, Suite 1215
Los Angeles, CA 90017
213-689-3014

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
|  | <u>1</u><br>(10 pgs; 5 docs) | Chapter 13 Voluntary Petition . Fee Amount $281 Filed by Daniele Gozzi Schedule A due 2/6/2014. Schedule B due 2/6/2014. Schedule C due 2/6/2014. Schedule D due 2/6/2014. Schedule E due 2/6/2014. Schedule F due 2/6/2014. Schedule G due 2/6/2014. Schedule H due 2/6/2014. Schedule I due 2/6/2014. Schedule J due 2/6/2014. Statement of Financial Affairs due 2/6/2014. |

3/25/2014                          CM/ECF - U.S. Bankruptcy Court (v6.1 - LIVE)

| | | |
|---|---|---|
| 01/23/2014 | | Chapter 13 Plan due by 2/6/2014. Statement - Form 22C Due: 2/6/2014.Statement of Related Case due 2/6/2014. Notice of available chapters due 2/6/2014. Statement of assistance of non-attorney due 2/6/2014. Verification of creditor matrix due 2/6/2014. Summary of schedules due 2/6/2014. Declaration concerning debtors schedules due 2/6/2014. Cert. of Credit Counseling due by 2/6/2014. Statistical Summary due 2/6/2014. Debtor Certification of Employment Income due by 2/6/2014. Section 316 filing due by 03/10/2014. Incomplete Filings due by 2/6/2014. (Moulton, Sheila) (Entered: 01/23/2014) |
| 01/23/2014 | 2<br>(4 pgs; 2 docs) | Meeting of Creditors with 341(a) meeting to be held on 03/04/2014 at 12:00 PM at RM 1, 915 Wilshire Blvd., 10th Floor, , Los Angeles, CA 90017. Confirmation hearing to be held on 03/26/2014 at 10:00 AM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 06/02/2014. (Moulton, Sheila) (Entered: 01/23/2014) |
| 01/23/2014 | 3 | Statement of Social Security Number(s) Form B21 Filed by Debtor Daniele Gozzi . (Moulton, Sheila) (Entered: 01/23/2014) |
| 01/23/2014 | | Receipt of Chapter 13 Filing Fee - $281.00 by 37. Receipt Number 20177042. (admin) (Entered: 01/24/2014) |
| 01/25/2014 | 4<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 13)) No. of Notices: 3. Notice Date 01/25/2014. (Admin.) (Entered: 01/25/2014) |
| 01/25/2014 | 5<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Daniele Gozzi) No. of Notices: 1. Notice Date 01/25/2014. (Admin.) (Entered: 01/25/2014) |
| 01/25/2014 | 6<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Daniele Gozzi) No. of Notices: 1. Notice Date 01/25/2014. (Admin.) (Entered: 01/25/2014) |
| 02/04/2014 | 7<br>(2 pgs) | Chapter 13 Trustee's Notice of Requirements *with Proof of Service*. (Curry (TR), Nancy) (Entered: 02/04/2014) |
| | 8 | ORDER and notice of dismissal for failure to file schedules, |

| 02/11/2014 | (1 pg) | statements, and/or plan - **Debtor** Dismissed. All pending motions and adversary proceedings are moot and dismissed. (BNC) Signed on 2/11/2014 (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Daniele Gozzi, 2 Meeting (AutoAssign Chapter 13)). (Castro, Tren) (Entered: 02/11/2014) |
|---|---|---|
| 02/12/2014 | 9 (1 pg) | Request for special notice *of Electronic Filing (NEF)* Filed by Creditor LaSalle Bank National Association, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA5. (Bui, Joely Khanh Linh) (Entered: 02/12/2014) |
| 02/12/2014 | 10 (91 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 23860 Burbank Blvd., Woodland Hills, CA 91367 *and proof of service.* Fee Amount $176, Filed by Creditor COLFIN AH-CALIFORNIA 7, LLC (Cohen, Harris) (Entered: 02/12/2014) |
| 02/12/2014 | | Receipt of Motion for Relief from Stay - Real Property(2:14-bk-11320-WB) [motion,nmrp] ( 176.00) Filing Fee. Receipt number 36102372. Fee amount 176.00. (re: Doc# 10) (U.S. Treasury) (Entered: 02/12/2014) |
| 02/12/2014 | 11 (3 pgs) | Notice *Of Intent By Movant, Colfin AH-California 7, LLC To Proceed With Motion To Annul Automatic Stay And For Relief From The Automatic Stay After Dismissal Of Case Re Property At., 23860 Burbank Bl., Woodland Hills, CA 91367 and proof of service* Filed by Creditor COLFIN AH-CALIFORNIA 7, LLC (RE: related document(s)10 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 23860 Burbank Blvd., Woodland Hills, CA 91367 *and proof of service.* Fee Amount $176, Filed by Creditor COLFIN AH-CALIFORNIA 7, LLC). (Cohen, Harris) (Entered: 02/12/2014) |
| 02/13/2014 | 12 | Hearing Set (RE: related document(s)10 Motion for Relief from Stay - Real Property filed by Creditor COLFIN AH-CALIFORNIA 7, LLC) The Hearing date is set for 3/11/2014 at 10:00 AM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. The case judge is Julia W. Brand (Bryant, Sandra R.) (Entered: 02/13/2014) |

