# EXHIBIT R

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY**<br><br>1200 Aguajito Road<br>Monterey, California  93940<br><br>**Gozzi, Daniele,**<br>      Plaintiff/Petitioner<br><br>vs.<br><br>**Washington Mutual Bank FA et al,**<br>      Defendant/Respondent | *Reserved for Clerk's File Stamp*<br><br># FILED<br><br>**JUL 3 1 2014**<br><br>**TERESA A. RISI**<br>**CLERK OF THE SUPERIOR COURT**<br>~~**P. ESMERALDA**~~  DEPUTY |
|---|---|
| **ORDER SETTING ORDER TO SHOW CAUSE<br>RE SANCTIONS AND DISMISSAL** | Case No.  M122326 |

     **This matter is set for an ORDER TO SHOW CAUSE (OSC) WHY MONETARY SANCTIONS AND/OR DISMISSAL SHOULD NOT BE ORDERED BY THE COURT FOR PLAINTIFF'S FAILURE TO APPEAR FOR MANDATORY SETTLEMENT CONFERENCE ON JULY 11, 2014.**

     This matter is set for <u>**August 22, 2014 at 1:30pm**</u> in Courtroom 14, Monterey Superior Court, located at 1200 Aguajito Road, Monterey, California 93940.

     Matter is set for <u>**August 22, 2014 at 1:30pm**</u> in Department 14 for Mandatory Settlement Conference.

     <u>**Plaintiff, Daniele Gozzi is ordered to personally appear on August 22, 2014 at 1:30pm in Department 14.**</u>

     **An attorney/party knowledgeable in all aspects of the case shall be present.**

Date:    **JUL 3 1 2014**

                               Thomas W. Wills<br>                               JUDGE OF THE SUPERIOR COURT

## CERTIFICATE OF MAILING
(Code of Civil Procedure Section 1013a)

I do hereby certify that I am employed in the County of Monterey. I am over the age of eighteen years and not a party to the within stated cause. I placed true and correct copies of the **Order to Show Cause,** for collection and mailing this date following our ordinary business practices.  I am readily familiar with the Court's practices for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Services in Salinas, California, in a sealed envelope with postage fully prepaid. The names and addresses of each person to whom notice was mailed is as follows:

Daniele Gozzi<br>
225 Crossroads Blvd., #199<br>
Carmel, CA  93923<br>

Monique Jewett-Brewster, Esq.<br>
560 Mission Street, 25th Floor<br>
San Francisco, CA  94105

Date:    **AUG 0 1 2014**

Teresa A. Risi, Clerk of the Court

                                P. ESMERALDA<br>
By:_____<br>
               Deputy Clerk

//

# EXHIBIT S

| ATTORNEY (Name and Address): | TELEPHONE NO.: (949) 223-7321 | LEVYING OFFICER (Name and Address): |
|---|---|---|
| Ethan Schatz, Esq. of Bryan Cave LLP<br>3161 Michelson Drive, 1500<br>Irvine, CA  92612-4414<br><br>ATTORNEY FOR:  JPMorgan Chase Bank, N.A. | Ref #: | Monterey County Sheriff's Office<br>Sheriff's Civil Unit<br>Office of the Sheriff<br>1414 Natividad Road<br>Salinas, CA  93906 |

| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY: | |
|---|---|
| Monterey County Superior Court<br>1200 Aguajito Road<br>Monterey, CA  93940 | (831) 755-3712<br>Fax: (831) 755-3830<br><br>California Relay Service Number<br>(800) 735-2929 TDD or 711 |

| PLAINTIFF:<br>JPMorgan Chase Bank, N.A.<br>DEFENDANT:<br>Daniele Gozzi, et al | COURT CASE NO.:<br><br>M110621 |
|---|---|
| **Return on Writ of Possession** | LEVYING OFFICER FILE NO.:<br><br>2014039458 |

I, Scott Miller, Sheriff, County of Monterey, State of California, hereby certify that I received the annexed writ on 7/14/2014, and that the herein defendant(s):

Daniele Gozzi, All Occupants in Care of Named Tenant Daniele Gozzi

Eviction Address:   31549 Highway 1
                    Carmel, Ca  93923

Was/were served with a notice to surrender the premises within five (5) days or I would proceed to enforce said writ.  My proceedings under the writ, and the return there on, are those as indicated below:

Copy of Notice posted at premises on 07/15/2014
Copy of Notice mailed to defendant(s) on 7/15/2014

I served the same by placing the plaintiff in quiet and peaceful possession of the premises on 07/22/2014, I returned said writ satisfied as to plaintiff's possession only and with accrued costs of $125.00.

Executed on: Wednesday, July 23, 2014

Scott Miller
Sheriff/Coroner

_Maureen Martin_

Sheriff's Authorized Agent

# RECEIPT

Receipt #: 00012202

Receipt Date: 7/15/2014

For transactions processed from
7/14/2014 to 7/14/2014

**FROM:**
Sheriff's Civil Unit
Office of the Sheriff
1414 Natividad Road
Salinas, CA  93906

**TO:**
Ethan Schatz, Esq. of Bryan Cave LLP
3161 Michelson Drive, 1500
Irvine, CA  92612-4414



| Trxn Date | Trxn # | Service Type/Debtor Name Court Case # | Levying Officer File # | Requestor's Reference # | Check # | Debtor Pymt | Svc Fee Deposit |
|---|---|---|---|---|---|---|---|
| 7/14/2014 | 001/00045613 | Notice of Eviction M110621 JPMorgan Chase Bank, N.A. Daniele Gozzi, et al. | 2014059458 | | 152760 | | 125.00 |

Debtor Payment Total $0.00

Svc Fee/Deposit Total $125.00

This is a receipt of funds received. In the case of a debtor payment it may be up to 30 days before the Levying Officer will remit the funds to the appropriate party per CCP 701.820. The amount received by the appropriate party will be the amount shown herein less fees the Levying Officer is REQUIRED to withhold for processing the payment per GC 26746.

Not a valid receipt until signed.

