Kimberly M. Drake, SBN: 209090
JARVIS, FAY, DOPORTO & GIBSON, LLP
492 Ninth Street, Suite 310
Oakland, CA 94607
Telephone: (510) 238-1400
Facsimile: (510) 238-1404
kdrake@jarvisfay.com

Attorneys for Defendants
PRESIDING JUDGE MARLA O. ANDERSON,
JUDGE THOMAS W. WILLS and TERESA A. RISI

# IN THE UNITED STATES DISTRICT COURT

# AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELE GOZZI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY, STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendant. | **CASE NO. CV-14-03297-LHK**<br><br>**[PROPOSED] ORDER GRANTING JUDICIAL DEFENDANTS' MOTION TO DISMISS**<br>**[Fed. R. Civ. P. 12(b)(1), 12(b)(6)]**<br><br>Date: October 30, 2014<br>Time: 1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Magistrate Judge: Hon. Lucy H. Koh<br><br>Action Filed: July 22, 2014 |

The motion to dismiss Plaintiff Daniele Gozzi's "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983" by Defendants Marla O. Anderson, Presiding Judge of the Superior Court of California, County of Monterey, Thomas W. Wills, judge of the Superior Court of California, County of Monterey, erroneously sued as "Thomas W. Willis," and Teresa A. Risi, Court Executive Officer for the Superior Court of California, County of Monterey ("Judicial Defendants") came on regularly for hearing on October 30, 2014 at 1:30 p.m. in Courtroom 8, 4th Floor, of the above-entitled Court, the Honorable Lucy H. Koh presiding.

Kimberly M. Drake appeared as counsel for Judicial Defendants. Plaintiff Daniele Gozzi appeared in *pro se*.

1  Having reviewed and considered the papers filed in support of and in opposition to the motion
2  and the argument of counsel, the Court now rules as follows.
3  Plaintiff's Complaint and all claims for relief are barred from this Court by Eleventh Amendment
4  sovereign immunity and the *Rooker-Feldman* doctrine or *Younger* abstention doctrine, as set forth in the
5  moving papers. The claims for relief are also barred by absolute judicial immunity and quasi-judicial
6  immunity, as set forth in the moving papers. Plaintiff's request for declaratory/injunctive relief is
7  unclear and also moot.
8  The facts admitted and judicially noticeable establish that it would be futile to allow Plaintiff to
9  amend.
10  Accordingly, it is ordered that Judicial Defendants' motion to dismiss is granted in its entirety.
11  Plaintiff's Complaint is hereby dismissed with prejudice as to Judicial Defendants.
12  **IT IS SO ORDERED.**

Dated: _____        _____
                                    Honorable Lucy H. Koh
                                    United States District Court Judge

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States and employed in the County of Alameda; I am over the age of eighteen years and not a party to the within entitled action; my business address is Jarvis, Fay, Doporto & Gibson, LLP, 492 Ninth Street, Suite 310, Oakland, California 94607.

On August 13, 2014, I served the within:

**[PROPOSED] ORDER GRANTING JUDICIAL DEFENDANTS' MOTION TO DISMISS**

(X)   (By First Class Mail) I caused this envelope, with postage thereon fully prepaid, to be placed in the United States mail to be mailed by First Class mail at Oakland, California, to:

**Daniele Gozzi**
**225 Crossroads Blvd., #199**
**Carmel, CA 93923**

*Plaintiff*
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 13, 2014, at Oakland, California.

/s/
Chelsea Torres