## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My address is: 909 Andrews Drive, Martinez, CA 94553

On August 13, 2014, I served the following documents described as:

For Case # 14-cv-03297   LHK

**Perfection of Contract, Invoking Savings to Suitor, Common Law of California, Reference 28 USC 1333, Civil Action, and Federal Rule 2, Declaration of Non-Abandonment and Preservation of Interest, Consideration Affidavit, Assignment of Interest**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

[ ]   (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transaction.

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

   [X]   I deposited such envelope in the mail at Martinez, California. The envelope was mailed with postage thereon fully prepaid.

   [ ]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at            , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I caused the foregoing envelope to be delivered by hand to the addressee on the attached Service List.

[ ]   (BY FEDERAL EXPRESS ) I caused the foregoing envelope to be delivered by xxxx FEDEX

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 13, 2014 at Martinez, California.

*Cindy Brokman*
Cindy Brokman

## SERVICE LIST

Marla O. Anderson, Presiding Judge
Superior Court of California
240 Church Street
Salinas, CA  93901

Teresa Risi
Court Executive Officer
240 Church Street
Salinas, CA 93901

The Honorable Thomas W. Willis
Monterey Courthouse
1200 Aguajito Rd., Department 14
Monterey, CA  93940

BRYAN CAVE LLP
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

SHARON Z. WEISS
560 MISSION ST., 25TH FLOOR,
SAN FRANCISCO, CA, 94105

DANIEL T. ROCKY
560 MISSION ST., 25TH FLOOR,
SAN FRANCISCO, CA, 94105

GOLI MONDAVI
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

ETHAN SCHATZ
560 MISSION ST., 25TH FLOOR,
SAN FRANCISCO, CA, 94105

JP MORGAN CHASE BANK, N.A.
270 PARK AVENUE
NEW YORK, NEW YORK 10017