Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 625-1243

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Daniele Gozzi | No. 14-cv-03297 |
|---|---|
| Plaintiff, | |
| v. | **PRAECIPE FOR FILING** |
| COUNTY OF MONTEREY, et al | |
| Defendants. | |

YOU WILL FILE ON DEMAND THE ATTACHED DOCUMENTS:

1. Gozzi Ex Parte Application
2. Memorandum of Points and Authorities in Support of Ex Parte Application
3. Declaration of Plaintiff in Support of Ex Parte Application
4. Declaration of Linda Z. Voss, Annex 1
5. News Articles, Annex #s 2 – 6
6. Praecipe for Orders

AND present the complete file to the Honorable Judge Koh and obtain a response when the Orders are ready to be picked up.

Dated: 8/19/14

Plainitff, Daniele Gozzi, Sui Juris, In Propria Persona