Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
831 625-1243
Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniele Gozzi,<br>           Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY, STATE OF CALIFORNIA; Marla O. Anderson, Presiding Judge; Teresa Risi, Court Executive Officer Stephen I. Vagnini, Monterey County Recorder-County Clerk; Michael J. Miller, Auditor/Controller; Dean Flippo, District Attorney; Scott Miller, Sheriff/Coroner; Mary A. Zeeb, Treasurer/Tax Collector; Steve Mauck, Risk Management; Irv Grant, County Counsel; Fernando Armenta, County Commissioner; Louis Calcagno, County Commissioner; Simon Salinas, County Commissioner; Jane Parker, County Commissioner; Dave Potter, County Commissioner; Lew C. Bauman, County Administrator; Gail T. Borkowski, Clerk of the Board; The Honorable Thomas W. Willis; BRYAN CAVE LLP; Sharon Z. Weiss; Daniel T. Rocky; Goli Mondavi; Ethan Schatz; JP MORGAN CHASE BANK, N.A.<br><br>           Defendants. | **CASE NO:** 14-cv-03297<br><br>PLAINTIFF'S EMERGENCY EX PARTE APPLICATION FOR DEFAULT JUDGMENT;<br><br>INTERLOCUTORY SUMMARY JUDGMENT, PURSUANT TO RULE 56;<br><br>SHOW CAUSE ORDERS;<br><br>WRIT OF RESTITUTION;<br><br>TEMPORARY RESTRAINING ORDER |

TO THE HONORABLE COURT:

1. I, Daniele Gozzi, Plaintiff in this civil action, hereby apply to the Court ex parte for DEFAULT JUDGMENT; INTERLOCUTORY SUMMARY JUDGMENT, PURSUANT TO RULE 56; AN ORDER FOR EACH DEFENDANT TO SHOW CAUSE; WRIT OF RESTITUTION, AND TEMPORARY RESTRAINING ORDER.

2. I move under the contract with the United States as administered through its agent the United States District Court, Northern District of California under the contract identifier this case number 14-cv-03297 for contract enforcement of the Federal Rules of Civil Procedure.

3. I seek enforcement of Rule 8, in particular at (b)(6), and Rule 56.

4. I also move under Rule 12(d) matters outside the pleadings as presented by Defendants be stricken from the record.

5. This Ex Parte application is a matter of emergency, under exigent circumstances, as exposed by annexed Memorandum of Points and Authorities, Declarations in Support, complete files and records in this civil action and upon such oral and documentarian evidence as may be taken by the Court either in chambers or at hearing of this motion.

RELIEF AND REMEDY DEMANDED UNDER CONTRACT.

I, Daniele Gozzi, Plaintiff in this civil action, hereby demand as follows:

1. That default judgment be issued against all Defendants.

2. That summary judgment in the nature of an interlocutory summary judgment with findings of facts rendering liability alone, damages being reserved for jury trial in contemplation of settlement conferences.

3. That a show cause order issue to each Defendant, inclusive of each Defendant's attorney, requiring good cause be shown as follows:

    A. When it was known or should have been known that procedural, legal, and commercial errors were associated with foreclosure practices as operated in Monterey County;

    B. Why, upon receipt of complaints, no investigations were undertaken and no responses were given to the complaining party. And, where are the complaints presented by this Plaintiff and in which file;

C. Why, after notice of wrong doing arising to felonies, was the Plaintiff in this action still attacked under false process;

D. Why the Plaintiff in this action should not be accorded the full protection of a witness and a victim of Federal law;

E. What law or theory of law caused or could have caused Defendants to believe that a 12 (b)(6) motion would allow them to escape liability for personal wrongs and abuse of public office, particularly after notice;

F. What law or theory of law caused or could have caused Defendants to believe that they could be above the law and not held to answer to the People they serve?

G. Why each Defendant should not be held personally and individually liable for the damage not only to the Plaintiff but to the government of the People that they serve to the full extent of their personal assets?

4. That a Writ of Restitution issue placing Plaintiff, Daniele Gozzi, in full and complete ownership and possession of his home, located at 31549 Highway 1, Carmel, CA 93923.

5. That a Temporary Restraining Order issue to Defendant COUNTY OF MONTEREY, its Court system, and Defendant J.P. MORGAN CHASE BANK NA barring the processing of any foreclosure of any home in Monterey County pending complete hearing and investigation prior to issuing permanent injunctive relief to the homeowners of Monterey County California and full investigation by the apposite Federal agencies.

This ex parte application is based on the memorandum of points and authorities, declarations in support, the complete files and records in this action, and upon such oral and documentary evidence as may be presented by Plaintiff at either ex parte hearing or through record.

I declare under the pains and penalties of perjury and according to the laws of the State California, and of the United States of America pursuant to 28 USC 1746(1) that the foregoing is true and correct.

Dated: 8/19/14        By: _____
                          Plaintiff, Daniele Gozzi
                          Sui Juris, In Propria Persona