Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
831 625-1243
Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniele Gozzi,<br>　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, STATE OF CALIFORNIA, et al,<br><br>　　　　　Defendants. | CASE NO: 14-cv-03297<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION |

<u>1. INTRODUCTION: STATEMENT OF CONTRACT. DEEP BACKGROUND.</u>

　　　　I am an immigrant. I came to the United States of America from Switzerland. I came to the United States of America for the American dream of liberty and justice for all.

　　　　At the time I established citizenship, I entered a contract with United States for citizenship. That citizenship begins in the State of California and is recognized by the United States of America through its uniform laws governing our passports. Therefore I am a Citizen of the State of California as recognized by the United States of America through its constitution.

　　　　My wife, Jade, is also an immigrant. Jade came to the United States from Great Britain as a subject property of the crown after being raised in India. Jade was raised by her uncle and aunt, an Indian family, upon the death of her mother. Move to Great Britain and lived there for a number of years. Jade came here for the same reasons I did, liberty and justice for all, openly administered in

an open public forum by honest officials.

Our immigration contracts with the United States promised that we would have protection of the law at all times. Our understanding of this protection means good, clean courts, unbribed Judges, honest attorneys, and the ability to access the courts for full exposure to all of the facts and law associated to a controversy.

Our understanding is that when we report a crime it is investigated by each and every government official we report to.

Our understanding is that general public knowledge is known by everyone including and in particular public officials.

Our understanding is that no one is above the law.

We have seven (7) children between us. Three of these are handicapped: one is autistic, the other two are handicapped by ADHD and Tourettes Syndrome.

The activities taken against us and our handicapped children are in direct violation of the American With Disabilities Act which this Court should be at is familiar with.

WE BELIEVE AS BASED ON THE PUBLIC RECORDS OF THE UNITED STATES AND ITS CONSTRUCTION THAT THE CITIZENS ARE RESPONSIBLE FOR THE TYPE OF GOVERNMENT THEY RECEIVE.

WE BELIEVE THAT WE HOLD A POSITIVE LEGAL DUTY UNDER OUR LEGAL RELATIONSHIPS WITH GOVERNMENT TO REPORT WRONG DOING AT ALL TIMES.

Thus, we filed this civil action reporting crimes.

II. GENERAL BACKGROUND OF CONTRACT.

I have read the Constitution of United States of America and the Constitution for the State of California, and accept that all government officials are bound to these contracts between the People, creating governments of America and the governments themselves.

I have found no statement issued by government of any sort authorizing any government actor, agent or official to ignore the obligations imposed upon them by the state and federal constitutions.

I have found no statement by government of any sort anywhere recognizing that standing

MEMORANDUM OF POINTS AND AUTHORITY IN SUPPORT OF EX PARTE MOTIONS
Page 2 of 11

above the law, outside the law, is authorized to any American, no matter their position, or office.

I have read the Federal Rules of Civil Procedure and other restatements of Law issued by the United States of America Supreme Court and the State of California Supreme Court. I accept that these restatements of law to this Court are binding orders inclusive upon all government officials of any sort.

I accept the open general offer of the United States District Court, Northern District of California, as agent for the United States, in the offer to provide me access to the coercive force of the law in order to protect my property, property rights, and to establish jurisdiction over what I believe to be wrongdoing by individuals in both their private and public capacities.

I BELIEVE THAT THE OFFICE OF ANY GOVERNMENT AGENCY IS AN ARTIFICIAL PERSON. I UNDERSTAND THAT SAID ARTIFICIAL PERSON CAN DO NO ACT WITHOUT THE MAN OR WOMAN OPERATING THE OFFICE. THEREFORE, THE OFFICE MAY HAVE IMMUNITY AS A GOVERNMENT ENTITY AND ARTIFICIAL PERSON. BUT NO REAL MAN OR WOMAN OFFICIAL OF GOVERNMENT IS IMMUNE FROM THE LAW!!!

