Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
831 625-1243
Plaintiff In Propria Persona

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Daniele Gozzi,<br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY, STATE OF CALIFORNIA; Marla O. Anderson, Presiding Judge; Teresa Risi, Court Executive Officer Stephen I. Vagnini, Monterey County Recorder-County Clerk; Michael J. Miller, Auditor/Controller; Dean Flippo, District Attorney; Scott Miller, Sheriff/Coroner; Mary A. Zeeb, Treasurer/Tax Collector; Steve Mauck, Risk Management; Irv Grant, County Counsel; Fernando Armenta, County Commissioner; Louis Calcagno, County Commissioner; Simon Salinas, County Commissioner; Jane Parker, County Commissioner; Dave Potter, County Commissioner; Lew C. Bauman, County Administrator; Gail T. Borkowski, Clerk of the Board; The Honorable Thomas W. Willis; BRYAN CAVE LLP; Sharon Z. Weiss; Daniel T. Rocky; Goli Mondavi; Ethan Schatz; JP MORGAN CHASE BANK, N.A.<br><br>                    Defendants. | **CASE NO:** 14-cv-03297<br><br>**DECLARATION, AFFIDAVIT OF PLAINTIFF IN SUPPORT OF EX PARTE APPLICATION** |

I, Daniele Gozzi, Plaintiff herein, declare as follows:

1      I am not a legal professional nor an attorney nor BAR recognized by this Court.

2      I act in good faith and with clean hands according to the rules, the way that I understand

3 them.

4      As a layman at law, I am trusting this Court to know the law, apply it, and execute it under

5 the terms and conditions of the contract I hold with you and your employees.

6      As a layman at law, I accept that this Court and all of its officers and employees are a highly

7 qualified and trained set of professionals at law, needing no instruction.

8      I accept the integrity and the high standards of this Court to know the law. This statement is

9 given in respect for the expectation of honest judicial administration under my contract with the

10 United States, this Court's employer.

11      I, Daniele Gozzi, contract purchaser and holder in due course for this civil action, in this

12 case, hereby apply through this demand under duly perfected contract with this Court's employer,

13 the United States, to this Court Ex Parte for EXECUTION UNDER THE CONTRACT TERMS on

14 an emergency basis to avoid further harm an injury to my family, damage to my chattel and real

15 property, each of them in repairable.

16      I contacted the opposing counsel for Defendants as follows:

17
18 I called Bryan Cave attorney Ethan Schatz at 9:17 am on August 18, 2014 and left a voice
mail message. I asked him about the letter from him for August 19th and the removal of my
19 family's personal property from my residence. I also informed him that I would be seeking
an Ex Parte TRO and Summary Judgment with the Federal Court on Tuesday, August 19th at
20 9:00 am. I left my cell number and also said I would follow up by email. Attached is a copy
of the email I sent to Ethan Schatz.
21
22 I called County of Monterey attorney William Litt at 9:15 am on August 18, 2014. I
informed him I would be seeking an Ex Parte TRO and Summary Judgment with the Federal
23 Court on Tuesday, August 19th at 9:00 am and asked him for his comments. He said that I
can't do that in Federal Court and I would find out myself. He requested in writing to get his
24 notice which I confirmed he would get it. He stated he is curious to see what I plan to do

25 I called Kimberly Drake, attorney for the Judges of Monterey County at 9:20 am on August
26 18, 2014 and left a voice mail message. I informed her that I would be seeking an Ex Parte
TRO and Summary Judgment with the Federal Court on Tuesday, August 19th at 9:00 am. I
27 left my cell number and also said I would follow up by email. Attached is a copy of the
email I sent to Kimberly Drake.
28

I declare under the pains and penalties of perjury and according to the laws of the State California, and of the United States of America, 28 USC 1746(1) that the foregoing is true and correct.

Dated: 8/19/14

By: _____

Plaintiff, Daniele Gozzi
Sui Juris. In Propria Persona

**Subject:** please check and revise before I send to Schatz

**Date:** Monday, August 18, 2014 at 12:42:02 PM Pacific Daylight Time

**From:** Daniele Gozzi

**To:** Linda Voss, Charlie Miller

**CC:** Jade Gozzi

**Priority:** High

Mr Schatz

I was referring to Federal Court case CV-1403297-LHK for

EX PARTE APPLICATION FOR SUMMARY JUDGMENT,RULE 56;
SHOW CAUSE ORDERS.;
WRIT OF RESTITUTION;
TEMPORARY RESTRAINING ORDER.

Hope this is clarifying my notification!

I am attempting to make arrangements for my personal property at 31549 Hwy 1 Carmel CA 93923 in good
faith and I informed you Friday again that it's very hard to get anyone out there to move, I need to know
who lets me in to start my packing once the situation is clear.

I cannot make arrangements until my TRO hearing tomorrow, I am making you aware that any action taken
against me or my property will increased damage claims against you personally and Bryan Cave LLP

Sincerely

Daniele Gozzi

**Subject:** Re: Daniele Gozzi v. County of Monterey, et al. USDC Case No. 5:14-CV-03297-LHK

**Date:** Monday, August 18, 2014 at 1:29:30 PM Pacific Daylight Time

**From:** Daniele Gozzi

**To:** Litt, William M. x5266, Moore, Susan x5453

**BCC:** Tina McBride, Jade Gozzi, Charlie Miller, Linda Voss

**Priority:** High

Mr. William

I was referring to Federal Court case CV-1403297-LHK for

EX PARTE APPLICATION FOR SUMMARY JUDGMENT, RULE 56;
SHOW CAUSE ORDERS;
WRIT OF RESTITUTION;
TEMPORARY RESTRAINING ORDER.

Hope this is clarifying my notification!

Sincerely

Daniele Gozzi

**Subject:** Ex Parte Hearing tomorrow 9am Tuesday August 19th 2014

**Date:** Monday, August 18, 2014 at 1:32:27 PM Pacific Daylight Time

**From:** Daniele Gozzi

**To:** kdrake@jarvisfay.com

**BCC:** Linda Voss, Tina McBride, Jade Gozzi, Charlie Miller

**Priority:** High

Ms. Drake

I was referring to Federal Court case CV-1403297-LHK for

EX PARTE APPLICATION FOR SUMMARY JUDGMENT, RULE 56;
SHOW CAUSE ORDERS;
WRIT OF RESTITUTION;
TEMPORARY RESTRAINING ORDER.

Hope this is clarifying my notification!


Sincerely

Daniele Gozzi