```
1  Daniele Gozzi
2  225 Crossroads Blvd., #199
   Carmel, CA 93923
3  Phone: (831) 915-8473
   Email: <daniele@fantoniusa.com>;
4  Plaintiff, In Propria Persona
5
6
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10 Daniele Gozzi            |  No. 14-cv-03297 LHK
11              Plaintiff,  |  PRAECIPE TO CLERK
12 v.                       |  FILE ON DEMAND
13 COUNTY OF MONTEREY, et al|
14              Defendants. |
15
16
17 YOU WILL: File the attached: Notice of Impropriety, by Declaration, filed August 21,
18 2014 in the SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF
19 MONTEREY, Case # M122326.
20
21 Done this 22nd Day of August 2014.
22
23                                        [signature]
24                                        _____
25                                        Daniele Gozzi, Plaintiff, In Propria Persona
26
27
28
```

FILED

AUG 2 1 2014

TERESA A. RISI
CLERK OF THE SUPERIOR COURT
_____ DEPUTY
LISA DALIA

1  Daniele Gozzi 225
2  Crossroads Blvd., #199
3  Carmel, CA 93923
   831 915-8473
4  Email: <daniele@fantoniusa.com>
5  Plaintiff, In Propria Persona

6
7
8           SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                FOR THE COUNTY OF MONTEREY

10  DANIELE GOZZI,                        Case No. M122326
11          Plaintiff,                    NOTICE OF IMPROPRIETY, BY
                                          DECLARATION
12       vs.
                                          Complaint Filed March 18, 2013
13  WASHINGTON MUTUAL BANK, F.A.;
    WASHINGTON MUTUAL BANK; JP
14  MORGAN CHASE BANK, NATIONAL
    ASSOCIATION; CALIFORNIA
15  RECONVEYANCE COMPANY; JOHN
    GILVARRY; DEBORAH BRIGNAC; ALL
16  PERSONS UNKNOWN, CLAIMING ANY
    LEGAL OR EQUITABLE RIGHT, TITLE,
17  ESTATE, LIEN, OR INTEREST IN THE
    PROPERTY DESCRIBED IN THE
18  COMPLAINT, COMMONLY KNOWN AS
    31549 HIGHWAY 1, CARMEL, CA 93923,
19  ADVERSE TO PLAINTIFF'S TITLE, OR ANY
    CLOUD ON PLAINTIFF'S TITLE THERETO;
20  and DOES 1-100, INCLUSIVE,
21                   Defendants.
22

23       I, DANIELE GOZZI, Plaintiff in the above entitled action, hereby give notice of impropriety by
24  declaration to this Court and voice objection to and at all parties associated with this case in any
25  manner whatsoever.
26
27
28
                            NOTICE OF IMPROPRIETY
                                 Page 1 of 3

FAIR NOTICE is now given that this document will be filed in the Federal case, as well, to which all parties associated to this case will be at: the COUNTY OF MONTEREY PRIVATE CORPORATION, SUPERIOR COURT, JUDGES AND CLERK'S OFFICE OF THE SUPERIOR COURT, AND DEFENDANT PARTIES, JP MORGAN CHASE BANK NA, BRYAN CAVE LLP AND ITS ATTORNEYS.

IMPROPRIETY

All parties associated with this case are aware of the Federal action, Case Number, 14-cv-03297, and the charges laid therein.

1. The parties related to this instant matter are Defendants in the Federal Action and are now believed to be attacking the Plaintiff herein.

2. Judge Willis, Clerk, Teresa Risi, BRYAN CAVE LLP, attorney, Ethan Schatz and the other BRYAN CAVE LLP attorneys in this instant action for Defendant CHASE, are parties in both this action and the Federal court action wherein Defendants, including Defendant J.P. MORGAN CHASE BANK NA, are accused of conspiracy, bribery, and other assorted and numerous wrongdoings.

3. This current attempt to use a State Court action against a Plaintiff wherein all the parties to this State action are Defendants in a related Federal action is believed to be an enticement to prejudice the Federal action.

4. My belief is that the barratrous, tortfeasing, pettyfogging shysterism, as exhibited by Defendants BRYAN CAVE LLP, Ethan Schatz and the rest of the BRYAN CAVE LLP attorneys, is merely grubbing for filthy lucre and using this Court as an excuse to do so. The exemplary proportions to which these individuals are willing to go is epic. My belief is founded on the consideration and the value of the documents already on file in the Federal case. These duly filed documents conclusively show that not only did Defendant CHASE but also Defendant BRYAN CAVE LLP and its attorneys know that Defendant CHASE had no standing to attach my home in anyway in the first place which is already admitted in front of more than a few Federal agencies. This admission is ratified completely by the fines of epic proportion being paid by Defendant CHASE as well.

1  THEREFORE: it is absolutely inappropriate for me as a Plaintiff to address any Defendants in
2  the Federal suit outside of the Federal venue and jurisdiction.
3  THEREFORE: I RESPECTFULLY DECLINE TO ENGAGE IN THE HEARING, Order to
4  Show Cause, scheduled for Friday, August 22, 2014 at 1:30 pm.
5  Further, the record in the Federal case will show that this Court, as a Defendant, along with all of
6  the other parties at this hearing, are acting in conspiracy to attack a witness and a victim in the Federal
7  suit.
8  Govern yourselves accordingly.
9  I declare under penalty of perjury under the laws of the State of California that the foregoing is
10 true and correct. Executed at Carmel, CA.
11
12 Dated: August 21, 2014          By: _____
                                        Daniele Gozzi, Plaintiff In Propria Persona