**BRYAN CAVE LLP**
Sharon Z. Weiss, California Bar No. 169446
Daniel T. Rockey, California Bar No. 178604
Goli Mahdavi, California Bar No. 245705
Ethan Schatz, California Bar No. 257919
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
E-Mail:    sharon.weiss@bryancave.com
           daniel.rockey@bryancave.com
           goli.mahdavi@bryancave.com
           schatze@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., BRYAN CAVE, LLP, SHARON Z. WEISS, DANIEL T. ROCKY, GOLI MAHDAVI, ETHAN SCHATZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Daniele Gozzi,<br><br>            Plaintiffs,<br><br>   v.<br><br>COUNTY OF MONTEREY, STATE OF CALIFORNIA, C/O County Administrator, 168 West Alisal Street, 3rd Floor, Salinas, CA 93901,<br><br>Marla O. Anderson, Presiding Judge<br>Superior Court of California<br>240 Church Street<br>Salinas, CA  93901<br><br>Teresa Risi<br>Court Executive Officer<br>240 Church Street<br>Salinas, CA  93901<br><br>Assessor/Recorder/County Clerk<br>Stephen I. Vagnini<br>Monterey County Recorder-County Clerk<br>P.O. Box 29<br>Salinas CA  93902-0570 | Case No. 5:14-cv-03297 LHK<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO REMAND FOR PLAINTIFF'S IMPROPER REMOVAL OF TWO CALIFORNIA STATE CASES**<br><br>[Concurrently filed with Notice of Motion and Motion to Remand; and [Proposed] Order]<br><br>Date:          October 30, 2014<br>Time:         1:30 p.m.<br>Dept.:         Courtroom 8, 4th Floor<br>                  280 South 1st St, San Jose, CA<br><br>Date Action Filed:  June 29, 2014<br>Trial Date: |

Auditor/Controller
Michael J. Miller
168 West Alisal Street, 3rd floor
Salinas, CA 93901

District Attorney
Dean Flippo
230 Church Street, Bldg. 2 & 3
Salinas, CA 93901

Sheriff/Coroner
Scott Miller
1414 Natividad Road
Salinas, CA 93906

Treasurer/Tax Collector
Mary A. Zeeb
168 W. Alisal Street, 1st Floor
Salinas, CA 93901

Risk Management
Steve Mauck
168 W Alisal Street, 3rd Floor
Salinas, CA 93901

Irv Grant
County Counsel
168 West Alisal Street, 3rd Floor
Salinas, CA 93901

Fernando Armenta
168 West Alisal Street, 2nd Floor
Salinas, CA 93901

Louis Calcagno
Castro Plaza
11140 Speegle St.
Castroville, CA 95012

Simon Salinas
168 W. Alisal, 3rd Floor
Salinas, CA 93901

Jane Parker
2616 1st Ave.
Marina, CA 93933

Dave Potter
Monterey Courthouse
1200 Aguajito Rd., Ste. 1
Monterey, CA 93940

1  County Administrator
   Lew C. Bauman
2  168 West Alisal Street, 3rd Floor
   Salinas, CA 93901
3
   Clerk of the Board
4  Gail T. Borkowski
   168 West Alisal Street, 1st Floor
5  Salinas, CA 93901

6  The Honorable Thomas W. Willis
   Monterey Courthouse
7  1200 Aguajito Rd., Department 14
   Monterey, CA 93940
8
   BRYAN CAVE LLP
9  560 MISSION ST., 25TH FLOOR
   SAN FRANCISCO, CA, 94105
10
   SHARON Z. WEISS
11 560 MISSION ST., 25TH FLOOR
   SAN FRANCISCO, CA, 94105
12
   DANIEL T. ROCKY
13 560 MISSION ST., 25TH FLOOR
   SAN FRANCISCO, CA, 94105
14
   GOLI MONDAVI
15 560 MISSION ST., 25TH FLOOR
   SAN FRANCISCO, CA, 94105
16
   ETHAN SCHATZ
17 560 MISSION ST., 25TH FLOOR
   SAN FRANCISCO, CA, 94105
18
   JP MORGAN CHASE BANK, N.A.
19 270 PARK AVENUE
   NEW YORK, NEW YORK 10017
20
                    Defendants.
21

22

23

24

25

26

27

28

SF01DOCS\213736.1                    2
REQUEST FOR JUDICIAL NOTICE ISO DEFENDANTS' MOTION TO REMAND

**TO PLAINTIFF, ALL PARTIES, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

   **PLEASE TAKE NOTICE** that on October 30, 2014 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 8, 4th Floor of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, Defendants JPMorgan Chase Bank, N.A., Bryan Cave, LLP, Sharon Weiss, Daniel T. Rockey, Goli Mahdavi, and Ethan Schatz ("Defendants") will and hereby do respectfully request that this Court take judicial notice of the documents attached to this Request for Judicial Notice ("RJN") as Exhibits A through V.

