| | |
|---|---|
| 1 | **BRYAN CAVE LLP** |
| | Sharon Z. Weiss, California Bar No. 169446 |
| 2 | Daniel T. Rockey, California Bar No. 178604 |
| | Goli Mahdavi, California Bar No. 245705 |
| 3 | Ethan Schatz, California Bar No. 257919 |
| | 560 Mission Street, 25th Floor |
| 4 | San Francisco, CA  94105-2994 |
| | Telephone:     (415) 675-3400 |
| 5 | Facsimile:      (415) 675-3434 |
| | E-Mail:    sharon.weiss@bryancave.com |
| 6 |                 daniel.rockey@bryancave.com |
| |                 goli.mahdavi@bryancave.com |
| 7 |                 schatze@bryancave.com |
| 8 | Attorneys for Defendants |
| | JPMORGAN CHASE BANK, N.A., BRYAN CAVE, LLP, SHARON Z. WEISS, DANIEL T. |
| 9 | ROCKY, GOLI MAHDAVI, ETHAN SCHATZ |

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Daniele Gozzi, | Case No. 5:14-cv-03297 LHK |
| Plaintiffs, | |
| v. | **NOTICE OF NO RECEIPT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT** |
| COUNTY OF MONTEREY, STATE OF CALIFORNIA, C/O County Administrator, 168 West Alisal Street, 3rd Floor, Salinas, CA 93901, | |
| | Date:         October 30, 2014 |
| | Time:         1:30 p.m. |
| Marla O. Anderson, Presiding Judge | Dept.:        Courtroom 8, 4th Floor |
| Superior Court of California | 280 South 1st St, San Jose, CA |
| 240 Church Street | |
| Salinas, CA  93901 | Date Action Filed: June 29, 2014 |
| | Trial Date: |
| Teresa Risi | |
| Court Executive Officer | |
| 240 Church Street | |
| Salinas, CA  93901 | |
| | |
| Assessor/Recorder/County Clerk | |
| Stephen I. Vagnini | |
| Monterey County Recorder-County Clerk | |
| P.O. Box 29 | |
| Salinas CA  93902-0570 | |
| | |
| Auditor/Controller | |
| Michael J. Miller | |
| 168 West Alisal Street, 3rd floor | |

SF01DOCS\214629.1

DEFENDANTS' NOTICE OF PLAINTIFF'S NON-OPPOSITION TO MOTION TO DISMISS

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1  Salinas, CA 93901

2

3  District Attorney
   Dean Flippo
   230 Church Street, Bldg. 2 & 3
4  Salinas, CA 93901

5  Sheriff/Coroner
   Scott Miller
6  1414 Natividad Road
   Salinas, CA 93906

7

   Treasurer/Tax Collector
8  Mary A. Zeeb
   168 W. Alisal Street, 1st Floor
9  Salinas, CA 93901

10 Risk Management
   Steve Mauck
11 168 W Alisal Street, 3rd Floor
   Salinas, CA 93901

12

   Irv Grant
13 County Counsel
   168 West Alisal Street, 3rd Floor
14 Salinas, CA 93901

15 Fernando Armenta
   168 West Alisal Street, 2nd Floor
16 Salinas, CA 93901

17 Louis Calcagno
   Castro Plaza
18 11140 Speegle St.
   Castroville, CA 95012

19

   Simon Salinas
20 168 W. Alisal, 3rd Floor
   Salinas, CA 93901

21

   Jane Parker
22 2616 1st Ave.
   Marina, CA 93933

23

   Dave Potter
24 Monterey Courthouse
   1200 Aguajito Rd., Ste. 1
25 Monterey, CA 93940

26 County Administrator
   Lew C. Bauman
27 168 West Alisal Street, 3rd Floor
   Salinas, CA 93901

28

SF01DOCS\214629.1                    1
DEFENDANTS' NOTICE OF PLAINTIFF'S NON-OPPOSITION TO MOTION TO DISMISS

Clerk of the Board
Gail T. Borkowski
168 West Alisal Street, 1st Floor
Salinas, CA 93901

The Honorable Thomas W. Willis
Monterey Courthouse
1200 Aguajito Rd., Department 14
Monterey, CA 93940

BRYAN CAVE LLP
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

SHARON Z. WEISS
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

DANIEL T. ROCKY
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

GOLI MONDAVI
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

ETHAN SCHATZ
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

JP MORGAN CHASE BANK, N.A.
270 PARK AVENUE
NEW YORK, NEW YORK 10017

Defendants.

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants JPMorgan Chase Bank, N.A., Bryan Cave, LLP, Sharon Weiss, Daniel T. Rockey, Goli Mahdavi, and Ethan Schatz ("Defendants") hereby advise the Court that Plaintiff Daniele Gozzi ("Plaintiff") has not filed or served an opposition to Defendants' Motion to Dismiss Plaintiff's Complaint ("Motion"). Defendants noticed their pending motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and set the hearing for October 30, 2014 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 8, 4th Floor of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, the Honorable Lucy H. Koh presiding.

Pursuant to Local Rule 7-3:

> **7-3.     Opposition; Reply; Supplementary Material**
>
> **(a) Opposition**. Any opposition to a motion may include a proposed order, affidavits or declarations, as well as a brief or memorandum under Civil L.R. 7-4. Any evidentiary and procedural objections to the motion must be contained within the brief or memorandum. Pursuant to Civil L.R. 7-4(b), such brief or memorandum may not exceed 25 pages of text. The opposition must be filed and served not more than 14 days after the motion was filed. Fed. R. Civ. P. 6(d) does not apply and thus does not extend this deadline. However, by this Local Rule, the Court extends by 3 days the deadline to file an opposition to a motion if the motion was not filed and served through the Court's Electronic Case Filing (ECF) system and was served pursuant to Fed. R. Civ. P. 5(b)(2)(C), (D), (E) or (F).
>
> **(b) Statement of Nonopposition**. If the party against whom the motion is directed does not oppose the motion, that party must file with the Court a Statement of Nonopposition within the time for filing and serving any opposition.

Here, Plaintiff was required to file an opposition or statement of non-opposition to Defendants' Motion no later than August 27, 2014.  To date, Plaintiff has not filed an opposition or statement of non-opposition, and failure to file these papers may be treated as consent to granting a motion.  See, e.g., *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995). While Plaintiff has filed a number of other unrelated documents with this Court since Defendants' Motion to Dismiss was filed on August 13, 2014, none of Plaintiff's documents could be viewed as either an

opposition to Defendants' Motion to Dismiss, or a statement of nonopposition under Local Rule 7-3(a)(b).

Thus, this Court should grant Defendants' Motion and Dismiss this case in its entirety, without leave to amend.

Dated: September 3, 2014  Respectfully submitted,

**BRYAN CAVE LLP**
Sharon Z. Weiss
Daniel T. Rockey
Goli Mahdavi
Ethan Schatz


By:  /s/ Ethan Schatz_____
       Ethan Schatz
Attorneys for Defendants
JP MORGAN CHASE BANK, N.A., BRYAN CAVE, LLP, SHARON Z. WEISS, DANIEL T. ROCKY, GOLI MAHDAVI, ETHAN SCHATZ