Kimberly M. Drake, SBN: 209090
JARVIS, FAY, DOPORTO & GIBSON, LLP
492 Ninth Street, Suite 310
Oakland, CA 94607
Telephone: (510) 238-1400
Facsimile: (510) 238-1404
kdrake@jarvisfay.com

Attorneys for Defendants
PRESIDING JUDGE MARLA O. ANDERSON,
JUDGE THOMAS W. WILLS and TERESA A. RISI

# IN THE UNITED STATES DISTRICT COURT

# AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELE GOZZI,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY, STATE OF CALIFORNIA, et al.,<br><br>          Defendant. | **CASE NO. CV-14-03297-LHK**<br><br>**REPLY BRIEF IN SUPPORT OF JUDICIAL DEFENDANTS' MOTION TO DISMISS**<br>**[Fed. R. Civ. P. 12(b)(1), 12(b)(6)]**<br><br>Date: October 30, 2014<br>Time: 1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Magistrate Judge: Hon. Lucy H. Koh<br><br>Action Filed: July 22, 2014 |

## I. INTRODUCTION

Judicial Defendants Marla O. Anderson, Presiding Judge of the Superior Court of California, County of Monterey, Thomas W. Wills, judge of the Superior Court of California, County of Monterey, erroneously sued as "Thomas W. Willis," and Teresa A. Risi, Court Executive Officer for the Superior Court of California, County of Monterey hereby submit this reply brief in support of their unopposed motion to dismiss filed on August 13, 2014.

## II. ARGUMENT

### A. Plaintiff Has Not Filed Any Opposition to Judicial Defendants' Motion to Dismiss

Judicial Defendants filed a motion to dismiss pursuant to Rule 12(b)(1) and Rule 12(b)(6) on August 13, 2014. (Doc # 62, 63.) Under Civil L.R. 7-3(a), any opposition to the motion to dismiss was due no more than 14 days after August 13, 2014, plus 3 days because of the service by mail, or no later than August 27, 2014.

To date, Judicial Defendants have not received any response or opposition to their motion to dismiss. Nor does it appear that any opposition has been filed in this action to date. Although Plaintiff Daniele Gozzi has filed several pleadings and other papers since August 13, 2014, none of those filings appears to be an "opposition" to Judicial Defendants' motion to dismiss. Nor do any of those filings address the arguments set forth in Judicial Defendants' motion. See Civil L.R. 7-4(a). The motion to dismiss is therefore presently unopposed and this Court is free to grant the motion.

### B. Plaintiff Has Not Stated Any Cognizable Claim Against Judicial Defendants

Based on the contents of his Complaint, Plaintiff has failed to state a claim upon which relief may be granted against Judicial Defendants. Plaintiff's own facts and those judicially noticeable further establish that it would be futile to allow Plaintiff to amend.

As set forth in Judicial Defendants' moving papers, the Complaint should be dismissed because all of Plaintiff's claims for relief against Judicial Defendants are barred from this Court by Eleventh Amendment sovereign immunity and the *Rooker-Feldman* doctrine, or the *Younger* abstention doctrine. Plaintiff's claims for relief are also barred by absolute judicial immunity and quasi-judicial immunity. Plaintiff's declaratory/injunctive relief and any individual-capacity claims against Judicial Defendants are untenable because it is unclear what relief is sought or that Judicial Defendants are proper parties

-1-

Reply Brief ISO Judicial Defs.' Motion to Dismiss     Case No. CV-14-03297-LHK

(i.e., there are no facts establishing how Judicial Defendants are connected to the requested relief or that Judicial Defendants have a legally cognizable interest in the outcome).  Plaintiff's remaining federal constitutional and 42 U.S.C. claims are implausible and should be dismissed for failure to state a claim upon which relief may be granted against Judicial Defendants.

### III.     CONCLUSION

In light of Plaintiff's failure to properly address any of the grounds on which Judicial Defendants have moved to dismiss the Complaint, and the deficiencies of the Complaint, Judicial Defendants respectfully request that this Court grant the motion to dismiss and dismiss the Complaint against Judicial Defendants with prejudice.

JARVIS, FAY, DOPORTO & GIBSON, LLP

Dated: September 3, 2014         By:  _____/s/_____.
                                       Kimberly M. Drake
                                       Attorneys for Defendants
                                       PRESIDING JUDGE MARLA O. ANDERSON,
                                       JUDGE THOMAS W. WILLS and TERESA A. RISI

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

I am a citizen of the United States and employed in the County of Alameda; I am over the age of eighteen years and not a party to the within entitled action; my business address is Jarvis, Fay, Doporto & Gibson, LLP, 492 Ninth Street, Suite 310, Oakland, California 94607.

On September 3, 2014, I served the within:

**NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

(X) (By First Class Mail) I caused this envelope, with postage thereon fully prepaid, to be placed in the United States mail to be mailed by First Class mail at Oakland, California, to:

**Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923**

*Plaintiff*
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 3, 2014, at Oakland, California.

/s/
Chelsea Torres

Reply Brief ISO Judicial Defs.' Motion to Dismiss          Case No. CV-14-03297-LHK