Kimberly M. Drake, SBN: 209090
JARVIS, FAY, DOPORTO & GIBSON, LLP
492 Ninth Street, Suite 310
Oakland, CA 94607
Telephone: (510) 238-1400
Facsimile: (510) 238-1404
kdrake@jarvisfay.com

Attorneys for Defendants
JUDGE MARLA O. ANDERSON, JUDGE THOMAS W. WILLIS and TERESA RISI

# IN THE UNITED STATES DISTRICT COURT

# AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELE GOZZI,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY, STATE OF CALIFORNIA, et al.,<br><br>    Defendant. | **CASE NO. CV-14-03297-LHK**<br><br>**JUDICIAL DEFENDANTS' JOINDER IN CHASE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**<br><br>Hearing Date: October 30, 2014<br>Hearing Time: 1:30 p.m.<br>Judge: Honorable Lucy H. Koh<br>Courtroom: 8, 4th Floor<br><br>Action Filed: June 29, 2014<br>Trial Date: Not Set |

Judicial Defendants Judge Marla O. Anderson, Judge Thomas W. Willis, and Teresa Risi hereby join in the Opposition to Plaintiff's Motion to Compel filed by Defendants JPMorgan Chase Bank, N.A., Bryan Cave, LLP, Sharon Z. Weiss, Daniel T. Rockey, Goli Mahdavi and Ethan Schatz.

                                JARVIS, FAY, DOPORTO & GIBSON, LLP

Dated: September 9, 2014        By: _____/s/_____.
                                    Kimberly M. Drake
                                    Attorneys for Defendants
                                    JUDGE MARLA O. ANDERSON, JUDGE THOMAS
                                    W. WILLIS, and TERESA RISI

---

Judicial Defendants' Joinder in Defendants' Opposition to Plaintiff's Motion to Compel        Case No. CV-14-03297-LHK

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States and employed in the County of Alameda; I am over the age of eighteen years and not a party to the within entitled action; my business address is Jarvis, Fay, Doporto & Gibson, LLP, 492 Ninth Street, Suite 310, Oakland, California 94607.

On September 9, 2014, I served the within:

**JUDICIAL DEFENDANTS' JOINDER IN CHASE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

(X)    (By First Class Mail) I caused this envelope, with postage thereon fully prepaid, to be placed in the United States mail to be mailed by First Class mail at Oakland, California, to:

**Daniele Gozzi**
**225 Crossroads Blvd., #199**
**Carmel, CA 93923**

*Plaintiff*
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 9, 2014, at Oakland, California.

/s/
Chelsea Torres

Judicial Defendants' Joinder in Defendants' Opposition to Plaintiff's Motion to Compel    Case No. CV-14-03297-LHK