**BRYAN CAVE LLP**
Sharon Z. Weiss, California Bar No. 169446
Daniel T. Rockey, California Bar No. 178604
Goli Mahdavi, California Bar No. 245705
Ethan Schatz, California Bar No. 257919
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
E-Mail:     sharon.weiss@bryancave.com
            daniel.rockey@bryancave.com
            goli.mahdavi@bryancave.com
            schatze@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., BRYAN CAVE, LLP, SHARON Z. WEISS, DANIEL T. ROCKY, GOLI MAHDAVI, ETHAN SCHATZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Daniele Gozzi,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF MONTEREY, STATE OF CALIFORNIA, C/O County Administrator, 168 West Alisal Street, 3rd Floor, Salinas, CA 93901,<br><br>Marla O. Anderson, Presiding Judge<br>Superior Court of California<br>240 Church Street<br>Salinas, CA  93901<br><br>Teresa Risi<br>Court Executive Officer<br>240 Church Street<br>Salinas, CA  93901<br><br>Assessor/Recorder/County Clerk<br>Stephen I. Vagnini<br>Monterey County Recorder-County Clerk<br>P.O. Box 29<br>Salinas CA  93902-0570<br><br>Auditor/Controller<br>Michael J. Miller<br>168 West Alisal Street, 3rd floor | Case No. 5:14-cv-03297 LHK<br><br>**NOTICE OF NO RECEIPT OF OPPOSITION TO DEFENDANTS' MOTION TO REMAND FOR PLAINTIFF'S IMPROPER REMOVAL OF TWO CALIFORNIA STATE CASES**<br><br>Date:  October 30, 2014<br>Time:  1:30 p.m.<br>Dept.:  Courtroom 8, 4th Floor<br>     280 South 1st St, San Jose, CA<br><br>Date Action Filed: June 29, 2014<br>Trial Date: |

1 | Salinas, CA  93901

2

3 | District Attorney
Dean Flippo
230 Church Street, Bldg. 2 & 3
4 | Salinas, CA  93901

5 | Sheriff/Coroner
Scott Miller
6 | 1414 Natividad Road
Salinas, CA  93906

7

Treasurer/Tax Collector
8 | Mary A. Zeeb
168 W. Alisal Street, 1st Floor
9 | Salinas, CA  93901

10 | Risk Management
Steve Mauck
11 | 168 W Alisal Street, 3rd Floor
Salinas, CA  93901

12

Irv Grant
13 | County Counsel
168 West Alisal Street, 3rd Floor
14 | Salinas, CA  93901

15 | Fernando Armenta
168 West Alisal Street, 2nd Floor
16 | Salinas, CA  93901

17 | Louis Calcagno
Castro Plaza
18 | 11140 Speegle St.
Castroville, CA  95012

19

Simon Salinas
20 | 168 W. Alisal, 3rd Floor
Salinas, CA  93901

21

Jane Parker
22 | 2616 1st Ave.
Marina, CA  93933

23

Dave Potter
24 | Monterey Courthouse
1200 Aguajito Rd., Ste. 1
25 | Monterey, CA  93940

26 | County Administrator
Lew C. Bauman
27 | 168 West Alisal Street, 3rd Floor
Salinas, CA  93901

28

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

| | |
|---|---|
| 1 | |
| 2 | Clerk of the Board<br>Gail T. Borkowski<br>168 West Alisal Street, 1st Floor |
| 3 | Salinas, CA 93901 |
| 4 | The Honorable Thomas W. Willis<br>Monterey Courthouse |
| 5 | 1200 Aguajito Rd., Department 14<br>Monterey, CA 93940 |
| 6 | |
| 7 | BRYAN CAVE LLP<br>560 MISSION ST., 25TH FLOOR<br>SAN FRANCISCO, CA, 94105 |
| 8 | |
| 9 | SHARON Z. WEISS<br>560 MISSION ST., 25TH FLOOR<br>SAN FRANCISCO, CA, 94105 |
| 10 | |
| 11 | DANIEL T. ROCKY<br>560 MISSION ST., 25TH FLOOR<br>SAN FRANCISCO, CA, 94105 |
| 12 | |
| 13 | GOLI MONDAVI<br>560 MISSION ST., 25TH FLOOR<br>SAN FRANCISCO, CA, 94105 |
| 14 | |
| 15 | ETHAN SCHATZ<br>560 MISSION ST., 25TH FLOOR<br>SAN FRANCISCO, CA, 94105 |
| 16 | |
| 17 | JP MORGAN CHASE BANK, N.A.<br>270 PARK AVENUE<br>NEW YORK, NEW YORK 10017 |
| 18 | |
| 19 | Defendants. |

