Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 915-8473
Email: daniele@fantonius.com

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Daniele Gozzi | Case No. 14-cv-03297 LHK |
|---|---|
| Plaintiff, | **CORRECTION OF MISTAKE, RULE 19 JOINDER OF NECESSARY PARTIES** |
| v. | |
| COUNTY OF MONTEREY, et al | **NOTICE OF INTEREST AND REQUEST ATTACHED** |
| Defendant(s). | |

CORRECTION OF MISTAKE, RULE 19 JOINDER OF NECESSARY PARTIES.

NOTICE OF INTEREST AND REQUEST ATTACHED.

Plaintiff herein, Daniele Gozzi, contract owner and holder of this contract with the United States under purchase contract for the protection of the law and satisfaction under the law is a layman at law. In short, I make mistakes.

I apologize to this court for my mistakes.

1  The Mistake I apologize for is the failure to join necessary parties for the just adjudication of my
2  action.
3
4  In my previous filings and submissions for record I have illuminated and shown conclusively under
5  full faith and credit that the Administrative Judgments by the Attorney General of the United States,
6  Mr. Eric Holder, and the Attorney General for California, Kamila Harris affect this case and its just
7  adjudication.
8
9  No case in Federal Court, or any court for that matter, could proceed without the full set of facts
10 before it. Particularly when the facts are known worldwide. This is especially true in this instant case.
11 The reason this is true are the Administrative Judgments, with fines paid, the admissions of
12 wrongdoing by confession and judgment by Defendant parties J.P. MORGAN CHASE BANK NA,
13 BRYAN CAVE LLP, are res judicata and must be enforced by this Court.
14
15 In order for these res judicata issues to be dealt with, the proper party attorneys representing the State
16 of California and the United States must be present. The reason for this is these parties are the only
17 ones authorized to speak for the State and Federal corporations.
18
19 I attach my formal request letters to the United States and the State of California for entry into this
20 case as interested parties for enforcement of the judgments already issued by the State of California
21 and the United States. My letters are submitted for record under the knowledge that the United States
22 and the State of California operate under rules allowing parties up to 60 days notice prior to joinder.
23
24 THEREFORE: I FORMALLY REQUEST THAT THE COURT:
25 1. Accept my apology for mistake.
26 2. Act *sua sponte* under the contract identified under this case number, in this Rule 19 matter of
27 joinder of necessary parties, and abate all matters in this case pending joinder of the State of
28

1  California and the United States on their own with rescheduling of all matters when these two
2  necessary parties are joined.
3
4  I attach my proposed order reflecting my formal request.
5
6  I declare under penalty of perjury under the laws of the United States of America that the foregoing is
7  true and correct.
8
9  Submitted this 8th day of October, 2014.

*[signature: D. Gozzi]*

_____
Daniele Gozzi, Plaintiff In Propria Persona