### TRANSMISSION VERIFICATION REPORT

```
TIME    : 10/08/2014 16:52
NAME    : INDUSTRIAL SOLU
FAX     : 2068886006
TEL     : 3608251700
SER.#   : F1J745251
```

```
DATE,TIME       10/08 16:50
FAX NO./NAME    14154367234
DURATION        00:01:35
PAGE(S)         06
RESULT          OK
MODE            STANDARD
                ECM
```

# FAX

Charles C: Miller
**Assignee for Daniele Gozzi**
C/O 1402 Auburn Way N #417
Auburn, Washington (98002)
Phone: 253-326-1010
Fax: 206-888-6006
Email: ccmtrusted@icloud.com

To: Melinda Hagg – United State Attorney
Fax: 415-936-7234

From: Charles C: Miller as Assignee for Daniele Gozzi
Fax number: 206-888-6006

Date: 10/8/2014

Regarding: Notice of Interest Letter

Phone number for follow-up:
253-326-1010 (Charles C: Miller)

**RE: CASE NO. 5:14-CV-03297-LHK United States District Court Northern of District California**

Daniele Gozzi v COUNTY OF MONTERY, ET AL

Regarding Property Address 31549 Highway 1, Carmel, California (93923)

Please find attached letters, NOTICE OF INTEREST ETC., to you and Mr. Holder.

Thank you for prompt response.

FROM: Daniele Gozzi                                              Date: October 8, 2014
       225 Crossroads Blvd., #199
       Carmel, CA 93923
       Phone: (831) 915-8473
       Fax: C/O 206-888-6006
       Email: <daniele@fantoniusa.com>

TO; Eric Holder, UNITED STATES ATTORNEY GENERAL
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    UNITED STATES ATTORNEY'S OFFICE, NORTHERN DISTRICT OF CALIFORNIA
    Melinda Hagg, United States Attorney
    Federal Courthouse
    450 Golden Gate Avenue
    San Francisco, CA 94102

REGISTERED MAIL NO: Eric Holder: RE 635 957 822 US
                         Melinda Hagg: RE 635 957 836 US

FAX:

REF: CASE NO. 5:14-CV-03297-LHK United States District Court, Northern of District California
    *Daniele Gozzi v. COUNTY OF MONTEREY, et al*
    Regarding Property Address: 31549 Highway 1, Carmel, California (93923)

RE: NOTICE OF INTEREST;
    EXECUTION ON PURCHASE CONTRACT;
    NOTICE OF BREACH OF CONTRACT UNDER JUDGMENTS;
    NOTICE OF FELONIES, FDCPA, CIVIL RIGHTS;
    REQUEST FOR APPEARANCE.

Dear Mr. Holder, and Ms. Hagg:

I write to each of you in your official positions and in your personal capacities.

I write from the capacity of a state Citizen, one of the People, the source of authority for all law of all government in, on, or of America. I also write as the contract holder under purchase contract with the United States Court system for equal application and protection of the law for any individual American, particularly under the case identified above for satisfaction of the law.

Being that this case is a matter of public record in records constructed by a United States entity, I approach your offices as the official attorneys for the United States. The official representatives, i.e. you and each of you, are the proper parties to serve notice upon because you represent the United States in total.

I now give you notice that your consent judgments with J.P. MORGAN CHASE BANK NA, ("CHASE") contract for settlement, on wrongdoing by CHASE with fines paid, the admissions and confessions of judgment, are at issue in the above referenced and identified case. Review of my purchase contract and the filings in that case will expose the issues.

The notice to the Court of your contract settlements, along with the Attorney General of California's contract settlements, was presented under mandatory judicial notice. This is simply because they are public documents qualifying under full faith and credit which demands complete recognition and enforcement of the terms and conditions therein.

