FROM: Daniele Gozzi                                                                   Date: October 8, 2014
       225 Crossroads Blvd., #199
       Carmel, CA 93923
       Phone: (831) 915-8473
       Fax: C/O 206-888-6006
       Email: <daniele@fantoniusa.com>

TO: OFFICE OF THE ATTORNEY GENERAL, STATE OF CALIFORNIA
    Kamala Harris,
    1300 "I" Street
    Sacramento, CA 95814-2919

REGISTERED MAIL NO.:

FAX:  916-324-5205

REF: CASE NO. 5:14-CV-03297-LHK United States District Court, Northern of District California
    *Daniele Gozzi v. COUNTY OF MONTEREY, et al*
    Regarding Property Address: 31549 Highway 1, Carmel, California (93923)

RE: NOTICE OF INTEREST;
    ENFORCEMENT OF STANDING JUDGMENTS;
    REQUEST FOR APPEARANCE AND JOINDER;
    DEMAND FOR INVESTIGATION.

Dear Ms. Harris,

I write from the position of a California State Citizen and as a Plaintiff in a Federal civil right's suit found by reference to the above identified case and number.

I write to the official representative for California government, its office of Attorney General, operated in any capacity whatsoever. As the attorney-in-fact for the STATE OF CALIFORNIA it appears the Office of Attorney General and you, Ms. Harris, are the proper party that speaks on behalf of the STATE OF CALIFORNIA.

As chief counsel for the STATE OF CALIFORNIA, it appears as if you are the proper party to enforce the judgments, with fines paid, admissions and confessions of wrongdoing with promise to cease-and-desist, covering the activities of J.P. MORGAN CHASE BANK NA ("CHASE"), and its subdivisions. I now present formal actual notice that CHASE, its agents, and its attorneys are acting outside the terms of your settlement agreements. Being that you are the party that obtained these judgments, it would appear you have a vested interest to ensure that your judgments are carried out to the letter of the law.

I have submitted in the case identified above the evidence of judgments filed covering wrongdoing by CHASE, et al, as support for my allegations. The notice to the Court was presented under the Rules of Evidence requiring judicial notice, full faith and credit, and satisfaction under the law.

Simply put Ms. Harris, you acted for the People of the State of California when you issued charges against CHASE and numerous other parties. You have made public statements that you've collected fines and penalties for knowing wrongdoing by these parties, in particular CHASE. You obtained

consent judgments, with admissions and confessions of wrongdoing and an agreement of the parties in the matter of the *People of the State of California vs. JP MORGAN CHASE BANK NA*. These consent judgments, with fines paid, contained promises by CHASE that wrongdoing in mortgage foreclosure fraud would cease and desist. The fact is that CHASE continues to operate it in a manner contrary to law across the board, all over the State of California. And what's more, you in the office of the Attorney General know this. You know simply because it is public record all over the State of California

THE JUDGMENTS BY THE STATE OF CALIFORNIA ARE ENFORCEABLE.

To any common man in California, the admission and confession of wrongdoing, with fines paid, is admission of guilt. After such admission and confession and promises to cease-and-desist wrong doing, continued acts of the same wrongdoing shows intent to violate the law. For most of us, that would mean criminal prosecution. The criminal prosecution cannot be taken against the corporations because it's an artificial person and could have no intent. However the actors, officers, speaking for or acting under the corporate umbrella do in fact have such intent, otherwise the corporation would not take the acts and violate the law.

I believe, as do most of the people of California that it is your job, your obligation, under your own personal fiduciary duties to the Office of Attorney General, which you occupy, to enforce these judgments on behalf of any California citizen demanding same.

THEREFORE,
1. I give notice providing you the opportunity to act to enforce the judgments you participated in as referenced in the case, *PEOPLE VS. CHASE, ET AL,* identified above;
2. I formally request the Office of the Attorney General of the State of California, and the official representative for STATE OF CALIFORNIA advise the United States District Court, in writing, of its intent to appear in my above identified and referenced case for the protection of its own interest in judgments duly issued by and on behalf of the People of the State of California;
3. I formally request, in the nature of a demand, by a Citizen of the State of California upon one of the Peoples' agents, that the matters I raise in my Federal suit and here now, be investigated immediately. Further, I formally request someone from your office to contact me within 72 hours receipt of this letter verifying your commitment to assist a Citizen of California by investigating these matters and appearing in my Federal civil action.

Even as a layman at law, a non-attorney, a non-officer of the Court, I recognize that certain procedures must be followed at all times. In that context, I recognize that I have placed the Office of Attorney General of the State of California, and you in particular, in front of the court of public opinion worldwide. It is my intent to do so. It is my intent to create an open public record not only in the Federal courts but also before the People as the court of public opinion from which all governmental authority flows. This is simply because every individual living in California needs to know whether the Law will be enforced equally on all parties across-the-board or not! The consent judgments you obtained, the fines paid, the admissions and confessions, are in the nature of a private contract, which must be enforced.

This letter and the attachments hereto will be filed for Federal record.

_____
Daniele Gozzi