```
TRANSMISSION VERIFICATION REPORT

                                    TIME   : 10/08/2014 16:47
                                    NAME   : INDUSTRIAL SOLU
                                    FAX    : 2068886006
                                    TEL    : 3608251700
                                    SER.#  : F1J745251


DATE,TIME              10/08  16:39
FAX NO./NAME           12122701121
DURATION               00:08:27
PAGE(S)                32
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# FAX

From: Charles C: Miller as
Assignee for Daniele Gozzi
C/O 1402 Auburn Way N #417
Auburn, Washington (98002)
Phone: 253-326-1010
Fax: 206-888-6006
Email: ccmtrusted@icloud.com

To: Mr. James Dimon, JP Morgan Chase Bank, N.A.
Chairman and Chief Executive Officer
Fax: 212-270-1121

From: Charles C: Miller as Assignee for Daniele Gozzi
Fax: 206-888-6006

Date: 10/7/2014

Regarding: DEMAND LETTER RE: RETURN OF PROPERTY, i.e. PROMISSORY NOTE.

Phone number for follow-up:
253-326-1010 (Charles C: Miller)

**RE: CASE NO. 5:14-CV-03297-LHK** United States District Court, Northern of District California.
Daniele Gozzi v. COUNTY OF MONTEREY, et al
Regarding Property Address: 31549 Highway 1, Carmel, California (93923)

**TO: Mr. James Dimon:**

YOU WILL: Please find attached my formal Demand Letter on behalf of Daniele Gozzi and myself for return of property. The property is described as the PROMISSORY NOTE signed by Anita Gozzi on August 10, 2007 at Orange, CA, which was transferred to Mr. Gozzi through a divorce case, Monterey County Superior Court Case # DR 48847 with order issued transferring ownership of the PROMISSORY NOTE now under demand for return. You are in prior receipt of Mr. Gozzi's assignment to me of an ownership interest in this property.

|   From: Charles C: Miller as Assignee for Daniele Gozzi C/O 1402 Auburn Way N #417 Auburn, Washington (98002) Phone: 253-326-1010 Fax: 206-888-6006 Email: ccmtrusted@icloud.com | To: Mr. Ashley Bacon, JP Morgan Chase Bank, N.A.  Chief Risk  Fax: 212 270-1121 |
|---|---|
| | From: Charles C: Miller as Assignee for Daniele Gozzi Fax:    206-888-6006 |
| | Date: 10/7/2014 |
| | Regarding:  DEMAND LETTER RE: RETURN OF PROPERTY, i.e. PROMISSORY NOTE. |
| | Phone number for follow-up: 253-326-1010 (Charles C: Miller) |

**RE: CASE NO. 5:14-CV-03297-LHK United States District Court, Northern of District California.**
  Daniele Gozzi v. COUNTY OF MONTEREY, et al
   Regarding Property Address: 31549 Highway 1, Carmel, California (93923)

**TO: Mr. Ashley Bacon:**

YOU WILL: Please find attached my formal Demand Letter on behalf of Daniele Gozzi and myself for return of property. The property is described as the PROMISSORY NOTE signed by Anita Gozzi on August 10, 2007 at Orange, CA, which was transferred to Mr. Gozzi through a divorce case, Monterey County Superior Court Case # DR 48847 with order issued transferring ownership of the PROMISSORY NOTE now under demand for return. You are in prior receipt of Mr. Gozzi's assignment to me of an ownership interest in this property.

| | |
|---|---|
| # FAX <br><br> From: Charles C: Miller as Assignee for Daniele Gozzi <br> C/O 1402 Auburn Way N #417 <br> Auburn, Washington (98002) <br> Phone: 253-326-1010 <br> Fax: 206-888-6006 <br> Email: ccmtrusted@icloud.com | To: Mr. Stephen M. Cutler, JP Morgan Chase Bank, N.A. General Counsel <br> Fax:    212-270-1121 |
| | From: Charles C: Miller as Assignee for Daniele Gozzi <br> Fax:    206-888-6006 |
| | Date**:** 10/6/14 |
| | Regarding:  DEMAND LETTER RE: RETURN OF PROPERTY, i.e. PROMISSORY NOTE. |
| | Phone number for follow-up: <br> 253-326-1010 (Charles C: Miller) |

**RE: CASE NO. 5:14-CV-03297-LHK United States District Court, Northern of District California.**
    Daniele Gozzi v. COUNTY OF MONTEREY, et al
     Regarding Property Address: 31549 Highway 1, Carmel, California (93923)

**TO: Mr. Stephen M. Cutler:**

YOU WILL: Please find attached my formal Demand Letter on behalf of Daniele Gozzi and myself for return of property. The property is described as the PROMISSORY NOTE signed by Anita Gozzi on August 10, 2007 at Orange, CA, which was transferred to Mr. Gozzi through a divorce case, Monterey County Superior Court Case # DR 48847 with order issued transferring ownership of the PROMISSORY NOTE now under demand for return. You are in prior receipt of Mr. Gozzi's assignment to me of an ownership interest in this property.

