UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIELE GOZZI, | ) Case No.: 5:14-CV-03297-LHK |
| Plaintiff, | ) ORDER VACATING HEARING |
| v. | ) |
| COUNTY OF MONTEREY, STATE OF CALIFORNIA, et. al., | ) |
| Defendants. | ) |

The following Defendants have filed motions to dismiss, currently set for hearing on October 30, 2014 at 1:30 p.m.: County of Monterey, State of California; Stephen I. Vagnini, County Recorder-County Clerk; Michael J. Miller, Auditor-Controller; Dean Flippo, District Attorney; Scott Miller, Sheriff-Coroner; Mary A. Zeeb, Treasurer-Tax Collector; Steve Mauck, Risk Management; Irv Grant, Deputy County Counsel; Fernando Armenta, County Supervisor; Louis Calcagno, County Supervisor; Simon Salinas, County Supervisor; Jane Parker, County Supervisor; Dave Potter, County Supervisor; Lew C. Bauman, County Administrator; Gail T. Borkowski, Clerk of the Board (collectively, "County Defendants"); Marla O. Anderson, Presiding Judge of the Superior Court of California, County of Monterey; Thomas W. Wills, judge of the Superior Court of California, Country of Monterey; Theresa A. Risi, Court Executive Officer for the Superior Court of California, County of Monterey (collectively, "Judicial Defendants");

1

Case No.: 5:14-CV-03297-LHK
ORDER VACATING HEARINGS

JPMorgan Chase Bank, N.A.; Bryan Cave, LLP; Sharon Weiss; Daniel T. Rockey; Goli Mahdavi; and Ethan Schatz (collectively, "Firm Defendants").[1] *See* ECF Nos. 59, 64 & 73. In addition, the Firm Defendants have filed a motion to remand, which is also set for hearing October 30, 2014 at 1:30 p.m. ECF No. 73. Pursuant to Civil Local Rule 7-1(b), the Court finds these motions appropriate for resolution without oral argument and hereby VACATES the hearings set for October 30, 2014 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 29, 2014

_____
LUCY H. KOH
United States District Judge

---

[1] The County Defendants' motion is a motion to dismiss or, in the alternative, motion for summary judgment. ECF No. 59.

2

Case No.: 5:14-CV-03297-LHK
ORDER VACATING HEARINGS