1  **BRYAN CAVE LLP**
   Sharon Z. Weiss, California Bar No. 169446
2  Daniel T. Rockey, California Bar No. 178604
   Goli Mahdavi, California Bar No. 245705
3  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
4  Telephone:      (415) 675-3400
   Facsimile:      (415) 675-3434
5  E-Mail:      sharon.weiss@bryancave.com
                daniel.rockey@bryancave.com
6                goli.mahdavi@bryancave.com

7  Attorneys for Defendants
   JPMORGAN CHASE BANK, N.A.; BRYAN CAVE, LLP; SHARON Z. WEISS; DANIEL T.
8  ROCKEY; GOLI MAHDAVI; and ETHAN SCHATZ

9

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12  Daniele Gozzi,                                    Case No. 5:14-cv-03297 LHK

13            Plaintiff,

14       v.                                           **DEFENDANTS JPMORGAN CHASE
                                                      BANK, N.A., BRYAN CAVE, LLP,
15  COUNTY OF MONTEREY, STATE OF                      SHARON Z. WEISS, DANIEL T.
    CALIFORNIA, C/O County Administrator, 168         ROCKEY, GOLI MAHDAVI, and ETHAN
16  West Alisal Street, 3rd Floor, Salinas, CA        SCHATZ'S NOTICE OF ASSOCIATION
    93901,                                            OF COUNSEL**
17
    Marla O. Anderson, Presiding Judge
18  Superior Court of California
    240 Church Street
19  Salinas, CA  93901

20  Teresa Risi
    Court Executive Officer                           Date Action Filed:   June 29, 2014
21  240 Church Street                                 Trial Date:          Not Assigned
    Salinas, CA  93901
22
    Assessor/Recorder/County Clerk
23  Stephen I. Vagnini
    Monterey County Recorder-County Clerk
24  P.O. Box 29
    Salinas CA  93902-0570
25
    Auditor/Controller
26  Michael J. Miller
    168 West Alisal Street, 3rd floor
27  Salinas, CA  93901

28

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

1  District Attorney
   Dean Flippo
2  230 Church Street, Bldg. 2 & 3
   Salinas, CA  93901
3
   Sheriff/Coroner
4  Scott Miller
   1414 Natividad Road
5  Salinas, CA  93906

6  Treasurer/Tax Collector
   Mary A. Zeeb
7  168 W. Alisal Street, 1st Floor
   Salinas, CA  93901
8
   Risk Management
9  Steve Mauck
   168 W Alisal Street, 3rd Floor
10 Salinas, CA  93901

11 Irv Grant
   County Counsel
12 168 West Alisal Street, 3rd Floor
   Salinas, CA  93901
13
   Fernando Armenta
14 168 West Alisal Street, 2nd Floor
   Salinas, CA  93901
15
   Louis Calcagno
16 Castro Plaza
   11140 Speegle St.
17 Castroville, CA  95012

18 Simon Salinas
   168 W. Alisal, 3rd Floor
19 Salinas, CA  93901

20 Jane Parker
   2616 1st Ave.
21 Marina, CA  93933

22 Dave Potter
   Monterey Courthouse
23 1200 Aguajito Rd., Ste. 1
   Monterey, CA  93940
24
   County Administrator
25 Lew C. Bauman
   168 West Alisal Street, 3rd Floor
26 Salinas, CA  93901

27
   Clerk of the Board
28 Gail T. Borkowski

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105-2994

225286.1\C080519\0372805

1

DEFENDANTS' NOTICE OF ASSOCIATION OF COUNSEL

1  168 West Alisal Street, 1st Floor
   Salinas, CA  93901
2
   The Honorable Thomas W. Willis
3  Monterey Courthouse
   1200 Aguajito Rd., Department 14
4  Monterey, CA  93940

