**BRYAN CAVE LLP**
Sharon Z. Weiss, California Bar No. 169446
Daniel T. Rockey, California Bar No. 178604
Goli Mahdavi, California Bar No. 245705
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: sharon.weiss@bryancave.com
  daniel.rockey@bryancave.com
  goli.mahdavi@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.; BRYAN CAVE, LLP; SHARON Z. WEISS; DANIEL T. ROCKEY; GOLI MAHDAVI (erroneously sued as GOLI MONDAVI); and ETHAN SCHATZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniele Gozzi, | Case No. 5:14-cv-03297 LHK |
| Plaintiff, | |
| v. | **DEFENDANTS JPMORGAN CHASE BANK, N.A., BRYAN CAVE, LLP, SHARON Z. WEISS, DANIEL T. ROCKEY, GOLI MAHDAVI, and ETHAN SCHATZ'S CASE MANAGEMENT STATEMENT** |
| COUNTY OF MONTEREY, STATE OF CALIFORNIA, C/O County Administrator, 168 West Alisal Street, 3rd Floor, Salinas, CA 93901, | |
| Marla O. Anderson, Presiding Judge Superior Court of California 240 Church Street Salinas, CA 93901 | Date: December 9, 2014
Time: 10:00 a.m. |
| Teresa Risi Court Executive Officer 240 Church Street Salinas, CA 93901 | Date Action Filed: June 29, 2014
Trial Date: Not Assigned |
| Assessor/Recorder/County Clerk Stephen I. Vagnini Monterey County Recorder-County Clerk P.O. Box 29 Salinas CA 93902-0570 | |
| Auditor/Controller Michael J. Miller 168 West Alisal Street, 3rd floor Salinas, CA 93901 | |

| | |
|---|---|
| 1 | District Attorney |
| | Dean Flippo |
| 2 | 230 Church Street, Bldg. 2 & 3 |
| | Salinas, CA  93901 |
| 3 | |
| | Sheriff/Coroner |
| 4 | Scott Miller |
| | 1414 Natividad Road |
| 5 | Salinas, CA  93906 |
| 6 | Treasurer/Tax Collector |
| | Mary A. Zeeb |
| 7 | 168 W. Alisal Street, 1st Floor |
| | Salinas, CA  93901 |
| 8 | |
| | Risk Management |
| 9 | Steve Mauck |
| | 168 W Alisal Street, 3rd Floor |
| 10 | Salinas, CA  93901 |
| 11 | Irv Grant |
| | County Counsel |
| 12 | 168 West Alisal Street, 3rd Floor |
| | Salinas, CA  93901 |
| 13 | |
| | Fernando Armenta |
| 14 | 168 West Alisal Street, 2nd Floor |
| | Salinas, CA  93901 |
| 15 | |
| | Louis Calcagno |
| 16 | Castro Plaza |
| | 11140 Speegle St. |
| 17 | Castroville, CA  95012 |
| 18 | Simon Salinas |
| | 168 W. Alisal, 3rd Floor |
| 19 | Salinas, CA  93901 |
| 20 | Jane Parker |
| | 2616 1st Ave. |
| 21 | Marina, CA  93933 |
| 22 | Dave Potter |
| | Monterey Courthouse |
| 23 | 1200 Aguajito Rd., Ste. 1 |
| | Monterey, CA  93940 |
| 24 | |
| | County Administrator |
| 25 | Lew C. Bauman |
| | 168 West Alisal Street, 3rd Floor |
| 26 | Salinas, CA  93901 |
| 27 | |
| | Clerk of the Board |
| 28 | Gail T. Borkowski |

Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994

168 West Alisal Street, 1st Floor
Salinas, CA  93901

The Honorable Thomas W. Willis
Monterey Courthouse
1200 Aguajito Rd., Department 14
Monterey, CA  93940

BRYAN CAVE LLP
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

SHARON Z. WEISS
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

DANIEL T. ROCKY
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

GOLI MONDAVI
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

ETHAN SCHATZ
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA, 94105

JP MORGAN CHASE BANK, N.A.
270 PARK AVENUE
NEW YORK, NEW YORK  10017

          Defendants.

Defendants JPMORGAN CHASE BANK, N.A.; BRYAN CAVE, LLP; SHARON Z. WEISS; DANIEL T. ROCKEY; GOLI MAHDAVI (erroneously sued as Goli Mondavi); and ETHAN SCHATZ (collectively "Defendants") hereby submit this Case Management Statement pursuant to the Standing Order for All Judges of the Northern District of California dated July 1,

2011 and Civil Local Rule 16-9. Defendants submit a separate case management statement pursuant to Civil Local Rule 16-9(a) as Plaintiff is proceeding *pro se*.

