BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniele Gozzi,<br><br>      Plaintiff,<br><br>      v.<br><br>COUNTY OF MONTEREY, STATE OF CALIFORNIA, C/O County Administrator, 168 West Alisal Street, 3rd Floor, Salinas, CA 93901,<br><br>Marla O. Anderson, Presiding Judge<br>Superior Court of California<br>240 Church Street<br>Salinas, CA 93901<br><br>Teresa Risi<br>Court Executive Officer<br>240 Church Street<br>Salinas, CA 93901<br><br>Assessor/Recorder/County Clerk<br>Stephen I. Vagnini<br>Monterey County Recorder-County Clerk<br>P.O. Box 29<br>Salinas CA 93902-0570<br><br>Auditor/Controller<br>Michael J. Miller<br>168 West Alisal Street, 3rd floor<br>Salinas, CA 93901 | Case No. 5:14-cv-03297 LHK<br><br>**AMENDED [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  December 10, 2014<br>Time:  2:00 p.m.<br><br>Date Action Filed:  June 29, 2014<br>Trial Date:              Not Assigned |

227546.1\C080519\0372805

AMENDED [PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE

| | |
|---|---|
| 1 | District Attorney<br>Dean Flippo |
| 2 | 230 Church Street, Bldg. 2 & 3<br>Salinas, CA 93901 |
| 3 | |
| 4 | Sheriff/Coroner<br>Scott Miller |
| 5 | 1414 Natividad Road<br>Salinas, CA 93906 |
| 6 | Treasurer/Tax Collector |
| 7 | Mary A. Zeeb<br>168 W. Alisal Street, 1st Floor<br>Salinas, CA 93901 |
| 8 | |
| 9 | Risk Management<br>Steve Mauck |
| 10 | 168 W Alisal Street, 3rd Floor<br>Salinas, CA 93901 |
| 11 | Irv Grant |
| 12 | County Counsel<br>168 West Alisal Street, 3rd Floor<br>Salinas, CA 93901 |
| 13 | |
| 14 | Fernando Armenta<br>168 West Alisal Street, 2nd Floor |
| 15 | Salinas, CA 93901 |
| 16 | Louis Calcagno<br>Castro Plaza |
| 17 | 11140 Speegle St.<br>Castroville, CA 95012 |
| 18 | Simon Salinas |
| 19 | 168 W. Alisal, 3rd Floor<br>Salinas, CA 93901 |
| 20 | Jane Parker |
| 21 | 2616 1st Ave.<br>Marina, CA 93933 |
| 22 | Dave Potter |
| 23 | Monterey Courthouse<br>1200 Aguajito Rd., Ste. 1<br>Monterey, CA 93940 |
| 24 | |
| 25 | County Administrator<br>Lew C. Bauman |
| 26 | 168 West Alisal Street, 3rd Floor<br>Salinas, CA 93901 |
| 27 | |
| 28 | |

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

227546.1\C080519\0372805

1

AMENDED [PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE

| | |
|---|---|
| 1 | Clerk of the Board<br>Gail T. Borkowski |
| 2 | 168 West Alisal Street, 1st Floor<br>Salinas, CA 93901 |
| 3 | |
| 4 | The Honorable Thomas W. Willis<br>Monterey Courthouse |
| 5 | 1200 Aguajito Rd., Department 14<br>Monterey, CA 93940 |
| 6 | BRYAN CAVE LLP |
| 7 | 560 MISSION ST., 25TH FLOOR<br>SAN FRANCISCO, CA, 94105 |
| 8 | SHARON Z. WEISS |
| 9 | 560 MISSION ST., 25TH FLOOR<br>SAN FRANCISCO, CA, 94105 |
| 10 | DANIEL T. ROCKY |
| 11 | 560 MISSION ST., 25TH FLOOR<br>SAN FRANCISCO, CA, 94105 |
| 12 | GOLI MONDAVI |
| 13 | 560 MISSION ST., 25TH FLOOR<br>SAN FRANCISCO, CA, 94105 |
| 14 | ETHAN SCHATZ |
| 15 | 560 MISSION ST., 25TH FLOOR<br>SAN FRANCISCO, CA, 94105 |
| 16 | JP MORGAN CHASE BANK, N.A.<br>270 PARK AVENUE |
| 17 | NEW YORK, NEW YORK 10017 |
| 18 | Defendants. |

Good cause appearing, moving Defendants' request to appear telephonically at the Case Management Conference on December 10, 2014 is hereby GRANTED.

Dated: December 4, 2014

*Lucy H. Koh*
Hon. Lucy Koh