| | |
|---|---|
| 1 | Kimberly M. Drake, SBN: 209090 |
| | JARVIS, FAY, DOPORTO & GIBSON, LLP |
| 2 | 492 Ninth Street, Suite 310 |
| | Oakland, CA 94607 |
| 3 | Telephone: (510) 238-1400 |
| | Facsimile: (510) 238-1404 |
| 4 | kdrake@jarvisfay.com |
| 5 | Attorneys for Defendants |
| | JUDGE MARLA O. ANDERSON, JUDGE |
| 6 | THOMAS W. WILLS, and TERESA RISI |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DANIELE GOZZI, | **CASE NO. CV-14-03297-LHK** |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF MONTEREY, STATE OF CALIFORNIA, et al., | Date: December 10, 2014 |
| | Time: 2:00 p.m. |
| Defendant. | Courtroom: 8, 4th Floor |
| | Judge: Hon. Lucy H. Koh |
| | Date Filed: July 22, 2014 |

Defendants JUDGE MARLA O. ANDERSON, JUDGE THOMAS W. WILLS, sued erroneously as "Thomas W. Willis," and TERESA RISI, by and through their counsel of record, request to participate by telephone at the Case Management Conference in the above-entitled case scheduled for December 10, 2014, at 2:00 p.m. Defense counsel's office is located at 492 Ninth Street in Oakland.

JARVIS, FAY, DOPORTO & GIBSON, LLP

Dated: December 4, 2014      By: _____/s/_____.
                                 Kimberly M. Drake
                                 Attorneys for Defendants
                                 JUDGE MARLA O. ANDERSON, JUDGE THOMAS
                                 W. WILLS, and TERESA RISI

-1-
Request for Telephonic Appearance at Case Management Conference      Case No. CV-14-03297-LHK

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States and employed in the County of Alameda; I am over the age of eighteen years and not a party to the within entitled action; my business address is Jarvis, Fay, Doporto & Gibson, LLP, 492 Ninth Street, Suite 310, Oakland, California 94607.

On December 4, 2014, I served the within:

**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

(X)   (By First Class Mail) I caused this envelope, with postage thereon fully prepaid, to be placed in the United States mail to be mailed by First Class mail at Oakland, California, to:

**Daniele Gozzi**
**225 Crossroads Blvd., #199**
**Carmel, CA 93923**

*Plaintiff*
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 4, 2014, at Oakland, California.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Chelsea Torres