1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIELE GOZZI, | )  Case No.: 14-CV-03297-LHK |
| | ) |
| Plaintiff, | )  ORDER CONTINUING CASE |
| | )  MANAGEMENT CONFERENCE |
| v. | ) |
| | ) |
| COUNTY OF MONTEREY, STATE OF | ) |
| CALIFORNIA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

The case management conference currently set for December 10, 2014, is continued to March 18, 2015, at 2:00 p.m.  Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by March 11, 2015.

**IT IS SO ORDERED.**

Dated: December 9, 2014

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-03297-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE