Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 625-1243
Email: daniele@fantoniusa.com

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Daniele Gozzi | No. 14-cv-03297 LHK |
|---|---|
| Plaintiff, | **PRAECIPE TO THE CLERK OF THE COURT, RICHARD W. WIEKING** |
| v. | |
| COUNTY OF MONTEREY, et al | |
| Defendant(s). | |

YOU WILL: Honor the contract for honest judicial services with the United States of America administered by this United States District Court under the contract identifier recognized herein as follows:

1. Execute the provisions of Federal Rule of Civil Procedure 44 and Federal Rule of Evidence 902 by placing the Seal of the Court on the documents identified below; and

2. Place on the docket of this civil action Certificate of Authenticity attesting to legal custody of records for verification, underwriting of signatures and capacities afixed thereto duly filed for record:

   A. All documents filed by Plaintiff, contract owner and holder Daniele Gozzi, as duly filed public record under signature duly verified;

   B. All documents signed by the Hon. Judge Koh; and

3. Have available said Sealed documents bearing the imprint of the Court Seal available for pick up by the contract owner on Monday, December 22, 2014 at the clerk's window with fees for said service stated.

All rights reserved under execution of this contract. Ministerial function demanded under administration of this contract.

Done this 17th day of December, 2014, and presented under the pains and penalties of perjury and that all statements herein are true correct according to best belief and the knowledge duly sworn. 28 USC section 1746.1 applies, as does Federal Rule of Evidence ratifying the common law as the rule of decision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SEE ATTACHED FOR NOTARY

_____
Daniele Gozzi, In Propria Persona

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of MONTEREY

On December 17th, 2014 before me, Daniel B. Kostiw, Notary Public,
       *Date*                              *Here Insert Name and Title of the Officer*

personally appeared Daniele Gozzi
                    *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
           *Signature of Notary Public*

DANIEL B. KOSTIW
Commission # 2038026
Notary Public - California
Monterey County
Comm. Expires Sept. 18, 2017

Place Notary Seal Above

———————————— OPTIONAL ————————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: 12/17/14                    Number of Pages: 2

Signer(s) Other Than Named Above: N/A

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827