Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 625-1243
Email: daniele@fantoniusa.com

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniele Gozzi | No. 14-cv-03297 LHK |
| Plaintiff, | |
| v. | **PRAECIPE TO THE CLERK OF THE COURT, RICHARD W. WIEKING** |
| COUNTY OF MONTEREY, et al | |
| Defendant(s). | |

YOU WILL: File on demand the Decree Pro Confesso, attached hereto.

All rights reserved under execution of this contract. Ministerial function demanded under administration of this contract.

Done this 19th day of December, 2014, and presented under the pains and penalties of perjury and that all statements herein are true correct according to best belief and the knowledge duly sworn. 28 USC section 1746.1 applies, as does Federal Rule of Evidence ratifying the common law as the rule of decision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Daniele Gozzi, In Propria Persona

Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 625-1243
Email: daniele@fantoniusa.com

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Daniele Gozzi | No. 14-cv-03297 LHK |
|---|---|
| Plaintiff, | **CONFESSION OF JUDGMENT: CONTRACT HOLDER AND OWNERS DECREE PRO CONFESSO; CHARGE OF BREACH OF CONTRACT BY CONTRACT OWNER; TRESPASS PASS ON THE CASE; LOSS OF JURISDICTION BY JUDGE KOH; ACCEPTANCE OF SUBROGATION TO THE UNITED STATES.** |
| v. | |
| COUNTY OF MONTEREY, et al | |
| Defendant(s). | |

The civil action under contract number identified above is settled under the principle of law, DECREE PRO CONFESSO, under the Hon. Judge Koh's statements entitled "ORDER GRANTING MOTION TO DISMISS AND MOTION TO REMAND".

The civil action under contract number identified above is settled under the principle of law, DECREE PRO CONFESSO, under the record exposing that no defendant appeared to answer, deny, counterclaim, or in any way refute the complaint and charges and damages as stated.

The ministerial function of the Court to execute the Federal Rules of Civil Procedure settles this matter completely. The contract administrators, Clerk of Court, and Judge assigned to this civil action contract as administrators hold no discretion whatsoever to operate outside the rules of procedure nor the contract as filed for honest judicial services applying the protection of the laws of the United States.

1   As the contract holder an owner I, Daniele Gozzi, do not consent to Judge Koh's alleged order
2   dated 12/10/14.
3   Judge Koh holds no authority under the contract to attempt to settle matters in any manner
4   whatsoever when there is no controversy before the Court.
5   The parties have agreed. Defendants executed their part of the contract as perfected by service
6   of summons when they failed to respond, answer, deny, counterclaim or comply with the rules under
7   the contract. All defendants being licensed or self proclaimed government actors are in fact subject to
8   the law of this case under the procedures.
9   No defendant has appeared in this matter in anyway whatsoever; therefore the contract is
10  complete under the duly filed purchase contract civil action complaint, including the damages ratified
11  by the action of the defendants pursuant to Federal Rules of Civil Procedure.
12  Judge Koh's alleged order is accepted as an admission and confession of breach of contract.
13  Judge Koh as one of the contract administrators for the contracted party the United States of
14  America for the providing of honest judicial services through the United States agent, the United
15  States District Court, Northern District California, San Jose Division trespassed on the contract and
16  the case. Judge Koh's activities as the agent of the United States binds the United States under its own
17  published law-governing agency.
18  Judge Koh's bogus order of 12 /10/14 re-characterizes the nature and cause of the complaint as
19  filed, re-characterizes the nature of defendants, fails to identify defendants specifically, fails to
20  address the gravamen of the complaint, fails to give force and effect to the statutes accepted for
21  contract enforcement, fails to operate within the specific statements contained in the rules of
22  procedure for Federal civil actions.
23  THERE IS NO SWORN, DULY VERIFIED DECLARATION OR AFFIDAVIT ON FILE IN
24  CARE AND CUSTODY OF THE CLERK SIGNED BY ANY DEFENDANT.
25  The Federal Rules of Civil Procedure bar absolutely any contract party to this complaint for
26  civil rights violation from giving any evidentiary value, fact value, or credibility of any sort
27  whatsoever to statements placed on the record by nonparties.
28

1    Judge Koh's bogus order underwrites third-party trespassers' statements trespassing upon the
2    case and the contract.
3        THERE IS NO SWORN, DULY VERIFIED, DECLARATION OR AFFIDAVIT ON FILE IN
4    CARE AND CUSTODY OF THE CLERK OF THE COURT SIGNED BY ANY DEFENDANT.
5        Plaintiff, contract purchaser and owner, Daniele Gozzi, his declarations, affidavits, duly verified
6    statements and complaint in this action are not refuted, rebutted, or denied by any party to this
7    contract. This statement covers the activities of the contract administrators assigned by the United
8    States to this contract for a civil rights violation complaint.
9        THEREFORE: defendant parties and Judge Koh have confessed by operation of law on this
10   contract and case to all of the complaints for violations of law, denied application of the laws of the
11   United States in a Federal Court, and further agreed to the damages as stated.
12       Judge Koh's bogus order of 12/10/14, under her own signature, gives value to third parties,
13   trespassing attorneys allegedly representing defendants.
14       THEREFORE: Judge Koh has acted outside of the contract and trespassed on the case on behalf
15   of third-party trespassers. Judge Koh appears to have joined a conspiracy with the trespassing
16   attorneys.
17       Judge Koh's order dated 12/10/14 entitled "ORDER GRANTING MOTION TO DISMISS
18   AND MOTION TO REMAND" is now void on its face by Order of the contract Owner.
19       When Judge Koh relied on trespassing parties' statements of record, Judge Koh operated
20   outside the Rules of Civil Procedure, denied due process, and gave up jurisdiction in this matter
21   completely.
22       Contract owner, plaintiff, Daniel Gozzi, does not accept, ratify or agree to any statement on
23   record of whatever nature or kind not duly signed by a defendant party.
24       Contract owner, plaintiff, Daniel Gozzi, herein, by this written statement, right now, ACCEPTS
25   JUDGE KOH'S UNDERWRITING establishing SUBROGATION of the contract to the United
26   States of America, contracted party, through the United States' operations through this United States
27   District Court, Northern District of California.
28

1   Rule 65.1 execution and collection invoked under the contract.

2   DECREE PRO CONFESSO

3   Contract owner, holder, plaintiff under this civil contract Complaint identified hereinabove by number, 14-cv-03297 LHK, decrees that the defendant parties have confessed; the administrator Judge Koh for the United States has confessed and underwritten said confessions pursuant to the rules and laws of Equity jurisdiction, equity as contained in the Federal Rules of Civil Procedure.

All rights reserved at all times by Daniele Gozzi, inclusive of the enforceable contract between the people and their governments as duly filed under mandatory judicial notice in authenticated form. As always in this action, everything I file, order or decree is duly sworn under the pains and penalties of perjury and pursuant to the laws of the United States of America as found by reference through 28 USC 1746 (1) which must be given full faith and credit pursuant to the contract.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Daniele Gozzi, In Propria Persona