Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 625-1243
Email: daniele@fantoniusa.com

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Daniele Gozzi | No. 14-cv-03297 LHK |
|---|---|
| Plaintiff, | **PRAECIPE TO THE CLERK OF THE COURT, RICHARD W. WIEKING** |
| v. | |
| COUNTY OF MONTEREY, et al | |
| Defendant(s). | |

   YOU WILL: File on demand the Letter and attachments, attached hereto, and

serve same on Judge Lucy H. Koh.

   All rights reserved under execution of this contract. Ministerial function demanded under

administration of this contract.

   Done this 8th day of January, 2015, and presented under the pains and penalties of perjury and

that all statements herein are true correct according to best belief and the knowledge duly sworn. 28

USC section 1746.1 applies, as does Federal Rule of Evidence ratifying the common law as the rule

of decision.

   I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

_____

Daniele Gozzi, In Propria Persona

**1-8-2015 PRAECIPE TO THE CLERK OF THE COURT, RICHARD W. WIEKING**
**Page 1 of 1**

Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 915-8473
Fax: (206) 888-6006
Email: daniele@fantoniusa.com

Date: January 7, 2015

RE: COMPLAINT, BREACH OF CONTRACT, ETHICS VIOLATIONS; SUBROGATION TO THE
UNITED STATES; FORMAL REQUEST FOR INVESTIGATION, EXECUTION ON CONTRACT.

REF: Case No. 14-cv-03297 LHK
    United States District Court, Northern District California
    The Honorable Judge, Lucy H. Koh,
    Richard W. Wieking, Clerk of the Court

To: James C. Duff, Director                          Bob Goodlatte, Chairman
    Administrative Office of the United States Courts   United States Congress, Judiciary Committee
    One Columbus Circle, NE,                         2309 Rayburn House Office Building
    Washington, D.C. 20544.                          Washington, DC 20515
    Tel: 202-502-2600                                Tel: 202-225-5431
    Fax: 202-502-2633                                Fax: 202-225-9681

    John D. Bates, Former Director,                  John Conyers, Ranking Member
    Administrative Office of the United States Courts   United States Congress, Judiciary Committee
    One Columbus Circle, NE                          2426 Rayburn House Office Building
    Washington, D.C. 20544.                          Washington, DC 20515
    Tel: 202-502-2600                                Tel: 202-225-5126
    Fax: 202-502-2633                                Fax: 202-225-0072

    Eric Holder, United States Attorney General
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001
    Tel: 202-514-2000
    Fax: 202-252-1415

Gentlemen:

This complaint is made by me, Daniele Gozzi, a State Citizen of California, holding full authority to require the
United States to supervise and control its agents under my purchase contract for honest judicial services
identified above by contract case number.

I purchased a contract under the open public offer of the statutes covering civil actions for civil rights protection
of the law by the application of honest judicial services through administrators holding powers of the United
States under contract, in the United States District Court in their offices of judge and clerk in the court,
respectively. That contract has been breached. Ethics have been breached.

This complaint is a duly sworn declaration under the penalties a perjury pursuant to the laws of the United
States of America as found by reference to 28 USC 1746(1). Further, this complaint is made under the laws of

California and the executed contract, 1849 Constitution for California, as duly filed judicial notice in authenticated form under seal to the Honorable Judge Koh. The State Constitution is my contract with government including the government for the United States. The United States and all of its agents are aware of contract obligations under constitutional mandates.

This complaint alleges and the record in care and custody of the Clerk of the Court as a United States agent in the above referenced case proves: violations of civil rights; breach of contract; trespass on the case by Judge Koh; violation of the Federal Rules of Civil Procedure; FORFEITURE OF ALLEGED IMMUNITY; failure to comply with elementary principles of due process; failure to comply with judicial ethics as set out by the Judicial Conference of United States; misprision; failure to recognize and enforce determinations of wrong doing with fines paid under records constructed by the United States Attorney General; denying the United States executive branch full faith and credit; conspiracy to cover up the fact of bribery of all California State judges through their retirement system and ownership of funds owned by banks in general and defendant CHASE in particular; and more!

In very simple terms and a single word and the technical qualification of the acts fall under MALVERSATION!

