Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 625-1243
Email: daniele@fantoniusa.com

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Daniele Gozzi | No. 14-cv-03297 LHK |
|---|---|
| Plaintiff, | **PRAECIPE TO THE CLERK OF THE COURT, RICHARD W. WIEKING** |
| v. | |
| COUNTY OF MONTEREY, et al | |
| Defendant(s). | |

YOU WILL: File on demand the NOTICE OF TERMINATION; NOTICE OF TERMINATION FOR CAUSE; NOTICE OF VOID ORDER, NO CONSENT AND BREACH OF CONTRACT; NOTICE OF LOSS OF SUBJECT MATTER JURISDICTION AND FORFEITURE OF JUDICIAL IMMUNITY BY JUDGE KOH; ACCEPTANCE OF SUBROGATION TO THE UNITED STATES, and ORDER DISMISSING JUDGE KOH; ORDER OF VOID WRITING, and serve same on the Honorable Judge Lucy H. Koh.

    All rights reserved under execution of this contract. Ministerial function demanded under administration of this contract.

    Done this 9th day of January, 2015, and presented under the pains and penalties of perjury and that all statements herein are true correct according to best belief and the knowledge duly sworn. 28 USC section 1746[1] applies, as does Federal Rule of Evidence ratifying the common law as the rule of decision.

1     I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct.

                                                        Daniele Gozzi, In Propria Persona

Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 625-1243
Email: daniele@fantoniusa.com

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Daniele Gozzi | Case No. 14-cv-03297 LHK |
|---|---|
| Plaintiff, | **NOTICE OF TERMINATION; NOTICE OF TERMINATION FOR CAUSE; NOTICE OF VOID ORDER, NO CONSENT AND BREACH OF CONTRACT; NOTICE OF LOSS OF SUBJECT MATTER JURISDICTION AND FORFEITURE OF JUDICIAL IMMUNITY BY JUDGE KOH; ACCEPTANCE OF SUBROGATION TO THE UNITED STATES** |
| v. | |
| COUNTY OF MONTEREY, et al | |
| Defendant(s). | |

TO: JUDGE KOH,

I, Daniele Gozzi, contract holder under the identified case number herein, demand the United States hold its agents accountable.

AS A CONTRACT PARTY WITH THE UNITED STATES, I HOLD THE ABSOLUTE RIGHT TO DEMAND HONEST ADMINISTRATION OF MY CONTRACT IN COMPLETE ACCORD WITH THE RULES OF FEDERAL CIVIL PROCEDURE AS PURCHASED.

I, Daniele Gozzi, contract holder with United States, now demand its honest execution under the terms stated herein.

1    I refuse, and rightly so within contract rights as well, to cooperate or associate in any manner
2    whatsoever with an administrator of my contract operating outside the rules of Federal Civil Procedure
3    as purchased for execution.
4    I refuse for cause Judge Koh's order dated, 12/10/2014, allowing third-party trespassers to
5    speak into my contract without my consent.
6    The Honorable Judge Koh has reconstructed, committed conversion of my complaint for
7    violation of civil rights on behalf of third-party trespassers under statements unsworn according to the
8    rules of law. Judge Koh accepted as evidence writings filed to her court with no declaration of first-
9    hand information or knowledge.
10   The Honorable Judge Koh has allowed unknown parties to speak for defendants as if they had
11   authority to speak for and bind another without a declaration of appointment. The proof conclusive of
12   these two statements is the record itself by comparing the complaint as filed in the context of Judge
13   Koh's writings styled as an ORDER!
14   The Honorable Judge Koh is dismissed from participating in my contract with the United
15   States for cause as stated herein.
16   The order issued on 12/10/2014 by the Honorable Judge Koh is VOID ON ITS FACE, the
17   moment it was signed.
18   The Honorable Judge Koh lost subject matter jurisdiction the moment she refused to give full
19   faith and credit to the civil rights of laws of the United States as invoked for my protection under the
20   contract purchase for civil action in the United States District Court system.
21   The Honorable Judge Koh failed to act under the known judicial ethics and standards in a
22   failure of good Behavior through denial of fundamental due process exposed in signed writings
23   beyond the appearance of impropriety standards set by United States Supreme Court.
24   Judge Koh stripped herself of all judicial immunity by her own acts and omissions.
25   Judge Koh, as employee of and the administrator for, the United States in our contract
26   surrogated the United States into the position of acceptance for all damages as ledgered in the civil
27   action from the beginning.
28

