UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIELE GOZZI, ) | Case No.: 5:14-CV-03297-LHK |
| ) | |
| Plaintiff, ) | ORDER DISMISSING CASE |
| v. ) | |
| ) | |
| COUNTY OF MONTEREY, STATE OF ) | |
| CALIFORNIA, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Danielle Gozzi ("Plaintiff") filed the instant litigation alleging a claim under 28 U.S.C. § 1983 for alleged improprieties in connection with the foreclosure of Plaintiff's property. *See* ECF No. 1. Plaintiff asserted his claim against the following defendants: County of Monterey, State of California; Stephen I. Vagnini, County Recorder-County Clerk; Michael J. Miller, Auditor-Controller; Dean Flippo, District Attorney; Scott Miller, Sheriff-Coroner; Mary A. Zeeb, Treasurer-Tax Collector; Steve Mauck, Risk Management; Irv Grant, Deputy County Counsel; Fernando Armenta, County Supervisor; Louis Calcagno, County Supervisor; Simon Salinas, County Supervisor; Jane Parker, County Supervisor; Dave Potter, County Supervisor; Lew C. Bauman, County Administrator; and Gail T. Borkowski, Clerk of the Board (collectively, "County Defendants"); Marla O. Anderson, Presiding Judge of the Superior Court of California, County of

1

Case No.: 5:14-CV-03297-LHK
ORDER DISMISSING CASE

Monterey; Thomas W. Wills, Judge of the Superior Court of California, County of Monterey; and Theresa A. Risi, Court Executive Officer for the Superior Court of California, County of Monterey (collectively, "Judicial Defendants"); and JPMorgan Chase Bank, N.A.; Bryan Cave, LLP; Sharon Weiss; Daniel T. Rockey; Goli Mahdavi; and Ethan Schatz (collectively, "Firm Defendants"). *See id*.

On December 10, 2014, this Court granted three motions to dismiss brought by the Judicial Defendants, the Firm Defendants, and the County Defendants. ECF No. 104 ("Order"). The Court dismissed Plaintiff's § 1983 claim against the Judicial Defendants with prejudice. *See* Order at 12. The Court also dismissed Plaintiff's § 1983 claim against the County Defendants and Firm Defendants, but granted Plaintiff leave to amend this claim and ordered Plaintiff to file an amended complaint within 30 days. *Id*. at 24. The Court cautioned that "[f]ailure to meet the thirty-day deadline to file an amended complaint . . . will result in a dismissal with prejudice." *Id*.

It has been 35 days since the Court issued its Order, yet Plaintiff has not filed an amended complaint.[1] Accordingly, Plaintiff's claim is DISMISSED with prejudice as to the Firm Defendants and the County Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 14, 2015

_____
LUCY H. KOH
United States District Judge

---

[1] Since December 10, 2014, Plaintiff has filed four documents titled "Praecipe to Clerk of the Court." *See* ECF Nos. 105, 106, 107 & 108. The most recent document was filed by Plaintiff on January 9, 2015. ECF No. 108. None of these documents are an amended complaint.