Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 625-1243
Email: daniele@fantoniusa.com

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniele Gozzi | No. 14-cv-03297 LHK |
| Plaintiff, | |
| v. | **1-20-2015 PRAECIPE TO THE CLERK OF THE COURT, RICHARD W. WIEKING** |
| COUNTY OF MONTEREY, et al | |
| Defendant(s). | |

YOU WILL: Please find attached submission of evidence for record, CONTRACT ACCEPTANCE, PRO CONFESSO JUDGMENT, concerning the serious complaint for breach of public trust, breach of contract, and subrogation of United States perfected by Lucy H. Koh sitting as a judge in the United States District Court, Northern District of California.

At some point I will be seeking appointment under the Federal Rules an investigative attorney for the United States Department of Justice as required by Federal Law because no other party has acted honorably to this point in these types of matters

I am making arrangements to move these matters into the international commercial forum through the proper registration governing commercial matters coming out of the United States financial structure.

Being that I am reporting crimes, I expect and demand full assistance from all governmental agencies of any sort.

All rights reserved under execution of this contract. Ministerial function demanded under administration of this contract.

Done this 20th day of January, 2015, and presented under the pains and penalties of perjury and that all statements herein are true correct according to best belief and the knowledge duly sworn. 28 USC section 1746.1 applies, as does Federal Rule of Evidence ratifying the common law as the rule of decision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature: D. Gozzi]*

Daniele Gozzi, In Propria Persona

Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 915-8473
Email: daniele@fantoniusa.com

Plaintiff, In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Daniele Gozzi | Case No.  14-cv-03297 LHK |
|---|---|
| Plaintiff, | CONTRACT ACCEPTANCE, PRO CONFESSO JUDGMENT |
| v. | |
| COUNTY OF MONTEREY, et al | |
| Defendant(s). | |

I, Daniele Gozzi, am purchaser and owner of the contract identified herein with the United States for honest judicial services.

I ACCEPT LUCY H. KOH'S STATEMENTS STYLED AS ORDERS UNDER HER OWN SIGNATURE AS PRO CONFESSESO JUDGMENT UPON HERSELF ADMITTING BREACH OF THE PUBLIC TRUST, FAILURE TO PERFORM UNDER CONTRACT, FAILURE TO EXECUTE FEDERAL LAW OF CIVIL RIGHTS UNDER THE PURCHASE CONTRACT, CONSPIRACY WITH DEFENDANTS AND THIRD-PARTY TRESPASSERS HIDING BEHIND THE TITLE OF ESQUIRE AS ATTORNEYS, FAILURE TO EXECUTE THE RULES OF FEDERAL CIVIL PROCEDURE GOVERNING THIS ACTION.

My contract with the United States has been breached by deliberate acts exposing breach of the public trust by Lucy H. Koh.

1        Lucy H. Koh's restatement of attorneys', as third-party trespassers, statements while ignoring
2   defendants failure to appear, failure to answer, failure to deny, failure to counter complaint is
3   admission and confession of conspiracy in violation of the contract, Federal Law, and the Federal
4   Rules of Civil Procedure.
5        Lucy H. Koh is in possession, care and custody of evidence, testimony, public records, each
6   requiring full faith and credit as public record constructed by both the State of California and Federal
7   government agencies. Said records expose allegations with proof of fact from public records, the facts
8   that bribery, conspiracy to commit theft of property, failure to comply with the basic tenets of due
9   process, procedural shenanigans covering up the takings of property, failure of consideration with no
10  proof of same and record anywhere. It was the gravamen, the very basis of my complaint for civil
11  rights violations.
12       Lucy H. Koh has ignored each and every duly sworn statement as supported by full faith and
13  credit, duly sworn and testified-to evidence in my allegations completely.
14       Lucy H. Koh, with deliberate intent, refuses to enforce Federal Law under my purchase
15  contract with the United States for whom she operates as agent to provide honest judicial services and
16  protection of the law.
17       Lucy H. Koh accepted third-party trespassers' unsworn statements as a basis for her illegal
18  orders. Said orders signed by Lucy H. Koh, when compared against the complaint, are proof of fact
19  and law of my statements herein. Lucy H. Koh is responsible for her own signature and its effects!
20  This is particularly telling considering the prior notice to Lucy H. Koh.
21       Prior to Lucy H. Koh's order dated, 1/14/2015, this contract owner and holder removed Lucy
22  H. Koh from the contract. The removal was based upon the breach of judicial ethics, bad faith, failure
23  to comply with the Federal Rules of Civil Procedure governing pleading, recognition of third-party
24  trespassers' statements, which are not even duly sworn. The record of this fact is established within
25  this case, at the US Congress House Judiciary Committee, United States Attorney General's Office,
26  United States Court Administrators Office.
27       The simple fact is Lucy H. Koh joined the alleged attorneys for the named and duly served
28  defendants as underwriters, totally liable parties for their own statements.