| | | |
|---|---|---|
| 02/13/2014 | <u>13</u><br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)<u>8</u> ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (Option A or Option B) (BNC)) No. of Notices: 2. Notice Date 02/13/2014. (Admin.) (Entered: 02/13/2014) |
| 02/28/2014 | <u>14</u><br>(4 pgs) | Chapter 13 Trustee's Final Report and Account . (Curry (TR), Nancy) (Entered: 02/28/2014) |
| 03/11/2014 | <u>15</u><br>(6 pgs) | Notice of lodgment *Of Order In Bankruptcy Case Re: Order Granting Motion For Relief From The Automatic Stay Under 11 U.S.C. § 362 (Real Property) (Movant: Colfin AH-California 7, LLC) and proof of service* Filed by Creditor COLFIN AH-CALIFORNIA 7, LLC (RE: related document(s)<u>10</u> Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 23860 Burbank Blvd., Woodland Hills, CA 91367 *and proof of service*. Fee Amount $176, Filed by Creditor COLFIN AH-CALIFORNIA 7, LLC). (Cohen, Harris) (Entered: 03/11/2014) |
| 03/12/2014 | <u>16</u><br>(3 pgs) | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # <u>10</u> ) Signed on 3/12/2014 (Beauchamp, Sonia) (Entered: 03/12/2014) |
| 03/14/2014 | <u>17</u><br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>16</u> Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 03/14/2014. (Admin.) (Entered: 03/14/2014) |
| 03/17/2014 | 18 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (RE: related document(s)<u>10</u> Motion for Relief from Stay - Real Property filed by Creditor COLFIN AH-CALIFORNIA 7, LLC) (Kaaumoana, William) (Entered: 03/17/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/25/2014 11:40:49 | | | |
| **PACER Login:** | bc6440 | **Client Code:** | 0347245 6kr 020620 |
| **Description:** | Docket Report | **Search Criteria:** | 2:14-bk-11320-WB Fil or Ent: filed From: 12/24/2013 To: 3/25/2014 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# Exhibit 2

# Monterey Superior Court
## Register of Actions

### M110621: JPMorgan Chase Bank CCP1161 vs. Gozzi, Daniele

| | |
|---|---|
| **Case Type: Civil Limited: Monterey - Unlawful Detainer: Rsdnt-Foreclose** | **Filing Date: 02/08/2011** |
| **Disposition: Judgment: Summary** | **Disposition Date:06/17/2011** |

| Party | Attorney |
|---|---|
| | Jonathan Hurst |
| Defendant: Daniele Gozzi | Linda Voss |
| Cross Complainant: Daniele Gozzi | Linda Voss |
| Cross Defendant:  JPMorgan Chase Bank NA | Jonathan Hurst |

# Register of Actions

## M110621: JPMorgan Chase Bank CCP1161 vs. Gozzi, Daniele

**Documents**

| Date | Description | Filed by |
|---|---|---|
| 02/08/2011 | Complaint: Verified: | Filed by: Plaintiff |
| 02/08/2011 | Civil Case Cover Sheet: | Filed by: Plaintiff |
| 02/08/2011 | Summons: Filed: | Filed by: Plaintiff |
| 02/08/2011 | Notice: Filing of UD Action: Filing of UD Action | Filed by: Clerk |
| 02/23/2011 | Answer: of Daniele Gozzi | Filed by: Defendant |
| 02/23/2011 | Proof: Service: of Answerand Verified X Complaint | Filed by: Defendant |
| 02/23/2011 | Complaint: Cross: | Filed by: Cross Complainant |
| 03/02/2011 | Proof: Service: as to Daniele Gozzi | Filed by: Plaintiff |
| 03/02/2011 | Proof: Service: as to All Occupants | Filed by: Plaintiff |
| 03/02/2011 | Request: Default: NOT ENTERED - Answer as to Gozzi/1c incorrect on | Filed by: Plaintiff |
| 03/02/2011 | Motion: to strike def xcomp, transf to civ lim; memo p&a | Filed by: Plaintiff |
| 03/02/2011 | Proof: Service: | Filed by: Plaintiff |
| 03/04/2011 | Proof: Service: Notice of Pending Action, POS | Filed by: Cross Complainant |
| 03/07/2011 | Order: To Record Notice of Lis Pendens - DENIED | Filed by: Cross Complainant |
| 03/08/2011 | Motion: AMENDED | Filed by: Plaintiff |
| 03/08/2011 | Proof: Service: of AMENDED Motion to Strike | Filed by: Plaintiff |
| 03/09/2011 | Request: Default: as to All Occupants | Filed by: Plaintiff |
| 03/10/2011 | Motion: defendants cross complaint (amended) | Filed by: Plaintiff |
| 03/10/2011 | Proof: Service: | Filed by: Plaintiff |
| 04/05/2011 | Minute Order:  - Motion Hearing on 4/5/2011 | Filed by: Clerk |
| 04/05/2011 | Answer: 1st Amended of Daniele Gozzi | Filed by: Defendant |
| 04/05/2011 | Proof: Service: of Amended Answer | Filed by: Defendant |
| 04/05/2011 | Order: Striking Def's Cross-Complaint | Filed by: Plaintiff |
| 04/05/2011 | Proof: Service: of 2nd Amended Answer | Filed by: Defendant |
| 04/05/2011 | Answer: 2nd Amended of Daniele Gozzi | Filed by: Defendant |
| 04/26/2011 | Motion: | Filed by: Plaintiff |
| 04/26/2011 | Memo: Points and Authorities: in support of motion for summary judgmen | Filed by: Plaintiff |
| 04/26/2011 | Statement: Undisputed Facts: and supporting evidence | Filed by: Plaintiff |
| 04/26/2011 | Declaration: of Randall D Naiman | Filed by: Plaintiff |
| 04/26/2011 | Declaration: of Amanda Ratliff | Filed by: Plaintiff |
| 04/26/2011 | Proof: Service: of motion for summary judgment | Filed by: Plaintiff |
| 05/02/2011 | Declaration: in Support of Motion S/J | Filed by: Plaintiff |
| 05/03/2011 | Minute Order:  - Motion Hearing on 5/3/2011 | Filed by: Clerk |
| 05/06/2011 | Request: Judicial Notice: in support of def's opposition to plf's motion | Filed by: Defendant |
| 05/06/2011 | Statement: Undisputed Facts: with supporting evidence in opposition to pl | Filed by: Defendant |
| 05/06/2011 | Opposition: to plf's motion for sum judgment & cross motion for sum judg | Filed by: Defendant |
| 05/09/2011 | Memo: Points and Authorities: Reply in support of plf's motion for summ | Filed by: Plaintiff |
| 05/09/2011 | Proof: Service: of Memo P&A's in support | Filed by: Plaintiff |
| 05/11/2011 | Minute Order:  - Motion Hearing on 5/11/2011 | Filed by: Clerk |
| 05/23/2011 | Answer: Donato Bautista Mendez | Filed by: Defendant |
| 05/23/2011 | Proof: Service: of Answer | Filed by: Defendant |
| 06/03/2011 | Paperwork Return: | Filed by: Clerk |
| 06/15/2011 | Proof: Service: | Filed by: Plaintiff |
| 06/17/2011 | Order: granting summary judgmt | Filed by: Plaintiff |
| 06/17/2011 | Judgment: Court: possession | Filed by: Plaintiff |
| 06/24/2011 | Writ of Possession (Issued): | Filed by: Clerk |
| 06/24/2011 | Notice: Judgment Entry: | Filed by: Plaintiff |
| 01/10/2012 | Writ of Possession (Filed): | Filed by: Plaintiff |
| 01/17/2012 | Notice: of Stay of Proceedings | Filed by: Defendant |
| 01/23/2012 | Proof: Service: date & what served not completed | Filed by: Defendant |
| 04/02/2012 | Summons/Proof of Service: as to Daniel Gozzi | Filed by: Plaintiff |
| 04/02/2012 | Summons/Proof of Service: as to All Occupants in Care of Named Tenant | Filed by: Plaintiff |
| 04/02/2012 | Declaration: Re: Court order relief from Stay | Filed by: Plaintiff |
| 04/02/2012 | Proof: Service: of Relief from Stay | Filed by: Plaintiff |
| 04/02/2012 | Writ of Possession (Issued): | Filed by: Plaintiff |