_____

Version: 3.00b  01/06/2010 (Revised)

# EXHIBIT T

B 5 (Official Form 5) (12/07)

| **UNITED STATES BANKRUPTCY COURT**<br>Central District of California | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Gozzi, Danielle | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN
(If more than one, state all.):
**Unknown**

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>2192 Sierra Mar Drive<br>Los Angeles, CA | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>31549 Highway 1<br>Carmel, CA |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Los Angeles<br><br>ZIP CODE **90069** | <br><br><br>ZIP CODE **93923** |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

    ✓ Chapter 7   ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>✓ Debts are primarily consumer debts<br>☐ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>✓ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>   check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>  11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✓ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | ✓ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form<br>specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of<br>1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)**

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ✓ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United<br>    States Code.<br>3.a. ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are<br>    the subject of a bona fide dispute as to liability or amount;<br>                or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or<br>    agent appointed or authorized to take charge of less than substantially all of the property of the<br>    debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Gozzi, Danielle

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____           x _____
Signature of Petitioner or Representative (State title)        Signature of Attorney                    Date
Benjamin Becal                07/21/2014
Name of Petitioner              Date Signed        Name of Attorney Firm (If any)

Name & Mailing                          Address
Address of Individual
Signing in Representative    _____
Capacity                     _____        Telephone No.

x _____           x _____
Signature of Petitioner or Representative (State title)        Signature of Attorney                    Date
Nicole Giangrosso             07/21/2014
Name of Petitioner              Date Signed        Name of Attorney Firm (If any)

Name & Mailing                          Address
Address of Individual
Signing in Representative    _____
Capacity                     _____        Telephone No.

x _____           x _____
Signature of Petitioner or Representative (State title)        Signature of Attorney                    Date
Rachel Nussbar                07/21/2014
Name of Petitioner              Date Signed        Name of Attorney Firm (If any)

Name & Mailing                          Address
Address of Individual
Signing in Representative    _____
Capacity                     _____        Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Benjamin Becal 1692 Stradella Rd Los Angeles, CA 90077 | Personal | 22,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Nicole Giangrosso 9024 Glencoe Ave Venice, CA 90291 | Personal | 17,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Rachel Nussbar 3104 Lyceum Ave Los Angeles, CA 90066 | Personal | 19,000.00 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 58,000.00 |

_____ continuation sheets attached

Benjamin Becal
1692 Stradella Rd
Los Angeles, CA 90077

Nicole Giangrosso
9024 Glencoe Ave
Venice, CA 90291

Rachel Nussbar
3104 Lyceum Ave
Los Angeles, CA 90066

# EXHIBIT U

SHARON Z. WEISS (State Bar No. 169446)
NATALIE B. DAGHBANDAN (State Bar No. 273957)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone:      (310) 576-2100
Facsimile:      (310) 576-2200
sharon.weiss@bryancave.com
natalie.daghbandan@bryancave.com

Attorneys for Movant
JPMorgan Chase Bank, N.A.

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 14-bk-23862-ER |
| DANIELLE GOZZI, | Chapter 7 |
| Debtor. | **NOTICE OF ENTRY OF ORDER IN RELATED BANKRUPTCY PROCEEDING GRANTING JPMORGAN CHASE BANK, N.A.'S IN REM RELIEF FROM THE AUTOMATIC STAY** |
| | [NO HEARING REQUIRED] |

**TO:     THE HONORABLE ERNEST M. ROBLES, THE DEBTOR, THE DEBTOR'S**

**COUNSEL, THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED**

**PARTIES:**

SM01DOCS\1044483.1

1    Creditor JPMorgan Chase Bank, N.A., individually and as acquirer of certain assets and
2    liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, acting as the
3    receiver, and California Reconveyance Company ("Chase") files this *NOTICE OF ENTRY OF*
4    *ORDER IN RELATED BANKRUPTCY PROCEEDING GRANTING JPMORGAN CHASE BANK,*
5    *N.A.'S IN REM RELIEF FROM THE AUTOMATIC STAY* to confirm that the automatic stay in the
6    instant bankruptcy case does not apply to Chase regarding the real property located at 31549
7    Highway 1, Carmel, California (the "Property").

8    On or about April 2, 2013, the United States Bankruptcy Court for the Northern District of
9    California, San Jose Division, entered its *Order Granting JPMorgan Chase Bank, N.A,'S Motion for*
10    *Relief From Stay to Proceeds with Possession of Property Following Unlawful Detainer Judgment,*
11    in the related bankruptcy case of *In re Helinda K. Patel*, case number 13-51236 [Doc. #33].  A true
12    and correct copy of that order, which was recorded in with the Monterey County Recorder's office
13    on August 26, 2013 as document number 2013053929, is attached hereto as Exhibit "1".  This
14    involuntary bankruptcy case was filed in at 3:26 p.m. on July 21, 2014 in the Central District of
15    California just one day before the scheduled lock out by the Monterey's sheriff's department.

16    The underlying involuntary bankruptcy case is yet another defensive maneuver by Debtor
17    Danielle Gozzi ("Debtor") to remain – rent free –in property that was foreclosed on by Chase in
18    2010.

19    On February 8, 2011, Chase filed its Complaint for Unlawful Detainer against Debtor in the
20    Monterey County Superior Court.  On June 27, 2011, the Court entered its Judgment granting to
21    Chase possession of the Property against Debtor and all unknown occupants.  Five (5) days before
22    the first lock-out, Debtor filed his first bankruptcy case on November 3, 2011, filing a chapter 13
23    petition.  Chase filed a motion for relief from stay, which the bankruptcy court granted on January 3,
24    2012.  Debtor's first bankruptcy was dismissed on January 4, 2012 for Debtor's failure to file a plan.

25    Debtor then immediately filed his second bankruptcy case on January 13, 2012. Chase filed
26    another motion for relief from stay, which the bankruptcy court granted on March 23, 2012.  The
27    lock-out was then scheduled for April 11, 2012. The day before the scheduled lock-out, Debtor's
28    daughter, Helina K. Patel ("Patel") filed her first bankruptcy case under chapter 13, claiming to be a

1  tenant of the Property with Debtor.  Chase once again filed for relief from stay, but the case was

2  quickly dismissed on April 26, 2012, for Patel's failure for file a plan. Chase's pending motion for

3  relief from stay was rendered moot, and a new lock-out date was scheduled for May 10, 2012.

4         Two (2) days before the scheduled lock-out, on May 8, 2012, Debtor initiated an adversary

5  proceeding in the second bankruptcy action by filing a wrongful foreclosure complaint.  This

6  complaint was never served on Chase and the adversary proceeding was dismissed for that reason.

7  Nevertheless, Chase entered into, what it believed at the time to be, good faith negotiations with

8  Debtor for his repurchase of the Property. These discussions lasted throughout the summer of 2012.

9  Despite repeated promises, Debtor never submitted any offer for repurchase of the Property.

10         The second bankruptcy case was dismissed for cause on August 29, 2012, due in part to

11  unreasonable delay causing prejudice to the creditors.  Notwithstanding the dismissal of the second

12  bankruptcy case, Chase held off on pursing Debtor's eviction during a time it believed Debtor was

13  acting in good faith to purchase the Property.  That belief ended on September 27, 2012, when Chase

14  received a letter and a check in excess of six (6) millions from Debtor, alleging that Chase had

15  "effectively discharged the associated debt in this matter."  Chase was unable to verify funds in the

16  account and therefore in September 2012, renewed its eviction efforts by resubmitting a Writ of

17  Possession. After obtaining a new Writ, Chase rescheduled the lock-out date for January 8, 2013, to

18  avoid an eviction during the holidays.