And, I believe that anyone that supports a government official that is a wrongdoer is a co-conspirator with that individual. I BELIEVE AND KNOW that the law of the United States supports this statement completely as does every honest government officer.

I know that the mere appearance of impropriety when supported by even a scintilla, jot, or tittle of evidence is impropriety itself.

Anyone challenging the above statements needs to bring forth proof, the facts, the law, in a procedure authorized by law to show that my statements are untrue. Otherwise my statements stand as facts.

Given the circumstances of this contract, the circumstances of the current rocky relations between the People and their government, breach of contract by the United States or any of its agents is unthinkable. The reason that said breaches are unthinkable is the far reaching ramifications not only in California or nationwide, but internationally as well. The precautionary principle should apply in this case.

1  My word is my bond as it should be for all Americans.

## III. SPECIFIC BACKGROUND.

I purchased the contract for a civil action in order to establish jurisdiction over what I believe are wrongdoers, Defendants herein, in a civil action with United States District Court, Northern District of California.

The contract I purchased was with the United States, the franchisor of this United States District Court, in particular this present Court. In short, I have a contract that is enforceable with the employer of all of the officers of this United States District Court.

No part of this current contract exposed in the open general offer by the United States authorizing third-party trespass upon the case in the form of argument. In short, case reports from other courts are not part of this contract. This is a dispute between the parties with this Court as the adjudicator between the parties.

I do not consent to being held to non-parties' statements from any source whatsoever. In short, I do not care, nor is it part of this contract, what any other judge says except for restatements of law by the various Supreme Courts. The judge for this contract sits in this case. The judge for this case is the contract servant to the United States required to state the law and execute it as written for this case, and in other words, the law of the case is the contract.

I do not believe that I have a contract with the individual officers of the Court. I rely on the integrity of the judicial system which requires absolute fidelity to the law, first by Constitution then to authorized statutes, and rules, obligations doing callable upon all of this Court's officers.

The contract was duly perfected on July 22, 2014, with fees paid, contract number, 14-cv-03297, this case number, and summons under the seal of Court being duly issued at that time.

I properly served each and every Defendant the summons with the proper Court seal.

I returned proof of summons and proper service under seal to the Court.

Defendants admitted jurisdiction under this case and contract when they responded to my complaint.

Defendants, and their counsel, are each and everyone public officials or public officers, or Court officers of some sort. Defendants, inclusive of counsel, admitted that they are, and agreed to

1  be subject to, the Rules of Civil Procedure administered and enforced under contract by this Court.

2  Defendants, inclusive of counsel, are held to a higher standard of knowledge, of duty, as
3  public officials, particularly when they hold themselves out as agents to the People under
4  constitutional government. There is no excuse possible for any public official for failing to comply
5  with the rules of this contract as stated in the Federal Rules of Civil Procedure.

6  I now demand that the Court execute the contract according to the rules.

7  IV. PRESENT MATTERS.

8  RULE 12(b)(6) FATAL DEFECTS.

9  The law of this case, a contract, to which Defendants, inclusive, and their attorneys, have
10 agreed and consented to is the complaint as filed and duly served under sealed summons. The
11 administration of the case follows the Rules of Civil Procedure by flow under the numbered
12 headings of the rules.

13 The Court and its duly issued Summons and Order demanded an answer from Defendants,
14 inclusive. Defendants acted under that order to answer with a Rule 12(b)(6) motion. Rule 12(b)(6)
15 motions are defenses. Defenses are not answers.

16 Rule 8 General Rules of Pleading at (b)(1)(B) mandates: "admit or deny the allegations
17 asserted against it by the opposing party." Rule 8 Section (b)(1)(A) does allow a short plain set of
18 terms providing defenses to each claim asserted.