   Exhibit A:   Deed of Trust, recorded on August 28, 2007 in the official records of Monterey County as Document No. 2007067285, encumbering the property located at 31549 Highway 1, Carmel, California 93923 ("Subject Property").

   Exhibit B:   Purchase and Assumption Agreement between Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank, and JPMorgan Chase Bank, N.A., dated September 25, 2008.

   Exhibit C:   Notice of Default and Election to Sell Under Deed of Trust, recorded on July 26, 2010 in the official records of Monterey County as Document No. 2010040537, as regards the Subject Property.

   Exhibit D:   Notice of Trustee's Sale, recorded on November 3, 2010 in the official records of Monterey County as Document No. 2010064947, as regards the Subject Property.

   Exhibit E:   Trustee's Deed Upon Sale, recorded on January 10, 2011 in the official records of Monterey County as Document No. 2011001839, as regards the Subject Property.

   Exhibit F:   Summons and Complaint for Unlawful Detainer, filed on February 8, 2011 in the Superior Court for the County of Monterey, as regards the Subject Property, Case No. M110621.

   Exhibit G:   Notice of Entry of Judgment and Judgment for Possession, filed on June 24, 2011 in the Superior Court for the County of Monterey, as regards the Subject Property, Case No. M110621.

   Exhibit H:   Register of Actions, Filed on February 8, 2011 in the Superior Court of the

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1  County of Monterey, Case No. M110621.

2      Exhibit I:    Petition for Chapter 13 Bankruptcy filed in the United States Bankruptcy
3  Court for the Northern District of California, San Jose Division on November 3, 2011, Case No.
4  11-60244.

5      Exhibit J:    Petition for Chapter 13 Bankruptcy filed in the United States Bankruptcy
6  Court for the Northern District of California, San Jose Division on January 13, 2012, Case No. 12-
7  50268.

8      Exhibit K:    Petition for Chapter 13 Bankruptcy filed in the United States Bankruptcy
9  Court for the Northern District of California, San Jose Division on April 10, 2012, Case No. 12-
10 52686.

11     Exhibit L:    Petition for Chapter 13 Bankruptcy filed in the United States Bankruptcy
12 Court for the Northern District of California, San Jose Division on January 7, 2013, Case No. 13-
13 50058

14     Exhibit M:    Petition for Chapter 13 Bankruptcy filed in the United States Bankruptcy
15 Court for the Northern District of California, San Jose Division on March 4, 2013, Case No. 13-
16 51236.

17     Exhibit N:    Order Granting Motion for Relief , recorded on August 26, 2013 in the
18 official records of Monterey County, as Document No. 2013053929.

19     Exhibit O:    Return on Writ of Possession, executed on January 15, 2014 with the
20 Monterrey County Sheriff's Office, Case No. M110621.

21     Exhibit P:    Petition for Chapter 13 Bankruptcy filed in the United States Bankruptcy
22 Court for the Northern District of California, San Jose Division on January 23, 2014, Case No.
23 2:14-bk-11320-WB.

24     Exhibit Q:    Letter to the Court, filed on March 26, 2014, Case No. M122326.

25     Exhibit R:    Order Setting Order to Show Cause re Sanctions and Dismissal, filed on
26 July 31, 2014 in the Superior Court of California County of  Monterey, Case No. M122326.

27     Exhibit S:    Return on Writ of Possession,  executed on July 23, 2014 with the
28 Monterrey County Sheriff's Office, Case No. M110621.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1     <u>Exhibit T</u>:    Involuntary Petition, filed on July 21, 2014 in the United States Bankruptcy
2 Court for the Central District of California, Case No. 2:14-bk-23862-ER

3     <u>Exhibit U</u>:    Notice of Entry of Order Rem Relief from the Automatic Stay, filed on July
4 21, 2014, in the United States Bankruptcy Court for the Central District of California, Case No.
5 2:14-bk-23862-ER

6     <u>Exhibit V</u>:    Summons and Complaint *Gozzi v. Washington Mutual Bank, F.A., et al.*,
7 filed on March 18, 2013 in the Superior Court for the County of Monterey, as regards the Subject
8 Property, Case No. M122326.