1.
2. Clerk of the Board
   Gail T. Borkowski
   168 West Alisal Street, 1st Floor
3. Salinas, CA 93901
4. The Honorable Thomas W. Willis
   Monterey Courthouse
5. 1200 Aguajito Rd., Department 14
   Monterey, CA 93940
6.
7. BRYAN CAVE LLP
   560 MISSION ST., 25TH FLOOR
   SAN FRANCISCO, CA, 94105
8.
9. SHARON Z. WEISS
   560 MISSION ST., 25TH FLOOR
   SAN FRANCISCO, CA, 94105
10.
11. DANIEL T. ROCKY
    560 MISSION ST., 25TH FLOOR
    SAN FRANCISCO, CA, 94105
12.
13. GOLI MONDAVI
    560 MISSION ST., 25TH FLOOR
    SAN FRANCISCO, CA, 94105
14.
15. ETHAN SCHATZ
    560 MISSION ST., 25TH FLOOR
    SAN FRANCISCO, CA, 94105
16.
17. JP MORGAN CHASE BANK, N.A.
    270 PARK AVENUE
    NEW YORK, NEW YORK 10017
18.
19.                     Defendants.
20.
21.
22.
23.
24.
25.
26.
27.
28.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants JPMorgan Chase Bank, N.A., Bryan Cave, LLP, Sharon Weiss, Daniel T. Rockey, Goli Mahdavi, and Ethan Schatz ("Defendants") hereby advise the Court that Plaintiff Daniele Gozzi ("Plaintiff") has not filed or served an opposition to Defendants' Motion to Remand for Plaintiff's improper removal of two California State cases ("Motion"). Defendants noticed their pending motion to dismiss the complaint pursuant to 28 U.S.C. § 1447, and set the hearing for October 30, 2014 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 8, 4th Floor of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, the Honorable Lucy H. Koh presiding.

Pursuant to Local Rule 7-3:

> **7-3.        Opposition; Reply; Supplementary Material**
> **(a) Opposition**. Any opposition to a motion may include a proposed order, affidavits or declarations, as well as a brief or memorandum under Civil L.R. 7-4. Any evidentiary and procedural objections to the motion must be contained within the brief or memorandum. Pursuant to Civil L.R. 7-4(b), such brief or memorandum may not exceed 25 pages of text. The opposition must be filed and served not more than 14 days after the motion was filed. Fed. R. Civ. P. 6(d) does not apply and thus does not extend this deadline. However, by this Local Rule, the Court extends by 3 days the deadline to file an opposition to a motion if the motion was not filed and served through the Court's Electronic Case Filing (ECF) system and was served pursuant to Fed. R. Civ. P. 5(b)(2)(C), (D), (E) or (F).
>
> **(b) Statement of Nonopposition**. If the party against whom the motion is directed does not oppose the motion, that party must file with the Court a Statement of Nonopposition within the time for filing and serving any opposition.

Here, Plaintiff was required to file an opposition or statement of non-opposition to Defendants' Motion no later than September 9, 2014.  To date, Plaintiff has not filed an opposition or statement of non-opposition, and failure to file these papers may be treated as consent to granting a motion.  See, e.g., *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995). While Plaintiff has filed a number of other unrelated documents with this Court since Defendants' Motion to Remand was filed on August 26, 2014, none of Plaintiff's documents could be viewed as either an

SF01DOCS\216941.1            1
DEFENDANTS' NOTICE OF PLAINTIFF'S NON-OPPOSITION TO MOTION TO REMAND

opposition to Defendants' Motion to Dismiss, or a statement of nonopposition under Local Rule 7-3(a)(b).

Thus, this Court should grant Defendants' Motion and Dismiss this case in its entirety, without leave to amend.

Dated: September 16, 2014          Respectfully submitted,

**BRYAN CAVE LLP**
Sharon Z. Weiss
Daniel T. Rockey
Goli Mahdavi
Ethan Schatz


By:  /s/ Ethan Schatz_____
       Ethan Schatz
Attorneys for Defendants
JP MORGAN CHASE BANK, N.A., BRYAN CAVE, LLP, SHARON Z. WEISS, DANIEL T. ROCKY, GOLI MAHDAVI, ETHAN SCHATZ