I purchased a contract for honest judicial services with the United States District Court, Northern District of California, for the equal application and protection of the law, satisfaction under the law, and paid the fees for the service. To me, as to any American, the open general offer for this service by the United States Court system as published in its rules forms a binding enforceable contract with the United States upon acceptance and my performance by filing the complaint and paying the fees. Being that each of you represents the United States, I believe that you are required to enforce this contract now. The alternative in the event of refusal to enforce such a simple concept as a contract for honest judicial services is unthinkable. Such an event would mean that there is no law any American can rely on and that we as Americans, the grantors of all government authority under contract constitutions are now held as servants and slaves to the governments we created.

THEREFORE, I formally request a statement that the United States Attorney's Office Northern District of California and the United States Attorney General's office, issue me a written statement that my purchase contract with the United States District Court system is in fact valid and will be executed under the terms as stated.

BREACH OF CONTRACT in the context of this letter is very simple to me, as most Americans. Each of you, in your official capacities, participated in a settlement, a consent judgment, with various and numerous banks, particularly J.P. MORGAN CHASE BANK NA. INCLUSIVE OF ALL OF ITS SUB-ENTITIES, wherein admissions and confessions of wrongdoing in the bank business, particularly foreclosures, are public record. Under your own public statements and the statements on your websites, you were acting in your capacities for the protection of the people as well as the peoples' governments' positions. In short, you provided a service to all of the American people in your construction of the records upon which we can rely to protect our property and property rights. The record you constructed with the admissions of guilt by CHASE are either correct and true or they are not. The above referenced and identified case alleges with proof from public records that CHASE continues to act as it did prior to its consent judgments, admissions of guilt, and fines paid to you. It would appear to any common American that this shows contempt for the law and intent to violate the law. Otherwise CHASE would not be acting in the same manner that it was prior to admitting the wrongdoing for its acts and omissions. The principle here seems very simple to me. Please explain to me and the American people why this statement of principle is not true.

The issue presented to each of you is whether the United States Attorneys Office, Northern District of California, and the Attorney General's Office of the United States will enforce their own contract settlements with CHASE. The second issue presented is whether CHASE is in breach of their agreements with the United States to cease-and-desist its wrongful acts.

REVIEW OF THE FILES IN THE ABOVE REFERENCED AND IDENTIFIED ACTION, THE PURCHASE CONTRACT, CIVIL ACTION, WITH UNITED STATES DISTRICT COURT SYSTEM WILL EXPOSE VARIOUS AND NUMEROUS FELONIES. Violation of the FDCPA, civil rights, protection of property and property rights are exposed in the Court records. The exposures are not just my allegations but are of record requiring full recognition by any government officer. Said records are contained in the various court cases at the state, and Federal levels. These records are not only related to me but to very many other people in the Northern District of California.

Further matters involve the return of a promissory note after the illegal takings of my home, which is double payment. The failure by CHASE AND ITS ATTORNEYS BRYAN CAVE LLP to recognize the law protecting handicapped individuals such as my children is also involved. There's also a question of undue influence

through retirement and benefits systems invested in mortgage backed securities, giving the appearance that every State judge is partial to the position of the banks issuing said mortgage-backed securities. This is because the state judges are required to be vested in the retirement system; the county that pays the judges and the retirement system are both heavily invested in mortgage-backed securities. The failure of all of the attorneys related to foreclosure cases and the state judges to recognize standing Federal orders as stated in *CARPENTER V LONGAN* that their positions and takings of property are a NULLITY is a matter of fact on record.

I, Daniele Gozzi, along with my assigns, now formally request the appearance of the United States Attorney's Office Northern District of California, Melissa Hagg, and the Office of Attorney General of the United States, Eric Holder, formally to give notice to the United States District Court, in the above referenced and identified case, of their appearance in that civil action.

To this layman at law, non-attorney, it appears to me that the United States must appear in this matter. If not what good were all of the consent judgments on the wrong doing with fines levied and collected?

Please advise me of your determination in these matters and when you will appear.

_____
Daniele Gozzi