|   From: Charles C: Miller as Assignee for Daniele Gozzi C/O 1402 Auburn Way N #417 Auburn, Washington (98002) Phone: 253-326-1010 Fax: 206-888-6006 Email: ccmtrusted@icloud.com | To: Mr. Mark Donovan, JP Morgan Chase Bank, N.A.  Controller  Fax:    212-270-1121 |
|---|---|
| | From: Charles C: Miller as Assignee for Daniele Gozzi Fax:   206-888-6006 |
| | Date**:** 10/6/14 |
| | Regarding:  DEMAND LETTER RE: RETURN OF PROPERTY, i.e. PROMISSORY NOTE. |
| | Phone number for follow-up: 253-326-1010 (Charles C: Miller) |

**RE: CASE NO. 5:14-CV-03297-LHK United States District Court, Northern of District California.**
         Daniele Gozzi v. COUNTY OF MONTEREY, et al
           Regarding Property Address: 31549 Highway 1, Carmel, California (93923)

**TO: Mr. Mark Donovan:**

YOU WILL: Please find attached my formal Demand Letter on behalf of Daniele Gozzi and myself for return of property. The property is described as the PROMISSORY NOTE signed by Anita Gozzi on August 10, 2007 at Orange, CA, which was transferred to Mr. Gozzi through a divorce case, Monterey County Superior Court Case # DR 48847 with order issued transferring ownership of the PROMISSORY NOTE now under demand for return. You are in prior receipt of Mr. Gozzi's assignment to me of an ownership interest in this property.20

| | |
|---|---|
| # FAX<br><br>From: Charles C: Miller as Assignee for Daniele Gozzi<br>C/O 1402 Auburn Way N #417<br>Auburn, Washington (98002)<br>Phone: 253-326-1010<br>Fax: 206-888-6006<br>Email: ccmtrusted@icloud.com | To: Ms. Heather Joyner, JP Morgan Chase Bank, N.A.<br>   Executive Assistant<br>   Fax:   281-915-0984 |
| | From: Charles C: Miller as Assignee for Daniele Gozzi<br>Fax:   206-888-6006 |
| | Date**:** 10/6/14 |
| | Regarding:  DEMAND LETTER RE: RETURN OF PROPERTY, i.e. PROMISSORY NOTE. |
| | Phone number for follow-up:<br>253-326-1010 (Charles C: Miller) |

**RE: CASE NO. 5:14-CV-03297-LHK United States District Court, Northern of District California.**
   Daniele Gozzi v. COUNTY OF MONTEREY, et al
   Regarding Property Address: 31549 Highway 1, Carmel, California (93923)

**TO: Ms. Heather Joyner**:

YOU WILL: Please find attached my formal Demand Letter on behalf of Daniele Gozzi and myself for return of property. The property is described as the PROMISSORY NOTE signed by Anita Gozzi on August 10, 2007 at Orange, CA, which was transferred to Mr. Gozzi through a divorce case, Monterey County Superior Court Case # DR 48847 with order issued transferring ownership of the PROMISSORY NOTE now under demand for return. You are in prior receipt of Mr. Gozzi's assignment to me of an ownership interest in this property.

|  <br><br> From: Charles C: Miller as Assignee for Daniele Gozzi <br> C/O 1402 Auburn Way N #417 <br> Auburn, Washington (98002) <br> Phone: 253-326-1010 <br> Fax: 206-888-6006 <br> Email: ccmtrusted@icloud.com | To: Ms. Marianne Lake, JP Morgan Chase Bank, N.A. <br>     CFO <br>     Fax:    212-270-1121 |
|---|---|
| | From: Charles C: Miller as Assignee for Daniele Gozzi <br> Fax:   206-888-6006 |
| | Date**:** 10/6/14 |
| | Regarding:  DEMAND LETTER RE: RETURN OF PROPERTY, i.e. PROMISSORY NOTE. |
| | Phone number for follow-up: <br> 253-326-1010 (Charles C: Miller) |

**RE: CASE NO. 5:14-CV-03297-LHK United States District Court, Northern of District California.**
       Daniele Gozzi v. COUNTY OF MONTEREY, et al
        Regarding Property Address: 31549 Highway 1, Carmel, California (93923)

**TO: Ms. Marianne Lake:**

YOU WILL: Please find attached my formal Demand Letter on behalf of Daniele Gozzi and myself for return of property. The property is described as the PROMISSORY NOTE signed by Anita Gozzi on August 10, 2007 at Orange, CA, which was transferred to Mr. Gozzi through a divorce case, Monterey County Superior Court Case # DR 48847 with order issued transferring ownership of the PROMISSORY NOTE now under demand for return. You are in prior receipt of Mr. Gozzi's assignment to me of an ownership interest in this property.