5  BRYAN CAVE LLP
   560 MISSION ST., 25TH FLOOR
6  SAN FRANCISCO, CA, 94105

7  SHARON Z. WEISS
   560 MISSION ST., 25TH FLOOR
8  SAN FRANCISCO, CA, 94105

9  DANIEL T. ROCKY
   560 MISSION ST., 25TH FLOOR
10 SAN FRANCISCO, CA, 94105

11 GOLI MONDAVI
   560 MISSION ST., 25TH FLOOR
12 SAN FRANCISCO, CA, 94105

13 ETHAN SCHATZ
   560 MISSION ST., 25TH FLOOR
14 SAN FRANCISCO, CA, 94105

15 JP MORGAN CHASE BANK, N.A.
   270 PARK AVENUE
16 NEW YORK, NEW YORK  10017

17                Defendants.

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Goli Mahdavi of Bryan Cave LLP hereby enters her appearance as counsel for Defendants JPMorgan Chase Bank, N.A., Bryan Cave, LLP, Sharon Z. Weiss, Daniel T. Rockey, Goli Mahdavi, Ethan Schatz in the above-captioned case. Sharon Z. Weiss and Daniel Rockey, also of Bryan Cave LLP, will remain counsel for Defendants in this case as well.

The address for Sharon Z. Weiss, Daniel T. Rockey and Goli Mahdavi is:

BRYAN CAVE LLP
560 Mission Street, Ste. 2500
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
sharon.weiss@bryancave.com
daniel.rockey@bryancave.com
goli.mahdavi@bryancave.com

All pleadings, notices, correspondence and other matters in this action should be served on Sharon Z. Weiss, Daniel T. Rockey and Goli Mahdavi at the above-listed address and they should be added to each party's service list. Ethan Schatz, also with the law firm of Bryan Cave LLP, is no longer responsible for this matter.

Dated: November 17, 2014                    Respectfully submitted,

                                            **BRYAN CAVE LLP**
                                            Sharon Z. Weiss
                                            Daniel T. Rockey
                                            Goli Mahdavi


                                            By:  /s/ Goli Mahdavi
                                                    Goli Mahdavi
                                            Attorneys for Defendants
                                            JPMORGAN CHASE BANK, N.A.; BRYAN
                                            CAVE, LLP; SHARON Z. WEISS; DANIEL T.
                                            ROCKEY; GOLI MAHDAVI; and ETHAN
                                            SCHATZ

# CERTIFICATE OF SERVICE

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is:  560 Mission Street, 25th Floor, San Francisco, California 94105.

On November 17, 2014, I served the foregoing:

## DEFENDANTS JPMORGAN CHASE BANK, N.A., BRYAN CAVE, LLP, SHARON Z. WEISS, DANIEL T. ROCKEY, GOLI MAHDAVI, AND ETAH SCHATZ'S NOTICE OF ASSOCIATION OF COUNSEL

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

## SEE ATTACHED SERVICE LIST

**[X]**    **BY MAIL:**  I caused such envelope to be deposited in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or

I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 17, 2014,** at San Francisco, California.

/s/ Grace A. Wayte
Grace A. Wayte

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

211939.1\C080519\0372805

1

CERTIFICATE OF SERVICE

**SERVICE LIST**

Daniele Gozzi
225 Crossroads Blvd., #199
Box 199
Carmel, CA  93923
Tel:  (831) 625-1243
Email:  daniele@fantoniusa.com
*Pro Se*

William Merrill Litt
Office of the County Counsel
County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, CA  93901-2439
Tel:  (831) 755-5045
Fax:  (831) 755-5283
Email:  littwm@co.monterey.ca.us

*Attorneys for Defendants*:
*County of Monterey, State of
California, Jane Parker, County
Supervisor; Simon Salinas, County
Supervisor; Fernando Armenta, County
Supervisor;  Dave Potter, County
Supervisor; Louis R. Calcagno, County
Supervisor;  Irv Grant, County
Counsel; Lew C. Bauman, County
Administrator; Gail T. Borkowski,
Clerk of the Board; District Attorney
Dean Flippo; Steve Mauck, Risk
Management; Stephen I. Vagnini,
Monterey County Recorder – County
Clerk; Mary A. Zeeb, Treasurer/Tax
Collector; Michael J. Miller,
Auditor/Controller and Scott Miller,
Sheriff/Corner*

Kimberly M. Drake, Est.
Jarvis Fay Doporto and Gibson LLP
492 Ninth Street, Suite 310
Oakland, CA  94607
Tel:  (510) 238-1400
Fax:  (510) 238-1404
Email:  kdrake@jarvisfay.com

*Attorney for Defendants:*
*Hon. Marla O. Anderson; Judge
Thomas W. Willis, Monterey
Courthouse and Teresa Risi*

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994