**1.    JURISDICTION & SERVICE**

Plaintiff claims subject matter jurisdiction on the basis of his 42 U.S.C. § 1983 claim. Diversity jurisdiction does not exist because Plaintiff alleges he is a resident of Monterey County, California. Defendants have accepted service of process of the Complaint and Summons.

**2.    FACTS**

Plaintiff is alleging that he has been harmed by Defendants' actions related to his eviction, and is alleging a claim under 42 U.S.C. § 1983 for a due process violation. (Compl. ¶¶ 1, 35, 41-48.)

**3.    LEGAL ISSUES**

Defendants contend the Complaint fails to state facts constituting any cognizable legal claim. *Bell Atlantic Corp. v. Twombly* (2007) 550 U.S. 544; *Ashcroft v. Iqbal* (2009) 556 U.S. 662.

Plaintiff cannot maintain his 1983 claim against Defendants as he cannot demonstrate that Defendants were acting under color of law.  Rather, all of the factual claims relate to a private party excising its rights under a contract.

Additionally, all of Plaintiff's claims are barred by the doctrine of res judicata.

**4.    MOTIONS**

All Defendants have FRCP Rule 12(b)(6) motions to dismiss pending before this Court. If this Court denies Defendants' 12(b)(6) motion, they anticipate bringing a motion for judgment on the pleadings and, if necessary, another Rule 56 summary judgment motion.

**5.    AMENDMENT OF PLEADINGS**

Defendants are unaware of Plaintiffs' intentions regarding amending the pleadings.

**6.    EVIDENCE OF PRESERVATION**

Defendants are aware of their obligations with respect to document preservation and have complied with such under the facts and circumstances of this case.

**7.    DISCLOSURES**

Defendants would like to postpone the exchange of initial disclosures until the pleadings are closed.

**8.     DISCOVERY**

Defendants do not propose any special discovery limitations. If necessary, specific dates for discovery deadlines can be agreed upon after the Motion to Dismiss is resolved and the pleadings are finalized. Defendants agree to maintain all evidence relating to the claims.

**9.     CLASS ACTION**

Not applicable.

**10.    RELATED CASES**

There have been several prior cases brought by Plaintiff against JPMorgan Chase Bank, N.A. All related cases have been dismissed.

**11.    RELIEF**

By his Complaint, Plaintiff seeks $120,000,000.00 in damages.

**12.    ADR**

Defendants do not believe that settlement negotiations would be fruitful at this juncture. Defendants would like to revisit the subject of ADR once the pleadings are closed.

**13.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Defendants consented to a magistrate judge.

**14.    OTHER REFERENCES**

The Parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15.    NARROWING OF ISSUES**

Defendants believe it is premature to discuss the narrowing of issues.

**16.    EXPEDITED TRIAL PROCEDURE**

Defendants see no need for streamlined procedures or an expedited trial procedure.

**17.    SCHEDULING**

If necessary, Defendants would like to agree upon a scheduling deadline after the pleadings have been finalized.

**18.   TRIAL**

Plaintiff has requested a jury trial. The estimated trial length is 3-4 days.

**19.   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OF PERSONS**

Defendant JPMorgan Chase Bank, N.A. is a national banking association organized under the National Bank Act. JPMorgan Chase Bank, N.A. is 100% owned by JPMorgan Chase & Co. JPMorgan Chase & Co. is a publicly traded corporation on the New York Stock Exchange (symbol "JPM"). JPMorgan Chase & Co. has no parent company, and no publicly-held company owns more than 10% of JPMorgan Chase & Co.'s shares.

**20.   PROFESSIONAL CONDUCT**

The undersigned has reviewed the Guidelines for Professional Conduct for the Northern District of California.

**21.   OTHER**

Defendants are unaware of any other matters that may facilitate the just, speedy and inexpensive disposition of this matter.

Dated: December 2, 2014                    Respectfully submitted,

**BRYAN CAVE LLP**


By:  /s/ Goli Mahdavi
       Goli Mahdavi
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.; BRYAN CAVE, LLP; SHARON Z. WEISS; DANIEL T. ROCKEY; GOLI MAHDAVI (erroneously sued as GOLI MONDAVI); and ETHAN SCHATZ