Massive judicial impropriety way beyond appearance is evident from the record as referenced and stated herein.

The simple fact is the United States District Courts in California are on trial in the Court of public opinion. The Honorable Judge England has already indicted the United States Attorneys for his District for lying to the Court and filing false documents.

The statements below, when reviewed in context of the record as it exists in the United States District Court, Northern District of California, are conclusive.

JUDGE KOH BY HER ACTIVITIES HAS SUBROGATED THE UNITED STATES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65.1 AS DULY NOTED TO THE CLERK.

In the event the Clerk of Court supports Judge Koh's actions, the subrogation to the United States will be complete. The agent binds the principal in particular when it comes to honest judicial process. Otherwise, how could any judge be given full faith and credit?

Being that payments for wrongdoing were collected as fines and the United States did so under its constitution to serve the people of the States as the grantors of all Federal power, I will accept payment from the United States to make me whole.

I demand that the contract I purchased from the United States for honest judicial services be honored completely according to the contract and the rules and law demanded therein. Or, in the alternative a signed statement by the Attorney General for the United States, Mr. Holder, that I have no contract with the United States, exposing why the offer was made from the beginning!

I demand the protection of the law of California and the laws of the United States for equal access to justice under the civil rights' promises made by the United States. Or, in the alternative a statement by Mr. Holder, the court administrator, Mr. Duff, and the Judiciary Committee chairman, Mr. Goodlatte, that civil rights, when demanded, will be denied, stating the cause there of!

I demand that Judge Koh be investigated, when the facts stated herein are found to be true and that Judge Koh be impeached, and charged appropriately under Federal criminal statutes.

I demand to be made whole in the full amount of damages as stated in my complaint. This demand is valid in the context of the Federal Rules of Civil Procedure and the records constructed by the United States under my contract for honest judicial services.

This letter will be publicly filed for record as appropriate.

The principle that no one is above the law applies here in the context of the Court system itself being on trial in the highest Court of the world, the Court of public opinion. The American people are now sitting in judgment on your acts and or omissions.

FACTS.
(1) I purchased a contract with United States under open public offer to provide protection of the United States' civil rights laws. The contract was perfected when the Clerk of the United States District Court, Northern District of California assigned a case number and issued summons under seal. The summons under seal with the proper crimped paper court seal affixed were served on each defendant and duly filed for record as served.

(2) Today, over five months, no defendant has filed any statement into the court, the contract or the case whatsoever. Federal rules require the defendants to answer, admit or deny, present defenses, and counterclaim. The rules were not complied with as is proved by the record. This is particularly telling because each defendant is a Federal instrumentality or agent of one sort or another. There is no excuse whatsoever for Federal franchisees under oath or under license to willfully fail to comply with the rules of law.

(3) Third parties, attorneys allegedly speaking for defendants, trespassed on the case. I never authorized any party except defendants to respond, answer or counter complain. I never authorized under the contract any third parties to be recognized under my contract. I never authorized the Court administrator, Judge Koh or the Clerk of Court to operate outside of the rules of pleading. I never authorized the United States to allow third-party trespassers under unsworn declarations to present for my contract record anything that could be used against me. I purchased the contract for specific performance by all Court officers complying with the Rules of Procedure at all times.

(4) All my statements on record are duly sworn under the pains and penalties of perjury as declarations and affidavits. There is no statement, sworn or unsworn, signed by any defendant appointing third-parties to speak for them. There are no statements of any sort by the defendants on the record. Pursuant to the rules, Rule 8, Rule 9, Rule 12, Rule13, named defendants have admitted every allegation of my complaint, failed to deny my allegations, failed to file counter complaints, and in short consented to the allegations and the complaint.

(5) There is no controversy before the Court of the United States under which Judge Koh could act. The parties are in agreement by operation of law. The contract was completed by the actions of the defendants. Judge Koh failed to enforce the rules under Federal Rules of Civil Procedure, the purchase contract, and the obligations of the United States as sold to me for honest judicial services:
   A. Judge Koh forfeited judicial immunity when she violated the enforcement of the rules as due process. Failure to enforce the rules is in fact a violation of civil rights and when perpetrated by a Federal judge it becomes a felony violation of civil rights;
   B. Judge Koh's actions and omissions affected interstate commerce and obligations of the United States;
   C. Judge Koh obligated the United States as surety for her actions subrogating the United States for all damages. The agent, the administrator of the contract, in this case Judge Koh, bound her principal and employer, the United States, to her actions. This is simply a matter of the contract as purchased.