1     Contract purchasing parties accept the subrogation.

2     The United States as a contract party is authorized 20 days to show cause why the subrogation
3 is not complete.

4     Order terminating Judge Koh in relation to my contract annexed hereto.

5     All rights reserved under execution of this contract. Ministerial function demanded under
6 administration of this contract.

7     Done this 9th day of January, 2015, and presented under the pains and penalties of perjury and
8 that all statements herein are true correct according to best belief and the knowledge duly sworn. 28
9 USC section 1746[1] applies, as does Federal Rule of Evidence ratifying the common law as the rule
10 of decision.

11     I declare under penalty of perjury under the laws of the United States of America that the
12 foregoing is true and correct.

_____
Daniele Gozzi, In Propria Persona

Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 625-1243
Email: daniele@fantoniusa.com

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Daniele Gozzi | Case No.  14-cv-03297 LHK |
|---|---|
| Plaintiff, | **ORDER DISMISSING JUDGE KOH;** |
| v. | **ORDER OF VOID WRITING** |
| COUNTY OF MONTEREY, et al | |
| Defendant(s). | |

    In the matter of execution of contract with the United States, a simple review of the record exposes that the Honorable Judge Koh has forfeited judicial immunity and stripped the Office of Judge of subject matter jurisdiction the moment her alleged order was signed.

    Unauthorized application of the Federal Rules of Civil Procedure by allowing third-party trespassers under unsworn statements to be given credit by Judge Koh and used within the contract is not authorized by this contract holder. There is no evidence on the record of the contract that purchaser nor the United States authorized third parties to speak on behalf of defendants without certificate of appointment or other instrument authorizing appearance.

Being that this case as identified herein is a contract, the fundamental principles of contract apply. No one may be forced, coerced, threatened, intimidated, through use of judicial process to accept noncontract parties' statements in any manner whatsoever.

Judge Koh's writing dated 12/10/2014, styled as an ORDER, re-iterates third-party trespassers' statements. Judge Koh failed to give subject matter credence to the complaint as filed. Judge Koh converted the complaint to a rehash of illegal judicial construction and activities by co-conspirators as evidenced into this action under civil rights complaint as duly filed for contract execution. Judge Koh failed to give full faith and credit to determinations of law, findings of fact by Federal Executive Branch Agencies.

This contract holder and owner refuses to be coerced through the legal process and intimidated by writing styled as ORDER to agree or be subject to acts in contravention to fundamental due process and contract rights.

THEREFORE BE IT ORDERED:

The Honorable Judge Koh is dismissed from participation in my contract, the above identified case under the security number issued by the United States through its Clerk's Office of United States District Court nunc pro tunc, failure to place on the record personal pledge to operate with fidelity to and under the rules and judicial ethics as demanded by the contract holder;

The Honorable Judge Koh's writing styled as an Order, dated 12/10/2014, is canceled for the cause of breach of contract, trespass on the case, forfeiture of subject matter jurisdiction, forfeiture of judicial immunity, and failure of good behavior within the contract and in accord with judicial ethics.