After the contract holder removed Lucy H. Koh, she continued her trespass upon the case by issuing the order dated, 1/14/2015.

My contract with the United States requires the United States to supervise its agents. The United States is now in a position to validate or invalidate Lucy H. Koh's actions and omissions.

At this point Lucy H. Koh's actions have subrogated the United States as the surety party under Rule 65.1, notice duly filed for record.

Until the United States appears in this case and contract with its statement of support or nonsupport of Lucy H. Koh, the orders issued under her signature are void on their face. This is because one of the contract parties has released Lucy H. Koh from service to the contract prior to her last action.

This is a contract matter now between me as the contract owner and holder and the United States as an obligated contract performer.

I ACCEPT THAT LUCY H. KOH, IN THE POSITION OF JUDGE OF THE UNITED STATES, KNOWINGLY AND INTENTIONALLY FORFEITED HER JUDICIAL IMMUNITY, FORFEITED JURISDICTION, AND FORFEITED HER JUDICIAL BOND FOR SERVICES REQUIRED UNDER CONTRACT FOR EMPLOYMENT WITH THE UNITED STATES.

Now it is up to the United States through its Attorney General's Office, through its Office of Federal Court Administrator, and through the Offices of the US Congress's House Judiciary Committee to tell me and show the court of public opinion whether the United States and its administration of justice through its legislative courts will honor their obligations or not.

All rights reserved at all times as always.

FAIR NOTICE: I will proceed under the Federal Rules of Civil Procedure to close this case, settle the contract, and hold accountable anyone I deem not in compliance with the contract.

FAIR NOTICE: I WILL SEEK A SHOW CAUSE ORDER TO LUCY H. KOH IN THE NATURE OF "QUO WARRANTO" WITH ALL PROPER AUTHORITIES.

All rights reserved under execution of this contract. Ministerial function demanded under administration of this contract.

1  Done this 16th day of January, 2015, and presented under the pains and penalties of perjury
2  and that all statements herein are true correct according to best belief and the knowledge duly sworn.
3  28 USC section 1746.1 applies, as does Federal Rule of Evidence ratifying the common law as the
4  rule of decision.
5  I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.

*D. Gozzi*

_____
Daniele Gozzi, Plaintiff, In Propria Persona

| <br><br>From: Daniele Gozzi<br>225 Crossroads Blvd., #199<br>Carmel, CA 93923<br>Phone: (831) 915-8473<br>Fax: (206) 888-6006<br>Email: daniele@fantoniusa.com | To: James C. Duff, Director, Administrative Office of the United States Courts<br>Fax: 202-502-2633 |
|---|---|
| | From: Daniele Gozzi<br>Fax: 206-888-6006 |
| | Date: 1/20/2015 |
| | Regarding: CONTRACT ACCEPTANCE, PRO CONFESSO JUDGMENT |

RE: Case No. 14-cv-03297 LHK
 United States District Court, Northern District California
 The Honorable Judge, Lucy H. Koh,
 Richard W. Wieking, Clerk of the Court

Submission for record, compounding accumulating facts. IN THE NATURE PRAECIPE.