# Register of Actions

## M110621: JPMorgan Chase Bank CCP1161 vs. Gozzi, Daniele

| | | |
|---|---|---|
| 09/24/2012 | Substitution: Attorney: In:Jonathan M. Hurst, OUT: Randall D. Naiman | Filed by: Plaintiff |
| 09/25/2012 | Proof: Service: of Substitution of Atty | Filed by: Plaintiff |
| 10/02/2012 | Writ of Possession (Filed): | Filed by: Clerk |
| 10/17/2012 | Writ of Possession (Issued): | Filed by: Plaintiff |
| 03/01/2013 | Notice: to Adverse Party: Removal of Act to Fed Court | Filed by: Defendant |
| 04/11/2013 | Writ of Possession (Filed): County of Monterey | Filed by: Plaintiff |
| 04/15/2013 | Paperwork Return: Writ of Possession: Stay filed 03-01-2013 | Filed by: Clerk |
| 08/23/2013 | Writ of Possession (Issued): | Filed by: Plaintiff |
| 01/23/2014 | Document: Other: Affidavit Of Service (Re: Scott Miller, Sheriff) | Filed by: Defendant |
| 01/23/2014 | Document: Other: Of Misprosion Of Felony Cease & Decist, Demand For | Filed by: Defendant |
| 01/23/2014 | Document: Other: Affidavit Of Service (Re: Marla O. Anderson) | Filed by: Defendant |
| 01/23/2014 | Document: Other: Of Misprosion Of Felony Cease & Decist, Demand For | Filed by: Defendant |
| 01/23/2014 | Document: Other: Affidavit Of Service (Re: Connie Mazzei) | Filed by: Defendant |
| 01/23/2014 | Document: Other: Of Misprosion Of Felony Cease & Decist, Demand For | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Connie Mazzei) | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: District Attorney Dean D. Fli | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Sheriff Scott Miller) | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Presiding Judge Marla O. An | Filed by: Defendant |
| 01/30/2014 | Document: Other: Praecipe To Clerk | Filed by: Defendant |
| 01/30/2014 | Document: Other: Notice Before All The World... | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Michael J. Miller) | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Connie Mazzei) | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Sheriff Scott Miller) | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Presiding Judge Marla O. An | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Gail T. Bartkowski) | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: David Potter) | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: June Parker) | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Simon Salinas) | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Louis R. Calcagno) | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Fernando Armento) | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Irv Grant) | Filed by: Defendant |
| 01/30/2014 | Document: Other: Affidavit Of Service (Re: Steve Mauck) | Filed by: Defendant |

## Scheduled Events

| | | | |
|---|---|---|---|
| 03/28/2011 | Motion Hearing - Strike | Result: Continued: Plaintiff/Petitioner | Honorable Larry Hayes |
| 04/05/2011 | Motion Hearing - Strike | Result: Motion Granted | Honorable Thomas Wills |
| 05/03/2011 | Motion Hearing - Summary Judgment | Result: Heard: Continued | Honorable Robert O'Farrell |
| 05/11/2011 | Motion Hearing - Summary Judgment | Result: Motion Granted | Honorable Lydia Villarreal |

## Special Status

| | | |
|---|---|---|
| 1/17/2012 | Stayed: Bankruptcy | End Date: 4/2/2012 |
| 3/1/2013 | Stayed: Removed to Federal Court | End Date: 8/23/2013 |
| 6/17/2011 | U/D Judgment: PLF Prevail-Full | |