19         On January 7, 2013, one (1) day before the scheduled lock-out was set to occur, Debtor filed

20  his third bankruptcy action. Chase did not file a motion for relief from stay, as the automatic stay

21  terminated pursuant to the United States Bankruptcy Code.  The lock-out of the Property was re-

22  noticed for March 5, 2013. However, on March 4, 2013, Patel filed her second bankruptcy petition,

23  once again claiming to be an occupant and tenant of the Property, and alleging that Debtor was her

24  landlord.  This bankruptcy filing was the fifth bankruptcy action filed in an attempt to stall the

25  eviction process. In an abundance of caution, Chase cancelled the lock-out.  On April 2, 2013, Chase

26  successfully obtained an Order from the United States Bankruptcy Court, granting Chase in rem

27  relief from the automatic stay as it pertains to the Property for a period of two (2) years from the date

28  of the Order, pursuant to 11 U.S.C. §§ 105(a), 362(d)(4). (Exhibit "1").

1　　　　The next lock-out attempt was scheduled for January 24, 2014. Despite the Order granting in

2　rem relief for a two year period, Debtor filed his fourth bankruptcy action on January 23, 2014, this

3　time in the Central District of California; not the Northern District where both the Debtor and his

4　daughter filed their other bankruptcy cases. Several days before this scheduled lock-out, in a

5　continuing pattern of delay tactics, Debtor instructed his counsel of record to file a groundless ex

6　parte application for temporary restraining order in the instant litigation. The Court declined to enter

7　Debtor's requested temporary restraining order.

8　　　　Then on the morning of the lock-out, Debtor and his representative faxed a largely

9　indecipherable document entitled "Notice of Misprision of Felony, Cease and Decist [sic], Demand

10　for Bond! Indemnity Claim-on Tort" ("Notice") to: (i) Bryan Cave's Santa Monica office; (ii) the

11　Federal Bureau of Investigation; (iii) the California Attorney General; (iv) the U.S. Attorney's

12　Office; (v) the chambers of the Hon. Marla O. Anderson, Presiding Judge, Superior Court of

13　California, County of Monterey; and (vi) the office of Connie Mazzei, Monterey Clerk of Court,

14　among others. In the Notice, notwithstanding this Court's issuance of multiple Writs of Possession

15　and its recent order denying Debtor's application for a temporary restraining order, Debtor contends

16　that Chase's lawful attempts to take possession of the Property amount to "terrorism, … trespass, …

17　and slavery" and threatens new legal action should Chase proceed with the lock-out. Most

18　importantly, in the voluminous papers faxed to the parties referenced above, Debtor advised – for the

19　very first time – of a special needs child residing on the Property.

20　　　　Despite these papers, the Monterey County Sheriff's Department confirmed it would proceed

21　with the lock-out, finding no legal impairment from doing so. While Chase agreed with the legal

22　position of the Monterey County Sheriff's Department, it nevertheless called off the lock-out in

23　deference to the special needs child. Chase opted instead to request a settlement conference in a last-

24　ditch effort to reach an amicable resolution.

25　　　　As noted above, the Debtor failed to appear at the Mandatory Settlement Conference. The

26　Sherriff thereafter posted notice of the eviction set for Tuesday, July 22, 2014. This involuntary

27　bankruptcy yesterday afternoon along with a new complaint served by the Debtor against various

28　parties for alleged civil rights violations.

1       Based on the In Rem Order and the underlying facts of this case, Chase asserts that the

2  automatic stay does not apply to it regarding the Property.

3

4  Dated:  July 22, 2014               BRYAN CAVE LLP

5

6                         By:   */s/ Sharon Z. Weiss*

7                              Sharon Z. Weiss

8                              Natalie B. Daghbandan
                                Attorneys for Movant

9                              JPMorgan Chase Bank, N.A.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

EXHIBIT 1

Stephen L. Vagnini                                          CRREBECCA
Monterey County Recorder                                    8/26/2013
Recorded at the request of                                 15:22:51
**Filer**

RECORDING REQUESTED BY
AND WHEN RECORDED
RETURN TO:

Cristy L. Hicks Koster
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California  92612-4414

DOCUMENT: **2013053929**  Titles: 1/ Pages:  6

| | |
|---|---|
| Fees.... | 30.00 |
| Taxes... | |
| Other... | 2.00 |
| AMT PAID | $32.00 |

APN: 243-221-027-000

---

**THIS DOCUMENT IS BEING RECORDED PURSUANT TO CALIFORNIA
GOVERNMENT CODE SECTIONS 27280 AND 27326**

ORDER GRANTING JPMORGAN CHASE BANK, N.A.'S MOTION FOR RELIEF FROM
THE AUTOMATIC STAY TO PROCEED WITH POSSESSION OF PROPERTY
FOLLOWING UNLAWFUL DETAINER JUDGMENT

Affects real property located at 31549 Highway 1, Carmel, California 93923

Assessor's Parcel No.:  243-221-027-000

654263.1

**Entered on Docket**
**April 03, 2013**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



1   Sharon Z. Weiss (SBN: 169446)
    Natalie B. Daghbandan (SBN: 273957)
2   BRYAN CAVE LLP
    120 Broadway, Suite 300
3   Santa Monica, CA 90401
    Telephone: (310) 576-2100
4   Facsimile: (310) 576-2200
    sharon.weiss@bryancave.com
5   natalie.daghbandan@bryancave.com

6   Attorneys for Movant
    JPMorgan Chase Bank, N.A.

**The following constitutes**
**the order of the court. Signed April 2, 2013**



Charles Novack
**U.S. Bankruptcy Judge**

7

8            **UNITED STATES BANKRUPTCY COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION**

10  In re                           CASE NO. 13-51236
                                             [Chapter 13]
11  HELINDA K. PATEL
                                     RS No. SZW-1
12            Debtor.
                                     **ORDER    GRANTING    JPMORGAN**
13                                   **CHASE BANK, N.A.'S MOTION FOR**
                                     **RELIEF  FROM  THE  AUTOMATIC**
14                                   **STAY    TO    PROCEED    WITH**
                                     **POSSESSION    OF    PROPERTY**
15                                   **FOLLOWING UNLAWFUL DETAINER**
                                     **JUDGMENT**
16
                                     **[PROPERTY ADDRESS: 31549 Highway**
17                                   **1, Carmel, California 93923]**

18                                   **HEARING DATE:**
                                     Date:  March 13, 2013
19                                   Time:  2:00 p.m.
                                     Place:  Courtroom 3070
20                                             280 South First Street
                                             San Jose, CA 95113-3099
21

22



23                                   UNITED STATES BANKRUPTCY COURT
                                     Northern District of California
24                                   I certify that this is a true, correct and full copy
                                     of the original document on file in my custody.
25                                   Dated 4/9/2013
                                     by
26                                   Deputy Clerk

27

28

1      This Court has reviewed *JPMorgan Chase Bank, N.A.'s Motion for Relief from the*

2  *Automatic Stay to Proceed with Possession of Property Following Unlawful Detainer Judgment*

3  ("Stay Motion"), along with the pleadings and evidence in support of the Stay Motion,

4  considered the Debtor's opposition, the argument of counsel, and its review of the record.  For

5  good cause appearing and the reasons stated on the record, it is

6      ORDERED:

7      1.    Notice of the Stay Motion was timely and adequately given to all persons entitled

8  to notice.