19 The delineation between defenses and admissions and denials is clear within the context of
20 Rule 8 in particular at Rule 8(b)(6). Further the balance of the Rule at 8(b)(2), (3), (4), and (5)
21 clearly defines denials, in multiple categories including lack of knowledge or information.

22 THERE IS NO DECLARATION BY ANY DEFENDANT OR THEIR ATTORNEYS IN
23 THE DEFENDANTS' STATEMENTS ON RECORD, NOR SWORN STATEMENTS BY THE
24 ATTORNEYS OF RECORD FOR DEFENDANTS, DENYING ANY ALLEGATIONS IN MY
25 COMPLAINT.

26 Defendants in all capacities have therefore admitted each allegation in my complaint
27 pursuant to Rule 8(b)(6).

28

1   I, Daniele Gozzi, Plaintiff in this entitled action, holder in due course of this contract with
2   the United States to enforce the Rule 8(b)(6) do hereby ACCEPT the admissions and confessions of
3   the Defendants, inclusive.
4   I now demand that this Court enforce the contract and as a matter of this case ACCEPT the
5   Defendants' admissions.
6   THIS MATTER IS SETTLED BY THE AGREEMENT OF THE PARTIES. THE
7   EXCEPTION WOULD BE THE AMOUNT FOR DAMAGES AS RESERVED. ALL OTHER
8   MATTERS IN THIS CASE ARE SETTLED BY THE AGREEMENT OF THE PARTIES.
9   The Court as a matter of course must accept this agreement. To do less would be a trespass
10  on the case. This is particularly so being that this is a contract case with the United States, with the
11  United States District Court, Northern California, and its officers being agents thereto.
12  My acceptance is particularly germane in the context that the statement, admission and
13  confession, are made by the counsel, the representative, the attorneys for each of the Defendants.
14  Said attorneys being barred by this Court understand perfectly what "effect of failure to deny"
15  means.
16  FURTHER, it appears as if the attorneys for the Defendants are alleging that no relief is
17  possible under United States law. This appears to this Plaintiff to be an attempt to mislead the
18  Court. This appears to be the continuing of a confounding practice in particular by Defendant
19  CHASE and its attorneys. There is certainly plenty of public record available to anyone in the
20  United States, now so prevalent in the news worldwide that these false and misleading statements
21  by CHASE are a matter of corporate structure.
22  IT ALSO APPEARS THAT THE ATTORNEYS FOR THE DEFENDANTS ARE
23  STATING THEY AND THEIR CLIENTS ARE ABOVE THE LAW UNDER SOME SORT OF
24  SPECIAL PRIVILEGE FOR MAKING A NAKED CLAIM UNDER UNSWORN STATEMENTS
25  STANDING ON THE RECORD IN POSSESSION OF THIS COURT THAT THEY ARE NOT IN
26  FACT SUBJECT TO THE LAW UNDER RULE 12(b) (6)!!!!
27  ALL ALLEGATIONS OR CLAIMS UPON WHICH RELIEF CAN BE GRANTED HAVE
28  BEEN ADMITTED.

Rule 11 (b) (4) is particularly appropriate at this point as are all parts of section (b). On the one hand the attorneys are assumed to be acting in good faith and signing their pleadings on first-hand information. Therefore they are the underwriters and fully liable and responsible for the statements and or OMISSIONS!!!

The inferred allegation under the Defendants' pleadings is it there is some sort of special privilege from being held to answer to the law in this particular matter under Federal statutes as involved in this case. In short, civil rights violations appeared to be authorized not only by the Defendants but by their attorneys as well.

This point is particularly interesting in the context of the charges arising to bribery in the allegations in my complaint.

AND FURTHER, Rule 12(d) matters outside of the pleadings as illuminated in Defendants' motions are treated as summary judgment. Under this rule pursuant to the contract it should be apparent to the Court that the Defendants' motions must be stricken and or denied with prejudice. In other words, summary judgment is due on behalf of Plaintiff at this point.