9     This Request for Judicial Notice is made in support of Defendants' Motion to Remand
10 filed concurrently herewith, and is based on the attached Memorandum of Points and Authorities,
11 all pleadings and records on file in this action, and such other and further matters as the Court may
12 consider.

14 Dated: August 26, 2014                  Respectfully submitted,

15                                       **BRYAN CAVE LLP**
                                       Sharon Z. Weiss
16                                     Daniel T. Rockey
                                     Goli Mahdavi
17                                     Ethan Schatz

19                                 By: <u>/s/ Ethan Schatz</u>
                                       Ethan Schatz
20                                 Attorneys for Defendants
                                JP MORGAN CHASE BANK, N.A., BRYAN
21                                 CAVE, LLP, SHARON Z. WEISS, DANIEL T.
                                ROCKY, GOLI MAHDAVI, ETHAN SCHATZ

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants JPMorgan Chase Bank, N.A., Bryan Cave, LLP, Sharon Weiss, Daniel T. Rockey, Goli Mahdavi, and Ethan Schatz ("Defendants") requests that the Court take judicial notice of the attached documents, Exhibits A through V on the basis that the documents contain facts that are not subject to reasonable dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201.

Under Federal Rule of Evidence 201, a fact is judicially noticeable when it is not subject to reasonable dispute and is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

This Court may take judicial notice of Exhibits A, and C through E, and N because they are documents published in the official public records of Contra Costa County, and are capable of accurate and ready determination from sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201. Indeed, California district courts have taken judicial notice of recorded foreclosure notices when ruling on a motion to dismiss. *See e.g. Gardner v. American Home Mortg. Servicing, Inc.*, 691 F.Supp.2d 1192, 1196 (E.D. Cal. 2010) (taking judicial notice of a Notice of Default and Notice of Trustee's Sale); *Champlaie v. BAC Home Loans Servicing, LP*, 706 F.Supp.2d 1029, 1039 (E.D. Cal. 2009) (finding judicial notice of recorded Notice of Default, Notice of Trustee's Sale, and Trustee's Deed Upon Sale proper); *Pantoja v. Countrywide Home Loans, Inc.*, 640 F.Supp.2d 1177, 1192 n. 12 (N.D. Cal. 2009) (taking judicial notice of the Deed of Trust).

The Court may also take judicial notice of Exhibits F through M, and O through V because they are court records of the Superior Court of the State of California for the County of Contra Costa. Judicial notice may be taken of any court of this state or the United States. *See* Cal. Evid. Code § 452(c), (d); *Aaronoff v. Martinez-Senftner*, 136 Cal. App. 4th 910, 918 (2006) ("Judicial notice may be taken of any court record."); *Dugall v. G.E. Commc'ns Servs., Inc.*, 81 Cal.App.4th 81, 86 (2000) (permitting judicial notice of the records of California court).

In addition, the Court may also take judicial notice of Exhibit B as it is a document published by the federal government, a matter of public record, and its accuracy "cannot

1 reasonably be questioned." *Bracamontes v. Chase Home Finance, LLC,* 2011 WL 332527 (N.D.
2 Cal. Jan. 31, 2011) (taking judicial notice of the subject agreement); *see also Allen v. United Fin.*
3 *Mortg. Corp.*, 660 F.Supp.2d 1089, 1093–94 (N.D. Cal. 2009) (granting defendant's request for
4 judicial notice of the "Purchase & Assumption Agreement" between Chase and the FDIC because
5 the entire document was available online, from the FDIC's web site).

6     The conditions for taking judicial notice of Exhibits A through V in connection with
7 Defendants' Motion to Remand are met here:  (1) they are central to Plaintiff's claims against
8 Defendants; (2) they are capable of accurate and ready determination by resort to sources whose
9 accuracy cannot reasonably be questioned; and (3) there is no material question concerning their
10 authenticity.

11     For the foregoing reasons, Defendants respectfully requests the Court take judicial notice
12 of the attached Exhibits A through V.

14 Dated:  August 26, 2014                              Respectfully submitted,

15                                     **BRYAN CAVE LLP**
                                    Sharon Z. Weiss
16                                     Daniel T. Rockey
                                    Goli Mahdavi
17                                     Ethan Schatz

19                                By: /s/ Ethan Schatz
                                    Ethan Schatz
20                                Attorneys for Defendants
                               JP MORGAN CHASE BANK, N.A., BRYAN
21                                CAVE, LLP, SHARON Z. WEISS, DANIEL T.
                               ROCKY, GOLI MAHDAVI, ETHAN SCHATZ