|  | To: Mr. David B. Lowman, JP Morgan Chase Bank, N.A.<br>CEO Home Lending<br>Fax:    314-256-2800 |
|---|---|
| From: Charles C: Miller as Assignee for Daniele Gozzi<br>C/O 1402 Auburn Way N #417<br>Auburn, Washington (98002)<br>Phone: 253-326-1010<br>Fax: 206-888-6006<br>Email: ccmtrusted@icloud.com | From: Charles C: Miller as Assignee for Daniele Gozzi<br>Fax:   206-888-6006 |
| | Date**:** 10/6/14 |
| | Regarding:  DEMAND LETTER RE: RETURN OF PROPERTY, i.e. PROMISSORY NOTE. |
| | Phone number for follow-up:<br>253-326-1010 (Charles C: Miller) |

**RE: CASE NO. 5:14-CV-03297-LHK United States District Court, Northern of District California.**
      Daniele Gozzi v. COUNTY OF MONTEREY, et al
      Regarding Property Address: 31549 Highway 1, Carmel, California (93923)

**TO: Mr. David B. Lowman:**

YOU WILL: Please find attached my formal Demand Letter on behalf of Daniele Gozzi and myself for return of property. The property is described as the PROMISSORY NOTE signed by Anita Gozzi on August 10, 2007 at Orange, CA, which was transferred to Mr. Gozzi through a divorce case, Monterey County Superior Court Case # DR 48847 with order issued transferring ownership of the PROMISSORY NOTE now under demand for return. You are in prior receipt of Mr. Gozzi's assignment to me of an ownership interest in this property.

|    From: Charles C: Miller as Assignee for Daniele Gozzi C/O 1402 Auburn Way N #417 Auburn, Washington (98002) Phone: 253-326-1010 Fax: 206-888-6006 Email: ccmtrusted@icloud.com | To: Ms. Lauren M. Tyler, JP Morgan Chase Bank, N.A.    General Auditor    Fax:    212-270-1121 |
|---|---|
| | From: Charles C: Miller as Assignee for Daniele Gozzi Fax:   206-888-6006 |
| | Date**:** 10/7/2014 |
| | Regarding:  DEMAND LETTER RE: RETURN OF PROPERTY, i.e. PROMISSORY NOTE. |
| | Phone number for follow-up: 253-326-1010 (Charles C: Miller) |

**RE: CASE NO. 5:14-CV-03297-LHK United States District Court, Northern of District California.**
     Daniele Gozzi v. COUNTY OF MONTEREY, et al
       Regarding Property Address: 31549 Highway 1, Carmel, California (93923)

**TO: Ms. Lauren M. Tyler:**

YOU WILL: Please find attached my formal Demand Letter on behalf of Daniele Gozzi and myself for return of property. The property is described as the PROMISSORY NOTE signed by Anita Gozzi on August 10, 2007 at Orange, CA, which was transferred to Mr. Gozzi through a divorce case, Monterey County Superior Court Case # DR 48847 with order issued transferring ownership of the PROMISSORY NOTE now under demand for return. You are in prior receipt of Mr. Gozzi's assignment to me of an ownership interest in this property.
.

DEMAND LETTER

Charles C: Miller, Assignee for Daniele Gozzi
C/O 1402 Auburn Way N #417
Auburn, Washington (98002)
Phone: 253-326-1010
Fax:    206-888-6006
Email: ccmtrusted@icloud.com

Date: October 7, 2014

TO: Mr. James Dimon                          Mr. Stephen M. Cutler,
    JP Morgan Chase Bank, N.A.               JP Morgan Chase Bank, N.A.
    Chairman and Chief Executive Officer     General Counsel
    Fax:   212-270-1121                      Fax:   212-270-1121

    Ms. Heather Joyner                       Ms. Marianne Lake,
    JP Morgan Chase Bank, N.A.               JP Morgan Chase Bank, N.A.
    Executive Assistant                      CFO
    Fax:   281-915-0984                      Fax:   212-270-1121

    Mr. David B. Lowman,                     Mr. Mark Donovan,
    JP Morgan Chase Bank, N.A.               JP Morgan Chase Bank, N.A.
    CEO Home Lending                         Controller
    Fax:   314-256-2800                      Fax:   212-270-1121

    Mr. Ashley Bacon,                        Ms. Lauren M. Tyler,
    JP Morgan Chase Bank, N.A.               JP Morgan Chase Bank, N.A.