(6) Judge Koh is in receipt of mandatory judicial notice supported by evidence of authenticated documents. This evidence under seal of various State and Federal agencies qualifies under full faith and credit required in all Federal court actions by all Federal actors of any nature kind. The evidence is duly filed for record in the above-identified case and is now open public record. Judge Koh failed to recognize these records and give them full faith and credit and operate under determinations of fact and law of other Federal branches of

government and agencies. Note that the Authenticated State records are also duly filed. Listed below outlines some of these full faith and credit documents. Full investigation will expose more. Each allegation was accompanied with access points to documents proving the fact of each allegation. Judge Koh failed to access these points and failed to give honest judicial service to the enforcement of the law under full faith and credit under the Supreme Court doctrine of master and servant or agent and principal. The principle of VACATURE is stated very clearly by the Supreme Court in its orders under LILJEBERG V HEALTH SERVICES ACQUISITIONS CORPORATION 486 US 847, 1988. The mere appearance of impropriety is cause for VACATURE !

A. Bribery of State judges through their retirement system with investments at the 70 to 80% level in mortgage-backed security's issued by banks. State of California Auditors' records prove the investments and disbursement to all State officers. Any State judge by having a vested interest in mortgage-backed securities issued by a bank when said banks are in front of the judge for the dispossessing a homeowner of property and property rights is in fact the bribery. This basic violation of the principle of due process and integrity in the judicial system voids any State act under this sad but true set of circumstances. Judge Koh's refusal to address that matter or even access the proofs provided void any action taken, any orders issued by Judge Koh in this matter;

B. When Judge Koh authorized third-party trespassers alleging that they were speaking for defendants without defendants' certificate of appointment to said representatives to be giving credit in her order dated 12/10/2014, joinder by Judge Koh on the trespass was perfected. Further, Judge Koh allowed unsworn statements to be taken as evidence;

C. Judge Koh's order dated 12/10/2014 is simply a reiteration, a rehash, of third-party trespassers. Sworn statements by the Plaintiff are denied credibility in direct violation of the custom and practice, Supreme Court orders, stating that Plaintiff's allegations must be accepted as true;

D. When Judge Koh accepted and acted upon third-party trespasser statements, in particular concerning the record of the California State Courts, which were moved to the purchase contract case by Plaintiff as evidence only to this case for record, Judge Koh admitted knowledge of the following facts;

   1. There is no contract between the alleged borrower in this case, Daniele Gozzi, through transfer by State Court in divorce action and any bank whatsoever. No contract in evidence means no contract could be before the Courts of California to be enforced in any circumstance whatsoever no matter who the Plaintiff or defendant is;

   2. There is no proof of consideration as given by any bank under which a contract could be bound;

   3. There is no allegation that any recipient of an alleged borrower ever received funds directly to their possession, custody or control as required by operation of law to prove a loan took place;

   4. There is no record of the return of the promissory note as issued by the alleged borrower when the security for the alleged loan was executed through the taking of property. This means that there is double payment.

In short, Judge Koh by her actions, ratified illegal taking of Plaintiff's property without process and did so knowingly with the records of the proof of illegal acts in her hands.

(7) There is no judicial authority vested in the United States District Court Judge's office, in particular in Judge Koh, to act outside of the contract, act outside the Federal Rules of Civil Procedure, outside the laws of the United States governing due process in particular under civil rights complaints which from the record establishes clear absence of all jurisdiction.

(8) Judge Koh was advised of the United States Attorney General's settlements with fines paid and deposited in the US treasury for the same activities alleged in my complaint by the same parties, J.P. MORGAN CHASE BANK NA, in particular, in conspiracy with various State actors. This is open general public knowledge subject to mandatory Judicial Notice. Judge Koh knew and should have known that the facts supporting my complaint had already been found, the law had already been applied by the United States in various and numerous other actions. Judge Koh knows full faith and credit must be given to these Executive Branch administrative law determinations, particularly when fines are paid. Simply put, when the fines are paid, wrongdoing is admitted and confessed.