The contract party, the United States is authorized to show cause within 20 days through its legal representative the Attorney General of the United States, and its Office of Court Administrator to show cause why Judge Koh is not stripped of all judicial immunity and has not forfeited subject matter jurisdiction in this contract matter and why Judge Koh's actions did not subrogate the United States. Further, the United States through its representative the Attorney General of the United States shall show cause through the nature of Quo Warranto to the Honorable Judge Koh why she should

1  not be removed from office under whatever means appropriate and criminal charges be filed and fully
2  investigated immediately.
3      It is incumbent upon the Attorney General of the United States in reference, in deference to
4  the Supreme Court of United States to explain to this State Citizen with a contract in force and effect
5  on public record why servants to the government created by me refused to comply with the law and
6  attempted to issue illegal orders that further cause injury and damage to me, my family and my
7  handicapped children.
8      All rights reserved under execution of this contract. Ministerial function demanded under
9  administration of this contract.
10     Done this 9th day of January, 2015, and presented under the pains and penalties of perjury and
11 that all statements herein are true correct according to best belief and the knowledge duly sworn. 28
12 USC section 1746[1] applies, as does Federal Rule of Evidence ratifying the common law as the rule
13 of decision.
14     I declare under penalty of perjury under the laws of the United States of America that the
15 foregoing is true and correct.

_____
Daniele Gozzi, In Propria Persona

# FAX

From: Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 915-8473
Fax: (206) 888-6006
Email: daniele@fantoniusa.com

To: James C. Duff, Director, Administrative Office of the United States Courts
Fax: 202-502-2633

From: Daniele Gozzi
Fax:   206-888-6006

Date: 1/9/2015

Regarding: NOTICE OF TERMINATION; …
ACCEPTANCE OF SUBROGATION TO THE UNITED STATES
ORDER DISMISSING JUDGE KOH; ORDER OF VOID WRITING

RE: Case No. 14-cv-03297 LHK
    United States District Court, Northern District California
    The Honorable Judge, Lucy H. Koh,
    Richard W. Wieking, Clerk of the Court

Submission for investigative record under contract rights requiring the United States in any of its branches to hold public officers to account.

**TO: Mr. James C. Duff:**

YOU WILL: Please find attached my formal NOTICE OF TERMINATION; NOTICE OF TERMINATION FOR CAUSE; NOTICE OF VOID ORDER, NO CONSENT AND BREACH OF CONTRACT; NOTICE OF LOSS OF SUBJECT MATTER JURISDICTION AND FORFEITURE OF JUDICIAL IMMUNITY BY JUDGE KOH; ACCEPTANCE OF SUBROGATION TO THE UNITED STATES, and

ORDER DISMISSING JUDGE KOH; ORDER OF VOID WRITING

1/9/2015 Praecipe to Clerk of Court

Original complaint
Alleged ORDER by Judge Lucy H. Koh dated 12/10/2014

Total:  50 Pages



## Transmission Status

**Your transmission has completed.**

DOC Identifier : 95903606
Fax Number : 2025022633
Recipient : James C Duff
Status Classification : "Success"
Status Outcome : "Success"
Last Attempt Date : 01/09/2015
Last Attempt Time : 14:36:52
Pages Scheduled : 50
Pages Sent : 50
Baud Rate : 28800
Duration (in seconds) : 515
Number of Retries : 1
Remote CSID : "202 502 2633"

 1-9-15 Fax to James C. Duff.pdf

Copyright © 1996-2014 **SmartFax** All Rights Reserved.

# FAX

From: Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 915-8473
Fax: (206) 888-6006
Email: daniele@fantoniusa.com

To: John D. Bates, Former Director, Administrative Office of the United States Courts
Fax: 202-502-2633

From: Daniele Gozzi
Fax:   206-888-6006

Date: 1/9/2015

Regarding:  NOTICE OF TERMINATION; …
ACCEPTANCE OF SUBROGATION TO THE UNITED STATES
ORDER DISMISSING JUDGE KOH;ORDER OF VOID WRITING

RE: Case No. 14-cv-03297 LHK
     United States District Court, Northern District California
     The Honorable Judge, Lucy H. Koh,
     Richard W. Wieking, Clerk of the Court

Submission for investigative record under contract rights requiring the United States in any of its branches to hold public officers to account.