**TO: Mr. James C. Duff:**

YOU WILL: Please find attached my formal CONTRACT ACCEPTANCE, PRO CONFESSO JUDGMENT; and

1-20-2015 Praecipe to Clerk of Court


Total: 7 Pages



## Transmission Status

**Your transmission has completed.**

DOC Identifier : 99394663
Fax Number : 2025022633
Recipient : James C Duff
Status Classification : "Success"
Status Outcome : "Success"
Last Attempt Date : 01/20/2015
Last Attempt Time : 15:02:55
Pages Scheduled : 7
Pages Sent : 7
Baud Rate : 28800
Duration (in seconds) : 68
Number of Retries : 1
Remote CSID : "202 502 2633"


1-20-15 Fax to James C. Duff.pdf

Copyright © 1996-2014 **SmartFax** All Rights Reserved.

# FAX

| | |
|---|---|
| From: Daniele Gozzi<br>225 Crossroads Blvd., #199<br>Carmel, CA 93923<br>Phone: (831) 915-8473<br>Fax: (206) 888-6006<br>Email: daniele@fantoniusa.com | To: John D. Bates, Former Director, Administrative Office of the United States Courts<br>Fax: 202-502-2633 |
| | From: Daniele Gozzi<br>Fax:    206-888-6006 |
| | Date: 1/20/2015 |
| | Regarding:  CONTRACT ACCEPTANCE, PRO CONFESSO JUDGMENT |

RE: Case No. 14-cv-03297 LHK
   United States District Court, Northern District California
   The Honorable Judge, Lucy H. Koh,
   Richard W. Wieking, Clerk of the Court

Submission for record, compounding accumulating facts. IN THE NATURE PRAECIPE.

**TO: Mr. John D. Bates:**

YOU WILL: Please find attached my formal CONTRACT ACCEPTANCE, PRO CONFESSO JUDGMENT; and

1-20-2015 Praecipe to Clerk of Court

Total: 7 Pages



## Transmission Status

**Your transmission has completed.**

DOC Identifier : 99418029
Fax Number : 2025022633
Recipient : John D Bates
Status Classification : "Success"
Status Outcome : "Success"
Last Attempt Date : 01/20/2015
Last Attempt Time : 16:03:23
Pages Scheduled : 7
Pages Sent : 7
Baud Rate : 28800
Duration (in seconds) : 67
Number of Retries : 1
Remote CSID : "202 502 2633"

1-20-15 Fax to John D. Bates.pdf

Copyright © 1996-2014 **SmartFax** All Rights Reserved.

|   From: Daniele Gozzi<br>225 Crossroads Blvd., #199<br>Carmel, CA 93923<br>Phone: (831) 915-8473<br>Fax: (206) 888-6006<br>Email: daniele@fantoniusa.com | To: Eric Holder, United States Attorney General, United States Department of Justice<br>Fax: 202-252-1415 |
|---|---|
| | From: Daniele Gozzi<br>Fax:    206-888-6006 |
| | Date: 1/20/2015 |
| | Regarding: CONTRACT ACCEPTANCE, PRO CONFESSO JUDGMENT |

RE: Case No. 14-cv-03297 LHK
     United States District Court, Northern District California
     The Honorable Judge, Lucy H. Koh,
     Richard W. Wieking, Clerk of the Court

Submission for record, compounding accumulating facts. IN THE NATURE PRAECIPE.

**TO: Mr. Eric Holder**

YOU WILL: Please find attached my formal CONTRACT ACCEPTANCE, PRO CONFESSO JUDGMENT; and

1-20-2015 Praecipe to Clerk of Court

Total: 7 Pages

Transmission Status   Case5:14-cv-03297-LHK   Document110   Filed01/20/15   Page12 of 16   https://secure.smartfax.com/SentStatusView.serv?id=99398961...