# Register of Actions

## M110621: JPMorgan Chase Bank CCP1161 vs. Gozzi, Daniele

### Fee/Payment Information

| Date | Description | Amount | Party |
|---|---|---|---|
| 02/08/2011 | Unlawful Detainer LTD <$10K | $ 240.00 | Naiman Law Group #111398 |
| 02/23/2011 | Response Civil Limited <$10K | $ 225.00 | Gozzi, Daniele, Defendant |
| 03/03/2011 | Motion - Civil | $ 40.00 | Naiman, Randall, Attorney for Plaintiff |
| 03/28/2011 | Copy Fees | $ 30.00 | Gozzi, Daniele, Defendant |
| 04/27/2011 | Motion for Summary Judgment | $ 500.00 | Naiman Law Group #113975 |
| 06/24/2011 | Writ | $ 25.00 | Naiman Law Group ck#115692 |
| 04/02/2012 | Writ | $ 25.00 | Naiman, Randall, Attorney for Plaintiff |
| 04/09/2012 | Copy Fees | $ 15.00 | Gozzi, Daniele, Defendant |
| 10/17/2012 | Writ | $ 25.00 | Sayler Legal for Plf |
| 10/17/2012 | Response Civil Limited <$10K | $ 225.00 | One Legal for Juana Contreras |
| 11/08/2012 | Response Civil Limited <$10K | $-225.00 | One Legal for J Contreras #1169938 |
| 01/04/2013 | Copy Fees | $ 3.00 | Daniel Gozzi |
| 02/20/2013 | Copy Fees | $ 20.00 | Daniele Gozzi |
| 04/15/2013 | Writ | $ 25.00 | SF Legal for Plf #124465 |
| 08/23/2013 | Writ | $ 25.00 | SF Legal Support for plf |
| 01/21/2014 | Copy Fees | $ 26.00 | Gozzi, Daniele, Defendant |

### Case Disposition

| | | |
|---|---|---|
| 6/17/2011 | Judgment: Summary on 6/17/2011 | |

Exhibit 3

JAN/24/2014/FRI 08:38 AM   Gozzi Development          FAX No.831 625-1481          P. 001
8511762600                                                        P.01/01

## TRANSACTION REPORT

JAN/23/2014/THU 02:50 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JAN/23 | 02:46PM | 7555081 | 0:03:38 | 23 | MEMORY    OK | SG3 | 3061 |

*949-223-7100·*
*Sharon Weiss*
*Byron Cave.*

## URGENT

**831-755-5081.**
**Monterey County division of risk**
**director.**
**Attached the three letters.**
**ATTENTION:  Steve Mauck**
**URGENT URGENT URGENT**

*Call ⇩ Now. 1-24-2014*
*Deirdra Duncan*
*805-405-3095*

**FROM DANIELE GOZZI**
**CHARLES MILLER**
**253-326-1010**
**31549 HIGHWAY1**
**CARMEL CA 93923**

*23 Pages with Cover sheet*

URGENT

**831-755-5081.**
**Monterey County division of risk**
**director.**
**Attached the three letters.**
**ATTENTION:  Steve Mauck**
URGENT URGENT URGENT



FROM DANIELE GOZZI
CHARLES MILLER
253-326-1010
31549 HIGHWAY1
CARMEL CA 93923


*23 Pages with Cover Sheet*

Mr. Daniele Gozzi he has appointed me as collection
agent for his pending
claims against the county of Monterey corporate charter
and numerous
county employees.
Please find attached duly served notice to tortfeasors.
This is notice to your office and your opportunity to
either:
1) Mitigate attachment of corporate charter, beginning
investigation, and
perform under your sworn obligations, or
2) Ratify Monterey County's intent to misprision.
Please advise soonest of your actions.


Charles C: Miller
253-326-1010
ccmtrusted@Yahoo.com

Deirdra Duncan
805-405-3095

Sent from my iPad

Daniele Gozzi
31549 Highway 1
Carmel, California
93923
Phone: 831-915-8473
Fax   : 831-625-1481
Email: daniele@fantoniusa.com

January 22, 2014

To: 1) Marla O. Anderson, Presiding Judge
       Superior Court of California,
       240 Church Street.
       Salinas, California
       93901
    2) Scott Miller
       1414 Natividad Road,
       Salinas, California
       93906
    3) Connie Mazzei
       Superior Court of California,
       240 Church Street.
       Salinas, California
       93901

Ref:  Case # M110621

Re: NOTICE OF MISPRISION OF FELONY

    CEASE AND DECIST, DEMAND FOR BOND!

    IDEMNITY CLAIM-ON TORT

NOTICE: COMPLAINT FOR VIOLATIONS OF LAW

1. Misprision of Felony

2. False Securities      (Federal Violations)

3. False Public Filings   (Federal and State)

4. Trespass on Credit    (Federal and State)

5. Conflict of Interest    (Federal and State)

6. Terrorism/Slavery     (Federal and State)

STATEMENT OF ACCOUNT

Dear Ms. Marla O Anderson, Presiding Judge,


I, Daniele Gozzi The man, Demand you Cease and Desist, stay, hold, cancel, annul, or void, Writ

of Possession, and ORDER FOR EVICTION, your case number M 110621, including any and

all execution upon same for good cause stated by Me.

Anyone employed by COUNTY OF MONTEREY corporation has Daniele Gozzi's permission

to construe this document as necessary that will bar trespass, attaching, or levying my properties

January 24, 2014. Corporate Judicial Officers are authorized to issue writs restraining of

temporary or permanent nature to protect my properties, which are unlawfully and illegal held.


The SUPERIOR COURT OF CALIFORNIA CORPORATION, COUNTY OF MONTEREY

Case No.: M 110621 process has issued with NO BOND ATTACHED.


I am reporting crimes, illegal acts to you as related to case number M 110621. Act or refuse, it is

your choice. This Cease and Desist Demand for Bond is intended and will be used as evidence of

your INTENT!


And, most important is the fact that as law-enforcement, paid legal professionals, you know

absolutely that having knowledge of crimes or illegal acts and not acting is a Misprision of

Felony under Malversation.

I now state my rights are valued at 25,000 Dollars per day per family member I am responsible for. Depriving me of any right whatsoever is not possible by a government office as no government has rights it only has duties, obligations, and privileges set up by its Charter. This means TORT! You Ms. Marla O Anderson , Scott Miller and Connie Mazzei, now have notice and knowledge. Govern yourselves accordingly.

I, Daniele Gozzi,the man, say that no man or no woman can say my statements are untrue.

I say my rights are my property.

I say my credit is my property.

I say the government is to protect and restore my property, that of this man, Daniele Gozzi.

I want, demand, my property be returned to me.