9      2.    The Stay Motion is granted, as provided for in this Order.

10      3.    This Order applies to the residential real property located at 31549 Highway 1,

Carmel, California 93923 (the "Property").

11      4.    The Stay Motion is granted under 11 U.S.C. §§ (d)(1), (d)(2) and (d)(4).

12      5.    The stay of 11 U.S.C. § 362(a) is modified as to Debtor Helina Patel and Debtor's

13  bankruptcy estate with respect to Movant JPMorgan Chase Bank, N.A., its successors,

14  transferees and assigns ("Movant").

15      6.    Relief from stay is granted in rem under 11 U.S.C. § 105(a), with reference to 11

16  U.S.C. § 362(d)(4) where the Debtor's bankruptcy filing was part of a scheme involving multiple

17  bankruptcy filings affecting the Property to delay, hinder or defraud Movant and an abuse of the

18  bankruptcy code.

19      7.    Movant may enforce its remedies to obtain possession of the Property in

20  accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim

21  against the Debtor or property of the estate, except by filing a Proof of Claim in this bankruptcy

22  case pursuant to 11 U.S.C. § 501.

23      8.    This Order shall be binding and effective despite any conversion of this

24  bankruptcy case to a case under any other chapter of Title 11 of the Bankruptcy Code.

25      9.    This Order shall be binding and effective in any case under this title purporting to

26  affect the Property filed not later that two years after the date of entry of the order, except that a

27  debtor in a subsequent case under this title may move for relief from this Order based upon

28  changed circumstances or for good cause shown, after notice and a hearing.

1         10.     The 14-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is

2  waived.

3                           \*\* END OF ORDER \*\*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COURT SERVICE LIST

Debtor
Helina K. Patel
31549 Highway 1
Carmel, CA 93923

## Notice Recipients

District/Off: 0971−5          User: kdu              Date Created: 4/3/2013
Case: 13−51236               Form ID: pdfeoc        Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Helina K Patel      31549 Highway 1       Carmel, CA 93923

                                                                              TOTAL: 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled: **NOTICE OF ENTRY OF ORDER IN RELATED BANKRUPTCY PROCEEDING GRANTING JPMORGAN CHASE BANK, N.A.'S IN REM RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 22, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 22, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 22, 2014 | Raul Morales | /s/ Raul Morales |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

2. <u>**SERVED BY UNITED STATES MAIL**</u>:

Benjamin Becal
1692 Stradella Rd.
Los Angeles, CA 90077

Nicole Giangrosso
9024 Glencoe Ave.
Venice, CA 90291

Danielle Gozzi
2192 Sierra Mar Drive
Los Angeles, CA 90069

Rachel Nussbar
3104 Lyceum Ave.
Los Angeles, CA 90066

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

# EXHIBIT V

FILED

JUL 3 0 2014

TERESA A. RISI
CLERK OF THE SUPERIOR COURT
L. CUMMINGS          DEPUTY

1   Daniele Gozzi
    225 Crossroads Blvd., #199
2   Carmel, CA 93923
    Phone: (831) 625-1243
3
4   Plaintiff, In Propria Persona
    *Defendant*
5
6
7
8                        SUPERIOR COURT OF CALIFORNIA
9                            COUNTY OF MONTEREY
10  JP Morgan Chase Bank          | Case No. M110621
11              Plaintiff,        | **Notice of Removal to Federal Court Case**
12  v.                            | **Number** 14-cv-03297
13  Daniele Gozzi, et al
14              Defendant(s).
15
16
17
18
19
20
21
22
23
24
25
26
27
28



I hereby certify that the annexed
instrument is a true and correct
copy of the original filed in my
office. ATTEST FILED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _Betty Walton_
    Deputy Clerk
Date: JUL 29 2014

Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 625-1243

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Daniele Gozzi

                Plaintiff,

v.

COUNTY OF MONTEREY, et al

                Defendant(s).

No. 14-cv-03297   **PSG**

**NOTICE OF REMOVAL OF
STATE ACTION**

Pursuant to 28 USC 1441(b), 1446(b), 1443, 28 USC 1738, Plaintiff, Daniele Gozzi, hereby removes Superior Court of the state of California, Monterey County, case number M110621 and remove as certified record under praecipe Case number, GNM122326, to the United States District Court, Northern District of California case number 14-cv-03297, for good cause as stated herein.

Procedure for removal at 28 USC section 1446(b) authorizes removal of an order which in this case is the illegal, and fraudulently obtained Writ of Possession issued on, June 23, 2014 and Notice to Vacate carried out on July 22, 2014, as evidence of violation of civil rights under 28 USC section 1443. See Affidavit of Daniele Gozzi with Annex 1, Praecipes and Notices to the Monterey Superior Court clerk's office to prepare the certified copy of the record as evidence for removal and filing in the above entitled District Court action.

1    PLAINTIFF WILL PROVIDE A CERTIFIED COPY OF THE COMPLETE RECORD

2    AND REMOVE CASES UPON EXECUTION BY THE CLERK OF THE SUPERIOR COURT.

3              Plaintiff believes that the record must be in certified form in order to qualify as

4    evidence and the only party holding capacity to certify the record for both Superior Court cases is the

5    holder of the seal the Superior Court.

6                        GROUNDS FOR REMOVAL.

7              Defendant in the state Unlawful Detainer limited action, case number M110621, Daniel

8    Gozzi has attempted to protect his property and property rights for almost 4 years. Defendant in the

9    state Unlawful Detainer limited action, case number M110621, Daniel Gozzi, filed an unlimited civil

10   action in the Superior Court in Monterey County, Case number, GNM122326, as a collateral attack

11   on the fatally defective Unlawful Detainer action. The civil unlimited action, case number

12   GNM122326, alleges violations of law and requirements for removal from the limited action of

13   unlawful detainer to the unlimited jurisdiction of the Superior Court.