There is no question of the scandalous behavior being exhibited by these Defendants and their attorneys. The Court as a matter of law, a matter of contract, a matter of integrity, a matter of enforcing the rules as written, must grant the relief to the Plaintiff demanded herein.

As stated above, the United States District Court judicial structure is on trial before the world in front of the court of public opinion.

V. ADMISSIONS AND CONFESSIONS.

None of the Defendants in any capacity of any nature kind, nor any Defendants' attorneys, is here under any threat or duress.

All of the Defendants in any capacity of any nature kind and the Defendants' attorneys are public officers of higher knowledge and duty, and higher legal knowledge as well. Each Defendant, and the attorneys in this case act of their own free will and either intentionally or by mistake admit my allegations under the Federal Rules of Civil Procedure, Rule 8(b)(6).

In either case, intentional or by mistake, the admission is now a part of this CONTRACT CASE record and must be acted upon immediately.

1   Defendants have admitted the statement of facts beginning on page 12 number 28 of my
2   complaint. The Annex 1, Declaration of my former attorney, Linda Voss, is introduced to this Court
3   at this point. Said Declaration with supporting proofs as drawn from open public records requiring
4   full faith and credit on its own is good cause enough to dismiss Defendants' frivolous motions for
5   failure to state a claim.
6   Because Defendant J.P. MORGAN CHASE BANK NA only purchased the servicing rights
7   when it took over Washington Mutual Bank, N.A. means Defendant J.P. MORGAN CHASE
8   BANK NA had no standing to sue or foreclose under any servicing contract whatsoever.
9   The Federal agency, FEDERAL HOME FINANCING AGENCY, HAS FOUND THIS
10  SAME FACT AND HELD CHASE ACCOUNTABLE FOR LARGE FINES. This fact, the law
11  found by another Federal agency is now before this Court at this moment and is not under dispute
12  because my contract is with United States as a whole, inclusive of every agency and instrumentality
13  operating under the umbrella of the United States government.
14  <u>VI. GRAVAMAN OF THIS CIVIL ACTION, LAW OF THIS CASE.</u>
15  Simply put, I advised the Defendants, inclusive, of various wrongs, arising to felonies
16  beginning in January 2014. These matters have been going on for 4+ years. The record of my
17  attempts to defend my property is illuminated by Defendant J.P. MORGAN CHASE BANK NA.
18  As any Man would, I began to investigate the factual matters against me and my property.
19  What I found astounded me. Therefore I used any means available to my knowledge at that point to
20  protect my property, my property rights, and my family.
21  My notices to the Defendants, inclusive, are before this Court. I simply requested full
22  investigation before I was harmed anymore. No investigation has taken place. In other words, I was
23  denied the right to report what I believe to be a crime and have my report acted upon.
24  Further, I challenged the very premise of the activities against me and my property as taken
25  by Defendant JP MORGAN CHASE BANK NA. The premise being that Defendant Chase had no
26  standing to sue because they were not a holder in due course nor a beneficiary under an alleged
27  mortgage contract. In short, Defendant J.P. MORGAN CHASE BANK NA has no skin in the game,
28