    Chief Risk                               General Auditor
    Fax:   212 270-1121                      Fax:   212-270-1121


REGISTERED MAIL: # RE 635 957 840 US

REF: CASE NO. 5:14-CV-03297-LHK United States District Court, Northern of District California
     Daniele Gozzi v. COUNTY OF MONTEREY, et al
     Regarding Property Address: 31549 Highway 1, Carmel, California (93923)

RE: DEMAND FOR RETURN OF PROPERTY.

TO: Mr. James Dimon, Chairman and Chief Executive Officer; Ms. Heather Joyner, Executive Assistant; Mr. David B. Lowman, CEO Home Lending; Mr. Ashley Bacon, Chief Risk; Mr. Stephen M. Cutler, General Counsel; Ms. Marianne Lake, CFO; Mr. Mark Donovan, Controller; Ms. Lauren M. Tyler, General Auditor:

Dear Mr. Dimon et al:

This letter of demand is duly served via fax and will be served via registered mail. The demand for the return of the promissory note, Mr. Gozzi's property, an interest in which was assigned to me for settlement, is related to the above-identified case in US Federal Court.

As you are all aware, or should be aware, Daniele Gozzi has made some very serious charges against J.P. MORGAN CHASE BANK NA and its attorneys at BRYAN CAVE LLP operating in the Northern District of California. Being that you and each of you have been served before and employ these attorneys, you are in fact aware of the law and the facts you are subject to. This matter is covered under the laws of interstate commerce and the law of property in California.

Being that you and each of you have joined together and deprived Mr. Gozzi and his family of their home through the illegal process, you have been paid twice. You and each of you know that you cannot get paid twice. Being paid twice is keeping Mr. Gozzi's chattel property, the note, transferred to him in a divorce settlement and then taking of that home through the California non-judicial process. A copy of the subject note is attached hereto. Please refer to Monterey County Superior Court Case Number DR 48847 where in Judge Mark E. Hood gave Mr. Gozzi judicial transfer under due process for possession of the note as his private chattel property. As you can see from the annexed order covering the above referenced property and the note, I'm speaking facts and law.

I NOW DEMAND, on behalf of Daniele Gozzi and myself, THE RETURN OF THE PROMISSORY NOTE, DATED AUGUST 10, 2007 SIGNED BY ANITA GOZZI AS TRANSFERRED TO MR. GOZZI AS HIS PRIVATE CHATTEL PROPERTY.

Being that you have not returned this note after the illegal taking of Mr. Gozzi's home, you are now paid twice. You and each of you know that this is illegal at both the law and in equity.

I NOW DEMAND, on behalf of Daniele Gozzi and myself, A COMPLETE ACCOUNTING OF THE MESNE (in between) PROFITS RELATED TO SAID NOTE FROM THE DATE OF ISSUANCE, AUGUST 10, 2007, INCLUSIVE OF EVERY TRANSFER OF SAID NOTE, WITH FULL CERTIFIED RECORDS OF SAID TRANSFERS.

Be advised that this Demand Letter will now be filed in the above-referenced Federal Court action as a matter of record.

Mr. Gozzi and I believe that five days should be sufficient for your return of the note. Failing that, Mr. Gozzi and I will take other steps to ensure the return of the note, with full accounting of its use and transfers inclusive of all funds generated by its use. This timeline is more than fair.

Being that J.P. MORGAN CHASE BANK NA has paid huge fines, entered into consent judgments, admitted and confessed wrongdoing in these types of matters, it is a fact that your practices are deceptive and misleading. Further, Mr. Dimon has stated for the record and in the public forum that he is seeking to clean up the mess of illegal construction, misapplication, and downright chicanery operating under his and each of your control as management for the bank.

In the event that the note is not returned in five days, the record will reflect the following. It is absurd and in the extreme for any bank, in particular J.P. MORGAN CHASE BANK NA, a major stockholder in the Federal Reserve System, to admit that it can't find its own assets immediately. A statement to this

effect, a taking of more than five days for production of the note, is admission and confession that you don't even keep track of your own assets because you can't find them in five days. That's great advertising for a bank isn't it? What's more, it appears to Mr. Gozzi and me, as to most people, that it is a misleading statement that you do not keep track of your own alleged assets. This is because no one would believe any bank doesn't keep track of its assets and all of its accounts, it's daily debits and credits, on a daily basis.

Mr. Gozzi and I look forward to the return of this chattel property with your accounting and records or, in the alternative, admission that you can't even find your own assets. Either way the facts will be exposed to the court of public opinion now sitting in judgment on your activities, your actions, and your omissions. And further the facts will be a public record in Mr. Gozzi's Federal Court lawsuit, open to anyone in the world.

Govern yourselves accordingly.

                                                     /S/
                                Charles C: Miller, as Assignee for Daniele Gozzi