The Judgment Pro Confesso applies under equity pursuant to the purchase contract with United States.

The appearance to this layman at law and every other common man that I have spoken to concerning these matters is that the United States District Court in Northern California operated by Judge Koh is operating under the belief that either direct orders or the orders of custom and practice can circumvent personal liability in the nature of the NUREMBERG DEFENSE. The Nuremberg defense being: "I had orders to do wrong."

In the event the above-identified recipients of this letter choose of their own free will to ignore this letter and take no action, they will in fact be operating under THE NUREMBERG DEFENSE. This point applies as well when the issues are not directly addressed and remedial action taken immediately. What is more is the American people and their Court of public opinion feel the same way.

This letter should serve as a criminal complaint to any honest public official.

Govern yourselves accordingly!

I, Daniele Gozzi, do this of my own free will, as every statement herein is duly sworn under declaration of penalty a perjury under the laws of the United States of America and the State of California as constitutional republics as stated from first-hand knowledge and public record.

Done this 7th day of January, 2015.

_____
Daniele Gozzi

---

**Registered No.** RE173101158US    **Date Stamp**

Reg. Fee

Handling Charge — Return Receipt
Postage — Restricted Delivery

Received by 2H

Customer Must Declare RE173101158US   Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).
Full Value $   $11.95   0268

OFFICIAL USE

Gozzi   $0.70   $0.00   01/07/15
225 Crossroads Blvd # 199
Carmel CA 93923
$0.00

James C. Duff, Director
Administrative Office of U.S.A.
One Columbus Circle, NE
Washington D.C. 20544

PS Form 3806, **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RE173101144US    **Date Stamp**

Reg. Fee

Handling Charge — Return Receipt
Postage — Restricted Delivery

Received by 2H

Customer Must Declare   Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).
RE173101144US
Full Value $   0266

OFFICIAL USE

Gozzi   $2.70   11
225 Crossroads Blvd # 199
Carmel CA 93923

Bob Goodlatte Chairman
United States Congress, Judiciary Cmt
2309 Rayburn House Off Bldg
Washington D.C. 20515

PS Form 3806, **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RE173101135US    **Date Stamp**

Reg. Fee

Handling Charge — Return Receipt
Postage — Restricted Delivery

Received by 2H

RE173101135US
Customer Must Declare   Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).
Full Value $   $11.95

OFFICIAL USE   $2.70   11   01/07/15

Gozzi   $0.70   $0.00
225 Crossroads Blvd # 199
Carmel CA 93923
$0.00

John Conyers, Ranking Member
United States Congress, Judiciary Cmt
2426 Rayburn House Off Bldg
Washington D.C. 20515

PS Form 3806, **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RE173101134US    **Date Stamp**

Reg. Fee

Handling Charge — Return Receipt
Postage — Restricted Delivery

Received by 2H   RE173101134US

Customer Must Declare   Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).
Full Value $   $0.00   0266

OFFICIAL USE   01/07/15

Gozzi
225 Crossroads Blvd # 199
Carmel CA 93923

Eric Holder, United States A.G.
United States Dept of Justice
950 Pennsylvania Avenue NW
Washington DC 20530   D.C. 20530-0001

PS Form 3806, **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RE173101127US    **Date Stamp**

Reg. Fee

Handling Charge — Return Receipt
Postage — Restricted Delivery

Received by

RE173101127US
Customer Must Declare   Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).
Full Value $   $11.95   0266
2H
$0.00

OFFICIAL USE   01/07/15

Gozzi
225 Crossroads Blvd # 199
Carmel CA 93923
$0.00

John D. Bates, Former Director
Adm Office of the U.S.A. Courts
One Columbus Circle, NE
Washington D.C. 20544