**TO: Mr. John D. Bates:**

YOU WILL: Please find attached my formal NOTICE OF TERMINATION; NOTICE OF TERMINATION FOR CAUSE; NOTICE OF VOID ORDER, NO CONSENT AND BREACH OF CONTRACT; NOTICE OF LOSS OF SUBJECT MATTER JURISDICTION AND FORFEITURE OF JUDICIAL IMMUNITY BY JUDGE KOH; ACCEPTANCE OF SUBROGATION TO THE UNITED STATES, and

ORDER DISMISSING JUDGE KOH; ORDER OF VOID WRITING

1/9/2015 Praecipe to Clerk of Court

Original complaint
Alleged ORDER by Judge Lucy H. Koh dated 12/10/2014

Total:  50 Pages



## Transmission Status

**Your transmission has completed.**

DOC Identifier : 95917399
Fax Number : 2025022633
Recipient : John D Bates
Status Classification : "Success"
Status Outcome : "Success"
Last Attempt Date : 01/09/2015
Last Attempt Time : 15:07:53
Pages Scheduled : 50
Pages Sent : 50
Baud Rate : 9600
Duration (in seconds) : 827
Number of Retries : 1
Remote CSID : "202 502 2633"

[1-9-15 Fax to John D. Bates.pdf](1-9-15 Fax to John D. Bates.pdf)

Copyright © 1996-2014 **SmartFax** All Rights Reserved.

# FAX


To: Eric Holder, United States Attorney General, United States Department of Justice
Fax: 202-252-1415

From: Daniele Gozzi
Fax:   206-888-6006

Date: 1/9/2015

Regarding:  NOTICE OF TERMINATION; …
ACCEPTANCE OF SUBROGATION TO THE UNITED STATES
ORDER DISMISSING JUDGE KOH; ORDER OF VOID WRITING

From: Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 915-8473
Fax: (206) 888-6006
Email: daniele@fantoniusa.com

RE: Case No. 14-cv-03297 LHK
    United States District Court, Northern District California
    The Honorable Judge, Lucy H. Koh,
    Richard W. Wieking, Clerk of the Court

Submission for investigative record under contract rights requiring the United States in any of its branches to hold public officers to account.

**TO: Mr. Eric Holder**

YOU WILL: Please find attached my formal NOTICE OF TERMINATION; NOTICE OF TERMINATION FOR CAUSE; NOTICE OF VOID ORDER, NO CONSENT AND BREACH OF CONTRACT; NOTICE OF LOSS OF SUBJECT MATTER JURISDICTION AND FORFEITURE OF JUDICIAL IMMUNITY BY JUDGE KOH; ACCEPTANCE OF SUBROGATION TO THE UNITED STATES, and

ORDER DISMISSING JUDGE KOH; ORDER OF VOID WRITING

1/9/2015 Praecipe to Clerk of Court

Original complaint
Alleged ORDER by Judge Lucy H. Koh dated 12/10/2014

Total:  50 Pages



## Transmission Status

**Your transmission has completed.**

DOC Identifier : 95905712
Fax Number : 2022521415
Recipient : Mr. Eric Holder
Status Classification : "Success"
Status Outcome : "Success"
Last Attempt Date : 01/09/2015
Last Attempt Time : 14:41:36
Pages Scheduled : 50
Pages Sent : 50
Baud Rate : 28800
Duration (in seconds) : 529
Number of Retries : 1
Remote CSID : "2026163271"

[1-9-15 Fax to Eric Holder.pdf](#)

Copyright © 1996-2014 **SmartFax** All Rights Reserved.

| # **FAX** | To: Mr. Bob Goodlatte, Chairman, United States Congress, Judiciary Committee<br>Fax: 540 432-6593 |
|---|---|
| From: Daniele Gozzi<br>225 Crossroads Blvd., #199<br>Carmel, CA 93923<br>Phone: (831) 915-8473<br>Fax: (206) 888-6006<br>Email: daniele@fantoniusa.com | From: Daniele Gozzi<br>Fax:   206-888-6006 |
| | Date: 1/9/2015 |
| | Regarding:  NOTICE OF TERMINATION; …<br>ACCEPTANCE OF SUBROGATION TO THE UNITED STATES<br>ORDER DISMISSING JUDGE KOH; ORDER OF VOID WRITING. |

RE: Case No. 14-cv-03297 LHK
    United States District Court, Northern District California
    The Honorable Judge, Lucy H. Koh,
    Richard W. Wieking, Clerk of the Court

Submission for investigative record under contract rights requiring the United States in any of its branches to hold public officers to account.