## Transmission Status

**Your transmission has completed.**

DOC Identifier : 99398961
Fax Number : 2022521415
Recipient : Mr. Eric Holder
Status Classification : "Success"
Status Outcome : "Success"
Last Attempt Date : 01/20/2015
Last Attempt Time : 15:13:06
Pages Scheduled : 7
Pages Sent : 7
Baud Rate : 28800
Duration (in seconds) : 65
Number of Retries : 1
Remote CSID : "2026163271"

1-20-15 Fax to Eric Holder.pdf

Copyright © 1996-2014 **SmartFax** All Rights Reserved.

|   From: Daniele Gozzi<br>225 Crossroads Blvd., #199<br>Carmel, CA 93923<br>Phone: (831) 915-8473<br>Fax: (206) 888-6006<br>Email: daniele@fantoniusa.com | To: Mr. Bob Goodlatte, Chairman, United States Congress, Judiciary Committee<br>Fax: 540 432-6593 |
|---|---|
| | From: Daniele Gozzi<br>Fax:    206-888-6006 |
| | Date: 1/20/2015 |
| | Regarding: CONTRACT ACCEPTANCE, PRO CONFESSO JUDGMENT |

RE: Case No. 14-cv-03297 LHK
    United States District Court, Northern District California
    The Honorable Judge, Lucy H. Koh,
    Richard W. Wieking, Clerk of the Court

Submission for record, compounding accumulating facts. IN THE NATURE PRAECIPE.

**TO: Mr. Bob Goodlatte:**

YOU WILL: Please find attached my formal CONTRACT ACCEPTANCE, PRO CONFESSO JUDGMENT; and

1-20-2015 Praecipe to Clerk of Court


Total: 7 Pages



## Transmission Status

**Your transmission has completed.**

DOC Identifier : 99393995
Fax Number : 5404326593
Recipient : Mr. Bob Goodlatte
Status Classification : "Success"
Status Outcome : "Success"
Last Attempt Date : 01/20/2015
Last Attempt Time : 15:05:49
Pages Scheduled : 5
Pages Sent : 5
Baud Rate : 14400
Duration (in seconds) : 272
Number of Retries : 3
Remote CSID : "15404326593"

 [1-20-15 Fax to Bob Goodlatte.pdf](#)

Copyright © 1996-2014 **SmartFax** All Rights Reserved.

# FAX



From: Daniele Gozzi
225 Crossroads Blvd., #199
Carmel, CA 93923
Phone: (831) 915-8473
Fax: (206) 888-6006
Email: daniele@fantoniusa.com

To: John Conyers, Ranking Member, United States Congress, Judiciary Committee
Fax: 202-225-0072

From: Daniele Gozzi
Fax:    206-888-6006

Date: 1/20/2015

Regarding: CONTRACT ACCEPTANCE, PRO CONFESSO JUDGMENT

RE: Case No. 14-cv-03297 LHK
    United States District Court, Northern District California
    The Honorable Judge, Lucy H. Koh,
    Richard W. Wieking, Clerk of the Court

Submission for record, compounding accumulating facts. IN THE NATURE PRAECIPE.

**TO: Mr. John Conyers:**

YOU WILL: Please find attached my formal CONTRACT ACCEPTANCE, PRO CONFESSO JUDGMENT; and

1-20-2015 Praecipe to Clerk of Court

Total: 7 Pages



## Transmission Status

**Your transmission has completed.**

DOC Identifier : 99395112
Fax Number : 2022250072
Recipient : John Conyers
Status Classification : "Success"
Status Outcome : "Success"
Last Attempt Date : 01/20/2015
Last Attempt Time : 15:03:54
Pages Scheduled : 7
Pages Sent : 7
Baud Rate : 28800
Duration (in seconds) : 77
Number of Retries : 1
Remote CSID : ""

 1-20-15 Fax to John Conyers.pdf

Copyright © 1996-2014 **SmartFax** All Rights Reserved.