Said property to be totally in my control and possession within 24 hours receipt of this Cease and Desist Demand for Bond.

I live in and act in the common-law with right of trial by jury. Notice of pending summons given.

I will hold wrongful holders of my said property to 25,000 Dollars per day including same for each household member I am responsible for until my property is returned starting 25 hours after receipt of this Cease and Desist Demand for Bond.

I have never given any man or entity rights to my credit.

I have never given any man or entity rights to convert my consumer credit to commercial credit.

I have never intended to nor have ever issued any public securities.

I have never intended nor have ever authorized any man or entity to use my property to back, support, act as asset, value, or verify any public security.

I never pledged the title to my home to any man or entity and never could have because I only received abstract of title transferred via deed giving me possessor's rights to said property.

I never received from any man or entity a bond transferring good, clean, complete freehold, allodial estate, title in my name for my home even though I paid for the property with my credit accepted by the seller.

Therefore the abstract of title record on file at Monterey County Recorder's Office is accepted as bonded by the State of California and STATE OF CALIFORNIA in the sum of 18,000,000, Eighteen Millions Dollars.

I have never been presented with any Bond attached to any process issued by COUNTY OF MONTEREY CORPORATION, Nor its SUPERIOR COURT COORPORATION, EIN 77-0560687.

Wherefore I am unable to identify the parties obligated to make me whole in the event case No.: M 110621 process is proximate or contingent cause of injury to me or my family, injury to my rights, injury to my property.

It is a fact of law that no corporation can hold judicial or political power and when engaged in commerce and give up their right to immunity and must be treated as any other person.

OFFER IN LIEU OF BOND ON PROCESS AND PROCEDURE. I will accept return of my equity , verification of my rights recognized, Fee Simple Title to my property identified by 31549 Highway 1, Carmel, the State of California under abstract bonded by Monterey County

Recorder Office under March 3, 1851 Property Settlement Treaty as Warranted by the State of
California and the United States of America.

In the event I am held to or harmed under unbounded process I believe and will have evidence
that I am held a SLAVE through misprision under trafficking in my private credit as my private
credit taken as value to wrongful unbonded claims against my property.


REPORTING OF WRONG, FELONIES


1.     Misprision: concealing wrongs, illegal, unlawful, acts and omissions when same have
been reported to Ms. Marla O Anderson, Mr. Miller, Ms. Mazzei which are shown by public
records constructed under their employment and without their employer's knowledge. See 18
USC § 2 at seq.

2.     Counterfeit Securities: the unauthorized use of my consumer credit which information
is taken by application offered by alleged lenders or alleged credit providers under conversion
from private securities to issue Public Securities intended to hide that my Credit is the value
securitized. See U.S. Attorneys Criminal Resource Manual 1348, Title 9.

3.     False Public Filings/Statements: failing to recognize and call to account securities held
under FEDERAL HOME FINANCING AGENCY in its conservatorship over FANNY MAE,
FREDDY MAC, FARM HOME ADMINISTRATION holding securities issued by claimants
against my property. Omitting information to a tribunal accounting to create a misleading
statement and failing to require a man to verify all statements and claims is a False Public
Record when filed. See 1 § USC 1001 et seq. and others.

4.      Trespass on Credit/Conversion: unauthorized use of private consumer credit without legal justification by depriving my right to know completely how my property and right of property is used along with interference of my credit moving in interstate commerce.  Confession and Admittance by all alleged claimants to wrongful acts related to process applied to attach my property is public record through settlements paid by related and principal parties to various and numerous government agencies.

I never agreed nor knew my Credit would be used to back a public security. There is no intent by me on record that I intended to issue a public security. See Conversation and Fraudulent Conversion.

5.      Conflict of Interest: I have in my possession public records consisting of Audited Financial Statements and California Retirement Systems proving conclusively Ms. Marla O Anderson, Mr. Miller and Ms. Mazzei received a benefit from conspiring with those attacking my property with false claims. Being that at every turn you and each of you have obstructed my access to process due and owed for protection of my property, it appears your payment and benefits arise to open BRIBERY!  The records in my possession include each of your written documents with identifying signature binding you to your own acts and omissions.  The Notorious Public knowledge of fraud, conversion, sham process, illegal tactics, conspiracy, robo signing, attorney misconduct, and many more wrongful and illegal acts is all over the World and each of you know it like any other American.

6.      Terrorism/Slavery: any process or procedure by act or omission that alters the form of civil government, its process or integrity is in fact Terrorism. The un-bonded un-verified, systematic use of coercion and use of threat of physical harm or restraint to my property, ie body, home, rights, for political purpose supporting your private corporate operations disguised as

JAN/24/2014/FRI 09:05 AM   Gozzi Development          FAX No. 831 625-1481          P. 010/028

government puts me and my family and very many other of my neighbors in fear. The

Systematic abuse of the law or legal process by the use or threat of coercion through the law or

illegal process holds me to SLAVERY. You Ms. Marla O Anderson, Mr. Miller and Ms. Mazzei

in your refusal to allow me to present defenses to false claims hold me to SLAVERY from which

you are compensated. This is TERRORISM! See 1 § USC § 371, § 2331, §1581.


You may contact me 24/7 at the points and places above with your decision to act.

Done this 22 Day of January 2014 of my own knowledge and belief verified by this presentment.


Daniele Gozzi


Witness Acknowledges Daniele Gozzi signature




CC:  Homeland Security
       FBI
       US ATTORNEY
       CALIFORNIA ATTORNEY GENERAL

JAN/24/2014/FRI 09:05 AM   Gozzi Development        FAX No. 831 625-1481           P. 011/028

Daniele Gozzi                                          January 22, 2014
31549 Highway 1
Carmel, California
93923
Phone: 831-915-8473
Fax   : 831-625-1481
Email: daniele@fantoniusa.com


To:
    1)  Connie Mazzei
        Superior Court of California,
        240 Church Street.
        Salinas, California
        93901
    2)  Marla O. Anderson, Presiding Judge
        Superior Court of California,
        240 Church Street.
        Salinas, California
        93901
    3)  Scott Miller
        1414 Natividad Road,
        Salinas, California
        93906


Ref: Case # M110621


Re: NOTICE OF MISPRISION OF FELONY

    CEASE AND DECIST, DEMAND FOR BOND!