14             The Superior Court judges in both the limited, Unlawful Detainer $25,000 jurisdictional

15   limit, case number, GNM122326 and the unlimited jurisdiction, case number GNM122326, refused

16   with willful intent to circumvent known standing civil rights, property rights, and procedural rights,

17   the consolidation of the cases as required by procedure.

18             The facts of both the limited and the unlimited actions are based on the same acts and

19   omissions of the parties now subject to the civil rights action is identified herein above.

20             Plaintiff in the above entitled action has been denied due process rights, right of

21   discovery, right to see the contract founding the limited jurisdiction Unlawful Detainer action, right to

22   see the consideration to found a contract under an Unlawful Detainer action, right to challenge the

23   process and procedures of the very statute entitled NONJUDICIAL FORECLOSURE, the name of

24   the statute itself being in fact a violation of due process.

25             The fundamental law denied to this Plaintiff in the civil rights suit identified above

26   under this court's contract requires that evidence of the violation of law be presented under seal to this

27   court showing the violation of law. OTHERWISE, Plaintiff is denied full access to the protection of

28

1   The Law promised by the United States, its officers, employees, agents, and assigns.

2           Plaintiff accepts 28 USC 1738 as admission of authority for the records to be moved to

3   this court under the case numbers in the state of California County of Monterey courts: M110621 and

4   GNM122326

5           THEREFORE: this removal is proper under law, contract, and duty owed by this

6   Federal District court and its officers to establish full and complete records on behalf of the contract

7   holder Plaintiff, Daniele Gozzi.

8           Duly sworn under pains and penalties of perjury with first-hand knowledge with record

9   and support. Duly verified and done this 28th day of July 2014.

10

11                                              _____

12                                              Daniele Gozzi, In Propria Persona

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 625-1243

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniele Gozzi<br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY, et al<br>                    Defendant(s). | Case No.  14-cv-03297<br><br>**7/29/14 Affidavit of Plaintiff Daniele Gozzi** |

I, Daniele Gozzi, declare as follows:

1.  I am the Plaintiff in the above referenced proceeding and claim rightful title and possession of real property commonly known as 31549 Highway 1, Carmel, CA 93923.

2.  I personally know all facts contained herein, and can competently testify thereto.

3.  On July 29, 2014 at 8:00 am, I was the first person in line at the civil court window of the Monterey County Superior Court Clerk's Office.

4.  I presented 4 original documents, attached hereto as Annex 1, and 4 copies of each and asked the clerk, a woman, to file the documents.

5.  This woman clerk said that the documents would not be filed, that filing was not possible because I made a demand to transfer the documents and that would not be possible. This woman clerk was on the phone with somebody and then instructed me to go upstairs to the records unit

1    on the second floor and ask for a Supervisor, whose name I did not understand, a person in

2    charge of production of records.

3   6. The woman clerk then asked if I was removing the case. I said she can read the papers

4   7. She kept saying I can't have the files (which I did not request) all I asked to have those papers

5    filed.

6   8. The man from presumably upstairs came talked with the woman clerk. I could not hear their

7    conversation, I overheard that they wanted me to go to Risk Management.

8   9. I did ask the woman clerk again if she was refusing to file the documents.

9   10. Then both the woman and the man asked me to wait for the supervisor.

10   11. The Supervisor arrived and said that the documents need to be filed first in District Court: "We

11    can't transfer the records without an order from the Federal Court".

12   12. I explained again I wanted this papers file then I would go to the Federal Court and come back

13    with more papers from Federal Court

14   13. The Supervisor told me that I have to go to Federal first then "they" would have the papers

15    removed to Federal Court.

16   14. I asked her to put this in writing and she said usually they don't do that, and she showed me a

17    yellow page with instructions regarding a different jurisdiction.

18   15. I reiterated again that I wanted these documents filed. The Supervisor then said that all she could

19    do is stamp the documents as received but not filed

20   16. I asked the Supervisor to stamp the 4 documents as received and I asked again for her to give me

21    something in writing regarding not stamping the documents as filed, but I received no response.

22   17. When I asked the Supervisor regarding why the previous employees had referred me to Risk

23    Management, I received non-responsive answer to the effect that there is no risk management

24    here.

25   18. The Supervisor then kept the originals and stamped the copies of the documents as received, as

26    shown in Annex 1 attached hereto.

27   19. The Supervisor identified herself as the calendar coordinator and supervisor of calendar.

28

1

2     Duly sworn under pains and penalties of perjury with first-hand knowledge with record and

3    support and under the laws of the united States of America. Duly verified and done this 29th day of

4    July 2014.

5

6

7                    Daniele Gozzi In Propria Persona

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANNEX 1

1   Daniele Gozzi
    225 Crossroads Blvd., #199
2   Carmel, CA 93923
    Phone: (831) 625-1243
3
    Plaintiff, In Propria Persona
4

RECEIVED

JUL 29 2014

NOT AN OFFICIAL
COURT RECORD
DO NOT DUPLICATE

5

6

7

8                    SUPERIOR COURT OF CALIFORNIA
9                        COUNTY OF MONTEREY

10  JP Morgan Chase Bank                 Case No.  M110621

11                    Plaintiff,         **PRAECIPE TO CLERK**

12  v.

13  Daniele Gozzi, et al

14               Defendant(s).

15

16  YOU WILL: prepare a complete certified record of the above entitled action under the Clerk's seal

17  for removal to the United States District Court, Northern District of California, case number, 14-cv-

18  03297, as evidence in the federal action, 28 USC section 1738.

19

20  Done this 28th Day of July 2014.

21

22

23                    _____

24                    Daniele Gozzi, Plaintiff, In Propria Persona

25

26

27

28

RECEIVED

JUL 29 2014

NOT AN OFFICIAL
COURT RECORD
DO NOT DUPLICATE

1  Daniele Gozzi
   225 Crossroads Blvd., #199
2  Carmel, CA 93923
   Phone: (831) 625-1243
3

4  Plaintiff, In Propria Persona

5

6

7

8                    SUPERIOR COURT OF CALIFORNIA
9                         COUNTY OF MONTEREY

10 JP Morgan Chase Bank                  | Case No. M110621

11                    Plaintiff,         | DEFENDANT DANIELE GOZZI'S DEMAND FOR
                                         | CERTIFICATION OF RECORD AS EVIDENCE
12 v.                                    | UNDER CLERK'S SEAL, AND FORWARDING TO
                                         | UNITED STATES DISTRICT COURT, NORTHERN
13 Daniele Gozzi, et al                  | DISTRICT OF CALIFORNIA, CASE NUMBER, 14-
                                         | cv-03297
14                    Defendant(s).      |

15

16 DEFENDANT Daniele Gozzi, as a contract holder and purchaser of the services of the US District

17 Court, Northern District of California as Plaintiff in case number 14-cv-03297, now demands

18 integrity of record to be certified under seal by the Clerk of Court: Teresa Risi.