1  in other words there is no consideration evident anywhere to found a contract with Defendant
2  CHASE or anyone else.
3     The facts of the record in possession of this Court show that the United States of America
4  Supreme Court case, *CARPENTER VERSUS LONGAN*, 83 US 271 controls.
5     This is because no servicer such as Defendant JP MORGAN CHASE BANK NA can claim
6  ownership of the promissory note and the deed of trust. Such claim would be not only a false
7  statement but a fraudulent security claim as well. These two statements were presented to Monterey
8  County officials in both their personal and official capacity under my request for investigation.
9     There is no court in the country that holds authority to overrule this statement on its own.
10 Nor is any court or court officer in this country authorized to ignore said restatement of law.
11 Further, I challenged the very integrity and veracity of the state judges. The State of California
12 retirement and benefits system, CAL PERS, on its own website, and its audited financial section,
13 admits and confesses to hundreds of billions of dollars of mortgage-backed securities being held by
14 the various accounts benefitting judges in Monterey County.
15    Further, the audited financial reports of Defendant COUNTY OF MONTEREY as
16 Defendant herein shows conclusively hundreds of millions of dollars in mortgage back securities
17 and investments. Defendant JP MORGAN CHASE BANK NA is listed in these audited reports.
18    Every one of the Defendants was advised of these matters and they each refused to
19 investigate. The controlling law in this matter is the United States of America Supreme Court case
20 *LILJEBERG VERSUS NATIONAL HEALTH* 486 US 847. The simple understanding of this case is
21 this quote, "his impartiality might reasonably be questioned". Impartiality and the appearance of the
22 failure of impartiality is recognized under this case as an order to every judge in the country that
23 VACATURE is the only remedy FOR MORE THAN THE APPEARANCE OF PARTIALITY.
24 This settles the matter conclusively as now before this Court.
25    There is no court in this country that holds authority to overrule this case on its own. Nor is
26 any court or court officer authorized to ignore this order from the United States Supreme Court.
27 Further, I alleged to the County of Monterey and Defendant COUNTY OF MONTEREY inclusive
28

of the named individual defendants in both public and private capacity that I was being held to involuntary servitude.

I advised the Defendants of the controlling case law on this matter *UNITED STATES VERSUS KOSMINSKY*, 487 US 931. *Kozminski*'s statement is very simple and clear. "'Involuntary servitude' necessarily means a condition of servitude in which the victim is forced to work for the Defendant by the use or threat of physical restraint or physical injury or by the use or threat of coercion through the law or legal process. This definition encompasses cases in which the Defendant holds the victim in servitude by placing him or her in fear of such physical restraint or injury or legal coercion".

In the instant matter, legal coercion is founded upon open public record showing bribery or at the very least appearance of bribery.

The California code lays out this charge very clearly. CALIFORNIA PENAL CODE SECTION 67. This section applies as a matter of appearance. There is no common man in this country, nor anywhere, that would believe that a judge who has a vested interest in mortgage backed securities in which his retirement and benefits system depends upon would be impartial. That would be like asking a man to cut his own throat. For a judge in a position to rule against a bank that could be holding some of his assets is demanding that a man act against his own interest. Again, the gravaman of this case is not only a judicial lack but factual lack of due process operated under the appearance of complete impartiality particularly with openly recognized integrity prior to taking of any property!

Defendant COUNTY OF MONTEREY according to its on audited financial statements is also heavily invested in mortgage backed securities. This means that a judges' paycheck or part of it is dependent upon the health of the banks. This means that the benefits for health that every county employee receives is also dependent upon mortgage-backed security, some of which are held through Defendant J.P. MORGAN CHASE BANK NA.

This also means that the health benefits package tied to these retirement programs and employment contracts are funded in large part by mortgage-backed securities.

Defendant J.P. MORGAN CHASE BANK is listed in both of these audited financial statements. This fact was presented to the Defendants. Each refused to act to investigate and clear their names and their activities of the appearance of impropriety.

OTHER MATTERS AND SUPPORT.

The question of BRYAN CAVE LLP in its capacity required investigation.

The questions concerning the County of Monterey or Defendant COUNTY OF MONTEREY using valuable County resources to defend private parties needs to be investigated.

The matters concerning the confusion between who is actually responding or answering in the Defendants from Monterey County needs to be investigated.

The matters of Defendants J.P. MORGAN CHASE BANK NA, and BRYAN CAVE LLP, in their false statements to this Court need to be investigated.

I declare under the pains and penalties of perjury and according to the laws of the State California, and of the United States of America, 28 USC 1746(1) that the foregoing is true and correct.

Date: 8/19/14

Plaintiff, Daniele Gozzi, Sui Juris, In Propria Persona