PS Form 3806, **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

|  <u>**FAX**</u><br><br>From: Daniele Gozzi<br>225 Crossroads Blvd., #199<br>Carmel, CA 93923<br>Phone: (831) 915-8473<br>Fax: (206) 888-6006<br>Email: daniele@fantoniusa.com | To: James C. Duff, Director, Administrative Office of the<br>    United States Courts<br> Fax: 202-502-2633 |
|---|---|
| | From: Daniele Gozzi<br>Fax:   206-888-6006 |
| | Date: 1/7/2015 |
| | Regarding:  COMPLAINT, BREACH OF CONTRACT,<br>ETHICS VIOLATIONS; SUBROGATION TO THE<br>UNITED STATES; FORMAL REQUEST FOR<br>INVESTIGATION, EXECUTION ON CONTRACT. |

RE: Case No. 14-cv-03297 LHK
   United States District Court, Northern District California
   The Honorable Judge, Lucy H. Koh,
   Richard W. Wieking, Clerk of the Court

**TO: Mr. James C. Duff:**

YOU WILL: Please find attached my formal COMPLAINT, BREACH OF CONTRACT, ETHICS VIOLATIONS; SUBROGATION TO THE UNITED STATES; FORMAL REQUEST FOR INVESTIGATION, EXECUTION ON CONTRACT.

Total: 6 Pages

TRANSMISSION VERIFICATION REPORT

```
TIME    : 01/07/2015 14:08
NAME    : UPS STORE CARMEL
FAX     : 831-625-1699
TEL     : 831-625-2800
SER.#   : 000H1N941828
```

```
DATE,TIME           01/07  14:06
FAX NO./NAME        12025022633
DURATION            00:02:27
PAGE(S)             06
RESULT              OK
MODE                STANDARD
                    ECM
```



**FAX**

To: John D. Bates, Former Director, Administrative Office of the United States Courts
Fax: 202-502-2633

From: Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 915-8473
Fax: (206) 888-6006
Email: daniele@fantoniusa.com

From: Daniele Gozzi
Fax:   206-888-6006

Date: 1/7/2015

Regarding:  COMPLAINT, BREACH OF CONTRACT, ETHICS VIOLATIONS; SUBROGATION TO THE UNITED STATES; FORMAL REQUEST FOR INVESTIGATION, EXECUTION ON CONTRACT.

RE: Case No. 14-cv-03297 LHK
    United States District Court, Northern District California
    The Honorable Judge, Lucy H. Koh,
    Richard W. Wicking, Clerk of the Court

**TO: Mr. John D. Bates:**

YOU WILL: Please find attached my formal COMPLAINT, BREACH OF CONTRACT, ETHICS VIOLATIONS; SUBROGATION TO THE UNITED STATES; FORMAL REQUEST FOR INVESTIGATION, EXECUTION ON CONTRACT.

Total: 6 Pages

TRANSMISSION VERIFICATION REPORT

```
TIME   : 01/07/2015 14:11
NAME   : UPS STORE CARMEL
FAX    : 831-625-1699
TEL    : 831-625-2800
SER.#  : 000H1N941828
```

```
DATE,TIME        01/07  14:09
FAX NO./NAME     12025022633
DURATION         00:02:27
PAGE(S)          06
RESULT           OK
MODE             STANDARD
                 ECM
```



| | To: Eric Holder, United States Attorney General, United States Department of Justice<br>Fax: 202-252-1415 |
|---|---|
| From: Daniele Gozzi<br>225 Crossroads Blvd., #199<br>Carmel, CA 93923<br>Phone: (831) 915-8473<br>Fax: (206) 888-6006<br>Email: daniele@fantoniusa.com | From: Daniele Gozzi<br>Fax:   206-888-6006 |
| | Date: 1/7/2015 |
| | Regarding:  COMPLAINT, BREACH OF CONTRACT, ETHICS VIOLATIONS; SUBROGATION TO THE UNITED STATES; FORMAL REQUEST FOR INVESTIGATION, EXECUTION ON CONTRACT. |

RE: Case No. 14-cv-03297 LHK
    United States District Court, Northern District California
    The Honorable Judge, Lucy H. Koh,
    Richard W. Wieking, Clerk of the Court

**TO: Mr. Eric Holder**

YOU WILL: Please find attached my formal COMPLAINT, BREACH OF CONTRACT, ETHICS VIOLATIONS; SUBROGATION TO THE UNITED STATES; FORMAL REQUEST FOR INVESTIGATION, EXECUTION ON CONTRACT.