**TO: Mr. Bob Goodlatte:**

YOU WILL: Please find attached my formal NOTICE OF TERMINATION; NOTICE OF TERMINATION FOR CAUSE; NOTICE OF VOID ORDER, NO CONSENT AND BREACH OF CONTRACT; NOTICE OF LOSS OF SUBJECT MATTER JURISDICTION AND FORFEITURE OF JUDICIAL IMMUNITY BY JUDGE KOH; ACCEPTANCE OF SUBROGATION TO THE UNITED STATES, and

ORDER DISMISSING JUDGE KOH; ORDER OF VOID WRITING

1/9/2015 Praecipe to Clerk of Court

Original complaint
Alleged ORDER by Judge Lucy H. Koh dated 12/10/2014

Total:  50 Pages



## Transmission Status

**Your transmission has completed.**

DOC Identifier : 95898780
Fax Number : 5404326593
Recipient : Mr. Bob Goodlatte
Status Classification : "Success"
Status Outcome : "Success"
Last Attempt Date : 01/09/2015
Last Attempt Time : 14:26:13
Pages Scheduled : 50
Pages Sent : 50
Baud Rate : 14400
Duration (in seconds) : 1625
Number of Retries : 1
Remote CSID : "15404326593"

[1-9-15 Fax to Bob Goodlatte.pdf](1-9-15 Fax to Bob Goodlatte.pdf)

Copyright © 1996-2014 **SmartFax** All Rights Reserved.

| | |
|---|---|
|  **FAX** | To: John Conyers, Ranking Member, United States Congress, Judiciary Committee<br>Fax: 202-225-0072 |
| From: Daniele Gozzi<br>225 Crossroads Blvd., #199<br>Carmel, CA 93923<br>Phone: (831) 915-8473<br>Fax: (206) 888-6006<br>Email: daniele@fantoniusa.com | From: Daniele Gozzi<br>Fax:   206-888-6006 |
| | Date: 1/9/2015 |
| | Regarding:  NOTICE OF TERMINATION; …<br>ACCEPTANCE OF SUBROGATION TO THE UNITED STATES<br>ORDER DISMISSING JUDGE KOH; ORDER OF VOID WRITING |

RE: Case No. 14-cv-03297 LHK
   United States District Court, Northern District California
   The Honorable Judge, Lucy H. Koh,
   Richard W. Wieking, Clerk of the Court

Submission for investigative record under contract rights requiring the United States in any of its branches to hold public officers to account.

TO: Mr. John Conyers:

YOU WILL: Please find attached my formal NOTICE OF TERMINATION; NOTICE OF TERMINATION FOR CAUSE; NOTICE OF VOID ORDER, NO CONSENT AND BREACH OF CONTRACT; NOTICE OF LOSS OF SUBJECT MATTER JURISDICTION AND FORFEITURE OF JUDICIAL IMMUNITY BY JUDGE KOH; ACCEPTANCE OF SUBROGATION TO THE UNITED STATES, and

ORDER DISMISSING JUDGE KOH; ORDER OF VOID WRITING

1/9/2015 Praecipe to Clerk of Court

Original complaint
Alleged ORDER by Judge Lucy H. Koh dated 12/10/2014

Total:  50 Pages



## Transmission Status

**Your transmission has completed.**

DOC Identifier : 95904604
Fax Number : 2022250072
Recipient : John Conyers
Status Classification : "Success"
Status Outcome : "Success"
Last Attempt Date : 01/09/2015
Last Attempt Time : 14:39:18
Pages Scheduled : 50
Pages Sent : 50
Baud Rate : 28800
Duration (in seconds) : 632
Number of Retries : 1
Remote CSID : ""

1-9-15 Fax to John Conyers.pdf

Copyright © 1996-2014 **SmartFax** All Rights Reserved.