    IDEMNITY CLAIM-ON TORT


NOTICE: COMPLAINT FOR VIOLATIONS OF LAW

    1. Misprision of Felony

    2. False Securities     (Federal Violations)

    3. False Public Filings  (Federal and State)

    4. Trespass on Credit  (Federal and State)

JAN/24/2014/FRI 09:05 AM    Gozzi Development        FAX No. 831 625-1481            P. 012/028

    5. Conflict of Interest    (Federal and State)

    6. Terrorism/Slavery    (Federal and State)

STATEMENT OF ACCOUNT

Dear Ms Connie Mazzei,

I, Daniele Gozzi The man, Demand you Cease and Desist, stay, hold, cancel, annul, or void, Writ

of Possession, and ORDER FOR EVICTION, your case number M 110621, including any and

all execution upon same for good cause stated by Me.

Anyone employed by COUNTY OF MONTEREY corporation has Daniele Gozzi's permission

to construe this document as necessary that will bar trespass, attaching, or levying my properties

January 24, 2014. Corporate Judicial Officers are authorized to issue writs restraining of

temporary or permanent nature to protect my properties, which are unlawfully and illegal held.

The SUPERIOR COURT OF CALIFORNIA CORPORATION, COUNTY OF MONTEREY

Case No.: M 110621 process has issued with NO BOND ATTACHED.

I am reporting crimes, illegal acts to you as related to case number M 110621. Act or refuse, it is

your choice. This Cease and Desist Demand for Bond is intended and will be used as evidence of

your INTENT!

And, most important is the fact that as law-enforcement, paid legal professionals, you know

absolutely that having knowledge of crimes or illegal acts and not acting is a Misprision of

Felony under Malversation.

I now state my rights are valued at 25,000 Dollars per day per family member I am responsible

for. Depriving me of any right whatsoever is not possible by a government office as no

government has rights it only has duties, obligations, and privileges set up by its Charter. This

means TORT! You Ms. Marla O Anderson , Scott Miller and Connie Mazzei, now have notice

and knowledge. Govern yourselves accordingly.


I, Daniele Gozzi,the man, say that no man or no woman can say my statements are untrue.

I say my rights are my property.

I say my credit is my property.

I say the government is to protect and restore my property, that of this man, Daniele Gozzi.

I want, demand, my property be returned to me.

Said property to be totally in my control and possession within 24 hours receipt of this Cease and

Desist Demand for Bond.

I live in and act in the common-law with right of trial by jury. Notice of pending summons given.

I will hold wrongful holders of my said property to 25,000 Dollars per day including same for

each household member I am responsible for until my property is returned starting 25 hours after

receipt of this Cease and Desist Demand for Bond.

I have never given any man or entity rights to my credit.

I have never given any man or entity rights to convert my consumer credit to commercial credit.

I have never intended to nor have ever issued any public securities.

I have never intended nor have ever authorized any man or entity to use my property to back,

support, act as asset, value, or verify any public security.

I never pledged the title to my home to any man or entity and never could have because I only received abstract of title transferred via deed giving me possessor's rights to said property. I never received from any man or entity a bond transferring good, clean, complete freehold, allodial estate, title in my name for my home even though I paid for the property with my credit accepted by the seller.

Therefore the abstract of title record on file at Monterey County Recorder's Office is accepted as bonded by the State of California and STATE OF CALIFORNIA in the sum of 18,000,000, Eighteen Millions Dollars.

I have never been presented with any Bond attached to any process issued by COUNTY OF MONTEREY CORPORATION, Nor its SUPERIOR COURT COORPORATION, EIN 77-0560687.

Wherefore I am unable to identify the parties obligated to make me whole in the event case No.: M 110621 process is proximate or contingent cause of injury to me or my family, injury to my rights, injury to my property.

It is a fact of law that no corporation can hold judicial or political power and when engaged in commerce and give up their right to immunity and must be treated as any other person.

OFFER IN LIEU OF BOND ON PROCESS AND PROCEDURE. I will accept return of my equity , verification of my rights recognized, Fee Simple Title to my property identified by

31549 Highway 1, Carmel, the State of California under abstract bonded by Monterey County
Recorder Office under March 3, 1851 Property Settlement Treaty as Warranted by the State of
California and the United States of America.

In the event I am held to or harmed under unbounded process I believe and will have evidence
that I am held a SLAVE through misprision under trafficking in my private credit as my private
credit taken as value to wrongful unbonded claims against my property.


REPORTING OF WRONG, FELONIES


1.      Misprision: concealing wrongs, illegal, unlawful, acts and omissions when same have
been reported to Ms. Marla O Anderson, Mr. Miller, Ms. Mazzei which are shown by public
records constructed under their employment and without their employer's knowledge. See 18
USC § 2 at seq.

2.      Counterfeit Securities: the unauthorized use of my consumer credit which information
is taken by application offered by alleged lenders or alleged credit providers under conversion
from private securities to issue Public Securities intended to hide that my Credit is the value
securitized. See U.S. Attorneys Criminal Resource Manual 1348, Title 9.

3.      False Public Filings/Statements: failing to recognize and call to account securities held
under FEDERAL HOME FINANCING AGENCY in its conservatorship over FANNY MAE,
FREDDY MAC, FARM HOME ADMINISTRATION holding securities issued by claimants
against my property. Omitting information to a tribunal accounting to create a misleading

statement and failing to require a man to verify all statements and claims is a False Public Record when filed. See 1 § USC 1001 et seq. and others.

4.      Trespass on Credit/Conversion: unauthorized use of private consumer credit without legal justification by depriving my right to know completely how my property and right of property is used along with interference of my credit moving in interstate commerce.  Confession and Admittance by all alleged claimants to wrongful acts related to process applied to attach my property is public record through settlements paid by related and principal parties to various and numerous government agencies.