19     DEFENDANT Daniele Gozzi demands the property right expressed through the purchase

20 contract for services with this court that the record under seal be transferred to the United States

21 District Court under the court's seal and clerk's signature.

22     BE ADVISED: Daniele Gozzi, PLAINTIFF in the Federal civil rights suit, case number 14-cv-

23 03297, wherein this court and its officers are in fact defendants will subpoena these records under

24 seal if necessary.

25     This court and its officers, as defendants, are offered the opportunity to cooperate with the

26 Federal court to establish records and evidence. This demand for record may be treated as discovery

27 under the civil suit in the Federal Court.

28

1   IN THE EVENT THIS DEMAND, A CALL UPON THE DUTIES OF STATE OF

2   CALIFORNIA UNDER THE PURCHASE OF THE CONTRACT FOR THE SERVICES OF THE

3   STATE OF CALIFORNIA COURTS, IS REJECTED, THE RECORD WILL BE CERTIFIED

4   THAT CONTINUED COMPOUNDING OBSTRUCTION OF JUSTICE IS SHOWN BY THIS

5   INTENT TO DENY THIS PLAINTIFF EQUAL ACCESS TO LAW AND EVIDENCE OF

6   OBSTRUCTION THEREBY.

7   Defendant Daniele Gozzi invokes 28 USC section 1738, for full faith and credit requirements

8   to be fulfilled to the Federal Court by state officers under their oath to serve Federal law as required

9   by operational law. See Article 6 of the Federal Constitution.

10   See also Praecipe attached.

11   Done this 28th day of July, 2014 under the pains and penalties of perjury with firsthand

12   knowledge pursuant to the laws of United States of America, 28 USC 1746.

13

14

15   Daniele Gozzi. Defendant In Propria Persona

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Daniele Gozzi
2   225 Crossroads Blvd., #199
    Carmel, CA 93923
3   Phone: (831) 625-1243
4   Plaintiff, In Propria Persona

RECEIVED

JUL 2 9 2014

NOT AN OFFICIAL
COURT RECORD
DO NOT DUPLICATE

5

6

7

8

9                       SUPERIOR COURT OF CALIFORNIA
                             COUNTY OF MONTEREY

10  Daniele Gozzi                          Case No.. GNM122326

11                  Plaintiff,             PLAINTIFF'S DEMAND FOR CERTIFICATION OF
                                           RECORD AS EVIDENCE UNDER CLERK'S SEAL,
12  v.                                     AND FORWARDING TO UNITED STATES
                                           DISTRICT COURT, NORTHERN DISTRICT OF
13  JP Morgan Chase Bank, et al            CALIFORNIA, CASE NUMBER, 14-cv-03297
14                  Defendant(s).

15

16      PLAINTIFF Daniele Gozzi, as a contract holder and purchaser of the services of this court,

17  now demands integrity of record to be certified under seal by the Clerk of Court: Teresa Risi.

18      PLAINTIFF Daniele Gozzi demands the property right expressed through the purchase

19  contract for services with this court that the record under seal be transferred to the United States

20  District Court under the court's seal and clerk's signature.

21      BE ADVISED: Daniele Gozzi, PLAINTIFF in the Federal civil rights suit wherein this court

22  and its officers are in fact defendants will subpoena these records under seal if necessary.

23      This court and its officers, as defendants, are offered the opportunity to cooperate with the

24  Federal court to establish records and evidence. This demand for record may be treated as discovery

25  under the civil suit in the Federal Court.

26      IN THE EVENT THIS DEMAND, A CALL UPON THE DUTIES OF STATE OF

27  CALIFORNIA UNDER THE PURCHASE OF THE CONTRACT FOR THE SERVICES OF THE

28

1   STATE OF CALIFORNIA COURTS, IS REJECTED, THE RECORD WILL BE CERTIFIED
2   THAT CONTINUED COMPOUNDING OBSTRUCTION OF JUSTICE IS SHOWN BY THIS
3   INTENT TO DENY THIS PLAINTIFF EQUAL ACCESS TO LAW AND EVIDENCE OF
4   OBSTRUCTION THEREBY.
5       Plaintiff invokes 28 USC section 1738, for full faith and credit requirements to be fulfilled to
6   the Federal Court by state officers under their oath to serve Federal law as required by operational
7   law. See Article 6 of the Federal Constitution.
8       See also Praecipe attached.
9       Done this 28th day of July, 2014 under the pains and penalties of perjury with firsthand
10  knowledge pursuant to the laws of United States of America, 28 USC 1746.
11
12  _____
13  Daniele Gozzi, Plaintiff, In Propria Persona
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Daniele Gozzi
2   225 Crossroads Blvd., #199
    Carmel, CA 93923
3   Phone: (831) 625-1243
4   Plaintiff, In Propria Persona

*ORIGINAL FILED*

*JUL 29 2014*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

5
6
7

8                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA

10
11  Daniele Gozzi                          No. 14-cv-03297
12            Plaintiff,                    DECLINATION TO PROCEED
                                            BEFORE A MAGISTRATE
13  v.                                      JUDGE AND REQUEST FOR
                                            REASSIGNMENT TO A UNITED
14  COUNTY OF MONTEREY, et al               STATES DISTRICT JUDGE
15            Defendant(s).

16

17  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18  The undersigned party in the above-captioned civil matter hereby declines to consent to the

19  assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

20  requests the reassignment of this case to a United States District Judge.

21
22  Dated: 7/29/14                          _____
23                                          Daniele Gozzi, In Propria Persona
24
25
26
27
28

1 | Name: Daniele Gozzi
2 | Address: 225 Crossroads Blvd., #199
   | Carmel, CA  93923
3 | Phone Number: 831 915-8473
4 | E-mail Address: daniele@fantoniusa.com
5 | ~~Ruvuse~~ In Propria Persona

*ORIGINAL FILED*

*JUL 29 2014*

*RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

8 | Daniele Gozzi
9 |
10 | Plaintiff,
11 | vs.
12 | COUNTY OF MONTEREY, et al
13 | Defendant.