Total: 6 Pages

VERIFICATION REPORT

```
TIME  : 01/07/2015 14:14
NAME  : UPS STORE CARMEL
FAX   : 831-625-1699
TEL   : 831-625-2800
SER.# : 000H1N941828
```

```
DATE,TIME        01/07  14:12
FAX NO./NAME     12022521415
DURATION         00:02:26
PAGE(S)          06
RESULT           OK
MODE             STANDARD
                 ECM
```



**FAX**

From: Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 915-8473
Fax: (206) 888-6006
Email: daniele@fantoniusa.com

To: Mr. Bob Goodlatte, Chairman, United States Congress,
    Judiciary Committee
Fax: 202-225-9681

From: Daniele Gozzi
Fax:   206-888-6006

Date: 1/7/2015

Regarding:  COMPLAINT, BREACH OF CONTRACT,
ETHICS VIOLATIONS; SUBROGATION TO THE
UNITED STATES; FORMAL REQUEST FOR
INVESTIGATION, EXECUTION ON CONTRACT.

RE: Case No. 14-cv-03297 LHK
    United States District Court, Northern District California
    The Honorable Judge, Lucy H. Koh,
    Richard W. Wieking, Clerk of the Court

**TO: Mr. Bob Goodlatte:**

YOU WILL: Please find attached my formal COMPLAINT, BREACH OF CONTRACT, ETHICS
VIOLATIONS; SUBROGATION TO THE UNITED STATES; FORMAL REQUEST FOR
INVESTIGATION, EXECUTION ON CONTRACT.

Total: 6 Pages

*Fax machine error for fax
# 202-225-9681. Refaxing to
540-432-6593 on 1-8-2015*

*(Lindsey)*

TRANSMISSION VERIFICATION REPORT

```
                                        TIME : 01/08/2015 11:37
                                        NAME : UPS STORE CARMEL
                                        FAX  : 831-625-1699
                                        TEL  : 831-625-2800
                                        SER.# : 000H1N941828
```

```
            DATE,TIME          01/08  11:33
            FAX NO./NAME        1540432659З
            DURATION            00:04:15
            PAGE(S)             06
            RESULT              OK
            MODE                STANDARD
```



To: Mr. Bob Goodlatte, Chairman, United States Congress, Judiciary Committee
Fax: 202-225-9681

From: Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 915-8473
Fax: (206) 888-6006
Email: daniele@fantoniusa.com

From: Daniele Gozzi
Fax:    206-888-6006

Date: 1/7/2015

Regarding: COMPLAINT, BREACH OF CONTRACT, ETHICS VIOLATIONS; SUBROGATION TO THE UNITED STATES; FORMAL REQUEST FOR INVESTIGATION, EXECUTION ON CONTRACT.

RE: Case No. 14-cv-03297 LHK
    United States District Court, Northern District California
    The Honorable Judge, Lucy H. Koh,
    Richard W. Wieking, Clerk of the Court

**TO: Mr. Bob Goodlatte:**

YOU WILL: Please find attached my formal COMPLAINT, BREACH OF CONTRACT, ETHICS VIOLATIONS; SUBROGATION TO THE UNITED STATES; FORMAL REQUEST FOR INVESTIGATION, EXECUTION ON CONTRACT.