I never agreed nor knew my Credit would be used to back a public security. There is no intent by me on record that I intended to issue a public security. See Conversation and Fraudulent Conversion.

5.      Conflict of Interest: I have in my possession public records consisting of Audited Financial Statements and California Retirement Systems proving conclusively Ms. Marla O Anderson, Mr. Miller and Ms. Mazzei received a benefit from conspiring with those attacking my property with false claims. Being that at every turn you and each of you have obstructed my access to process due and owed for protection of my property, it appears your payment and benefits arise to open BRIBERY!  The records in my possession include each of your written documents with identifying signature binding you to your own acts and omissions.  The Notorious Public knowledge of fraud, conversion, sham process, illegal tactics, conspiracy, robo signing, attorney misconduct, and many more wrongful and illegal acts is all over the World and each of you know it like any other American.

6.      Terrorism/Slavery: any process or procedure by act or omission that alters the form of civil government, its process or integrity is in fact Terrorism. The un-bonded un-verified,

systematic use of coercion and use of threat of physical harm or restraint to my property, ie body,

home, rights, for political purpose supporting your private corporate operations disguised as

government puts me and my family and very many other of my neighbors in fear. The

Systematic abuse of the law or legal process by the use or threat of coercion through the law or

illegal process holds me to SLAVERY. You Ms. Marla O Anderson, Mr. Miller and Ms. Mazzei

in your refusal to allow me to present defenses to false claims hold me to SLAVERY from which

you are compensated. This is TERRORISM! See 1 § USC § 371, § 2331, §1581.


You may contact me 24/7 at the points and places above with your decision to act.

Done this 22 Day of January 2014 of my own knowledge and belief verified by this presentment.


_____

Daniele Gozzi


Witness Acknowledges Daniele Gozzi signature


CC:  Homeland Security
     FBI
     US ATTORNEY
     CALIFORNIA ATTORNEY GENERAL

Daniele Gozzi                                                January 22, 2014
31549 Highway 1
Carmel, California
93923
Phone: 831-915-8473
Fax   : 831-625-1481
Email: daniele@fantoniusa.com


To:
    1) Scott Miller
       1414 Natividad Road,
       Salinas, California
       93906
    2) Connie Mazzei
       Superior Court of California,
       240 Church Street.
       Salinas, California
       93901
    3 ) Marla O. Anderson, Presiding Judge
       Superior Court of California,
       240 Church Street.
       Salinas, California
       93901


Ref: Case # M110621


Re: NOTICE OF MISPRISION OF FELONY

    CEASE AND DECIST, DEMAND FOR BOND!

    IDEMNITY CLAIM-ON TORT


NOTICE: COMPLAINT FOR VIOLATIONS OF LAW

    1. Misprision of Felony

    2. False Securities        (Federal Violations)

    3. False Public Filings    (Federal and State)

    4. Trespass on Credit      (Federal and State)

    5. Conflict of Interest    (Federal and State)

6. Terrorism/Slavery     (Federal and State)

STATEMENT OF ACCOUNT

Dear Mr Scott Miller,

I, Daniele Gozzi The man, Demand you Cease and Desist, stay, hold, cancel, annul, or void, Writ

of Possession, and ORDER FOR EVICTION, your case number M 110621, including any and

all execution upon same for good cause stated by Me.

Anyone employed by COUNTY OF MONTEREY corporation has Daniele Gozzi's permission

to construe this document as necessary that will bar trespass, attaching, or levying my properties

January 24, 2014. Corporate Judicial Officers are authorized to issue writs restraining of

temporary or permanent nature to protect my properties, which are unlawfully and illegal held.

The SUPERIOR COURT OF CALIFORNIA CORPORATION, COUNTY OF MONTEREY

Case No.: M 110621 process has issued with NO BOND ATTACHED.

I am reporting crimes, illegal acts to you as related to case number M 110621. Act or refuse, it is

your choice. This Cease and Desist Demand for Bond is intended and will be used as evidence of

your INTENT!

And, most important is the fact that as law-enforcement, paid legal professionals, you know

absolutely that having knowledge of crimes or illegal acts and not acting is a Misprision of

Felony under Malversation.

I now state my rights are valued at 25,000 Dollars per day per family member I am responsible
for. Depriving me of any right whatsoever is not possible by a government office as no
government has rights it only has duties, obligations, and privileges set up by its Charter. This
means TORT! You Ms. Marla O Anderson , Scott Miller and Connie Mazzei, now have notice
and knowledge. Govern yourselves accordingly.

I, Daniele Gozzi,the man, say that no man or no woman can say my statements are untrue.

I say my rights are my property.

I say my credit is my property.

I say the government is to protect and restore my property, that of this man, Daniele Gozzi.

I want, demand, my property be returned to me.

Said property to be totally in my control and possession within 24 hours receipt of this Cease and
Desist Demand for Bond.

I live in and act in the common-law with right of trial by jury. Notice of pending summons given.

I will hold wrongful holders of my said property to 25,000 Dollars per day including same for
each household member I am responsible for until my property is returned starting 25 hours after
receipt of this Cease and Desist Demand for Bond.

I have never given any man or entity rights to my credit.

I have never given any man or entity rights to convert my consumer credit to commercial credit.

I have never intended to nor have ever issued any public securities.

I have never intended nor have ever authorized any man or entity to use my property to back,
support, act as asset, value, or verify any public security.

I never pledged the title to my home to any man or entity and never could have because I only
received abstract of title transferred via deed giving me possessor's rights to said property.

I never received from any man or entity a bond transferring good, clean, complete freehold, allodial estate, title in my name for my home even though I paid for the property with my credit accepted by the seller.

Therefore the abstract of title record on file at Monterey County Recorder's Office is accepted as bonded by the State of California and STATE OF CALIFORNIA in the sum of 18,000,000, Eighteen Millions Dollars.