Case Number: CV 14 03297

**MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING**

Judge _____

As the (*Plaintiff/Defendant*) Daniele Gozzi _____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ A computer with internet access;
   ☑ An email account on a *daily* basis to receive notifications from the Court and notices from the e-filing system.
   ☑ A scanner to convert documents that are only in paper format into electronic files;
   ☑ A printer or copier to create to create required paper copies such as chambers copies;
   ☑ A word-processing program to create documents; and
   ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: July 28, 2014
      29/18

Signature: _____

Daniele Gozzi, In Propria Persona

1  Name: Daniele Gozzi
2  Address: 225 Crossroads Blvd. #199
   Carmel, CA  93923
3  Phone Number: 831 915-8473
4  E-mail Address: daniele@fantoniusa.com
5  ~~Proose~~ In Propria Persona

6
7              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
8  Daniele Gozzi                    ) Case Number: CV 14 03297
9                                   )
                                    ) [PROPOSED] ORDER GRANTING
10              Plaintiff,          ) MOTION FOR PERMISSION FOR
                                    ) ELECTRONIC CASE FILING
11      vs.                         )
                                    ) DATE:
12  COUNTY OF MONTEREY, et al       ) TIME:
                                    ) COURTROOM:
13                                  ) JUDGE:
                                    )
14              Defendant.          )

15

16     The Court has considered the Motion for Permission for Electronic Case Filing.  Finding
17  that good cause exists, the Motion is GRANTED.

18

19  IT IS SO ORDERED.

20
    DATED: 7/29/14
21
22                                        United States District/Magistrate Judge
23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My address is: 909 Andrews Drive, Martinez, CA 94553

On August 1, 2014, I served the following documents described as:

**Declination to Proceed before a Magistrate, Motion for Permission for Electronic Case filing, Notice of Removal of State Action, Affidavit of Plaintiff Daniele Gozzi, Annex 1**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

[ ]    (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transaction.

[X]    (BY MAIL, 1013a, 2015.5 C.C.P.)

     [ X ]   I deposited such envelope in the mail at Martinez , California. The envelope was mailed with postage thereon fully prepaid.

     [ ]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at       , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (BY PERSONAL SERVICE) I caused the foregoing envelope to be delivered by hand to the addressee on the attached Service List.

[ ]    (BY FEDERAL EXPRESS ) I caused the foregoing envelope to be delivered by xxxx FEDEX

[X]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2014 at Martinez, California.

Cindy Brokman

---

1

**SERVICE LIST**

2

COUNTY OF MONTEREY, STATE OF CALIFORNIA, C/O County Administrator,
168 West Alisal Street, 3rd Floor,
3    Salinas, CA 93901,

4    Marla O. Anderson, Presiding Judge
Superior Court of California
5    240 Church Street
Salinas, CA 93901
6

7    Teresa Risi
Court Executive Officer
8    240 Church Street
Salinas, CA 93901
9

Assessor/Recorder/County Clerk
10   Stephen I. Vagnini
Monterey County Recorder-County Clerk
11   P. O. Box 29
Salinas CA 93902-0570
12
Auditor/Controller
13   Michael J. Miller
168 West Alisal Street, 3rd floor
14   Salinas, CA 93901

15   District Attorney
Dean Flippo
16   230 Church Street, Bldg. 2 & 3
Salinas, CA 93901

17
Sheriff/Coroner
18   Scott Miller
1414 Natividad Road
19   Salinas, CA 93906

20   Treasurer/Tax Collector
Mary A. Zeeb
21   168 W. Alisal Street, 1st Floor
Salinas, CA 93901
22

Risk Management
23   Steve Mauck
168 W Alisal Street 3rd Floor,
24   Salinas, CA 93901

25   Irv Grant
County Counsel
26   168 West Alisal Street, 3rd Floor
Salinas, CA 93901
27

28   Fernando Armenta
168 West Alisal, 2nd Floor ,Salinas, CA 93901

1   Louis Calcagno
    Castro Plaza
2   11140 Speegle St.
    Castroville, CA  95012
3

4   Simon Salinas
    168 W. Alisal, 3rd Floor
5   Salinas, CA  93901

6   Jane Parker
    2616 1st Ave.
7   Marina, CA  93933

8   Dave Potter
    Monterey Courthouse
9   1200 Aguajito Rd., Ste. 1
    Monterey, CA  93940
10

11  County Administrator
    Lew C. Bauman
12  168 West Alisal Street, 3rd Floor
    Salinas, CA 93901
13

    Clerk of the Board
14  Gail T. Borkowski
    168 West Alisal St,.1st Floor
15  Salinas CA 93901

16  The Honorable Thomas W. Willis
    Monterey Courthouse
17  1200 Aguajito Rd., Department 14
    Monterey, CA  93940
18

    BRYAN CAVE LLP
19  560 MISSION ST., 25TH FLOOR
    SAN FRANCISCO, CA, 94105
20

    SHARON Z. WEISS
21  560 MISSION ST., 25TH FLOOR, SAN FRANCISCO, CA, 94105

22  DANIEL T. ROCKY
    560 MISSION ST., 25TH FLOOR, SAN FRANCISCO, CA, 94105
23

    GOLI MONDAVI
24  560 MISSION ST., 25TH FLOOR SAN FRANCISCO, CA, 94105

25  ETHAN SCHATZ
    560 MISSION ST., 25TH FLOOR, SAN FRANCISCO, CA, 94105
26

27  JP MORGAN CHASE BANK, N.A.
    270 PARK AVENUE
28  NEW YORK, NEW YORK 10017

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My address is: 909 Andrews Drive, Martinez, CA 94553

On August 1, 2014, I served the following documents described as:

**Notice of Removal to Federal Court Case Number 14-cv-03297, Notice of Removal of State Action, Affidavit of Plaintiff Daniele Gozzi, Annex 1**

on all interested parties in this action by placing [X] a true copy [   ] the original thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

[   ]   (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transaction.

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

   [ X ]   I deposited such envelope in the mail at Martinez , California. The envelope was mailed with postage thereon fully prepaid.

   [   ]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at _____ , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[   ]   (BY PERSONAL SERVICE) I caused the foregoing envelope to be delivered by hand to the addressee on the attached Service List.

[   ]   (BY FEDERAL EXPRESS ) I caused the foregoing envelope to be delivered by xxxx FEDEX

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[   ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2014 at Martinez, California.

Cindy Brokman

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My address is: 909 Andrews Drive, Martinez, CA 94553

On August 1, 2014, I served the following documents described as:

**Notice of Removal to Federal Court Case Number 14-cv-03297, Notice of Removal of State Action, Affidavit of Plaintiff Daniele Gozzi, Annex 1**

on all interested parties in this action by placing [X] a true copy [  ] the original thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

[  ]   (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transaction.

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[ X ]   I deposited such envelope in the mail at Martinez , California. The envelope was mailed with postage thereon fully prepaid.

[  ]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at _____, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]   (BY PERSONAL SERVICE) I caused the foregoing envelope to be delivered by hand to the addressee on the attached Service List.

[  ]   (BY FEDERAL EXPRESS ) I caused the foregoing envelope to be delivered by xxxx FEDEX

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[  ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2014 at Martinez, California.