Total: 6 Pages

```
                    ┌─────────────────────────────────────┐
                    │ TRANSMISSION VERIFICATION REPORT     │
                    └─────────────────────────────────────┘

                                           TIME  : 01/07/2015 14:30
                                           NAME  : UPS STORE CARMEL
                                           FAX   : 831-625-1699
                                           TEL   : 831-625-2800
                                           SER.# : 000H1N941828


    ┌──────────────────────────────────────────────────────────────────────────┐
    │                                                                            │
    │     DATE,TIME            01/07  14:27                                       │
    │     FAX NO./NAME         12022259681                                        │
    │     DURATION             00:03:31                                           │
    │     PAGE(S)              04                                                 │
    │     RESULT               NG                                                 │
    │     MODE                 STANDARD                                           │
    │                                                                            │
    └──────────────────────────────────────────────────────────────────────────┘

            NG: POOR LINE CONDITION
```

```
                ┌─────────────────────────────────────────┐
                │  TRANSMISSION VERIFICATION REPORT         │
                └─────────────────────────────────────────┘

                                          TIME   : 01/07/2015 14:35
                                          NAME   : UPS STORE CARMEL
                                          FAX    : 831-625-1699
                                          TEL    : 831-625-2800
                                          SER.#  : 000H1N941828

┌────────────────────────────────────────────────────────────────────────┐
│                                                                          │
│        DATE,TIME                        01/07  14:32                      │
│        FAX NO./NAME                     12022259681                       │
│        DURATION                         00:03:33                          │
│        PAGE(S)                          04                                │
│        RESULT                           NG                                │
│        MODE                             STANDARD                          │
│                                                                          │
└────────────────────────────────────────────────────────────────────────┘
               NG: POOR LINE CONDITION
```

TRANSMISSION VERIFICATION REPORT

TIME : 01/07/2015 14:49
NAME : UPS STORE CARMEL
FAX  : 831-625-1699
TEL  : 831-625-2000
SER.# : 000H1N941828

| | |
|---|---|
| DATE,TIME | 01/07 14:46 |
| FAX NO./NAME | 12022259681 |
| DURATION | 00:03:16 |
| PAGE(S) | 03 |
| RESULT | OK |
| CHECK READABILITY OF TRANSMITTED PAGE(S) | 02,03 |
| MODE | STANDARD |

TRANSMISSION VERIFICATION REPORT

TIME : 01/07/2015 15:32
NAME : UPS STORE CARMEL
FAX  : 831-625-1699
TEL  : 831-625-2800
SER.# : 000H1N941828

| | |
|---|---|
| DATE,TIME | 01/07  15:29 |
| FAX NO./NAME | 12022259681 |
| DURATION | 00:03:41 |
| PAGE(S) | 04 |
| RESULT | OK |
| CHECK READABILITY OF TRANSMITTED PAGE(S) | 01,04 |
| MODE | STANDARD |

TRANSMISSION VERIFICATION REPORT

```
TIME   : 01/07/2015 15:50
NAME   : UPS STORE CARMEL
FAX    : 831-625-1699
TEL    : 831-625-2800
SER.#  : 000H1N941828
```

| | |
|---|---|
| DATE,TIME | 01/07  15:46 |
| FAX NO./NAME | 12022259681 |
| DURATION | 00:03:29 |
| PAGE(S) | 04 |
| RESULT | NG |
| MODE | STANDARD |

 NG: POOR LINE CONDITION



# FAX

To: John Conyers, Ranking Member, United States
    Congress, Judiciary Committee
Fax: 202-225-0072

From: Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 915-8473
Fax: (206) 888-6006
Email: daniele@fantoniusa.com

From: Daniele Gozzi
Fax:   206-888-6006

Date: 1/7/2015

Regarding:  COMPLAINT, BREACH OF CONTRACT,
ETHICS VIOLATIONS; SUBROGATION TO THE
UNITED STATES; FORMAL REQUEST FOR
INVESTIGATION, EXECUTION ON CONTRACT.

RE: Case No. 14-cv-03297 LHK
    United States District Court, Northern District California
    The Honorable Judge, Lucy H. Koh,
    Richard W. Wieking, Clerk of the Court

**TO: Mr. John Conyers:**

YOU WILL: Please find attached my formal COMPLAINT, BREACH OF CONTRACT, ETHICS
VIOLATIONS; SUBROGATION TO THE UNITED STATES; FORMAL REQUEST FOR
INVESTIGATION, EXECUTION ON CONTRACT.

Total: 6 Pages

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 01/07/2015 14:21
                                    NAME  : UPS STORE CARMEL
                                    FAX   : 831-625-1699
                                    TEL   : 831-625-2800
                                    SER.# : 000H1N941828
```

```
        DATE,TIME               01/07  14:19
        FAX NO./NAME            12022250072
        DURATION               00:02:28
        PAGE(S)                 06
        RESULT                  OK
        MODE                    STANDARD
                                ECM
```