I have never been presented with any Bond attached to any process issued by COUNTY OF MONTEREY CORPORATION, Nor its SUPERIOR COURT COORPORATION, EIN 77-0560687.

Wherefore I am unable to identify the parties obligated to make me whole in the event case No.: M 110621 process is proximate or contingent cause of injury to me or my family, injury to my rights, injury to my property.

It is a fact of law that no corporation can hold judicial or political power and when engaged in commerce and give up their right to immunity and must be treated as any other person.

OFFER IN LIEU OF BOND ON PROCESS AND PROCEDURE. I will accept return of my equity , verification of my rights recognized, Fee Simple Title to my property identified by 31549 Highway 1, Carmel, the State of California under abstract bonded by Monterey County

Recorder Office under March 3, 1851 Property Settlement Treaty as Warranted by the State of California and the United States of America.

In the event I am held to or harmed under unbounded process I believe and will have evidence that I am held a SLAVE through misprision under trafficking in my private credit as my private credit taken as value to wrongful unbonded claims against my property.


## REPORTING OF WRONG, FELONIES


1.      Misprision: concealing wrongs, illegal, unlawful, acts and omissions when same have been reported to Ms. Marla O Anderson, Mr. Miller, Ms. Mazzei which are shown by public records constructed under their employment and without their employer's knowledge. See 18 USC § 2 at seq.

2.      Counterfeit Securities: the unauthorized use of my consumer credit which information is taken by application offered by alleged lenders or alleged credit providers under conversion from private securities to issue Public Securities intended to hide that my Credit is the value securitized. See U.S. Attorneys Criminal Resource Manual 1348, Title 9.

3.      False Public Filings/Statements: failing to recognize and call to account securities held under FEDERAL HOME FINANCING AGENCY in its conservatorship over FANNY MAE, FREDDY MAC, FARM HOME ADMINISTRATION holding securities issued by claimants against my property. Omitting information to a tribunal accounting to create a misleading statement and failing to require a man to verify all statements and claims is a False Public Record when filed. See 1 § USC 1001 et seq. and others.

## TRANSACTION REPORT

JAN/23/2014/THU 02:46 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JAN/23 | 02:39PM | 7555081 | 0:06:30 | 22 | MEMORY    OK | SG3 | 3060 |

URGENT

831-755-5081.
Monterey County division of risk
director.
Attached the three letters.
ATTENTION:  Steve Mauck
URGENT URGENT URGENT


FROM DANIELE GOZZI
CHARLES MILLER
253-326-1010
31549 HIGHWAY1
CARMEL CA 93923


*22 Pages with Cover Sheet*

## TRANSACTION REPORT

JAN/23/2014/THU 02:39 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JAN/23 | 02:34PM | 7555081 | 0:04:52 | 23 | MEMORY | OK | SG3 3059 |

URGENT

831-755-5081.
Monterey County division of risk
director.
Attached the three letters.
ATTENTION:  Steve Mauck
URGENT URGENT URGENT

FROM DANIELE GOZZI
CHARLES MILLER
253-326-1010
31549 HIGHWAY1
CARMEL CA 93923

22 Pages with Cover sheet

JAN/24/2014/FRI 09:08 AM   Gozzi Development          FAX No. 831 625-1481              P. 025/028
8511762600                                                                   P.01/01

## TRANSACTION REPORT

JAN/23/2014/THU 02:11 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JAN/23 | 02:07PM | 7519597 | 0:03:30 | 22 | MEMORY | OK | SG3 | 3057 |

Attn Risk Mgmt.
21 pages total
    without cover sheet
From: Daniele Gozzi
Charles Miller.
    ☎ 253-326-1010.

Attn Risk Mgmt.
21 pages total
    without cover sheet
From: Daniele Gozzi
Charles Miller.
    ℘ 253-326-1010.

4.      Trespass on Credit/Conversion: unauthorized use of private consumer credit without legal justification by depriving my right to know completely how my property and right of property is used along with interference of my credit moving in interstate commerce.  Confession and Admittance by all alleged claimants to wrongful acts related to process applied to attach my property is public record through settlements paid by related and principal parties to various and numerous government agencies.

I never agreed nor knew my Credit would be used to back a public security. There is no intent by me on record that I intended to issue a public security. See Conversation and Fraudulent Conversion.

5.      Conflict of Interest: I have in my possession public records consisting of Audited Financial Statements and California Retirement Systems proving conclusively Ms. Marla O Anderson, Mr. Miller and Ms. Mazzei received a benefit from conspiring with those attacking my property with false claims. Being that at every turn you and each of you have obstructed my access to process due and owed for protection of my property, it appears your payment and benefits arise to open BRIBERY!  The records in my possession include each of your written documents with identifying signature binding you to your own acts and omissions.  The Notorious Public knowledge of fraud, conversion, sham process, illegal tactics, conspiracy, robo signing, attorney misconduct, and many more wrongful and illegal acts is all over the World and each of you know it like any other American.

6.      Terrorism/Slavery: any process or procedure by act or omission that alters the form of civil government, its process or integrity is in fact Terrorism. The un-bonded un-verified, systematic use of coercion and use of threat of physical harm or restraint to my property, ie body, home, rights, for political purpose supporting your private corporate operations disguised as

government puts me and my family and very many other of my neighbors in fear. The
Systematic abuse of the law or legal process by the use or threat of coercion through the law or
illegal process holds me to SLAVERY. You Ms. Marla O Anderson, Mr. Miller and Ms. Mazzei
in your refusal to allow me to present defenses to false claims hold me to SLAVERY from which
you are compensated. This is TERRORISM! See 1 § USC § 371, § 2331, §1581.

You may contact me 24/7 at the points and places above with your decision to act.

Done this 22 Day of January 2014 of my own knowledge and belief verified by this presentment.

Daniele Gozzi

Witness Acknowledges Daniele Gozzi signature

CC: Homeland Security
    FBI
    US ATTORNEY
    CALIFORNIA ATTORNEY GENERAL