Cindy Brokman

PROOF OF SERVICE
1

1

## <u>SERVICE LIST</u>

2

COUNTY OF MONTEREY, STATE OF CALIFORNIA, C/O County Administrator,
168 West Alisal Street, 3rd Floor,
3
Salinas, CA 93901,

4

Marla O. Anderson, Presiding Judge
Superior Court of California
5
240 Church Street
Salinas, CA 93901
6

7

Teresa Risi
Court Executive Officer
8
240 Church Street
Salinas, CA 93901

9

Assessor/Recorder/County Clerk
10
Stephen I. Vagnini
Monterey County Recorder-County Clerk
11
P. O. Box 29
Salinas CA 93902-0570

12

Auditor/Controller
13
Michael J. Miller
*168 West Alisal Street, 3rd floor*
14
Salinas, CA 93901

15

District Attorney
Dean Flippo
230 Church Street, Bldg. 2 & 3
16
Salinas, CA 93901

17

Sheriff/Coroner
18
Scott Miller
1414 Natividad Road
19
Salinas, CA 93906

20

Treasurer/Tax Collector
Mary A. Zeeb
21
168 W. Alisal Street, 1st Floor
Salinas, CA 93901

22

Risk Management
23
Steve Mauck
168 W Alisal Street 3rd Floor,
24
Salinas, CA 93901

25

Irv Grant
County Counsel
26
168 West Alisal Street, 3rd Floor
Salinas, CA 93901
27

28

Fernando Armenta
168 West Alisal, 2nd Floor ,Salinas, CA  93901

1    Louis Calcagno
     Castro Plaza
2    11140 Speegle St.
     Castroville, CA  95012
3

4    Simon Salinas
     168 W. Alisal, 3rd Floor
5    Salinas, CA  93901

6    Jane Parker
     2616 1st Ave.
7    Marina, CA  93933

8    Dave Potter
     Monterey Courthouse
9    1200 Aguajito Rd., Ste. 1
     Monterey, CA  93940

10
     County Administrator
11   Lew C. Bauman
     168 West Alisal Street, 3rd Floor
12   Salinas, CA 93901

13   Clerk of the Board
     Gail T. Borkowski
14   168 West Alisal St,.1st Floor
     Salinas CA 93901
15

16   The Honorable Thomas W. Willis
     Monterey Courthouse
17   1200 Aguajito Rd., Department 14
     Monterey, CA  93940

18
     BRYAN CAVE LLP
19   560 MISSION ST., 25TH FLOOR
     SAN FRANCISCO, CA, 94105
20

21   SHARON Z. WEISS
     560 MISSION ST., 25TH FLOOR, SAN FRANCISCO, CA, 94105
22
     DANIEL T. ROCKY
     560 MISSION ST., 25TH FLOOR, SAN FRANCISCO, CA, 94105
23
     GOLI MONDAVI
24   560 MISSION ST., 25TH FLOOR SAN FRANCISCO, CA, 94105

25   ETHAN SCHATZ
     560 MISSION ST., 25TH FLOOR, SAN FRANCISCO, CA, 94105
26

27   JP MORGAN CHASE BANK, N.A.
     270 PARK AVENUE
28   NEW YORK, NEW YORK 10017

PROOF OF SERVICE
3

# EXHIBIT W



# State of California
## Bill Jones
## Secretary of State

LLP-5

### FOREIGN LIMITED LIABILITY PARTNERSHIP
### APPLICATION FOR REGISTRATION

**IMPORTANT** - Read the instructions before completing the form.
This document is presented for filing pursuant to Section 15055(a)(1) of the California Corporations Code.

---

1. Name of the foreign limited liability partnership:

   Bryan Cave LLP

   (Name must end with "Registered Limited Liability Partnership", "Limited Liability Partnership", "L.L.P.", "LLP", "R.L.L.P.", "RLLP"
   or such other similar ending as may be authorized by the laws of the jurisdiction of formation.)

---

2. Address of the principal office:

   Address:   211 N. Broadway, Suite 3600

   City:   St. Louis          State:   Missouri          Zip Code: 63102-2750

---

3. Enter the agent for service of process in this state:

   Name:   Corporation Service Company which will do business in California as CSC-Lawyers
   Incorporating Service
   Street address:   1455 Response Road, Suite 250

   City:   Sacramento          State:   **CALIFORNIA**          Zip Code: 95815

---

4. Indicate the business the foreign limited liability partnership shall engage: **(check one)**

   [ ] Practice of Public Accountancy      [X] Practice of Law      [ ] Other Related: _____

---

5. Indicate whether the foreign limited liability partnership is complying with the alternative security provisions set forth in Section

   15052(a)(1)(C) or Section 15052(a)(2)(C).

   [ ] Yes. Attach Alternative Security Provision (LLP-3).      [X] No.

---

6. Delayed effective date, if any: (month/day/year)

---

7. If other matters are to be included in the Application For Registration (LLP-5) attach one or more separate pages.

   Number of pages attached: [    ]

---

8. It is hereby declared that I am the person who executed this instrument,

   which execution is my act and deed.

   _____          Walter L. Metcalfe, Jr. 10/18/95
   Signature of Authorized Person       Type or Print Name of Authorized Person       Date

   | THIS SPACE FOR FILING USE ONLY |
   | :-- |
   | LLP 201995292002 |
   | |
   | **FILED** |
   | In the office of the Secretary of State |
   | of the State of California |
   | OCT 1 9 1995 |
   | *Bill Jones* |
   | BILL JONES, Secretary of State |

---

9. **RETURN ACKNOWLEDGMENT TO:**

   NAME
   FIRM          Connie B. Walsh
   ADDRESS       Bryan Cave LLP
   CITY/STATE    211 N. Broadway, Suite 3600
   ZIP CODE      St. Louis, MO 63102

---

LLP-5
Filing Fee $70                                  Approved by the Secretary of State
                                                              9/95

# STATE OF MISSOURI



### Rebecca McDowell Cook
### Secretary of State

CERTIFICATE OF GOOD STANDING

LIMITED LIABILITY PARTNERSHIP

I, REBECCA McDOWELL COOK, SECRETARY OF STATE OF THE STATE

OF MISSOURI, DO HEREBY CERTIFY THAT THE RECORDS IN MY OFFICE

AND IN MY CARE AND CUSTODY REVEAL THAT

 BRYAN CAVE LLP

WAS FILED IN THIS OFFICE ON THE  1ST DAY OF SEPTEMBER, 1995,

BECAME EFFECTIVE ON THE  1ST DAY OF SEPTEMBER, 1995, AND IS IN

GOOD STANDING, HAVING FULLY COMPLIED WITH ALL REQUIREMENTS

OF THIS OFFICE.

IN TESTIMONY WHEREOF,  I HAVE SET MY
HAND AND IMPRINTED THE GREAT SEAL OF
THE STATE OF MISSOURI,  ON THIS, THE
18TH DAY OF OCTOBER, 1995.



*Rebecca McDowell Cook*

**Secretary of State**